# EXHIBIT B

# BILL OF SALE

This BILL OF SALE is to certify that on this 24th day of April 2014, E. H. Redman, hereinafter referred to as Seller, has entered an agreement to sell the animal 'VORST' to Alejandro Zendejas, hereinafter referred to as Buyer, for consideration of the purchase price of $250,000.00 US Dollars. Buyer and Seller mutually agree as follows:

1. The seller guarantees that (A) he has the full power to sell the animal (B) the title is clear and free from liens and is unencumbered; and further (C) he will defend the same against the claim or claims of all persons whomsoever.

2. Buyer agrees to purchase animal "as is". The title shall be transferred at the signing of this Bill Of Sale and all responsibility of the animal shall transfer to the buyer at that time.

3. Buyer is satisfied with the animal's condition, both physically and mentally; has had the animal examined by a veterinarian of his/her choice and is fully and completely satisfied with result of said examination, while not relying upon any representation, either oral or written, express or implied, made by the Seller with respect to the animal's condition or ability.

4. Seller has not made any representations or warranties with respect to the animal, including but not limited to the warranty of merchantability.

5. This Bill Of Sale represents the entire agreement between the parties. No other agreements or promises, verbal or implied, are included unless specifically stated in this written agreement.

6. Any brokerage fees related to this agreement are the responsibility of the Buyer.

7. If any sales tax is applicable, that is the responsibility of the Buyer. Should any clause above be in conflict with State Law, that individual clause shall be null and void.
When Buyer and Seller (and buyer and seller's parents or guardians, if Buyer or Seller is a minor) sign this Contract, it will then be binding on both parties.

## Description of Animal

| Sex | Age | Breed | Color, Markings, etc. |
|-----|-----|-------|-----------------------|
| G | 12 | KWPN | Bay, star, LH anklet. |

Signature of Seller: _____ Date: April 24, 2014
Signature of Seller or Authorized Agent
Address: 1027 Hill Rd. Paris, KY 40361.

Signature of Buyer: _____ Date: April 24, 2014
Signature of Buyer or Authorized Agent
Address: Avenida los Jinetes No.2, Cacalomacan Estado de Mexico.