```
 1                   UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2
                        Case No. 15-81229-CIV-KAM
 3
     ALEJANDRO ZENDEJAS,           )
 4                                 )
         PLAINTIFF,                )
 5                                 )
         -v-                       )
 6                                 )
     COLIN J. SYQUIA, ET AL.,      )
 7                                 )
         DEFENDANTS.               )    West Palm Beach, Florida
 8                                 )    August 8, 2017
     _____)
 9

10                   VOLUME 2 - PAGES 1 - 298

11              TRANSCRIPT OF JURY TRIAL PROCEEDINGS

12            BEFORE THE HONORABLE KENNETH A. MARRA

13                  UNITED STATES DISTRICT JUDGE

14

15   Appearances:

16   (On Page 2.)

17
     Reporter                 Stephen W. Franklin, RMR, CRR, CPE
18   (561)514-3768            Official Court Reporter
                              701 Clematis Street
19                            West Palm Beach, Florida  33401
                              E-mail:  SFranklinUSDC@aol.com
20
     ALSO PRESENT:       Ana Ugarte, Spanish Interpreter
21                       Susana Starosta, Spanish Interpreter

22

23

24

25
```

```
 1    Appearances:

 2    FOR THE PLAINTIFF          T. Randolph Catanese, ESQ.
                                 Catanese & Wells
 3                               31255 Cedar Valley Drive
                                 Suite 213
 4                               Westlake Village, CA 91362
      -and-
 5                               Avery S. Chapman, ESQ.
                                 Chapman Law Group, PLC
 6                               12008 South Shore Boulevard
                                 Suite 107
 7                               Wellington, FL 33414
      -and-
 8                               David Y. Yoshida, ESQ.
                                 Catanese & Wells
 9                               31255 Cedar Valley Drive
                                 Suite 213
10                               Westlake Village, CA 91362

11    FOR DEFENDANT REDMAN       John R. Hart, ESQ.
                                 Carlton Fields Jorden Burt, P.A.
12                               525 Okeechobee Blvd.
                                 Suite 1200
13                               West Palm Beach, FL 33401
      -and-
14                               Sarah Cortvriend, ESQ.
                                 Carlton Fields Jorden Burt, P.A.
15                               525 Okeechobee Blvd.
                                 Suite 1200
16                               West Palm Beach, FL 33401

17    FOR DEFENDANT SYQUIA       Patricia A. Leonard, ESQ.
                                 Shutts & Bowen, LLP
18                               525 Okeechobee Blvd
                                 Suite 1100
19                               West Palm Beach, FL 33401
      -and-
20                               Colleen L. Smeryage, ESQ.
                                 Shutts & Bowen, LLP
21                               525 Okeechobee Boulevard
                                 Suite 1100
22                               West Palm Beach, FL 33401

23                                 *  *  *  *  *

24

25
```

```
 1          (Call to the order of the Court.)

 2              THE COURT:  Good morning, everyone.  Please be

 3     seated.

 4              Are we ready to proceed?

 5              MR. CATANESE:  Yes, Your Honor.

 6              Two housekeeping matters, please.

 7              We had asked the Court if the Court would sign

 8     another technology order for us.  We need that for our

 9     marshals downstairs.  We didn't know what the status was.  As

10     of yet, we didn't believe that it's been done.

11              THE COURT:  I don't know if it was submitted.

12              MR. CHAPMAN:  It was, Your Honor.  It was submitted

13     along with the order regarding the third-party subpoenas at

14     the same time last night.  Perhaps they got missed.

15              THE COURT:  Okay.  Well, I'll sign it as soon as

16     I --

17              MR. CHAPMAN:  I can e-mail another one this morning

18     if that would be helpful.

19              MR. CATANESE:  The other thing, Your Honor, I do

20     intend to play some video clips of Mrs. Redman's deposition

21     for impeachment purposes.  I did speak with Mr. Hart about

22     that, and he and I were in agreement that we would be

23     permitted to do so without further discussion.  I just want to

24     make the Court aware of that.

25              THE COURT:  Okay.
```

```
 1          MR. HART:  Well, Your Honor, that's fine.  I just

 2   was -- Mr. Catanese inquired as to whether I knew the Court's

 3   procedure with impeachment of witnesses.  I usually just

 4   follow the standard procedure of giving the witness an

 5   opportunity before impeaching them with the transcript.  I did

 6   not -- wasn't able to provide any specifics, and I'd suggest

 7   we just handle it as it comes up.

 8          THE COURT:  Do you -- are you assuming she's going

 9   to say something different than what she said in her

10   deposition?

11          MR. CATANESE:  Well, first of all, I believe I can

12   use her deposition transcript for any purpose.  And,

13   secondly --

14          THE COURT:  You can, but not in the middle of her

15   testimony.  If you want to read her deposition at some other

16   point, you can, but you can't in the middle of her testimony

17   just read her deposition.

18          MR. CATANESE:  The transcripts I have anticipate

19   that she will say something different, Your Honor.  I

20   anticipate using them to establish that for purposes of

21   impeachment; that she'll say something different here at trial

22   today than what she said in her deposition.

23          THE COURT:  Okay.  And are you going to give her an

24   opportunity to look at it and see if she agrees that she said

25   something different?
```

```
 1              MR. CATANESE:  Yes.  I actually have her original
 2    transcripts here, Your Honor.  I can hand them to you so you
 3    have them.  I'm totally happy before I ever play anything to
 4    reference the page, the lines, and have her look at those if
 5    she wishes to before I play the clips.  I'm very happy to do
 6    that.
 7              THE COURT:  All right.
 8              MR. CATANESE:  However the Court would wish to
 9    proceed.
10              THE COURT:  Well, I guess we'll see how it develops,
11    but she should have an opportunity to verify that, yes, I gave
12    that answer to that question previously, and then you can play
13    it.
14              MR. CATANESE:  Yes, Your Honor.
15              THE COURT:  Okay.
16              MR. CATANESE:  Your Honor, would you like to have
17    the original deposition transcripts from Mrs. Redman or --
18              THE COURT:  Only if I needed to make a ruling.
19              MR. CATANESE:  Very good.
20              Can we put her transcripts up at the witness box?
21    They're available for her to look at if necessary.
22              THE COURT:  If you'd like to.
23              MR. CATANESE:  Thank you, Your Honor.
24              THE COURT:  Save some time now.
25              MR. CATANESE:  Yes, thank you.
```

```
 1              THE COURT:  Anything else?

 2              MR. CATANESE:  That's all.

 3              MR. HART:  No, Your Honor.

 4              THE COURT:  Okay.  Let's bring the jurors in,

 5   please.

 6        (The jury enters the courtroom.)

 7              THE COURT:  Good morning, everyone.  Welcome back.

 8   Please be seated, ladies and gentlemen.  Thank you again for

 9   being here this morning and willing to serve on this jury.

10              We're going to hear from our first witness.

11              Mr. Catanese, your first witness.

12              MR. CATANESE:  Yes, Your Honor.  Plaintiff,

13   Mr. Zendejas, would like to call defendant Eugenie Redman.

14              THE COURT:  Ma'am, would you please raise your right

15   hand for me.

16         Eugenie H. Redman, Plaintiff's witness, sworn.

17              THE COURT:  Please be seated, ma'am.

18              If you can try and pull that microphone towards you,

19   and tell us your name, please, and spell both your first and

20   last names for us, please.

21              THE WITNESS:  Eugenie H. Redman, E-u-g-e-n-i-e,

22   initial H, Redman, R-e-d-m-a-n.

23              THE COURT:  Thank you.  You may proceed.

24              MR. CATANESE:  Thank you, Your Honor.

25              Your Honor, may I approach the witness to drop off
```

```
 1   the deposition transcripts?

 2             THE COURT:  Yes.

 3             MR. CATANESE:  Thank you.

 4                     Direct Examination

 5   BY MR. CATANESE:

 6   Q    Good morning, Mrs. Redman.

 7   A    Good morning.

 8   Q    How are you today?

 9   A    Fine.

10   Q    It's good to be with you, and I'm going to be asking you

11   some questions today regarding the sale of Vorst by you to

12   Mr. Zendejas.

13             Do you understand what I'm asking?

14   A    Yes.

15   Q    Okay.  Do you believe that you'll be able to give us your

16   best testimony today?

17   A    I hope so.

18   Q    Do you know if there's any reason why you wouldn't be

19   able to give us your best testimony today?

20   A    Not that I'm aware of.

21   Q    You're not suffering from any type of physical ailment

22   that would prevent you from being able to testify today?

23   A    Not at this point.

24   Q    When I'm questioning you, if you need me to slow down,

25   will you let me know?
```

```
 1    A    Yes.

 2    Q    And if I ask you a question you don't understand, will

 3    you also let me know?

 4    A    Yes, I will.

 5    Q    Okay.  And if I ask you something that you feel causes

 6    you to guess, will you also tell me that, please?

 7    A    Yes.

 8    Q    Okay.  When I took your deposition, I believe you

 9    indicated that you might have some hearing impairment.  Do you

10    remember that?

11    A    No.

12    Q    Do you believe you'll be able to hear everything today

13    okay?

14    A    I think so.

15    Q    So far can you hear me proper okay?

16    A    Yes.

17    Q    If there's a time during my question that you can't hear

18    what I'm asking you or you don't understand what's happening,

19    will you let me know, please?

20    A    Yes.

21    Q    Okay.  Thank you, Mrs. Redman.

22              Last year in December, do you remember that I took

23    your deposition in connection with the facts of this case?

24    A    Yes.

25    Q    And do you remember that deposition was over the course
```

```
 1   of two days?

 2   A    Yes.

 3   Q    Prior to coming to court today, did you review that

 4   deposition?

 5   A    No.

 6   Q    You didn't look at the pages of the deposition in any

 7   way?

 8   A    No.

 9   Q    There might be some occasions today where I will ask you

10   about your deposition testimony.

11   A    Okay.

12   Q    And I just want to let you know I put the originals

13   behind you.

14   A    Thank you.

15   Q    So there might be a time where I'll need you to look at

16   those.  All right?

17   A    Okay.

18   Q    Are you familiar with a horse called Vorst?

19   A    Of course.

20   Q    Did you ever come to acquire that horse?

21   A    Of course, yes.

22   Q    When did you purchase Vorst?

23   A    I believe it was in July of 2011.

24   Q    And how long did you own Vorst?

25   A    Until 4/24/2014.
```

1  Q    So from July 2011 to April 24, 2014, your testimony is

2  you owned Vorst?

3  A    Right.

4  Q    I'm going to be asking you some questions about your

5  understanding of the horse's health history during that time

6  period, okay?

7  A    Okay.

8  Q    And other questions related to that time period, as well.

9  So I just want to orient you towards the time period.

10         In opening statement yesterday, the lawyers talked

11  about Vorst being a jumper.

12         Do you remember that yesterday?

13  A    Yes.

14  Q    Can you tell the jury, please, what your understanding of

15  a jumper is?  What type of horse is Vorst in terms of your

16  understanding?

17  A    Vorst is a very fine athletic animal.  He's very brave;

18  he's careful.  He's an honest horse.  He jumps.  And jumpers

19  jump big obstacles in sometimes difficult combinations.  And

20  then in a jump-off, if they clear the first round of jumps,

21  usually about 12, they go on to do a jump-off.  All the horses

22  that went clear then compete on speed to go over a -- usually

23  a shortened course at speed.  And then the fastest horse that

24  took down the fewest rails wins.

25  Q    Yesterday in opening statement, Mr. Hart showed the jury

1    a videotape of Vorst with Mr. Syquia.

2              Do you remember that?

3    A    Yes.

4    Q    Would that be fairly representative of what a competition

5    looks like?

6    A    Yes.

7    Q    The horses, somebody's riding it, there's a clock

8    running, and there's a set course; is that right?

9    A    Right.

10              And the first course you have to meet a specific

11   time.  You saw the number 42, I think.  And if the horse takes

12   longer to do those 12 fences, then there's a penalty point

13   time faults.

14              And so, in other words, if you have a horse that

15   went clear and a horse that went clear and had time faults,

16   the horse that had time faults would be behind the horse that

17   went clear.

18   Q    When you bought Vorst in 2011, did you buy the horse with

19   the intention of using the horse as a jumper?

20   A    Yes.

21   Q    And would that be consistent with what Mr. Hart showed

22   the jury yesterday of the horse being in competition, jumping

23   over the rails and with the time clock going?  Would that be

24   correct?

25   A    Right.

1    Q    Are there organized shows for horses like Vorst to

2    compete in?

3    A    Yes.

4    Q    Does Wellington, Florida, have any type of organized

5    shows for horses to compete in?

6    A    Yes, they have them on a regular basis.

7    Q    Could you describe for us just a couple of the bigger

8    shows that might occur at Wellington?

9    A    Well, they -- the Wellington shows are very high end.

10   That's a very high-end show facility.  So there's -- the

11   courses are more difficult, more technical, and the horses are

12   usually of a higher caliber.  And they go from -- there's

13   about five months' worth of shows from January -- that are

14   high end, from January through April.  Then the people with

15   the high-end show horses move usually to a climate -- shows in

16   a climate that are cooler, such as New York or Vermont or

17   others.

18   Q    When -- when these shows occur, do they also occur in

19   other parts of the United States?

20   A    Yes, they do.

21   Q    Do they also occur in international shows, as well?

22   A    Yes.

23   Q    And when these shows occur, do they ever offer any type

24   of prize money if a horse does well in a show?

25   A    Yes.

1   Q    And what -- what level does a horse have to finish at, to

2   your knowledge, in order to qualify for prize money?

3   A    Usually the top 12.

4   Q    Are you familiar with --

5   A    In Florida, the classes are sometimes 80 and a hundred

6   and more, so . . . during the season.

7   Q    So during the season, it could be a class with 80 horses

8   or a hundred horses?

9   A    Eighty or -- yes, 80 or a hundred, and over actually.

10  Q    And so, to your knowledge, you'd have to be in, what, you

11  said, I think the top 12 to get some money?

12  A    Yes.

13  Q    Are you familiar with an organization called the United

14  States Equestrian Federation?

15  A    Of course.

16  Q    What is your understanding of that organization?

17  A    You must belong -- in order to compete in these shows,

18  you have to belong to the United States Equestrian Foundation,

19  and they have many rules about the care of the horse and what

20  sort of drugs, if any, can or cannot be used, and many rules

21  and regulations to make sure that the competition is fair and

22  that everyone has an equal chance.

23  Q    Are you familiar with an organization called Federation

24  Equestre Internationale?

25  A    Yes.

```
 1   Q     Or otherwise known as FEI?

 2   A     Right.

 3   Q     What is your understanding of that organization?

 4   A     Well, that's like an offshoot of the USEF, but it's

 5   international.  And they also have many rules about the care

 6   of the horse and to make sure that the horses aren't abused in

 7   any way, such as given drugs that would be bad for them, and

 8   as well as the -- they have rules about the type of

 9   competition and what the courses would be like, so that things

10   are safe for horse and rider.

11   Q     After you bought Vorst, did you ever register Vorst with

12   the United States Equestrian Federation?

13   A     Yes.

14   Q     The answer is yes?

15   A     Yes.

16   Q     Okay.  And when you did so, can you tell the jury what

17   the United States Equestrian Federation required for you to

18   register the horse with that organization?

19   A     No, they are two separate organizations, but to compete

20   in some classes, you have to have registered also with the

21   FEI.

22   Q     And what type of documents do they require for you to

23   register the horse, to your knowledge?

24   A     Well, Colin would be better at telling you that, because

25   I don't know.  I mean, the horse has to be sound, and the
```

```
 1   course has -- oh, and they keep the horse in quarantine, away
 2   from other horses where they might get exposed to something
 3   that would make them sick or unable to compete fairly, and
 4   also so they can't be given any drugs or anything else, either
 5   positive or negative.  Sometimes people that really, really
 6   want to win want to ruin the other people's horses.  So they
 7   keep them in quarantine.
 8   Q    I'm not sure if you understood my question, so I want to
 9   ask it again.
10        I'm only asking now about what the United States
11   Equestrian Federation requires for a horse to be registered
12   with them, not necessarily --
13        THE COURT:  Mrs. Redman, wait for him to finish the
14   question before you start answering.
15        THE WITNESS:  I'm sorry.
16        THE COURT:  That's all right.
17   BY MR. CATANESE:
18   Q    I'm just asking what the USEF requires for a horse to be
19   registered in order to have a registration certificate from
20   that organization.
21   A    I don't know specifically.  Colin would be better able to
22   answer that.
23   Q    Okay.  We'll ask him about that later.
24        When you say you don't know, again, I'm just trying
25   to jog your --
```

```
 1              COURT REPORTER:  Sir, could you slow down, please.
 2              MR. CATANESE:  I will.  Thank you.
 3    BY MR. CATANESE:
 4    Q    I'm just trying to jog your --
 5    A    I really don't know.
 6              THE COURT:  Mrs. Redman, wait for him to finish the
 7    question, please.
 8    BY MR. CATANESE:
 9    Q    I'm just trying to jog your recollection, Mrs. Redman.
10              Is a bill of sale something that that organization
11    asks for?
12    A    I don't know.
13    Q    My understanding from your deposition testimony is that
14    you've owned horses your whole life?
15    A    Yes.
16    Q    How many horses --
17    A    Well, since I was eight.
18    Q    Prior to coming to testify today, how many horses have
19    you owned?
20    A    Well, a lot.  I began after I had polio in 1948 and was
21    never supposed to walk again, I was given a pony, a friend of
22    my father's, and -- when I was eight, it was a fat pony and no
23    saddle, so I rode bareback, and I lived out in the country.
24    We were four miles out of town.  And the pony was my good
25    friend and took me out in the woods and the birds and the bees
```

```
 1   and all.  And then I met friends out on my rides, and so that
 2   was very important for me.
 3          THE COURT:  Mrs. Redman, can you get a little closer
 4   to the microphone, please, so we can hear you better.
 5          THE WITNESS:  I'm sorry.  Is that better?
 6          THE COURT:  Yes.
 7          THE WITNESS:  Okay.  And then after I outgrew the
 8   pony, my father had a friend who had thoroughbreds.  And one
 9   of his -- the thoroughbreds hadn't paid their bills, so he got
10   a three-year-old thoroughbred that wasn't trained very well
11   from -- and he bought this from my friend -- from his friend.
12          Let's see, so that's 1948, 1951; 1951 is when I
13   started.  And I've had a number of horses along the way in a
14   very, you know, not a showing environment.  I kind of was a
15   seat of the pants learner and hands on.  My father required
16   that if we had animals we had to do all the work.  So that
17   meant mucking the stalls and feeding and turning in, bringing
18   out, anything else that was necessary.
19          I went to high school --
20   BY MR. CATANESE:
21   Q    Mrs. Redman, can I interrupt you for a minute?
22   A    Yeah.
23   Q    I just want to know how many horses you've owned, if you
24   have an estimate.
25   A    That's difficult.  One, two, three, um . . .
```

```
1    Q     Is it over 50?

2    A     No, probably not.

3    Q     Is it over 30?

4    A     When I -- pardon?

5    Q     Is it over 30?

6    A     I don't think so.

7          Let's see.  One, two, three, and then there was

8    six -- about -- six, seven, eight -- maybe ten.

9    Q     And that's your entire lifetime you've owned --

10   A     Yeah.

11   Q     -- about ten horses?

12         And were all those horses registered with the United

13   States Equestrian Federation?

14   A     No.

15   Q     Of the ten or so horses that you owned, can you tell us

16   how many that were?

17   A     About eight.

18   Q     And of the eight that you registered, is it your

19   testimony that you don't know, notwithstanding you registered

20   eight horses, whether or not the USEF requires a bill of sale?

21   A     No, I don't remember that.

22   Q     The reason I'm asking you is I want to ask you this

23   question.  Do you know if the USEF requires someone to provide

24   health information or information regarding the horse's health

25   history as part of their process of registering a horse?
```

1    A    No.

2    Q    So you have specific recollection that is not something

3    they request, that's true?

4    A    Correct.

5    Q    So if somebody, for example, Mr. Zendejas, were to go to

6    the USEF and look on their website or otherwise, to your

7    knowledge, he wouldn't find any information about a horse's

8    health, now, would he?

9    A    I don't think so.

10   Q    And your specific testimony is when I ask you now about

11   Vorst, sitting here today in front of the jury, you're telling

12   us that if Mr. Zendejas went to the USEF site, looked at the

13   website, looked at whatever other information he had

14   available, there was nothing there that you know about that

15   would let him know any information about the health of Vorst;

16   that's true?

17   A    Correct.

18   Q    Okay.  Now, we just talked about the USEF.  I want to

19   talk about the FEI.  Do you know if the FEI has any health

20   record information on their site?

21   A    No.  At the show you do have to show that there's a

22   Coggins and vaccinations and things of that sort, but to make

23   sure that your horse is healthy and that he won't infect other

24   horses, but no.

25   Q    And that's in connection with having a horse actually

1    entered for competition, correct?

2    A     Right.   That's when you present health papers.

3    Q     Okay.   Now, to your knowledge, is there any public

4    location, for example, the Internet, or a registry -- we

5    talked about two already -- any public information that you're

6    aware of that would disclose any health information about

7    Vorst at the time that Mr. Zendejas was negotiating with you

8    to buy the horse?

9    A     Not that I know of, but when you sign up for the horse

10   show and for the classes, you do have to present documents

11   proving that they've had the proper inoculations and vaccines

12   and other such, Coggins.

13   Q     Do you agree with me that when Mr. Zendejas was

14   negotiating with Mr. Syquia to buy Vorst, that the only way he

15   could get medical records about Vorst was through you or

16   Mr. Syquia?

17   A     Right.   Well, he would ask for the doctors, and they

18   would give him the records.

19   Q     Well, let's talk about that for a moment.

20           Is it your understanding that, for example, if

21   Mr. Zendejas had contacted a veterinarian that worked for you,

22   and he asked for those records, independent of you instructing

23   the veterinarian to give those records, to your knowledge and

24   experience, would the veterinarian release the records to

25   Mr. Zendejas?

```
 1   A     I don't know.

 2   Q     Is it --

 3   A     But, you know, he was welcome at any time to ask for any

 4   information that he needed.  And if I wasn't providing it, he

 5   shouldn't buy.

 6   Q     We will talk about that a little later.  And I always

 7   appreciate it when you help with this process, Mrs. Redman.

 8            So it's your understanding, is it not, that when the

 9   veterinarian is working for you, let's say, for example, with

10   Vorst, that the client of that veterinarian is you, correct?

11   A     Correct.

12   Q     And that is it also true, your understanding, again, that

13   the veterinarian's not going to release those records for

14   privacy reasons to anybody unless you allow him to do that;

15   isn't that true?

16   A     I would assume that.

17   Q     Well, in your experience in dealing with horses and

18   veterinarians, do you have knowledge of that, or are you

19   guessing?

20   A     I would assume that the doctor would consider those

21   records private unless authorized to release them.  But I

22   don't know for -- maybe a specific doctor, if Mr. Zendejas had

23   relations with that doctor, and that doctor trusted him, maybe

24   they would do it.  But I -- I don't think so, but I'm not

25   sure.
```

```
 1   Q    Mrs. Redman, you have a son named Sean Redman?

 2   A    I do.

 3   Q    And Sean Redman is a licensed veterinarian; is that

 4   correct?

 5   A    Yes, he is.

 6   Q    What states is he licensed in?

 7   A    He licenses in a number of states, because he travels the

 8   whole eastern third of the United States treating competition

 9   horses.

10   Q    And do you know any states where your son is licensed?

11   A    Florida, New York, New Jersey, Pennsylvania, Kentucky;

12   you know, many.  The whole eastern third of the United States.

13   Q    And given the -- how long's your son been a licensed

14   veterinarian?

15   A    Well, after he graduated, he -- which was a long process,

16   so that would be -- well, he's in his forties now, so he would

17   have been, what, 20' -- in his twenties, late 20s.

18   Q    So about 20-plus years?

19   A    Yes, because college is up until about 21, and then there

20   was four years of vet school, and then there was -- he worked

21   for Rood and Riddle veterinary hospital in Lexington for six

22   years, and then he moved to Florida, and then he began as a

23   traveling vet because of his specialities.

24   Q    Did your son ever treat Vorst medically?

25   A    Yes.  He did chiropracty (sic) and acupuncture and laser
```

```
 1   therapy.  That's what he specializes in.

 2   Q    In fact, I want to ask you that right now.

 3        Isn't it true that your son, Sean Redman, licensed

 4   veterinarian, State of Florida, from the day you bought Vorst,

 5   was treating Vorst chiropractic, acupuncture and laser

 6   therapy; is that true?

 7   A    Right.  This -- I use these as preventive medicine,

 8   because I know that when the animal is competing at a high

 9   level physically, that they have muscle soreness, or if they

10   pull a -- they sprain something, or the gluteal muscles hurt

11   or whatever.  So if you catch these things before they become

12   really very painful, then you prevent more serious injuries

13   that take longer to heal, so . . .

14   Q    During the time that your son was treating Vorst with

15   chiropractic therapy, acupuncture and laser, isn't it true

16   that the reason he was doing that was because Vorst had a sore

17   back?

18   A    There were different things.  Sometimes it was the sore

19   back; sometimes it was the gluteal muscle; sometimes it was a

20   hock or a stifle.  I even treat my retired horses.  I have

21   my -- I have Sean and other veterinarians check the horses to

22   see how they're feeling.  They can't tell me how they're

23   feeling.  So I have someone who can find what's bothering

24   them.  I have a sore neck.  I have arthritis.  I, you know,

25   and I have a sore back, too.  So I know how that feels.  And
```

```
 1   if I don't get in the hot tub and the swimming pool and get

 2   myself -- the circulation going and the -- everything, I can't

 3   walk very well, and then I'm liable to fall and injury myself,

 4   and worse.

 5   Q    Okay.

 6   A    So -- and then I might be in a wheelchair, which would be

 7   horrible.  So, you know, I can't do that.  So I treat my

 8   animals the way I would like to be treated.

 9   Q    Okay.  And we -- you know what, I always love that about

10   you, because you care about your horses.

11   A    I do.

12   Q    And that's a good thing.

13   A    Well, they're very good and very honest, and they take

14   care of me, and I take care of them.

15   Q    And like we said before, horses don't talk, so we have to

16   kind of --

17   A    That's right.

18   Q    -- watch them and observe them to see what's going on,

19   right?

20   A    That's why I use acupuncture and chiropracty (sic) to

21   find out what's going on.

22   Q    Let's talk about that for a moment.  I want to be sure

23   the record's clear.

24        During the time that you owned Vorst -- we already

25   talked about July of 2011, until the date you delivered the
```

```
 1   horse to Mr. Zendejas -- you're affirming that your son, Sean

 2   Redman, was treating Vorst the entire period, chiropractic,

 3   yes?

 4   A    Yes.

 5   Q    Acupuncture?

 6   A    Well, he doesn't come in town that often.  So every month

 7   or two when he's there, I try to get him to put time in for my

 8   horses.

 9   Q    Are you agreeing that during the time you owned the horse

10   on a regular periodic basis --

11   A    Yes.

12   Q    -- Sean Redman was treating Vorst for a sore back with

13   chiropractic?

14   A    And other things.

15   Q    We're going to talk about that.

16   A    It wasn't always a sore back.  It was not also a sore

17   foot.

18        THE COURT:  Mrs. Redman, you need to let him finish

19   the question, please.

20        THE WITNESS:  I'm sorry.  Sorry.

21        MR. CATANESE:  Thank you, Your Honor.

22   BY MR. CATANESE:

23   Q    So we know he was treating the horse for a sore back,

24   yes?

25   A    Yes, sometimes.
```

```
 1   Q    And I think you said he was also treating the horse for
 2   soreness in I think you said the back portion of the horse; is
 3   that right?  You said - what did you say --
 4   A    The gluteal muscles, sometimes.
 5   Q    Yes, ma'am.
 6             Can you tell the jury what you mean by gluteal
 7   muscles so we understand what that means?
 8   A    Well, in the rear end.
 9   Q    Okay.
10   A    The top end of the rear end.
11   Q    Okay.
12   A    Around the butt area I guess you'd say.
13   Q    Are you familiar with a term hind OCD?  Do you know what
14   that term means?
15   A    I think you're talking -- an OCD is a joint in the foot.
16   Q    And do you know -- so when we talk about --
17   A    I think it's just above the hoof, but I could be wrong.
18   Q    Okay.  And so we know that your son, who was a licensed
19   veterinarian, is treating Vorst for a sore back, yes?
20   A    Sometimes.
21   Q    Also for gluteal muscles in the back of the horse, yes?
22   A    Sometimes, but I'm not sure specifically, but . . .
23   Q    And you mentioned there were other things that he was
24   treating the horse for.  Can you tell the jury what those
25   other things were, please?
```

```
1   A    Oh, sometimes he would find the stifle to be a problem,

2   or the hock, which is the back joint in the back leg.  You

3   know, and with -- as you saw him jumping, he's jumping high

4   obstacles, and he has to put -- and the gluteal muscles and

5   the hock and the stifles are very important in getting that

6   lift to get over those high obstacles without touching them.

7            So that's quite -- that's very common.  Any horse

8   that's doing that type of jumping is going to have some muscle

9   soreness.  He's an athlete, just like human athletes.  They

10  have to go and have things reorganized or fixed so that they

11  can go on and not have the pain, because things go out of

12  place when you're putting in these very big athletic efforts.

13  Q    So just to clarify again, just kind of summarize your

14  testimony, just so I understand it, during the time you owned

15  Vorst, one of the veterinarians you had, your son, was

16  treating Vorst we know for a sore back and the back area,

17  correct, of the horse; is that right?

18  A    Yes.

19  Q    And these are areas that you acknowledge are important to

20  the ability of the horse to successfully complete as a jumper;

21  is that true?

22  A    Yes.

23  Q    Now, did you ever disclose to Mr. Zendejas before you

24  sold Vorst to him in March-April of 2014 that your son was

25  treating Vorst for a sore back?
```

```
 1   A     To my knowledge, Mr. Zendejas never asked, but I never
 2   met Mr. Zendejas or Mr. Nizri or Juan Jose.  The whole
 3   transaction and all of the showing, et cetera, was handled by
 4   Colin Syquia, my trainer, whom I trust.
 5   Q    I understand that.  And, Mrs. Redman, I honestly want to
 6   hear everything you have to say, but I'm going to ask the
 7   question again and ask you politely if you could say yes or no
 8   if that's what it calls for, okay?
 9         MR. HART:  Objection; asked and answered,
10   argumentative.
11         THE COURT:  Overruled.
12   BY MR. CATANESE:
13   Q    Mrs. Redman, did you ever disclose to my client, Mr. --
14   A    He never asked.
15         MR. CATANESE:  Your Honor, can I move to strike?
16         THE WITNESS:  I'm sorry again.  I apologize.
17         THE COURT:  Let him ask the question, Mrs. Redman,
18   and then try and answer it as best you can.  All right?
19         MR. CATANESE:  Thank you, Your Honor.
20   BY MR. CATANESE:
21   Q    Mrs. Redman, did you ever disclose to Mr. Zendejas before
22   he bought Vorst from you that your son, Sean Redman, was
23   treating Vorst for back soreness?
24   A    No.
25   Q    Thank you.
```

```
 1              Did you ever disclose to Mr. Zendejas before he
 2   bought the horse that your son was treating the horse for the
 3   gluteal problem you described?
 4   A     No.
 5   Q     I'm sorry?
 6   A     No.
 7   Q     Thank you.
 8              To your knowledge, did Mr. Syquia ever make a
 9   disclosure of either of those things to Mr. Zendejas before he
10   purchased Vorst from you?
11   A     I don't know.
12   Q     Okay.  Thank you.
13              You told us earlier that Vorst was a jumper.  Do you
14   remember that testimony?
15   A     Would you repeat that?
16   Q     You told us earlier that Vorst was a jumper.
17   A     Yes.
18   Q     Okay.  And do you agree that it's important that the back
19   not be sore for Vorst to compete successfully?
20   A     I would believe so.  At least in the long term.
21   Q     So when you say you believe so, are you telling our jury
22   that you agree with this point; in order for Vorst to compete
23   successfully for Mr. Zendejas, it was important the horse not
24   have a sore back?
25   A     Yes.
```

```
 1   Q    Okay.  Thank you.
 2        Do you also agree in order for this horse to compete
 3   successfully for Mr. Zendejas, that the horse not have a hind
 4   quarter problem or hind gluteal soreness?
 5   A    Well, that's why I have him treated, so he doesn't.
 6   Q    And, again, your testimony is you never told this to
 7   Mr. Zendejas, correct?
 8   A    Never met, never saw Mr. Zendejas, and he never asked.
 9   And so, no.
10   Q    So you never told him?
11   A    No.
12   Q    Now, I asked you if you ever told him this information,
13   and you said no.  Are you aware of any written documentation
14   that Mr. Zendejas could have seen publicly, privately that
15   would have alerted him to the fact that your son was treating
16   Vorst for back soreness?
17   A    Yes.  He could have asked for the records.
18   Q    If -- let's just assume for the moment that that's not
19   one of our issues.  I'm just asking you if he independently
20   had been looking anywhere.  Is there anywhere that he could
21   have found that information?
22   A    No, I don't think so.
23   Q    Okay.  Thank you.  That's what I wanted to know.
24        All right.  Now, after you bought Vorst, did you
25   have the horse insured?
```

```
1    A     Yes.

2    Q     And what was the name of the insurance company that you

3    used?

4    A     Dietrich and Company.

5    Q     Was that the insurance company, or was that your

6    insurance agent?

7    A     Dietrich and Company sent me the bills.

8    Q     Do you know who your insurance company was?

9    A     And they -- I think -- that was my insurance company, but

10   Dietrich and Company I think had the insurance through Great

11   American.

12   Q     Okay.  Thank you.

13         Now, we want to ask again, the period of time that

14   you owned this horse, this is July of 2011 until Mr. Zendejas

15   bought it from you in April of 2014.

16   A     No, he bought it -- oh, yes, that's right.  Correct.

17   Q     Is that correct?

18   A     Yes.

19   Q     During that time, did you have insurance the entire time

20   on Vorst through Great American?

21   A     Yes; through Dietrich and Company.

22   Q     Do you remember in the first year that you had that

23   insurance whether or not there were any exclusions in the

24   policy with respect to Vorst?

25   A     I don't -- no.
```

```
 1   Q    Now, when I talk about an exclusion, I jumped the gun a

 2   little bit, and I want to go back just so the jury understands

 3   what the policy is.

 4            When you buy -- when you bought this insurance

 5   policy for Vorst, do you have an understanding of what the

 6   policy was covering or what type of insurance you were buying?

 7   A    I think originally I had mortality, and I also had -- I

 8   think it also included -- is it --

 9   Q    Disability?

10   A    In case he got injured.  Medical, I guess you'd say.

11   Q    So your recollection today was when you first bought the

12   horse, your policy was for if the horse died --

13   A    Right.

14   Q    -- or if there was a medical injury?

15   A    Right, such as colic, that might kill him.

16   Q    And in the first year of that policy, do you have a

17   recollection whether there were any exclusions in the policy?

18   A    I don't think so.

19   Q    Now, when you applied for the insurance coverage, can you

20   tell the jury the information you provided to the insurance

21   company when they were doing their underwriting or research as

22   to what type of policy they should give you?

23   A    I gave them whatever they asked for.

24   Q    Can I help you -- I'm going to try to jog your memory on

25   that.
```

1          Did it include an application that you signed?

2    A    Probably.

3    Q    Are you guessing, or do you -- or are you estimating that

4    you have an independent basis to tell us that?

5    A    I think so.

6    Q    You believe that's more probable than not?

7    A    Probably.

8    Q    Okay.  And when you did the application, did you also

9    submit to the insurance company veterinarian records as part

10   of your application?

11   A    If they asked for it, yes.

12   Q    To your knowledge, did the insurance company ask to see

13   the medical history of Vorst before they issued a policy of

14   insurance to you?

15   A    I would assume they did, since I had medical.  They'd

16   probably want to know what the medical history was in order to

17   okay that.

18   Q    Mrs. Redman, one of the things I talked to you about

19   earlier is we don't want you to guess or speculate.  And when

20   you use the word "assume", I think that is what you're doing.

21   But it's okay for you to estimate or you can tell us if you

22   have independent recollection.  Do you understand?

23          Is it your independent recollection that you did

24   provide the insurance company veterinary records as part of

25   the underwriting process?

```
 1   A     I think so.

 2   Q     Okay.  Any reason to disbelieve that that occurred?

 3   A     No.

 4   Q     Okay.  When -- so we know you had the policy for your

 5   first year.  Do you remember that testimony?

 6   A     (No verbal response.)

 7   Q     Now, do you recall that the policy ran from July 29,

 8   2011, to July 29, 2012?  Is that the first year of the policy?

 9   A     I think so.

10   Q     Do you remember what the insured amount of the horse was?

11   A     Well, I think it was probably for the amount that I paid

12   for him.

13   Q     And how much did you pay for Vorst?

14   A     135,000.

15   Q     So your recollection is first year of the policy the

16   horse was insured for 135,000?

17   A     I believe so.

18   Q     In the second year, this would be from July 29, 2012, to

19   July 29, 2013, that's the time period we're talking about,

20   understood?

21   A     Uh-huh.

22   Q     Did the insurance company ask you to provide a renewal

23   application?

24   A     Probably.

25   Q     When you say probably, is it your best testimony today,
```

1    given your knowledge and experience, that that's what

2    occurred?

3    A    Yes.

4    Q    Okay.  And when you did the renewal, did they ask you any

5    questions about the horse's health or if the horse's medical

6    condition had changed?

7    A    I'm sure they would have.

8    Q    And do you remember what you told them at that time?

9    A    I'm sure I would have provided whatever they asked for.

10   Q    Did the -- did the records include -- again, just trying

11   to ask you this.

12        When you submitted the veterinary information to the

13   insurance company, did you include records that your son, Sean

14   Redman, had been treating a horse with his chiropractic and

15   his laser and his acupuncture for sore back?

16   A    If they asked for it, yes.

17   Q    Did you provide them any information regarding the OCD

18   issue that we talked about a little earlier?

19   A    I don't know that that was a recurring problem; but if

20   they asked for the long-term history, of course, it would have

21   come up.

22   Q    Do you have a recollection of whether the insurance

23   company offered you a renewed policy in the second year that

24   you owned the horse?

25   A    Oh, yes.

```
 1   Q     And how much did they offer to pay in the event the horse
 2   died?  What was the insured amount at that date?
 3   A     I think we raised it that year because he had just won
 4   the Rood and Riddle Grand Prix at a meter 35, and that was a
 5   big -- in other words, our training and our management of the
 6   horse had made him better able to achieve a higher level.
 7   Q     Did the insurance company have any exclusions the second
 8   year of the policy regarding any benefits you would be paid
 9   under the policy?
10   A     Would you repeat that, please?
11   Q     Yes, ma'am.
12         Did the insurance policy include any exclusions,
13   meaning that the insurance company was telling you if Vorst
14   had a medical problem or died from a medical problem, that if
15   it was caused by one of the excluded events, they wouldn't
16   pay?  Do you remember that?
17   A     I think that I -- I remember that on one of the policies
18   that I had, there were some exclusions, yes.
19   Q     And was one of the exclusions that the policy stated was
20   that if Vorst had a sore back, they wouldn't pay?  Is that
21   right?
22   A     Right.
23   Q     And they also said that if Vorst had a rear right OCD --
24   right hind OCD, they also wouldn't pay, correct?
25   A     Right.
```

```
 1    Q    Now, when the insurance company put those exclusions on
 2    your policy, did you ever challenge those exclusions with the
 3    insurance company?  For example, did you ever say to the
 4    carrier, hey, this horse, he's a good horse, he's functioning
 5    fine, why do I have these exclusions?
 6              Did you ever do anything like that?
 7    A    No.
 8    Q    Did you ever ask your son, Sean Redman or another
 9    veterinarian to write an opinion to send it to the carrier to
10    say this horse is perfectly fine, why are you telling me you
11    won't pay insurance if this horse has a sore back?
12              Did you ever do that?
13    A    No, because it was a timely thing.  They just -- horses
14    and human athletes, whenever they're performing at a high
15    level, soreness occurs, or strain occurs, and it's temporary,
16    it gets treated, it doesn't cause a problem, and then next
17    year he doesn't have it, so then, you know.
18    Q    Mrs. Redman, I'm going to accept as true everything you
19    just said.  Okay?
20              Is there a reason why you didn't have your son write
21    a letter to the insurance carrier and say, listen, this stuff
22    comes and goes, it's really not that significant, so why can't
23    I get coverage without the exclusion?
24              Did you do that?
25    A    No, I did not.
```

```
 1    Q     Now, in the third year you had the policy, this would
 2    have been from July of 2012 -- again, the policy was running
 3    by years, July 2012 to July 2013, did you have another policy
 4    of insurance with respect to Vorst with the same company?
 5    A     Would you repeat that?
 6    Q     Yes, ma'am.
 7          In the time period July of 2012 -- actually, I want
 8    to start over again.
 9          July of 2013 to July of 2014, that's our time
10    period, okay?  Did you have a policy of insurance with Great
11    American for that time period for Vorst?
12    A     Yeah, I would have had him insured all the way along.  I
13    did, however, drop the medical part.  I had six horses, and
14    expenses were quite high, and so I -- I -- my horses were
15    healthy, and I didn't feel that I wanted to spend that money.
16    Q     Do you remember what the insurance company did regarding
17    the insured value of Vorst in that third year?
18    A     I think I also reduced the value, because even though the
19    horse was winning and progressing well, I -- as I said, the
20    insurance costs were very high.  I had never had occasion to
21    use them for anything.  And because all the injuries or
22    what -- muscle soreness or strains or whatever were temporary,
23    and because they got treated and they didn't cause a big
24    problem, so I lowered the value.
25    Q     And what'd you lower it to?
```

```
 1   A     I think probably 135.

 2   Q     Okay.  So just so we're clear, third year of the policy,

 3   just before you sell the horse to Mr. Zendejas, you lowered

 4   the policy limits from 250,000 to 135,000?

 5   A     Correct.

 6   Q     Okay.  And I want to ask you, why is it that you decided

 7   to lower the value to 135,000?

 8   A     As I said to you, the insurance costs were running very

 9   high, and I did not -- I'd rather spend the money on keeping

10   the horse sound and with the chiropractic and with other

11   treatment, et cetera, than to pay the insurance company.  The

12   horse was more important to me than the insurance money.

13   Q     Isn't it true the whole reason why you lowered the value

14   is because Vorst had a sore back?

15   A     No.

16   Q     That wasn't one of the reasons?

17   A     No.  And the sore back was not an ongoing thing.  It came

18   up here and there, but it did not -- was not anything that

19   presented itself every single time.

20   Q     And it wasn't because the horse had a problem in its

21   backside?

22   A     No.

23   Q     Now, you told us that it was your decision to lower the

24   value.

25   A     Right.
```

```
 1   Q    Okay.  Did the insurance company have any participation
 2   in that?  Were they involved at all in reducing the amount of
 3   money they're willing to pay --
 4   A    No.
 5   Q    -- or are you saying it was your decision to make?
 6   A    It was my decision.
 7   Q    Is it your understanding that -- just again, your
 8   understanding, that when you buy insurance from the carrier,
 9   you're telling the carrier what the terms are that they have
10   to accept and not the other way around?
11        Do you understand my question?
12   A    I don't make the terms.  They have their way of the --
13   whatever documentation they made they get from me, and they
14   make the decision as to whether they're willing to insure for
15   that or not.  And when I insured Vorst for 250,000, they did
16   require me to get a specialist or an expert that comes in and
17   evaluates the horse and the horse's record and what's going on
18   to see if the horse is, in fact, worth that value, and then
19   they decide whether or not they will carry that amount of
20   insurance on the horse.  And I did that.
21        The name of the person was Carol O'Brian.  She was
22   suggested by Shawna Dietrich, who is say very fine horse woman
23   herself and shows and rides on a high level, and they
24   recommended this person, and so therefore I hired that person,
25   and they came through with an evaluation for all of my horses
```

1    that were being insured by Great American, and they issued the

2    insurance.

3    Q    Now, before you began negotiating with Mr. Zendejas to

4    sell him Vorst, you were aware that the insurance company had

5    these two exclusions on Vorst, correct?

6    A    On that one year.

7    Q    And that one year was the year for 2013, July --

8    A    I believe so.

9    Q    -- through July 2014, correct?

10   A    Well, I'd have to go back and look specifically,

11   but . . .

12   Q    I do have the records here.  Would it be helpful for you

13   to look at them to refresh your recollection?

14   A    Okay.

15          MR. CATANESE:  Your Honor, we have an exhibit.  Can

16   I have permission to publish that for the witness to review to

17   refresh recollection.

18          THE COURT:  Show it to her.

19          MR. CATANESE:  Yes, Your Honor.

20          Your Honor, may I approach the witness?

21          THE COURT:  Yes.

22          MR. CATANESE:  So the record should reflect I

23   provided the witness the plaintiff's exhibit notebook,

24   particularly plaintiff's marked exhibit number 7.

25          THE WITNESS:  This one is from July 29th, 2011,

1    through July 29, 2012.

2    BY MR. CATANESE:

3    Q    Mrs. Redman, would you continue to look through the

4    pages.  There's a number of pages there.

5    A    Okay.

6    Q    I'm going to ask you if you wouldn't mind looking at each

7    of the pages and let us know when you get to the page that

8    talks about year 2013 and year 2014.  If it will help you, I

9    can tell you the page.

10   A    Let's see, now, the next page is July 29, 2011, through

11   July 29, 2012, and the general endorsement is for the full

12   mortality, amount of insurance 135,000 to 250,000.

13          And then 2012 to 2013, major medical was 250,000,

14   and the major medical was 10,000.

15   Q    Mrs. Redman, what may help you is in the lower right-hand

16   corner you'll see Redman page 301 and Redman page 302.

17   They're near the back.

18   A    I don't see that.  Would you show me where that is,

19   please?

20          MR. CATANESE:  May I approach the witness, Your

21   Honor?

22          THE COURT:  Yes.

23          MR. CATANESE:  Thank you, Your Honor.

24          THE WITNESS:  Okay.  Thank you.

25          THE COURT:  Mrs. Redman, just wait for him to ask a

```
 1   question.  Okay?
 2           MR. CATANESE:  So just for the record, I've put in
 3   front of the witness plaintiff's exhibit 7, Redman 301 and
 4   302.
 5   BY MR. CATANESE:
 6   Q    Mrs. Redman, would you look at those pages, please.
 7   A    Yes.
 8   Q    Do they refresh your recollection as to whether or not
 9   there were exclusions for back soreness and for right hind OCD
10   in the year 2013 through 2014 for Vorst?
11   A    Yes.
12   Q    Is it your testimony that what I just said is correct?
13   A    Yes.
14   Q    Thank you.
15           MR. CATANESE:  Your Honor, may I get the notebook
16   from the witness?
17           Thank you, Mrs. Redman.
18           THE WITNESS:  Thank you.
19   BY MR. CATANESE:
20   Q    Okay.  Since the record's clear, you're now acknowledging
21   that in the time period July 2013 through July 2014, you had
22   an insurance policy on Vorst, and you're admitting there were
23   exclusions, one for sore back, one for right hind OCD,
24   correct?
25   A    Yes.
```

```
 1   Q    Okay.  Now, did you ever disclose those exclusions to

 2   Mr. Zendejas before he bought Vorst from you?

 3   A    No.  He never asked, and I never met him, so . . .

 4   Q    Did you ever disclose --

 5   A    There was no occasion.

 6   Q    Did you ever disclose that information to Mr. Nizri, who

 7   was assisting Mr. Zendejas?

 8   A    No.  I never met Mr. Nizri.  I never spoke with

 9   Mr. Nizri.  There was no occasion.

10   Q    Do you know if your agent, Mr. Syquia, ever disclosed to

11   Mr. Zendejas that this insurance policy had these exclusions?

12   Did he ever do that?

13   A    I don't know.  I wasn't there.  I didn't know what --

14   they handled all those negotiations.

15   Q    Sitting here today, do you have a present recollection as

16   to whether or not Mr. Syquia was involved in your insurance

17   process or your contracting with the insurance company for

18   Vorst?

19   A    No.

20   Q    Did he ever participate in any inquiries with the

21   insurance company on your application with the insurance

22   company?

23   A    I don't know.

24   Q    Did you ever talk to Mr. Syquia during the time he was

25   negotiating for you with Mr. Zendejas and tell him, hey, we
```

1    need to tell Mr. Zendejas about these insurance exclusions?

2    Did you ever have that conversation with Mr. Syquia?

3    A    Not that I remember.

4    Q    Now, the whole reason why, of course, you're not saying

5    anything to Mr. Zendejas is because you wanted his money,

6    right?

7    A    No, I wanted the horse to be sold to a good rider that

8    was a good match for the horse and to a good home where they

9    would take good care of him.

10   Q    Isn't it true that you concluded that if you did tell

11   Mr. Zendejas about the sore back and about the insurance

12   exclusions, that you'd scare him off and he wouldn't buy

13   Vorst, right?

14   A    You know, I would not have sold Vorst to a bad home where

15   they would not take care of him and respect him.  So, you

16   know, if that was going to put Mr. Zendejas off, I would have

17   walked away.

18   Q    Okay.

19   A    Personally.

20   Q    All right.  I'm going to -- because we just on this line

21   of questioning regarding health matters, I'm just gonna jump

22   ahead on my outline, but I want to cover this now, because I

23   think it's better if we do it.

24        Mr. Nizri acted as your agent in this transaction,

25   correct?

```
1    A     No.

2    Q     He didn't?

3    A     Never met Mr. Nizri.

4    Q     Okay.

5    A     Didn't know who he was.  Wouldn't have been able to pick

6    him out of a crowd.

7    Q     Okay.  Mr. Syquia act as your agent?

8    A     Yes.

9    Q     No dispute about that?

10   A     Pardon?

11   Q     No dispute about that?

12   A     Oh, no.  Mr. Syquia is a very honorable, very honest,

13   very caring horse person, and I trust him to take care of my

14   animals, and he's done a very good job.

15   Q     Is it your testimony that Mr. Syquia was aware of all the

16   health issues related to Vorst at the time he was negotiating

17   with Mr. Nizri and Mr. Zendejas to sell Vorst to them?

18   A     Mr. Syquia was hands on with the horse on a daily basis

19   and riding him on a daily basis.  He knew whether the horse

20   was sound or not sound or able to go comfortably or not, and

21   he had full authority to make those decision.

22   Q     Do you agree with me that your agent, Mr. Syquia, was

23   well aware of the treatments that your son, Sean Redman, was

24   giving Vorst?

25   A     Yes, I believe he was.
```

```
1    Q    And he knew that information at the time he was
2    negotiating as your agent to sell Vorst to Mr. Zendejas?
3    A    Right.
4    Q    And to your knowledge, did Mr. Syquia ever disclose to
5    Mr. Nizri or Mr. Zendejas what he knew about the --
6    A    I have no idea what the specifics of the negotiations
7    were.  I do know that if we were asked to produce any records
8    we would have done so.
9    Q    Okay.  Did you ever instruct Mr. Syquia to disclose to
10   Mr. Zendejas that you had this insurance policy with
11   exclusions?  Did you ever instruct him to do that?
12   A    Instruct him to do what?
13   Q    Instruct Mr. Syquia, your agent, to disclose to
14   Mr. Zendejas that you had exclusions in your insurance policy?
15   A    No, I don't believe so.
16   Q    And you never disclosed to Mr. Zendejas the fact that the
17   insured value went from 250,000, I think you said, to 135,
18   correct?
19   A    Right.
20   Q    Did you ever ask Mr. Syquia or instruct him to tell
21   Mr. Zendejas that you had decided to lower the value of the
22   horse for insurance purposes?
23   A    No, because it wasn't relevant.  I did that for personal
24   reasons, because the cost of the insurance was too high, and I
25   felt that the money would be better spent on the horses.
```

```
1    Q    So far I've asked you about Sean Redman's treatment of

2    Vorst, and I've also asked you about the insurance exclusions.

3         Do you have an opinion as to whether or not that

4    information is important information that should have been

5    disclosed to Mr. Zendejas?

6    A    No, because of the chiropractic and acupuncture

7    treatments were successful.  They relieved the soreness, and

8    the horse was able to go on and compete successfully.  And the

9    proof is that in -- from December through February of 2014,

10   the horse was competing at a meter 4, which was higher than he

11   had been before.  In other words, he was progressing to a

12   higher level in a very good solid way.  He wasn't going lame.

13   He wasn't unable to do that.  He went in classes every, you

14   know, every two or three days for what, December, January,

15   February, which is three months.

16        And then on the 1st or the 2nd of March, when Juan

17   Jose, Mr. Zendejas' son, who's a very talented rider, he tried

18   the horse over a meter 50, which is the higher level Grand

19   Prix level.  The lower level Grand Prix might be at 1.35 or

20   1.40 meter 1, 3, 5 or meter 40.

21        But a meter 50 and a meter 51, those are very high

22   challenging courses, and Juan Jose rode the horse well, and

23   the horse responded well, and came off the trials sound.

24   Nothing was wrong.

25        So, you know, there was a back soreness back when or
```

1    an OCD back when, but it wasn't something that was cumulative

2    or became worse with the higher level competition.  So it

3    wasn't a problem.

4    Q     And you told us earlier that notwithstanding everything

5    you just said that it's not a problem, it comes and goes, you

6    never argued with the insurance company to take out the

7    exclusion, right?

8    A     No, I don't -- and I don't think it was on there the next

9    year, but then maybe I didn't own him in the next year, so I

10   don't know.

11   Q     Okay.

12   A     Had that been the case, then I would have said to him,

13   but, look, here's his show record, this is what he's done, and

14   he's competed against 80 and a hundred horses and still

15   been -- and many of the classes he was up at the front.  He

16   was seventh or eighth and 11th, and sometimes he was in the

17   middle of the pack, 20th.  But still, 20th out of 80 or a

18   hundred horses, I mean, you know, I think that's pretty darn

19   good.  I was pleased.

20   Q     Okay.  Mrs. Redman, I want to ask you some questions

21   about a prepurchase examination regarding Vorst.

22   A     Okay.

23   Q     Do you have any knowledge of a veterinarian named Jorge

24   Gomez?

25   A     Yes.  He works for Palm Beach Equine.

```
 1   Q    Okay.  And that's located in the Wellington area?

 2   A    Yes.

 3   Q    Have you ever met Dr. Gomez?

 4   A    No.

 5             Well, when I went to the deposition, yes.  But, no.

 6   Q    So the only time you've ever seen him is when Dr. Gomez

 7   was deposed in this case?

 8   A    Yes.

 9   Q    Now, do you have an understanding that Dr. Gomez did a

10   prepurchase examination for my client, Mr. Zendejas, regarding

11   Vorst?

12   A    Yes, Mr. Zendejas chose Dr. Gomez to do the prepurchase

13   exam.

14   Q    All right.  Did you -- do you have any knowledge of

15   whether or what happened when the prepurchase examination

16   occurred?  For example, was Dr. Gomez with the horse?  Was he

17   touching the horse?

18             Did you have any knowledge of that --

19   A    I wasn't there.  I don't know.

20   Q    Was Mr. Syquia there when the prepurchase examination was

21   done, to your knowledge?

22   A    I think so.  He would have been.

23   Q    Did he tell you that?

24   A    I don't remember.

25   Q    Did you authorize Mr. Syquia to go to the prepurchase
```

```
 1    examination with Dr. Gomez?

 2    A    Yes, Mr. Syquia had my full support to do whatever was

 3    necessary for the horse, horses anytime that he felt it was

 4    necessary.

 5    Q    And as you sit here today, are you telling us that

 6    everything that happened between Mr. Syquia and my client and

 7    Mr. Nizri was known by you?  Is that your testimony?

 8    A    Well, Mr. Syquia told me that there were some people

 9    coming to look at the horse.  And I asked him, well, how did

10    that go?  And he said that Juan Jose rode the horse very well.

11    And I asked him -- and Mr. Syquia said they were interested in

12    buying the horse.  And I said, well, what kind of people are

13    they?  Will they take good care of the horse?  Will they

14    manage the horse properly, and will they ride the horse well?

15    And he said, yes, Juan Jose did a very fine job with the meter

16    50 with the horse, which was higher than he had been jumping

17    and was essentially one of those things you say, oh, my, how

18    is that going to go, and it went beautifully.

19    Q    Okay.

20    A    So he said the boy was a very good rider.  He said --

21    Colin said that he had known Simon Nizri for a while, and he

22    was a good professional horseman, and there wasn't really --

23    and he felt that this was a good, good match.

24    Q    Now, after the sale occurred with Mr. Zendejas, do you

25    believe that Mr. Syquia fully informed you about all of the
```

1    conversations he had with Mr. Zendejas and with Mr. Nizri

2    regarding his representation of you and the sale of the horse?

3    A    As I said before, I trust Mr. Syquia.  He's an honorable,

4    honest horseman, who truly cares for the animals.

5    Q    Okay.

6    A    And he has always been very upfront and very good and my

7    animals -- and telling me anything I asked, and my animals

8    have all done very well with him.  He's brought them along in

9    a very good, solid way, and there have not been a lot of

10   injuries or anything that has interrupted their progress.

11   Minor things here and there that we took care of, and he -- he

12   had his input; I had mine.  Mine -- I like to do things

13   without drugs and without invasive things, and I, therefore,

14   use a lot of acupuncture and chiropracty and laser therapy,

15   and I'm very picky about the food, so was he, and I don't like

16   overmedicating, and I don't like all these other things that

17   many people do do to their horses to keep them going on a

18   long-term basis.

19            If it's necessary, then we discuss that, and, yes,

20   if Dr. Steele, whom I trust also to do -- is a very fine vet,

21   then I -- yes, I get involved there.  But otherwise, Colin has

22   my full authority to do whatever he thinks is necessary.

23   Q    Mrs. Redman, concerning the sale of the horse by you and

24   Mr. Syquia to my client, Mr. Zendejas, was there anything that

25   you can tell us today that you did not approve of or ratify

```
 1   that Mr. Syquia did for you?
 2   A     Not that I know of.
 3   Q     And as you sit here today, are you affirming that
 4   everything he did, statements or nonstatements, meaning things
 5   he didn't say, you're telling us that you agree with what he
 6   did and you approve of what he did?  Is that true?
 7   A     As I said, I trust Mr. Syquia.
 8   Q     I understand.  I'm just asking you to answer the
 9   question.  Are you telling us that you agree with what he did
10   and you approve of what he did?
11   A     Yes.
12   Q     Thank you.
13         Now, do you have any knowledge of about what
14   happened at the prepurchase examination with Mr. Syquia and
15   his interactions with Dr. Gomez?
16   A     No; I wasn't there.
17   Q     Did you ever review the prepurchase examination report
18   that Dr. Gomez issued after the examination?
19   A     No, not until this trial came up and I looked at it.
20   Q     Do you have any knowledge whether or not that prepurchase
21   examination had a section entitled "Seller's Statement"?
22   A     I don't recall that.
23   Q     I'm just going to try to jog your memory.
24   A     Would you show me the document, please?
25         MR. CATANESE:  Your Honor, I'm happy to do that if
```

1    the Court will permit it.

2            THE COURT:  If she would like to see it to refresh

3    her memory, yes.

4            MR. CATANESE:  Yes.  Thank you, Your Honor.

5            Your Honor, can I approach the witness?

6            THE COURT:  Yes.

7            MR. CATANESE:  Just for the record, I've handed the

8    witness an exhibit notebook, it's black, and the exhibit that

9    she's looking at is defense exhibit number 2.

10           THE WITNESS:  I don't believe I saw this document,

11   because it says it's to be filled out by seller or seller's

12   agent.  So Colin was the on-site person that knew everything,

13   and . . .

14   BY MR. CATANESE:

15   Q    Okay.  Keep that in front of you, please.

16           I want to refer you --

17   A    And the horse had no real recurring lameness.  Everything

18   that was found in the examination was treated and passed.

19   Q    Okay.

20   A    So, you know -- and he went on~-- as I said, the

21   record -- the horse way outperformed in December, January and

22   February, and, again, when Juan Jose rode him.  So, you know,

23   he was sound, he was healthy, he was not lame, he didn't have

24   any problems, health problems; and if you look at the record,

25   the record shows that, because he way out-performed at a

```
 1   higher level.
 2   Q    Mrs. Redman, thank you.
 3   A    With a new rider that he didn't know.
 4   Q    Okay.  I had showed this to you because I want to ask you
 5   if you recognize the Seller's Statement as part of this
 6   purchase examination report.  Did you recognize that?
 7   A    I didn't see it.  This is -- well, I have seen it since
 8   I've been trying to do my homework to learn about all these
 9   things during preparation for this trial, and -- but I had not
10   seen it before.
11   Q    Okay.
12   A    I don't believe.
13   Q    Did you instruct and authorize Mr. Syquia to answer any
14   and all questions that Dr. Gomez might ask of him about Vorst?
15   A    Well, of course.  You have to be honest and upcoming and
16   forthright.  You don't want the horse to go into a situation
17   and be asked to do things that will then injure him later.  So
18   you don't do that, not if you care.
19           Some people cover things up, but I don't, and
20   neither does Colin, because we would not put the horse in that
21   position.  That's unfair, it's unkind, and it's -- it's just
22   not honorable.  It's not honorable to the horse either.  I
23   mean this is not good.
24   Q    Okay.  In the prepurchase examination, there's a question
25   here that it's part of the Seller's Statement.
```

```
 1  A    Yeah.

 2  Q    And I'm going to just ask you if you know about this and

 3  some questions about it.

 4  A    Okay.

 5  Q    One of the questions that Dr. Gomez has here is, is there

 6  any other pertinent medical history about Vorst.  Okay?

 7            Do you understand what I just said?

 8  A    Right.  Well, his medical history, of course, because

 9  there's an ongoing thing.  You check your horses to see how

10  they are.

11  Q    Okay.  Did -- did Colin Syquia ever advise you that he

12  was interviewed by Dr. Gomez during the prepurchase

13  examination?

14  A    No, I don't think so.  I mean, if he thought it was

15  important or pertinent, he certainly would have contacted me.

16  Q    Do you know whether or not Colin Syquia ever disclosed to

17  Dr. Gomez during the prepurchase examination the insurance

18  history of Vorst and the exclusions we talked about earlier?

19  A    I don't know.

20  Q    You don't know even as of today?

21  A    No.

22  Q    Prior to coming to testify today, did you make any

23  investigation or speak to Mr. Syquia to ask that important

24  question, which was did you ever tell Dr. Gomez about this?

25  Did you ever do that?
```

```
 1   A    No.  I assumed if there was an occasion that Colin felt

 2   it was important to tell me details like that, he would have

 3   done so.  And if not, then I wouldn't have done it.  But if he

 4   did, you know, I don't remember.

 5   Q    Okay.  You said a lot there.

 6            Are you saying as you sit here today, you don't know

 7   whether or not Mr. Syquia ever disclosed that to Dr. Gomez; is

 8   that your testimony?

 9   A    No, and I don't know that he -- I don't know if I showed

10   Colin that insurance thing either.  I -- I just don't know.

11   Q    Okay.  So when you testify right now, you're guessing and

12   speculating; is that correct?

13   A    Pardon?

14   Q    Are you guessing right now?

15   A    No, I said I do not know.  I do not remember.

16   Q    Okay.

17   A    I don't think it came up.

18   Q    Mrs. Redman, I don't want to upset you.

19   A    Okay.

20   Q    I'm just trying to understand what happened.

21   A    That's fine.  That's fine.

22   Q    If there's any time I say something that --

23   A    And I appreciate your showing me all the records.

24   Q    I just want to understand what happened.  So I want to

25   apologize to you --
```

```
 1   A     That's fine.
 2   Q     -- if you feel I'm saying something you don't like.
 3   A     That's fine.
 4         THE COURT:  Mrs. Redman, try not to speak over each
 5   other.  All right?  Wait for him to finish the question before
 6   you start answering.  All right?
 7         THE WITNESS:  I will.  I don't mean to be
 8   obstructive.
 9         THE COURT:  It's difficult for the court reporter
10   when people are speaking at the same time.
11         THE WITNESS:  I'm sorry.  Please forgive me.  I'm
12   sorry.  Please accept my apology.
13   BY MR. CATANESE:
14   Q     Thank you, Mrs. Redman.  I know you're trying your best.
15   A     I am.
16   Q     And I just want to understand.
17   A     It's a stressful thing.
18   Q     I know.
19         If I can help you in any way, just let me know.
20   Okay?
21   A     I will.  No, you're fine.
22   Q     All right.  Thank you.
23         All right.  Do you know if Mr. Syquia ever told
24   Dr. Gomez about the treatment your son, Sean Redman, had been
25   giving Vorst for the sore back and the hindquarters and the
```

1    things that we talked about earlier?

2    A     No, I don't know.

3    Q     Did you ever instruct Mr. Syquia to tell Dr. Gomez --

4    A     No.

5    Q     -- this information?

6    A     He's a professional.  He does a good job, and he --

7    he's -- I trust him.

8    Q     Okay.  Now, do you have any knowledge about any

9    instructions that Dr. Gomez may have given to Mr. Syquia about

10   how Vorst should have been treated following the date of the

11   prepurchase exam?

12   A     I believe Gomez requested a Palmar -- digital palmar

13   block of the coffin joint, which is down at the top of the

14   hoof, and to try to determine -- he was a little bit off going

15   to the left -- I can't remember which, but on the lunge line

16   they do a test of the horse walking and a test of the horse

17   trotting, a test of the horse on a long lunge line going in a

18   circle and turning in a tight circle.  And evidently on one of

19   those circles he was a little bit off in one of the back

20   hinds.  I can't remember.  Maybe -- I think it was right, but

21   I'm not sure.

22          Anyway, but -- so he wanted to determine what was

23   the cause of that, so he suggested that there be a digital

24   palmar block of that, and he wanted our vet, Dr. Steele, to do

25   that.  It's a bit tricky, because whenever you start injecting

1    things into the body, especially down by the hoof where

2    they're walking through the dirt and everything, it needs to

3    be done by a very good professional.  And they usually also,

4    as a preventive, they usually inject an antibiotic first, just

5    as a cautionary thing to make sure there is no infection

6    introduced into the horse that wasn't there before, and then

7    they waited a couple of days I think.  And then they checked

8    the horse again and the problem was gone.  So Dr. Gomez said

9    there was no ongoing problem and that the horse was sound, and

10   he gave him a clean bill of health.

11   Q    Now, you mentioned in that testimony that Dr. Gomez had

12   detected a right hind OCD.  Do you remember that testimony?

13   A    I don't remember the specifics, but I do know that

14   Dr. Gomez had a question on one of the back feet.

15   Q    Okay.  Because I thought you just testified that he found

16   a problem with the right hind OCD, but . . .

17   A    Well, I don't know that -- I'm not a vet.

18   Q    Okay.  Now --

19   A    So therefore I don't -- I see the big picture.  He was a

20   little off on one of the back feet, and he wanted Dr. Steele

21   to perform this injection to see whether or not -- where that

22   problem was and whether it was an ongoing problem or something

23   that was just temporary.

24         And I know that Dr. Steele's a very fine doctor.

25   He's on the wall of fame at the Kentucky horse park with all

```
 1    the big Olympic jumpers and riders and everything.  He's a
 2    very good vet.  And he did what he was requested to do by
 3    Dr. Gomez, who was Mr. Zendejas' vet.  And he, after the three
 4    or four days after he had done it, he tested the horse again,
 5    and the horse was sound, and then Dr. Gomez trusted (sic) the
 6    horse again, and he was sound, and Dr. Gomez told Mr. Zendejas
 7    that the horse was sound and that he could do what -- for the
 8    purpose intended, and Mr. Zendejas made the decision to buy
 9    the horse.
10    Q    Anything else you want to tell us?
11    A    I think that's it.
12    Q    Now, let's get back to Dr. Gomez and this right hind OCD.
13    I think you testified earlier you don't know if Mr. Syquia
14    ever disclosed to him there was this preexisting problem
15    because of the insurance exclusion; is that right?
16    A    I wasn't there.  I don't know.
17    Q    Did you ever think it was -- let me ask it this way.
18         Did you ever make a photocopy of the insurance
19    policy or scan it and send it by e-mail to Mr. Syquia and
20    indicate to him that he should make this information known to
21    Dr. Gomez?
22    A    No.
23    Q    Did you ever copy it, send it by e-mail to Dr. Gomez and
24    indicate to him that, hey, this is information you should know
25    about before you do the prepurchase exam?
```

```
 1   A    It -- all of those things were not pertinent, because the
 2   horse was recovered from whatever it was that was bothering
 3   him.  I think one time the shoe was eschew and was pressing on
 4   the frog of the horse's foot, like having a pebble in your
 5   shoe, so therefore that made him limp.  And they took the shoe
 6   off, and they put new shoes on and he was fine.
 7            So I mean these are temporary things that don't have
 8   to be ongoing.  I like to catch them before they become a real
 9   problem and fix them so that they aren't ongoing.
10            So all of those things were gone by the time that
11   Mr. Zendejas was looking at the horse, and that's proven by
12   his record at the show.
13            And also Mr. Nizri, I understand was stabling at the
14   same barn that Colin and my horses were, and he got to see
15   them just working around every day, as well as at the show.
16   So he would've seen -- I understand Mr. Nizri is a very fine
17   horseman.  He would see if the horse was limping around or not
18   performing well on a regular -- on a daily basis, not just one
19   time or one show.  This was over a period of time.  And you
20   judge things in the context of the whole picture, not just one
21   day in time, because one day in time, okay, so he -- his shoe
22   was on wrong, or he stepped on a stone, or he pulled a muscle.
23   But that isn't the whole picture; that's just one snapshot in
24   time.
25   Q    Okay.  Mrs. Redman, do you think it -- do you believe --
```

 1   this is just your opinion.  Do you believe it was important,

 2   and do you believe that Dr. Gomez should have been provided

 3   the information that you were aware of in the insurance policy

 4   and the fact the horse did have a problem with the right hind

 5   OCD, do you believe that's information that should have been

 6   made known to Dr. Gomez?

 7   A    Dr. Gomez has a reputation of being a very fine vet, and

 8   Dr. Gomez was chosen by Mr. Zendejas.  I would not presume to

 9   tell another professional how to do his or her job.  They make

10   that decision on their own.  And as I said, I think he was, as

11   far as my knowledge goes, a very fine vet.  I've never used

12   him, but I know he has a very fine reputation.

13   Q    Mrs. Redman, I just -- all I'm asking, it just calls for

14   a yes or no answer.

15   A    Okay.

16   Q    Do you feel that Dr. Gomez should have been told about

17   the information you were aware of regarding the exclusions in

18   the insurance policy regarding the horse's sore back, right

19   hind OCD -- especially because now you're telling us that he

20   did find a problem in the horse's OCD at the time of the

21   prepurchase exam.

22   A    I don't even know if it was the same foot.

23   Q    I understand that, but don't you agree that that's

24   information that he should have been made aware of by you or

25   by Mr. Syquia?

```
1   A     No; it was past history.

2   Q     So you don't think it was important?

3   A     I wasn't there, and I would have been happy to provide

4   whatever Mr. Zendejas had asked for.  I wasn't asked to

5   provide anything.

6   Q     Okay.  Is it your opinion that unless Mr. Zendejas or

7   Dr. Gomez or Mr. Nizri, that unless they make an inquiry of

8   you, you have no obligation whatsoever to tell them the truth

9   about this horse, his past medical history?

10  A     The truth is the horse was way outperforming and was

11  sound and was doing a very fine job, and I was very excited

12  about it, and I would have loved to have kept the horse if

13  Mr. Zendejas had not been there.

14  Q     Okay.

15  A     But, you know, he was there, and his son was an excellent

16  rider, and Colin thought it would be a good home.  We were

17  wrong, so what can I say?

18  Q     You said a lot, but I just want to ask the question

19  again.

20        You seem to be indicating that you feel you had zero

21  obligation to disclose to Mr. Zendejas any past medical

22  history of Vorst.

23        Do you agree with that?  Just yes or no.

24  A     No, because he could have asked and did not ask.

25  Q     Okay.  So if we -- so just to be clear, what you're
```

```
 1   saying is in the absence of Mr. Zendejas or Mr. Nizri asking a
 2   question about the horse's medical history, you believe it was
 3   perfectly acceptable to give no disclosure of any kind?
 4   A    Yes, and I wasn't there.
 5   Q    So just so we're clear, your position sitting here today
 6   in front of our jury is to say unless Mr. Zendejas asks me,
 7   I'm not telling him anything; is that right?
 8   A    Well, there was no problem on the day of the pre-PE or at
 9   the time or for months before that.
10   Q    I'm just trying to make it as simple as I can.  Is your
11   testimony unless he asks me, I'm not telling him anything?
12   A    Well, you know, when I had children, I was in the
13   hospital for a while.  But other than that, I wasn't in the
14   hospital.  So am I required to, on a health exam, say that I
15   was in a hospital?
16   Q    Mrs. Redman, all I'm asking is --
17   A    I know, but I don't think it's a proper question.  I
18   don't think that's -- it's off in the blue someplace.
19   Q    So you can't answer my simple question, which is --
20   A    No.
21   Q    So you -- okay.  Are you saying that you feel you had no
22   obligation to say anything to Mr. Zendejas about the horse's
23   health?  Yes --
24   A    Yes.
25   Q    -- or no.
```

```
 1              Okay.  So we're clear, you feel don't have to tell
 2   him anything?
 3   A    If I'm asked, yes.
 4   Q    But if you're not asked, don't have to say it?
 5   A    Correct.
 6   Q    Okay.  That's all I wanted to know.
 7              Okay.  Now, after the prepurchase exam, how much
 8   money had you -- did you receive from Mr. Zendejas within,
 9   like, a week or so of the prepurchase exam?
10   A    Well, over about six weeks, I got $250,000, which was
11   what we had agreed to.
12              MR. CATANESE:  And, Your Honor, what I'd like to
13   publish is some banking records with Mrs. Redman.  These are
14   plaintiff's exhibit 17.
15              THE COURT:  Any objection?
16              MR. HART:  One moment.  One moment, Your Honor,
17   please.
18              THE COURT:  Yes.
19              MR. HART:  No objection, Your Honor.
20              THE COURT:  Okay.  Admitted without objection.
21       (Plaintiff's Exhibit No. 17 entered into evidence.)
22              MR. CATANESE:  Thank you, Your Honor.
23              THE COURT:  Maybe this is a good time to take a
24   recess.
25              MR. CATANESE:  Yes, Your Honor.
```

1          THE COURT:  Ladies and gentlemen, why don't we take

2     a 15-minute recess before we continue.  Don't discuss the case

3     or form any opinions, leave your notes, and we'll see you in

4     about 15 minutes.  Thank you.

5          MR. CATANESE:  Thank you, Your Honor.

6      (The jury exits the courtroom.)

7          THE COURT:  You can step down, Mrs. Redman.  All

8     right?  And don't discuss your testimony during the break.

9     All right?

10          THE WITNESS:  Okay.

11          THE COURT:  Thank you.  See you in about 15 minutes.

12          MR. CATANESE:  Thank you, Your Honor.

13      (A recess was taken from 10:35 a.m. to 10:52 a.m., after

14     which the following proceedings were had:)

15          THE COURT:  Please be seated, everyone.

16          Mrs. Redman.

17          And if you can try, Mrs. Redman, try and remember to

18     wait for him to finish before you start answering, please.

19          THE WITNESS:  I apologize.

20          THE COURT:  Okay.

21          THE WITNESS:  I'm sorry.

22          THE COURT:  Let's bring the jurors in.

23      (The jury enters the courtroom.)

24          THE COURT:  Welcome back, everyone.

25          Thank you.  Please be seated, ladies and gentlemen.

```
 1              Mrs. Redman, if you'll pull that microphone down

 2   toward you so we can hear you.

 3              THE WITNESS:  Yes, thank you.

 4              THE COURT:  Mr. Catanese, you may continue.

 5   BY MR. CATANESE:

 6   Q    Hi, Mrs. Redman.  Feeling a little better after the

 7   break?

 8   A    Always helps.

 9   Q    Okay.  Just keep in mind the things I talked with you

10   about earlier.  If I ask you something you don't understand,

11   let me know.  We don't want you to guess.  If you don't

12   understand what I'm saying --

13   A    Thank you.

14   Q    -- please let me know.  Okay?

15   A    I will.

16   Q    I appreciate that.

17   A    I will.

18   Q    All right.  Now, before we took the break, I think you

19   said it's important to know about the whole health history of

20   a horse.  Do you agree with that?

21   A    Yes.

22   Q    Okay.  And do you agree that it was important that

23   Mr. Zendejas know about the whole health history of the horse

24   before he bought the horse from you?

25   A    I think it would have been helpful.
```

1  Q    And, likewise, Dr. Gomez, especially because he's the

2  veterinarian, should have known the whole health history,

3  correct?

4  A    If Dr. Gomez had felt that he needed any clarification

5  about anything, he certainly would have asked about it, I

6  would think.

7  Q    Do you -- are you aware of any facts that would have put

8  Dr. Gomez on notice to make an inquiry about the insurance

9  records?  How would he know about those so he could ask?

10  A    He would know that they were in existence, and so he

11  could ask if he wanted to, if he had a question, if he thought

12  it would help in his diagnosis.

13  Q    To your knowledge, did Mr. Syquia ever advised Dr. Gomez

14  that there were insurance records out there with exclusions?

15  A    I don't know.

16  Q    Would you agree that if he didn't tell them that they

17  existed, Dr. Gomez, to your knowledge, didn't have any other

18  way to know about them, right?

19  A    If he had any questions, he would have asked.

20  Q    But don't you have to know information before you can ask

21  a question?

22  A    Not necessarily.  If you see something that indicates

23  that the horse isn't sound or isn't moving well or has a

24  particular problem in a particular area that he's checking,

25  then he would ask, have there been any previous problems with

1   this area, why did this happen, or how did this happen.

2          He didn't ask because he didn't see any problems

3   that needed to be asked -- answered, except for he wasn't sure

4   what was causing that little bit of lameness -- I think it was

5   one-fifth or two-fifths, I'm not sure.  It wasn't a very

6   obvious thing or anything, and -- but he, with his practiced

7   eye, saw that the horse was not moving that foot quite as well

8   as he was the other three.  So he then said please take this

9   horse and do this palmar digital block to tell me where that

10  problem is and if it's a real problem.

11         So he asked us to have our veterinarian, Dr. Steele,

12  do the palmar digital block, which includes an injection into

13  the hoof above the hoof wall, I believe.  Anyway, and then you

14  also with that, because you're injecting something into an

15  area that's down close to the dirt, which could be infected,

16  you usually give an antibiotic.

17         So Dr. Steele is a very fine vet, and he did the

18  palmar digital block, he did the injection of the antibiotic,

19  and then they waited.  He and Dr. Gomez waited a couple of

20  days to see what effect that had, and Dr. Gomez reexamined the

21  horse and determined that this wasn't a problem, wasn't a

22  serious ongoing problem, and therefore the horse was sound.

23         And, you know, we humans, and we -- and the horses,

24  athletes, the flesh and blood, things aren't perfect every

25  single time.  We have different things that go on.  That

```
 1    doesn't mean that we can't compete at a high level or whatever

 2    level we're competent to compete at --

 3    Q    Thank you, Mrs. Redman.

 4    A    -- but it just means that . . .

 5    Q    Okay.  You told us earlier you never have spoken to

 6    Dr. Gomez about what occurred at the prepurchase exam --

 7    A    No.

 8    Q    -- correct?

 9    A    Yes.

10    Q    That's right; you never spoke to him.

11            We'll start over again.

12            Mrs. Redman, if you wouldn't mind, let me finish

13    asking the question first, to help our court reporter.

14    A    Sorry.  I apologize.

15    Q    We'll start over again.

16            You acknowledge you never spoke to Dr. Gomez at all

17    about what happened at the prepurchase exam, correct?

18    A    Correct.

19    Q    And Dr. Gomez never told you about this alleged

20    conversation with Mr. Syquia or anybody that he had

21    recommended that the horse be treated after the prepurchase

22    exam, correct?  You wouldn't know that?

23    A    Correct.  I don't know any -- I never spoke with

24    Dr. Gomez.

25    Q    Okay.  Are you aware of any written documents that we
```

```
 1    have that were exchanged by the parties in this case in
 2    writing that confirms your belief that Dr. Gomez asked
 3    Dr. Steele to do coffin joint injections on Vorst after the
 4    prepurchase examination?
 5    A    I think so, but I don't know specifically.
 6    Q    Sitting right now in our courtroom at the witness stand,
 7    can you identify any document by description that you're aware
 8    of that you believe confirms what you're telling us?
 9    A    Confirms that I did not speak with Dr. Gomez?
10    Q    No, let me start over again.
11         Can you point to any document -- an e-mail, a text,
12    a written opinion -- from Dr. Gomez that says he wanted
13    Dr. Steele to treat Vorst's front coffin joints after the
14    prepurchase exam?
15    A    I believe I saw that in all the papers that I was given,
16    but I can't remember it specifically.
17    Q    Okay.  So you think it's there, but as of right now you
18    can't identify it?
19    A    Right.
20    Q    Okay.  Did Dr. Gomez ever tell you at any time that he
21    instructed Dr. Steele to treat Vorst after the prepurchase
22    examination?
23    A    Would you repeat that?
24    Q    Did Dr. Gomez tell you at any time that he instructed
25    Dr. Steele to treat Vorst with the coffin joint injections?
```

```
1   A    I never met Dr. Gomez.  I never spoke with Dr. Gomez.

2   Q    Okay.

3   A    So he wouldn't have told me anything.

4   Q    Did you ever interview Dr. Steele to determine if he had

5   heard from Dr. Gomez about this alleged instructions?

6   A    No, I did not speak with Dr. Steele.

7   Q    Now, you're acknowledging, though, to the jury and to all

8   of us that after the prepurchase examination, there was a

9   treatment of Vorst's coffin joints by Dr. Steele, correct?

10  A    Correct.

11  Q    And I think you also told us earlier that Dr. Steele was

12  your veterinarian, correct?

13  A    Correct.

14  Q    Dr. Steele wasn't Mr. Zendejas' veterinarian, was he?

15  A    No, not that I know of.

16  Q    Now, we talked about coffin joints.  Are coffin joints

17  kinda like the knees that human beings have on a horse's front

18  legs?

19  A    No.

20  Q    Tell us what they are to you, to your understanding.

21  A    I believe it's down by the top of the hoof.

22  Q    So it's a joint near the top of the hoof of a horse?

23  A    Yes.

24  Q    And your testimony is, you're telling the jury, that

25  after the prepurchase examination, you're admitting that your
```

1    veterinarian, Dr. Steele, injected those joints of Vorst; is

2    that true?

3    A    One joint.

4    Q    Oh, only one joint?

5    A    Only one hoof.

6    Q    Okay.  So you're specifically recollecting just one hoof,

7    not two?

8    A    Correct.

9    Q    To your knowledge, did you ever tell Mr. Zendejas that

10   your veterinarian was continuing to treat Vorst after the

11   prepurchase examination?

12   A    No, because the treatment that Dr. Steele did was

13   recommended by Dr. Gomez.  It was Mr. Zendejas' vet.

14   Q    When you say it's recommended, you are also saying I

15   never talked to Dr. Gomez and I have nothing in writing to

16   confirm what I'm telling you; isn't that true?

17   A    I saw a document in here somewhere, so I -- there's

18   paperwork, but I don't know where it is.

19   Q    Okay.

20   A    And --

21   Q    All right.  Now, do you have any understanding as to why

22   Dr. Gomez himself just didn't treat the horse?  I mean, he did

23   the prepurchase examination, so why wouldn't it just be easier

24   for Dr. Gomez to do the treatment of Vorst?

25   A    Well, I --

1    Q    Bear with me, please.

2    A    Oh, yeah, sorry.

3    Q    Do you know -- do you have any understanding or knowledge

4    as to why he just didn't do it himself?

5    A    Might have been monetary.  I paid for Dr. Steele.  I

6    didn't pay for Dr. Gomez.

7    Q    Did you ever ask Mr. Zendejas if he was willing to pay

8    for Dr. Gomez to treat Vorst after the prepurchase

9    examination?

10   A    No, I never met Mr. Zendejas, nor did I speak with

11   Mr. Zendejas.

12   Q    So the answer would be you never even gave Mr. Zendejas

13   the opportunity to say yes or no to payment, right?

14   A    He never gave me the opportunity to say yes or no either.

15   Q    Okay.  Understand.

16              To your knowledge -- well, strike that.

17              Did -- after the coffin joint injection, or

18   joints -- I think you're saying it's just one now -- occurred,

19   did you ever receive a bill from Dr. Steele for that

20   treatment?

21   A    I know I've seen it now.  I don't know that I saw it

22   then, but I would have seen it, because I paid for it.

23   Q    You paid for it.

24              Okay.  Now, one of the things that I want to ask,

25   just so we're clear on this, is because Mr. Zendejas made

```
 1  partial payment and then a final payment, before Mr. Zendejas
 2  paid you in full $250,000 for Vorst -- do you understand what
 3  I'm asking?
 4  A    Okay.
 5  Q    Before he made that final payment, isn't it true that you
 6  had the opinion that Vorst was yours, you owned the horse, and
 7  Mr. Zendejas had no interest in that horse until he paid you
 8  in full; is that correct?
 9  A    That's the way it usually goes.
10  Q    I'm asking --
11  A    If I buy a car, I have to pay for it, and then the car
12  dealer delivers the car to me.
13  Q    Okay.
14  A    But I don't get the car until after I've paid for it.
15  Q    I'm just asking a simple question.
16  A    Yeah.
17  Q    In your deposition, I asked you at what time did you form
18  an opinion that Mr. Zendejas owned Vorst, and I believe your
19  testimony was after he paid me in full.  Is that true?
20  A    Yes, that's correct.
21  Q    Okay.  So when this treatment's being done by Dr. Steele
22  of the coffin joint, that's being done while you still
23  believed you owned the horse, right?
24  A    Yes.
25  Q    And you're telling us you never disclosed that to
```

```
1    Mr. Zendejas, correct?
2    A    Since it was ordered by his vet, I assumed he knew about
3    it.  But, no, I didn't talk to Mr. Zendejas, and I did not
4    speak with Mr. Zendejas at any time.
5    Q    And when you say assumed he knew about it, does this fall
6    under your belief that if he doesn't ask me a question, I
7    don't need to disclose it to him?
8    A    This is also after the fact.  And as I said, I never met
9    him, I never spoke with him, and therefore that wouldn't have
10   come up.
11   Q    Did you ever form an opinion that this was important
12   information?  I mean, the prepurchase exam is done, you got
13   the horse, you're still fiddling with the horse.
14           Did you ever form an opinion that this is something
15   that you should have told Mr. Zendejas?
16   A    As I said, Mr. Zendejas' vet, Dr. Gomez, wanted this
17   done, and he asked Dr. Steele to do it, and Dr. Steele did it.
18   Both vets determined in the end that the horse was sound with
19   no problem and cleared it for sale, at which point
20   Mr. Zendejas sent the final payment of 200,000 for the horse,
21   at which point, on the 24th of April, Mr. Zendejas owned the
22   horse, the papers were signed, so that he could immediately
23   the next day put the horse on the truck to begin the long
24   journey to Mexico to the Xalapa show, which evidently is a
25   very big, nice show in Mexico, and --
```

```
 1    Q     Mrs. Redman --
 2    A     -- I was no longer the owner, so I didn't know what
 3    happened after that --
 4    Q     Okay.  Thank you.
 5    A     -- 'til later.
 6    Q     Now, but you keep saying Dr. Gomez said this, Dr. Gomez
 7    said that.  But, again, you admit you never talked to him,
 8    yes?
 9    A     Right, never met him.
10    Q     Never saw any written documents, yes?  Correct?
11    A     No.  Yes.
12    Q     So it's just your belief right now, you have nothing to
13    support it other than your statement; is that true?
14    A     Right.  I saw paperwork later, but not at the time.
15    Q     Okay.  Now, Mrs. Redman, I want to refer you to your bank
16    records, which are exhibit 17 in our notebook.
17              MR. CATANESE:  And, Your Honor, I'd like to publish
18    this page now.
19              THE COURT:  Yes, if it's in evidence you may.
20              MR. CATANESE:  I'd like to move to have it admitted.
21    Any objection?
22              THE COURT:  I thought it was already admitted.
23              MR. CATANESE:  Per the pretrial statement?
24              THE COURT:  It was admitted before the break.
25              MR. HART:  Yes, yes.
```

1          MR. CATANESE:  Okay.  Yes.  Thank you, Your Honor.

2    My apologies.

3    BY MR. CATANESE:

4    Q    Mrs. Redman, could you take a look at the first page,

5    please.

6    A    Can you turn that page around a little bit?

7    Q    All right.  Now, this is a document that you produced in

8    this case, correct?

9    A    Right.

10   Q    And the first page here is your bank account at Merrill

11   Lynch, correct?

12   A    Correct.

13   Q    All right.  Now, there's some handwriting on the upper

14   right-hand show.  Do you see that?

15   A    Yes.

16   Q    Can you read that handwriting to us, please.

17   A    It says:  Vorst deposit should be $10,000, not $9960, and

18   that the detail was on page 12 --

19   Q    Okay.

20   A    -- of this Merrill Lynch record.

21   Q    When you see that entry there, is it your testimony that

22   that was a $10,000 payment you received from Mr. Zendejas

23   towards the purchase price of Vorst?

24   A    That was my understanding.

25   Q    There's no denial of that, correct?

```
 1   A     No, no denial.

 2   Q     You received that money?

 3           Mrs. Redman, did you receive that money?

 4   A     There were a lot of questions about different ones, and

 5   I'm not sure which one this was, but . . .

 6   Q     I'm just asking, do you agree you received a $10,000 wire

 7   or thereabouts from Mr. Zendejas?

 8   A     It appears that I did.  It appears that I received the

 9   $9960, not the 10,000 that I was supposed to receive.

10   Q     Mrs. Redman, I now want to refer you to page 18 of this

11   document.  It would be Redman -- well, Redman 0018, please.

12           Do you see that page?

13   A     Yes.

14   Q     Okay.  And this is also part of your bank account

15   records?

16   A     Yes.

17   Q     Okay.  Now, there is an entry here April 3rd wire

18   transfer, $40,000.  Do you see that entry?

19   A     Yes, I do.

20   Q     Do you confirm that that is a $40,000 payment you

21   received from Mr. Zendejas towards the purchase of Vorst?

22   A     Yes.

23   Q     Okay.  No dispute about that?

24   A     Pardon?

25   Q     Correct?  You're agreeing that, yes, I did receive that?
```

```
1    A     That's what the statement says, yes.

2    Q     Well, I know that's what the statement says, but is it

3    your recollection you received the money?

4    A     Yes.

5    Q     Now, as of April 3rd of 2014, do you confirm that you had

6    already received approximately $50,000 from Mr. Zendejas

7    towards the purchase price of Vorst?

8    A     You need to put up that other page, I think.  Oh, wait a

9    minute.  Forty -- okay, yes.

10   Q     Okay.  Thank you.

11         All right.  Now, I'm going to -- then also in the

12   same page we're looking at, the one where you received the

13   40,000, do you see the wire transfer for April 23rd of 2014?

14   Do you see that?

15   A     Yes.

16   Q     And on that day you received $200,000 from Mr. Zendejas,

17   correct?

18   A     Correct.

19   Q     Okay.  So sitting here today, you acknowledge

20   Mr. Zendejas paid you $250,000 by wire transfer?

21   A     You forgot the $40 that was supposed to have been

22   attached to the $9960.  So, yes, there was 250.

23   Q     Okay.  And so you confirm that Mr. Zendejas had paid you

24   in full for Vorst as of April 23rd, 2014, correct?

25   A     Correct.
```

```
 1   Q    Okay.  And you had all that cash from him, $250,000?
 2   A    Correct.
 3   Q    Okay.  Now, I'm going to ask you some questions about
 4   what happened to Vorst between April 3rd of 2014 and
 5   April 23rd of 2014.  Okay?
 6            Do you understand what I'm going to ask you?
 7   A    Between which dates again?
 8   Q    April 3rd of 2014 and April 23rd of 2014.
 9   A    Okay.
10   Q    Do you understand the time period?
11   A    Yes.
12   Q    Okay.  Now when Dr. Gomez did the prepurchase exam of
13   Vorst, do you recall whether or not he found the horse to be
14   sound?
15   A    Yes, he had -- yes.
16   Q    Okay.
17   A    He had --
18   Q    I'm sorry.
19   A    Which date was that?
20   Q    This is when he did the prepurchase examination in March
21   of 2014.
22   A    He found him to be sound.  He had some questions about
23   that one foot, and he, therefore, asked for -- to get further
24   information.  We had Dr. Steele perform the digital palmar
25   block to identify what the problem was and how serious it was.
```

```
 1  Q    Now, let's go back to the time period again, April 3rd,
 2  2014.  You have 50,000 from Mr. Zendejas, right?
 3  A    Yes.
 4  Q    Okay.  And as of April 24, April 23 of 2014, you got the
 5  other 200,000, right?
 6  A    Correct.
 7  Q    So I'm going to go to that period now of April 3rd to
 8  April 23rd.  Okay?
 9  A    Okay.
10  Q    Now, during that period of time, did Vorst develop
11  lameness?
12  A    Not that I know of.
13  Q    Isn't it true that your veterinarian, Dr. Steele, treated
14  Vorst on April 9th of 2014, and when he treated the horse, he
15  found the horse was lame?
16  A    No, because Dr. Gomez requested to get further
17  information about what the problem was.  It was a small
18  problem with one foot that I know of.  And he asked Dr. Steele
19  to perform the digital palmar block to determine whether this
20  was a real problem or a temporary thing.  And as I said, I'm
21  not a vet, so I -- this is my understanding of what happened.
22       And Dr. Steele did that, and then Dr. Steele and
23  Dr. Gomez waited several days to see the effect of this
24  treatment, and they both determined that the horse was sound
25  and fit for the intended purpose.
```

```
 1   Q    Mrs. Redman, you know, are you telling us the truth right
 2   now, or is this a fabrication?
 3              MR. HART:  Objection, Your Honor.
 4              THE COURT:  Sustained.  Rephrase your question.
 5              MR. HART:  Argumentative.
 6              THE WITNESS:  Why would I --
 7              MR. CATANESE:  I'll rephrase it, Your Honor.
 8              THE COURT:  Don't answer it, ma'am.
 9              Rephrase the question.
10              MR. CATANESE:  I'll rephrase it.
11   BY MR. CATANESE:
12   Q    The date I'm talking about now is April 9th of 2014,
13   understood?
14   A    Okay.
15   Q    Is it your testimony that Dr. Gomez was communicating
16   with Dr. Steele on or about April 9th of 2014?
17   A    I assume so, because that's what happened according to
18   the records and the documents that I've seen.
19              Now, I'm not a vet.  Dr. Gomez is a very
20   well-respected vet in Wellington, Florida, and Dr. Steele is a
21   very fine vet, and they're both honest, and they're both good
22   people and both good doctors.  Who am I to question what they
23   say?
24   Q    Okay.  Bear with me.
25   A    And I would have been perfectly happy to keep the horse
```

```
 1   if it wasn't a good deal.

 2   Q    Bear with me.

 3   A    He was performing very well.  I was very, very thrilled

 4   that he was doing so well.  And, you know, if -- this is . . .

 5   Q    Mrs. Redman, you went to Dr. Gomez's deposition; did you

 6   not?

 7   A    Yes, I did.

 8   Q    Do you recall Dr. Gomez in deposition ever testifying

 9   that he met with Dr. Steele or talked to Dr. Steele on or

10   about April 9 of 2014, and on that date the two of them agreed

11   that Vorst should be treated by Dr. Steele?

12        Do you ever remember him saying that in deposition?

13   A    I don't remember the specifics.  I'd be happy to look at

14   the deposition and see what they did say, but . . .

15   Q    What's nice about our trial is it's going to be longer

16   than today, and so hopefully if it's there, you can tell us,

17   right?

18   A    Right.

19   Q    Now, are you aware of anything in writing to confirm what

20   you're telling us, which is that Dr. Gomez and Dr. Steele

21   conversed and collaborated together on April 9th regarding

22   treatment of Vorst?  Do you have anything in writing you can

23   tell us about?

24   A    No, I don't know of any.  I mean, I wasn't there, and I

25   let the professionals do what the professionals do best.
```

```
1   Q    Now, you --

2   A    And they were both professionals that I trust.

3   Q    Okay.  Yesterday you heard I think it was the counsel for

4   Mr. Syquia indicate that after the prepurchase exam, Vorst was

5   in bubble wrap.  Do you remember that testimony -- or not

6   testimony, but the attorney mentioning that to the jury.

7             Do you remember that?

8   A    Yes.

9   Q    Okay.  Is it your testimony that this horse was in bubble

10  wrap the entire time, from the prepurchase exam -- just bear

11  with me -- from the prepurchase exam in early March of 2014,

12  until late April, when Mr. Zendejas paid you in full for the

13  horse?

14  A    Right.  And this is common in the industry, and bubble

15  wrap is a figurative term.  What that means is that when a

16  horse has been cleared with the prepurchase exam and the

17  agreement has been reached that the purchaser is okay and the

18  horse is okay, the common practice is you don't do anything

19  spectacular where the horse might get injured, sprain his

20  ankle or, you know, hit a rail and have an injury.  You -- you

21  do the normal every day training, the walk, trot, canter, all

22  the flat work.  You don't jump him over big fences or anything

23  where he might be injured.  You do a maintenance regime as

24  opposed to a full training regime.  And that's what was done

25  until the money cleared on the 23rd of April.
```

```
 1              So there was a long time when the horse was not in
 2     full training.
 3     Q    Okay.
 4     A    And that's not a good beginning for a competition career.
 5     You have to rebuild that after you have worked him on the
 6     lower level.  You have to rebuild all the expertise and the
 7     judgment and the muscles after that's . . .
 8     Q    Mrs. Redman, would it help you if I showed you the record
 9     of Dr. Steele that occurred on April 9 of 2014?
10     A    That will be fine.  Thank you.
11              MR. CATANESE:  Your Honor, may I show it to the
12     witness to refresh recollection?
13              THE COURT:  If it's going to refresh her
14     recollection.
15              MR. CATANESE:  Thank you, Your Honor.
16              THE WITNESS:  Thank you.
17              MR. CATANESE:  The record should reflect that I just
18     showed the witness exhibit 8, as identified by the plaintiffs
19     in this case.
20     BY MR. CATANESE:
21     Q    Mrs. Redman, would you please take a look at Redman 0029
22     in that notebook, please.  I believe it's the third page in
23     from exhibit 8.  Would you look at that, please.
24     A    Yes, sir.
25     Q    Do you have that in front of you?
```

```
 1   A    Yes, I do.

 2   Q    Okay.  Do you recognize this to be a veterinary report

 3   from Dr. Steele regarding Vorst of April 9, 2014?  Do you

 4   recognize it to be of that date?

 5           MR. HART:  Your Honor, can he please give the

 6   witness time to finish reading it?

 7           MR. CATANESE:  Very happy to.  Apologies, Your

 8   Honor.

 9           THE WITNESS:  Yeah, it says that --

10           THE COURT:  Ma'am, don't tell us what it says.  Just

11   wait for the next question.  All right?

12           THE WITNESS:  Oh, thank you.

13   BY MR. CATANESE:

14   Q    Mrs. Redman, do you recognize this document to be from

15   Dr. Steele to you regarding how he treated Vorst on April 9,

16   2014?

17   A    Yes.  It says as to Redman/Syquia.

18   Q    And it's regarding Vorst?

19   A    Right.

20   Q    And it relates to his treatment of Vorst on April 9 of

21   2014?

22   A    Yes.

23   Q    Is there anywhere on that page where Mr. Zendejas is

24   mentioned?

25   A    No, I don't see it.
```

1   Q    Now, on this page, does this help refresh your

2   recollection as to whether or not Dr. Steele found Vorst to be

3   unsound on April 9 of 2014?

4   A    No, he said there was a problem with the one foot, but

5   that was because the lateral edge of the shoe was sitting on

6   the frog, which is like having a stone in your shoe when

7   you're trying to walk.  So he pulled the shoe to relieve the

8   pressure on the frog.

9   Q    Do you see the middle of the page where it says

10  "provisional diagnosis"?  Do you see that?

11  A    Yes.

12  Q    Do you see anything in the lower right-hand box of that

13  area where he talks about the horse's lameness, or lack

14  thereof, and does that refresh your recollection?

15  A    Yes.  On the right front on the lateral side where the

16  shoe was sitting on the edge of the horse's frog, which is in

17  the middle of the foot of the horse, that he, he was

18  80 percent sound, but because the shoe was sitting on the

19  frog, it was causing him pain.  So he was not putting full

20  pressure on that.

21  Q    When -- did you know about this finding from Dr. Steele

22  on or about April 9 of 2014?

23  A    Not specifically.

24  Q    But you knew about it, yes?

25  A    No.  I know that I trust Colin to take care of whatever's

```
 1    necessary for that horse; and if the horse needs something,
 2    Colin takes care of it.
 3    Q    Now, this record indicates that the horse was treated in
 4    Florida; is that right?
 5    A    Right.
 6    Q    To your knowledge, isn't it true that on April 9, 2014,
 7    Vorst was being treated at Mr. Syquia's barn by Dr. Steele?
 8    A    This looks like it happened -- well, I don't know where
 9    it happened.  It either happened at Dr. Steele's office or at
10    our barn.
11    Q    And that would be at Mr. Syquia's barn in Florida,
12    correct?
13    A    Right.
14    Q    In Wellington, yes?
15    A    Well, at Palm Beach Equine stables, yeah.
16    Q    And to your knowledge, this treatment on April 9, 2014,
17    occurred with the full knowledge of Mr. Syquia?
18    A    Yes.
19    Q    And to your knowledge, isn't it true that he was present
20    when this examination occurred, and it occurred at his barn
21    with Dr. Steele?
22    A    I have no idea.
23    Q    Bear with me.
24    A    Okay.
25    Q    To your knowledge, isn't it true that he was there when
```

1    this occurred with Dr. Steele?

2    A     I have no idea.  I wasn't there.

3    Q     Do you have any -- strike that.

4          Do you agree that if the horse was treated on

5    April 9, 2014, by Dr. Steele with Mr. Syquia, that that was

6    done with your full knowledge, consent and agreement for

7    Mr. Syquia to act on your behalf?

8    A     Mr. Syquia has my full authority to do whatever my horses

9    need for their health and comfort and welfare.

10   Q     Now, I had asked you earlier if there came a time after

11   the prepurchase exam by Dr. Gomez that Vorst had developed

12   lameness.

13         Do you remember that question?

14   A     Would you repeat that?

15   Q     Yes.

16         I had asked you if there was a time after the

17   prepurchase examination by Dr. Gomez and before Mr. Zendejas

18   bought Vorst, that Vorst had developed lameness.

19         Do you remember that question?

20   A     No, but I'm sure you asked it, but --

21   Q     Thank you.

22   A     I don't remember it.

23   Q     Given this report by Dr. Steele, isn't it true, now you

24   have refreshed recollection, that Vorst was lame, right?

25   A     He -- and it was because his shoe was pressing on the

```
 1    frog, which is very -- a temporary condition.  You know, when

 2    you have a pebble in your shoe, you shake the pebble out, the

 3    pebble is gone, and, yes, you limp around for a couple days

 4    afterwards, because your foot remembers the pebble was there.

 5    Q    I understand --

 6    A    But, you know, it's not an ongoing thing, and it wasn't a

 7    physical -- well, it was physical, because it wasn't

 8    internally.  It wasn't something that lasts.  That's the

 9    temporary thing.

10    Q    I understand.

11         But the horse was lame, right?

12    A    Right.

13         Well, he wasn't lame.  Well, he was two-fifths off,

14    which is a little bit off.  Yes, so they found out that it was

15    a fixable problem, and then they soaked it in Epsom salts, as

16    is common --

17    Q    But when you look at this document --

18         THE COURT:  Let her finish.

19         MR. CATANESE:  I'm sorry, Your Honor.  I apologize.

20         THE COURT:  Go ahead.  Finish.

21         Are you finished?

22         THE WITNESS:  Yeah.  Thank you.

23         THE COURT:  Okay.

24         MR. CATANESE:  Thank you, Your Honor.

25    BY MR. CATANESE:
```

```
 1   Q    Mrs. Redman, does this refresh your recollection:  It

 2   wasn't just a two-five, but the horse also had a three-five;

 3   the horse also had a three-five lameness, correct?

 4   A    Not that I know of.

 5   Q    I ask you to just look at the document again, please,

 6   center of the page, under provisional diagnosis.

 7   A    Okay.  I guess so.

 8   Q    So he had a three-five finding from Dr. Steele, yes?

 9   A    Right.  Yes.

10   Q    Okay.  Did you know about this on or about April 9 of

11   2014?

12   A    No, I was not there.

13   Q    Was it your normal practice with Mr. Syquia that after

14   Vorst was treated medically that he would report back to you

15   and tell you if there were any significant findings or changes

16   in the horse?

17   A    I'm sure if Colin had thought that it was important he

18   would have, and maybe he did, but I don't remember.

19   Q    Now that we know Dr. Gomez said he was sound, but now we

20   know on April 9, per your own testimony, he's not sound.

21   A    Well, no, Dr. Gomez's report said that he was two-fifths

22   off in one of the feet, and that's why he recommended he have

23   the palmar digital block and go to Dr. Steele.  So that's how

24   that happened.

25   Q    Okay.  Let's just assume what you say is true.  Do you
```

```
 1   believe that on April 9, 2014, that Vorst had a different
 2   condition, a changed condition, than on the date that the
 3   horse had been examined by Dr. Gomez?
 4   A    Yes.
 5   Q    Okay.  Now, to your knowledge, was this information known
 6   to Mr. Syquia on or about April 9, 2014?
 7   A    I have no idea.
 8   Q    You never talked to him about it before testifying today?
 9   A    No.
10   Q    Did you know about this before testifying today?
11   A    You know, I knew that -- and I can't tell you exactly
12   when I knew it, but I've read all kinds of documents since.
13   And as I said, the horse was examined by Dr. Gomez.  Dr. Gomez
14   had a question.  Dr. Gomez suggested the palmar digital block
15   to identify the seriousness of the problem, whether it was
16   an -- going to be an ongoing thing or whether it was a
17   temporary thing, and he sent it to Dr. Steele to determine
18   that.  And Dr. Steele did the palmar digital block and the
19   injection of the antibiotic, as is general good practice, and
20   he found that the shoe was pressing on the frog.  So he
21   recommended that the horse be soaked in Epsom salts and that
22   the hoof be backed in Epsom salts overnight, and then they
23   would see how this came along.
24        And in three days, the horse was fully sound, so
25   both vets signed off saying the horse was sound and fit for
```

```
 1    the intended purpose.

 2            That's all I know.  I'm not a vet.  I wasn't there.

 3    I don't know any of this firsthand.  So, you know, I'm going

 4    on the printed records that you've given me.

 5    Q    Now, what you're looking at, those records were produced

 6    by you in this case, correct?

 7    A    I -- well, no.  I think the -- I requested them probably

 8    from John Steele, but --

 9            THE COURT:  Mrs. Redman, again, can you get a little

10    closer to the microphone, please?

11            THE WITNESS:  Oh, I'm sorry.

12            THE COURT:  Thank you.

13            THE WITNESS:  Yeah.

14    BY MR. CATANESE:

15    Q    Mrs. Redman, how long did you use John Steele as a

16    veterinarian?

17    A    Ever since I've been with Colin.

18    Q    So since 2011?

19    A    Yes.

20    Q    Was it normal practice for Dr. Steele to send you out his

21    invoices on a regular periodic basis?

22    A    He would have, but, you know, the thing is that when I'm

23    not there, Colin Syquia, sometimes the records are sent to

24    him, and sometimes he pays them and then he bills me for them

25    at the end of the month.
```

```
1   Q    In your experience with Dr. Steele, isn't it true that
2   once he does something like this, which occurred on April 9th,
3   that he'd send out a written report within a couple of days
4   after he did it?
5   A    Probably, but I don't believe that I received it.  I
6   think it went to Colin.
7   Q    Okay.
8   A    If you'll notice on this that you've given me, Syquia's
9   name is on there, because Syquia presented the horse to
10  Dr. Steele.  And my name is up at the top, because I'm the
11  owner.
12  Q    So given your knowledge and experience and your prior
13  history with Dr. Steele, your testimony is that if he did this
14  work on April 9, 2014, given your knowledge and experience of
15  his normal practice, he's writing this report in writing and
16  delivering it either to you or Mr. Syquia a couple of days
17  thereafter, correct?
18  A    Yes.
19  Q    So certainly by, worst case scenario, April 14th of 2014,
20  Mr. Syquia has this in his possession, yes?
21  A    Right.
22  Q    Okay.
23  A    I would assume so.
24  Q    Okay.  And there's no reason for you to believe he did
25  not have possession of this record, yes?
```

```
1    A    Correct.

2    Q    And likewise, you knew about this information at least by

3    April 15th, because Mr. Syquia always tells you about the

4    treatment of Vorst, yes?

5    A    Right.

6    Q    Now, once this information became known to you and

7    Mr. Syquia, are you aware of any writing or document where

8    what Dr. Steele did to Vorst on April 9th was disclosed to

9    Mr. Zendejas?

10   A    I have no idea.

11   Q    Did you ever personally try to contact Mr. Zendejas and

12   let him know that the horse had been found lame by Dr. Steele

13   on April 9, 2014?

14   A    No.  I had no way of contacting Mr. Zendejas, because I

15   didn't have any information.

16   Q    Did you ever make a disclosure to Mr. Nizri that Vorst

17   had been found lame on April 9, 2014 by Dr. Steele?

18   A    As I said, I had no way of contacting Mr. Nizri.  I

19   didn't know him.  I didn't have any -- other than his name and

20   Colin's assurance that this was a good horseman, I didn't know

21   them, and I had no way to contact them, and they had no way --

22   I don't think they had any way to contact me, but the

23   information would have been readily available had they asked.

24   Q    Did -- did Mr. Syquia ever disclose to Mr. Zendejas what

25   occurred with Dr. Steele on April 9 of 2014 with Vorst?
```

```
 1    A     I have no way of knowing that.

 2    Q     Did you ever ask him prior to coming to testify today if

 3    he ever --

 4    A     No.

 5    Q     -- did any such thing?

 6    A     No.

 7    Q     Notwithstanding all the allegations in this case, you

 8    never talked to him about whether he disclosed it to

 9    Mr. Zendejas?

10    A     No.

11    Q     So as you sit here today, you're telling our jury you

12    have no idea whether or not he ever disclosed --

13    A     No, and as I said --

14    Q     Bear with me, please.

15    A     Excuse me.

16    Q     You have no idea whether Mr. Syquia ever disclosed to

17    Mr. Zendejas that Vorst had been found lame on April 9th; is

18    that right?

19    A     That's correct.

20    Q     When you found out the horse was lame, did you make any

21    efforts to find out how to contact Mr. Zendejas, like his

22    phone number or his e-mail, to reach out to him and tell him,

23    hey, listen, this horse has had a change, he is lame, and I

24    want to talk to you about it?  Did you ever do anything like

25    that?
```

```
1    A    No.

2    Q    Okay.  Do you know if Mr. Zendejas (sic) did anything

3    like that?  Did he ever contact Mr. --

4    A    I think you mean Mr. Syquia.

5    Q    You're right.  You corrected me.  Thank you, Mrs. Redman.

6         Do you know if Mr. Syquia ever reached out to

7    Mr. Zendejas to say, look, the horse after the prepurchase has

8    a problem, he's lame, I think you should know about this?  Did

9    he ever do anything like that?

10   A    I don't know.

11   Q    Okay.  Are you aware of anything in writing where

12   Mr. Syquia disclosed this to Mr. Zendejas?

13   A    I don't know.

14   Q    Are you aware of anything in writing where Mr. Syquia

15   disclosed this to Mr. Nizri?

16   A    No, I have no idea.

17   Q    Okay.  Now, you told us earlier you've been a horseman

18   for a long time, you've had a lot of horses.

19        Is it your opinion that when Vorst had this lameness

20   condition on April 9th of 2014, that it was important, and it

21   was something that affected the horse's ability to jump?

22   A    Would you rephrase that?

23   Q    At that time, on April 14 -- strike that.

24        At that time, on April 9, 2014, did you ever form an

25   opinion after you became aware of Vorst's lameness that this
```

1    was important, and it could affect the horse's ability to

2    jump?

3    A    No.  The vets told me it wasn't that important and would

4    not affect the horse in the long-term.  This was a temporary

5    situation that was easily taken care of with new shoes and

6    packing.

7    Q    You said that's plural, so let's discuss that.  Tell me

8    the veterinarian specifically, first one, who told you that

9    the lameness of April 9th, 2014, was not to be -- something

10   that you shouldn't be concerned about?  Who told that you?

11   A    I -- first of all, I didn't receive these papers at that

12   time.  I didn't see them at that time.  I know from experience

13   when a horse has stepped on a rock or when the shoe has caused

14   a problem, it happens, and it's a temporary thing usually.

15           Now, if the horse has broken a bone in his foot by

16   stepping on a big rock, then it's not temporary, and it

17   doesn't go away, and the horse doesn't become sound again and

18   maybe never.  I don't know.  If you've broken a bone in your

19   foot, you know sometimes that works out and sometimes it

20   doesn't.

21           But at that time I didn't have these records, and at

22   that time -- so I didn't know about them, and I trusted my

23   trainer, Colin Syquia, and I trusted everything that he did,

24   and he had my authority to do it, and it turns out that the

25   horse wasn't lame after he was treated.

1    Q    Okay.  I asked you the question earlier can you identify

2    for us the veterinarians that told you the findings of

3    Dr. Steele on April 9, 2014, that Vorst was lame was something

4    you shouldn't be concerned about.  Can you tell me the name of

5    those veterinarians?

6    A    In the later reports that I received, Dr. Steele told me

7    that.  Well, his records show that that wasn't a problem.

8    Q    And that's all that you can identify?

9    A    Right.

10        And there was a letter from Dr. Steele that

11   evidently Colin -- I don't know whether he gave it to Nizri or

12   not, but there was a veterinarian record from Dr. Steele

13   saying the horse was sound and fit for the intended use.

14   Q    And, Mrs. Redman, I just want to confirm just one more

15   thing, and then we're going to stay with this, but I'm going

16   to move on to a different area for a moment.

17        But just before we leave, is it your testimony that

18   you were fully aware of the lameness that Vorst had on April 9

19   of 2014 -- bear with me -- found by your veterinarian,

20   Dr. Steele, before you accepted the $200,000 wire transfer

21   from Mr. Zendejas?

22   A    I didn't know anything except from Colin had told me that

23   the prepurchase exam had gone well, but that Gomez had some

24   questions, and that the horse went to Steele to follow up on

25   those questions, and that's what I knew and when I knew it,

1    so . . .

2    Q    And you knew all of that before you got the $200,000 from

3    Mr. Zendejas, correct?

4    A    Yeah.  Well, I guess so.  I don't know.  I can't remember

5    all those details.

6    Q    Okay.  Just let me ask again, because you seem to be

7    saying . . .

8         Is it your best recollection today that before

9    Mr. Zendejas sent you the $200,000 wire on April 23rd of 2014,

10   you knew Dr. Steele had treated Vorst after the prepurchase

11   exam?

12   A    I believe that I did.  I can't remember specifically.

13   Q    And also as part of that knowledge, you understood that

14   Dr. Steele had been treating Vorst for lameness, correct?

15   A    Well, as I said, I wasn't there for all the details.  So

16   all of that happened with my authority, with Colin, who was

17   hands-on on the spot and was much better at all of that.

18   Q    So what you're saying is that Mr. Syquia knew that

19   Dr. Steele had treated Vorst for lameness on April 9th; as far

20   as you're concerned, that's the same thing as you knowing it,

21   correct?

22   A    I believe so, yes.

23   Q    Okay.  Thank you.

24        Now, I want to ask you some questions about your

25   purchase of Vorst.  We're going to go back now to the very

```
 1   beginning when you purchased Vorst.  Okay?
 2            Okay.  When you -- do you recall who you bought
 3   Vorst from?
 4   A    Yes, Michael Morrissey.
 5   Q    Did you buy it from Mr. Morrissey, or was it another
 6   person or group called Star Bit Partners?
 7   A    No, I bought it from Michael Morrissey.
 8   Q    Okay.  So you bought --
 9   A    Well, you know, Michael Morrissey came to me and said I
10   have this horse, who's very talented --
11            THE COURT:  Mrs. Redman, again, you need to get
12   closer to the microphone, please.
13            THE WITNESS:  Oh, I'm sorry.
14            Michael Morrissey came to me and said, Mrs. Redman,
15   I have this horse in my barn who's very talented, and I like
16   him very much, and I think he's a good buy, and I think you
17   should buy him.  And then he made me sign an agreement that
18   said only he, Michael Morrissey, could ride the horse or show
19   the horse, which I did, and I bought the horse.
20            So maybe I bought him from Star Bit Partners,
21   because maybe Star Bit Partners had the horse in Michael
22   Morrissey's barn for training and riding.  And so I might have
23   bought him from Star Bit Partners, but, I mean, Michael
24   Morrissey was the man on the spot, and I didn't meet any of
25   the people who comprised the group Star Bit Partners.
```

```
 1    BY MR. CATANESE:

 2    Q    Now, when you bought Vorst, you mentioned Mr. Morrissey.

 3    Do you remember that testimony?  Meaning that Mr. Morrissey

 4    was involved in your purchase of Vorst.

 5    A    Oh, of course he was.

 6    Q    Did you use a veterinarian to assist you in your analysis

 7    or your examination of Vorst before you bought Vorst?

 8    A    Yes.  It's customary.  You always check that.

 9    Q    Do you remember the veterinarian's name?

10    A    No.

11    Q    I'm going to throw out a name, see if it refreshes your

12    recollection.

13    A    Okay.

14    Q    Are you familiar with a woman named Melissa Welker?

15    A    Oh, yes.

16    Q    Did Ms. -- how do you know Ms. Welker?

17    A    She works for Dr. Steele.

18    Q    Okay.

19    A    Or with Dr. Steele.

20    Q    Okay.  Does that help refresh your recollection as to a

21    veterinarian who may have assisted you in examining Vorst?

22    A    No.

23    Q    Okay.  Do you have a belief that Dr. Steele's office

24    assisted you in that -- for that examination?

25    A    Well, I don't know.  Dr. Steele's office would have
```

```
 1    provided any backup that she needed.  I think we used

 2    Dr. Welker/Dr. Steele, because that was recommended by Frank

 3    Conway, who was my trainer at the time.

 4    Q    Mrs. Redman, would it assist you if I showed you a copy

 5    of the prepurchase exam?

 6    A    That would be fine.

 7              MR. CATANESE:  Your Honor, may I approach the

 8    witness?

 9              THE COURT:  Yes.

10              THE WITNESS:  Thank you.

11              MR. CATANESE:  For the record, I've presented to the

12    witness exhibit 2 from the plaintiff.

13    BY MR. CATANESE:

14    Q    Mrs. Redman, would you take a moment to look through this

15    exhibit, please.

16    A    Okay.

17    Q    Are you ready to proceed?

18    A    Yes, that's fine.

19    Q    Does this help refresh your recollection as to who the

20    veterinarian was that assisted you when you bought Vorst?

21    A    Yes.  As I said, I was not present, but, yes, this is

22    very good.

23    Q    Okay.  And who was it that assisted you?

24    A    Dr. -- you mean Dr. Welker or do you mean --

25    Q    Yes, ma'am.
```

```
 1   A    Okay.  Yes.

 2   Q    Again, you recognize her to be associated with

 3   Dr. Steele?

 4   A    Yes.

 5   Q    Who you told us earlier was the veterinarian that you

 6   normally used?

 7   A    Right.

 8   Q    Have you seen this document before today?

 9   A    I assume that I have, but I don't know.

10   Q    Okay.

11   A    I would think I have, but . . .

12   Q    All right.  I want to refer you to page -- it says Redman

13   0170 of this exhibit, Redman 0170.  It's near the back of the

14   exhibit.

15        And that page number, Mrs. Redman, it's the lower

16   right-hand corner.

17   A    Okay.

18   Q    Do you have that in front of you?

19   A    Yes, I do.

20   Q    Okay.  Now, when you made your investigation and

21   examination of Vorst with the assistance of Dr. Steele, did

22   you ask them to make any determination of whether or not the

23   horse had been treated with any drugs of any type by the prior

24   owner?

25   A    I don't -- no; I wasn't there.
```

```
1   Q    I'm not asking you if you were there.  I'm asking if you

2   asked your veterinarians to investigate whether the horse had

3   been treated with any type of drug.

4   A    Oh.  No, I -- well, again, I assumed -- Dr. Welker was

5   with Dr. Steele, who was a fine vet, my trainer at the time,

6   Frank Conway, told me was very fine, and I assume they would,

7   you know, ask whatever questions they thought were

8   appropriate.  And if they suspected that, they would have done

9   something about it.  But I didn't.  And that would have been

10  something that probably would have been discussed with my then

11  trainer, Frank Conway.

12  Q    Do you know whether or not Dr. Welker or Dr. Steele did

13  make a finding that any particular drug had been used on Vorst

14  before you bought the horse?

15  A    As I said, I didn't -- I didn't talk with Dr. Welker or

16  anyone about that, and it didn't come up.  So therefore I

17  didn't ask about it.

18  Q    Did they ever discuss with you -- this is Dr. Welker or

19  Dr. Steele -- that that Vorst had been treated with a drug

20  card Marquis, M-a-r-q-u-i-s, before you bought the horse?

21  A    No, I don't know that.

22  Q    Do you have any recollection of reviewing any records

23  that indicated that the horse was treated with this drug,

24  Marquis?

25  A    I didn't see any, and I don't know of any.
```

```
1   Q    Do you have any understanding of what the drug Marquis

2   is?

3   A    It does come up commonly, but I don't know about it right

4   now.  I would ask Colin to tell me what it is.

5   Q    Is it your testimony that you're unable to tell us

6   anything about why Marquis is used or what its function is in

7   particular with a horse?

8   A    Yes.

9   Q    Okay.  Are you familiar with the use of this drug -- I'm

10  trying to jog your memory.  Are you familiar with the use of

11  this drug if a horse is having problems with muscle

12  deterioration in its back or in its hind areas?

13  A    That never came up, as far as I know.  They didn't

14  mention that in any of these records here, and they didn't say

15  there was any deterioration of muscle or anything like that,

16  but, you know, I -- I don't know.

17  Q    And you're telling us you don't have any personal

18  knowledge why Marquis is used with a hunter-jumper?

19  A    I know -- I recognize the name of the drug.  I don't

20  know.  I don't use drugs on my horses.  You know, sometimes

21  Bute.  Sometimes if there's something special that needs to be

22  done we do it, but we don't do anything on a regular basis

23  other than physical -- acupuncture, chiropracty and laser

24  therapy -- to make sure that the body is working well

25  together, that all the pieces are operating properly.
```

```
 1   Q    When your son, Sean Redman, was treating Vorst, did he

 2   ever come to you and say words to the effect, hey, mom, the

 3   horse's back, it looks like the muscles are getting weaker,

 4   the back area is getting weaker?  Did he ever say any words to

 5   that effect to you?

 6   A    No.

 7            We did have some saddle problems, and we, you know,

 8   did have to work with different pads, and we actually -- Colin

 9   I think changed the saddle he was using on Vorst.

10            But, no, I don't remember anything that was a

11   deteriorating thing.  In fact, the horse was getting better,

12   as was proven by his performance in 2013 -- in December 2013

13   and in 2014, when he would jump for three months straight,

14   four months straight, at a meter 40.  And then on March 1

15   and 2, Juan Jose jumped him over one meter 50.  And no rails

16   down, no problem, nothing.

17            So that tells me when the horse is performing like

18   that, that tells me he's fine.

19   Q    You mentioned the horse had some saddle problems when you

20   owned it; do you remember that?

21   A    Earlier, yes.

22   Q    When that happened, do you know if that was caused

23   because the horse's back was changing or that its muscles were

24   getting weaker and so the saddle didn't work anymore?

25   A    No, usually that means the saddle didn't fit properly,
```

1   and, you know, you have horses with high withers,

2   w-i-t-h-e-r-s.  That's the -- right on the top of the back

3   here.

4           So, you know -- there are horses -- I have a horse

5   that's a warm blood, so she's big, she's broad in the barrel.

6   And so she needs a saddle that doesn't -- that sits on her

7   back differently from what a thoroughbred needs, which has --

8   actually, it's a thinner horse, and so he has a higher wither

9   at the front of the -- the back is here and the wither is up

10  here.

11          So it's important to get the right saddle for the

12  horse.

13  Q    I want to go back again to your purchase of Vorst and

14  your interaction with Mr. Morrissey.  Okay?

15  A    Okay.

16  Q    When I took your deposition, I asked you if you trusted

17  Mr. Morrissey when you purchased Vorst; do you remember that?

18  A    Yes.  But my trainer, Frank Conway, knew Mr. Morrissey

19  very well, and at that time -- and he was a very good

20  horseman.  So he told me that, you know, Mr. Morrissey had

21  this horse and that the horse was very good.  And

22  Mr. Morrissey was one of the top 10 junior riders, and so he

23  was very fine.  And other than that, they knew the horse and I

24  didn't.

25  Q    When you made a decision to purchase Vorst initially, I

1    believe in your deposition you said that you made your

2    decision based on your trust of Mr. Conway and your trust of

3    Mr. Morrissey, correct?

4    A    Right.  And the record of the horse.

5    Q    Okay.  Meaning the show record?

6    A    Yeah.

7    Q    Right?

8         So the three things I think you told me was I relied

9    on Mr. Morrissey, I relied on Mr. Conway, and I relied on the

10   horse's show record, correct?

11   A    Right.  And the prepurchase exam.

12   Q    And those are the only things you relied on, right?

13   A    Yes.  I had been at the shows and I had watched

14   Mr. Morrissey ride, and I watched the horse go, and I was told

15   that he was a very good potential Grand Prix horse.  And I

16   knew Mr. Morrissey's own ambitions were to ride at the higher

17   levels.

18        So I trusted that he would do his best, because it

19   would -- there was prize money involved, and Vorst won a lot

20   of prize money.  And part of my agreement with Mr. Morrissey

21   was that I was -- he got part of the -- it was a 60/40

22   agreement.  I think I got -- did I get 60 and he got 40 or

23   vice versa?  I'm not sure at this point.

24   Q    Okay.  So to go through what you did when you bought

25   Vorst is, number one, you trusted Mr. Morrissey, yes?

```
 1    A    Right.

 2    Q    And you trusted Mr. Conway?

 3    A    Right.  And the agreements incentivized Mr. Morrissey to

 4    do the very best he could with the horse.

 5    Q    You went to the show to watch the horse?

 6    A    Right.

 7    Q    You looked at the show record?

 8    A    Right.

 9    Q    And you did a prepurchase exam?

10    A    Right.

11    Q    Right?

12         And that's the sum and substance of everything you

13    did, yes?

14    A    Right.  And the agreement, the sales agreement, included

15    a sharing of the prize money.  And I know that Mr. Morrissey

16    was incentivized to do the very best he could, and I trusted

17    that in the knowledge that he was one of the best riders down

18    there in Wellington, that he could achieve that.

19    Q    And when you went through this exercise of your own due

20    diligence before you bought the horse --

21    A    Right.

22    Q    -- in your experience did you believe that what you were

23    doing was the normal protocol for someone buying a horse in

24    the jumper industry?

25    A    I did.
```

1    Q     Okay.

2    A     And I trusted the people that I knew that knew more than

3    I did.

4    Q     Let's talk about trust for a moment.  When you bought the

5    horse from Star Bit, did you trust them to be honest with you

6    and to give you full disclosure about the horse?

7    A     Yeah, I expect -- I trusted the fact that my --

8    Mr. Morrissey and Mr. Conway would ask all the appropriate

9    questions that they needed to ask, and I would get all the

10   full information that I needed.  And I saw with my own eyes

11   how the horse was performing for Mr. Morrissey, and I trusted

12   them, yes.

13   Q     So you trusted the seller to give you full disclosure,

14   yes?

15   A     I didn't meet the -- I don't even know if I met the

16   seller, tell you the truth.

17   Q     Understood.  But you trusted the seller to be truthful?

18   A     No, because I didn't know him.  I knew Mr. Conway, I knew

19   Mr. Morrissey, and I knew what I saw with the horse and how

20   the horse was cared for.  I did not know the other people at

21   all.

22   Q     Let's talk about Mr. Morrissey.  Isn't it true that

23   before you bought Vorst, Mr. Morrissey had ridden Vorst and

24   had a lot of knowledge about the horse?

25   A     Yes.

1   Q     Because he had actually worked for the prior owners,

2   right?

3   A     Right.

4   Q     Did you expect Mr. Morrissey to be honest and to tell you

5   and give you full disclosure about the prior health history of

6   Vorst?

7   A     Yes, and also the agreement that he required that I sign

8   that he -- only he would ride him, and only he would show him,

9   and that we would split the winnings.  And that was a fair

10  agreement, and -- I thought, and I got a wonderful horse.

11  Q     And so when you decided to buy Vorst, you trusted

12  Mr. Morrissey.  You didn't say to Mr. Morrissey, hey, can you

13  give me all the vet records.  You never did that, right?

14  A     No, because if -- if the horse wasn't sound and had a

15  recurring problem or a serious problem that was ongoing, he

16  would never have sold him.  He wanted that horse to stay in

17  his barn.  He wanted to maintain control of that horse,

18  because he believed in the horse and in the combination

19  between himself and the horse.  And he would never have done

20  that if -- the 60/40 agreement and the splitting of prize

21  money, he stood to benefit if the horse was sound and had no

22  problems and was going to go on to win.  That was his

23  objective, and he attained that through the bill of sale

24  agreement.

25  Q     But in your own experience in the jumper industry, your

1   own personal experience with Mr. Morrissey, do you agree that

2   if he knew something bad about Vorst, that you expected him to

3   tell you?

4   A    No.  He -- he believed that there was nothing wrong or he

5   would never have signed that agreement, because he expected to

6   get prize money back, because he expected to win.  You don't

7   win if the horse is unsound.

8   Q    Are you telling us that when you bought Vorst, you didn't

9   expect Mr. Morrissey to tell you something about Vorst if it

10  was bad?  Is that what you're saying?

11  A    Right.  Well, why would he?  Why would he tell me

12  something that would kill the sale?

13          And besides that, his whole focus was to keep the

14  horse in his barn, and at my expense, and that he would show

15  it at my expense, and he would get a split on the prize money,

16  and we would share that.

17  Q    Mrs. Redman, you just said something I think is profound.

18  Why would he tell you something that would kill the deal; do

19  you remember that?

20  A    Right.

21  Q    Isn't it the same thing that happened here with

22  Mr. Zendejas?  Why would you tell him about all this bad stuff

23  about Vorst, because it'd kill the deal, right?

24  A    Could, yes.

25  Q    And you knew that.

```
1    A    But I would have been happy if that deal had been killed,

2    now, of course, in hindsight, but, you know.

3    Q    Yeah.

4    A    And I would like to have the horse back, because I feel

5    he was lied to, and he was put in jeopardy, and he was

6    destroyed.  This was a -- these were career-ending injuries

7    that he sustained, and I am really upset about that.  I don't

8    do that to my horses.

9    Q    So --

10   A    And I'm really angry that they've destroyed -- in seven

11   weeks they destroyed what it took us three years to build, and

12   a couple of years beyond that, because Michael Morrissey loved

13   that horse too and built that horse so that he could do these

14   things at a higher level later on in time as he grew up.  But

15   when he was -- began with, you know, Michael -- the Star Bit

16   Partners I think had him when he was six or seven, and, you

17   know, that's a whole different thing.

18   Q    Mrs. Redman, again, I think you just said it.  I just

19   want to reaffirm it.  You're telling us that you purposely did

20   not tell Mr. Zendejas about these problems with Vorst because

21   it would kill the deal?

22   A    I wasn't there.  I never spoke with or met Mr. Zendejas.

23   There was no opportunity.  Had Mr. Zendejas had questions,

24   however, I would have been happy to answer them.

25   Q    Do you agree that your agent, Mr. Syquia, in line with
```

```
 1   what you just said is it would kill the deal, to your
 2   knowledge, purposely did not tell Mr. Zendejas or Mr. Nizri
 3   about the problems with Vorst, right?
 4   A    He did not have any ongoing serious problems.  He had
 5   minor aches and pains.  He had a shoe that was not on
 6   properly.  There were -- and they -- these are all things that
 7   they went away with soaking with Epsom salts and a few days'
 8   rest.
 9            You know, I have arthritis.  I get crippled sitting
10   in this chair all the time, because the circulation's bad.
11   I'm 75 years old, but I'm still walking and talking, I still
12   ride, I swim or do exercises every day.  You know, I'm still a
13   viable person.
14            THE COURT:  Mr. Catanese, we're going to take our
15   lunch break now.  All right?
16            MR. CATANESE:  Thank you, Your Honor.
17            THE COURT:  Ladies and gentlemen, let's take our
18   lunch recess.  Don't discuss the case or form any opinions,
19   leave your notes, and we'll see you at 1:15, please.  Thank
20   you.
21            MR. CATANESE:  Thank you, Your Honor.
22            Your Honor, can I have the admonition with the
23   witness, during the break admonition?
24            THE COURT:  Yeah.
25            MR. CATANESE:  Thank you.
```

```
 1          (The jury exits the courtroom.)

 2               THE COURT:  You can step down, Mrs. Redman.  And,

 3    again, don't discuss your testimony with anyone during the

 4    break.  All right?

 5               THE WITNESS:  Okay.  Thank you.

 6               THE COURT:  Thank you.

 7               MR. CATANESE:  Thank you, Your Honor.

 8               MS. LEONARD:  Your Honor, can I be heard on one

 9    thing quickly?

10               THE COURT:  Yes.

11               MS. LEONARD:  As we've said from the beginning,

12    Mr. Syquia has an important international competition.  He

13    can't stay here any later than 5:00 p.m. on Wednesday.  All

14    the lawyers together have said they needed him for eight hours

15    of testimony.  If we wait 'til tomorrow, that's only seven.

16    So we need to put him on today.

17               THE COURT:  I understand, Ms. Leonard.  We're going

18    to take care of it.  Don't worry about it.

19               MS. LEONARD:  Thank you.

20               THE COURT:  How much more direct do you have?

21               MR. CATANESE:  I don't think I have that much more.

22               THE COURT:  Well, we're going to put on Mr. Syquia

23    after her direct before cross.

24               MR. CATANESE:  Your Honor, if I could be heard.  I'm

25    trying to allow the witness to talk.  If you're noticed, I
```

1    don't interrupt her.  That's why it's taking a little longer.

2    I think maybe two hours maximum, but it could be an hour.

3              THE COURT:  All I'm telling you is whenever we

4    finish with her direct, we're going to Mr. Syquia.  That's

5    what I'm telling you.

6              MR. CATANESE:  Yes, I understand.

7              THE COURT:  Okay.  And, I mean, you repeat a lot of

8    the questions over and over again.  I mean, we've heard she

9    never spoke to him about 20 times.  We've heard she never

10   spoke to the doctor about 15 times.

11             MR. CATANESE:  I'll refrain from doing that.

12             THE COURT:  We don't have to go over and over that

13   again.

14             MR. CATANESE:  Understood.

15             THE COURT:  Thank you.  You can step down.

16        (A recess was taken from 12:04 p.m. to 1:21 p.m., after

17   which the following proceedings were had:)

18             THE COURT:  Please be seated.

19             We ready to go?

20             MR. CATANESE:  Yes, Your Honor.

21             THE COURT:  Mrs. Redman, you ready?

22             THE WITNESS:  Yes, fine.

23             THE COURT:  Let's bring the jurors in, please.

24        (The jury enters the courtroom.)

25             THE COURT:  Welcome back, everyone.  Please be

1    seated, ladies and gentlemen.

2              Mr. Catanese, you may continue.

3              MR. CATANESE:   Thank you, Your Honor.

4    BY MR. CATANESE:

5    Q    Mrs. Redman, I want to go back to your purchase of Vorst

6    and Mr. Morrissey, okay?

7    A    Okay.

8    Q    When you were looking at buying Vorst, did you ever look

9    at any videos of the horse?

10   A    I don't remember.

11   Q    Did you ever ask for any videos?

12   A    I don't think so, but I don't remember.  I watched the

13   horse go in difference classes, but I don't think I asked for

14   any videos.

15   Q    Did you ever look at any of the USEF records for Vorst

16   when you were considering buying the horse?

17   A    Yes, I did.

18   Q    Okay.  Mrs. Redman, I want to ask you some questions now

19   about your showing activity with Vorst after you bought the

20   horse.  Okay?

21   A    Okay.

22   Q    You bought the horse at the end of July of 2011, correct?

23   A    Yes.

24   Q    After you bought the horse, did you come to learn about

25   Mr. Nizri, or were you introduced to -- excuse me, Mr. Syquia

1   in some way?

2   A    Not with relation to Vorst.  I had some other horses, and

3   Mr. Syquia -- well, no, it was after I bought Vorst and after

4   I, you know, ended my relationship with Mr. Morrissey, Frank

5   Conway selected Mr. Syquia as an alternate rider, and

6   Mr. Syquia did very well with Vorst, so I was very pleased.

7   Q    You mentioned Frank Conway a couple times in your

8   testimony.  Was Mr. Conway -- can you describe for us what

9   Mr. Conway's relationship was to you and what his duties were,

10  if any?

11  A    I had met Mr. Conway when I was boarding at the

12  Derbyshire Stables in Cincinnati, Ohio.  And he was a very

13  good horseman, and he -- and I needed help with a horse that I

14  bought, and he was very helpful in helping me to become a

15  better rider, and then he also gave instructions to my

16  children, who were young, and helped them to become better

17  riders and helped me with some horses that I had that I was

18  fixing and rehabilitating and retraining, and Mr. Conway was

19  very good at that.

20  Q    Did he work for you for I think it was about 20 years?

21  A    It was a fairly long time, and I don't know exactly how

22  many years, but it was a long time.  He was there through my

23  children learning to ride and my children beginning showing at

24  little shows for pony club, and then we -- eventually we got

25  some better horses, and we retrained and fixed, and some of

```
 1   them way outperformed.  And my son was a very fine rider, and
 2   so was my daughter.  So he was very helpful with the horses
 3   and with the riding and the instruction.
 4   Q    Now, did you use Mr. Conway in any way to help this -- I
 5   think you did -- to assist you in your acquisition of Vorst?
 6   A    Well, yes, because he knew Michael Morrissey.  He knew
 7   Michael Morrissey was a very fine rider.  As I said, one of
 8   the top 10 riders.  And he knew that Vorst was for sale, and
 9   he felt that that would be a good match.
10   Q    Did the owners of Vorst before you bought the horse or
11   did Mr. Morrissey ever tell you that Vorst was a problem
12   horse?
13   A    No.
14   Q    Did they ever tell you the horse was stopping in
15   competition?
16   A    No.
17   Q    Did they ever tell you that the rider of Vorst was having
18   a problem with the horse?
19   A    Well, the rider was a young 16-year-old girl, who was
20   really more interested in the social life in Wellington than
21   and riding than she was in the horse.  So she really didn't --
22   she wasn't as serious a rider.  And so Vorst was young, and he
23   needed someone, a rider that would give him confidence.  And
24   so that -- the stopping would be perfectly understandable in
25   that situation.
```

```
 1              And when Michael Morrissey rode the horse, that
 2    wasn't the case.  Michael Morrissey -- well, Michael had to
 3    build a relationship with the horse first and an understanding
 4    and a confidence and trust, because going over those big
 5    fences, the horse has to trust the rider as well as the rider
 6    trusting the horse.  And that takes some time to develop.
 7              So -- but Michael Morrissey did a terrific job, and
 8    the horse was very good, and the horse responded well and
 9    performed well, and the two of them were a very good team.
10    Q    You knew at the time you bought the horse, though, that
11    the girl riding the horse had problems and Vorst was stopping?
12    A    Right.
13    Q    Thank you.
14    A    Which was understandable under the circumstances.
15    Q    Now, with Mr. Nizri, did he -- strike that.
16              With Mr. Syquia, did he start working with you in
17    any way in the late summer, early fall of 2012?
18    A    I think that was probably about it.
19    Q    And do you recall the circumstances under which he
20    started to work for you?  Was he a full-time trainer, a
21    part-time trainer or rider?
22    A    The first -- the first time we needed a rider to take
23    Vorst into the show ring, because I had broken off relations
24    with Michael Morrissey, or he actually broke them off with me,
25    I guess.
```

```
 1              Anyway, and so Frank Conway said he felt that Colin
 2   Syquia would be a good rider, and he was.  So . . .
 3   Q    Did you at any time hire Mr. Syquia in any way in late
 4   summer of 2012 or early fall 2012?
 5   A    We probably did.  But, you know, I don't pay Mr. Syquia
 6   directly for him.  I pay Mr. Syquia for the services he
 7   provides and for the stabling and the feeding and the care and
 8   attention and the riding and the showing, and I pay the show
 9   costs, and he sends me a bill every month that details what
10   services he's performed.
11   Q    When Mr. Syquia first started working with you in 2012,
12   did he come to your farm in Kentucky and start working with
13   Vorst at that time?
14   A    Yes, he did.
15   Q    Did there -- and do you remember when he first started
16   working with Vorst?  Was it in late August, early September of
17   2012?
18   A    That sounds about right.
19   Q    Now, there came a time also in September 2012, where you
20   entered Vorst in competition in Kentucky, correct?
21   A    Right.  I'm sure.
22   Q    Do you remember the name of that competition?
23   A    Well, the -- there's -- we're close to -- my farm is
24   close to the Kentucky horse park, where there are some very
25   good high-end shows and showing available.  So -- and they
```

```
 1   have shows on a regular basis, so . . .

 2   Q    Was the show the Kentucky National show?

 3   A    That would have been in the fall, in September.

 4   Q    Do you remember the date of that show?

 5   A    Not specifically, but it's in September.

 6   Q    I'll represent to you that it occurred on September 19th

 7   of 2012.

 8   A    That could very well be.

 9   Q    Okay.  Did you attend that show?

10   A    Yeah, I did attend all the shows that were there at the

11   Kentucky horse park.

12   Q    Did Mr. Syquia enter Vorst in that show, and did he ride

13   Vorst in that show?

14   A    I'm sure that he did.

15   Q    And can you tell us what happened with Vorst in that

16   show?  What happened with the horse?

17   A    No, I don't remember that specific show.

18   Q    Isn't it true that the horse stopped in that competition?

19   A    Well, there was one class, and I don't remember which

20   class it was, but that Vorst was performing well and doing the

21   jump-off, and they -- Vorst has a very long back, so he has a

22   long stride, much longer than a horse of his size.  He's not a

23   particularly big horse, but he has a very long stride.

24         So Colin was just beginning with him at that time,

25   and they were -- I think they were in the jump-off where speed
```

```
 1   is of the essence.  And they came into a very big fence on a

 2   curve, and Vorst got a little too close to the fence and knew

 3   that he couldn't make it safely, so he refused.

 4   Q    So do you now recall that you did attend a show, you saw

 5   Vorst with Mr. Syquia riding the horse, and the horse stopped

 6   in that show?

 7   A    Yes, because it was dangerous for the horse and rider to

 8   jump it.

 9   Q    Do you remember the height of the obstacle that the horse

10   refused to jump?

11   A    No, but it was high, but it wasn't a meter 40, I don't

12   think, because he wasn't at that level yet.  So you'd have to

13   ask Mr. Syquia that.

14   Q    Okay.  Was it 1.25 meters?

15   A    Could very well have been.

16   Q    And you're saying today you don't know?

17   A    I don't know.

18   Q    But you can tell us that first time when you had the

19   horse, you put the horse in competition with Mr. Syquia, Vorst

20   stops?

21   A    Well, that wasn't the first time.  He had had several

22   other shows and several other jumping competitions, but

23   that -- it was early in the relationship, yes.

24   Q    Was that the first time that Mr. Syquia had ever ridden

25   Vorst in a show for you?
```

```
1    A     No.

2    Q     When a horse stops in competition for whatever reason --

3    A     Yeah.

4    Q     -- does that decrease the value of the horse in your

5    opinion?

6    A     No, not necessarily.  It depends on why he stopped.

7    Q     When I took your deposition, you remember me asking you

8    this question as to your opinion as to why a horse would stop

9    and if it increased or decreased the horse's value?

10          Does that help refresh your recollection, that I

11   asked you this in deposition?

12   A     Would you please repeat that?

13   Q     You're right.  Bad question.

14          Do you recall me asking you in deposition if you had

15   an opinion if a horse stopped in competition it made the horse

16   less valuable?

17   A     Only if that was a dirty stop.  And really a dirty stop

18   is where a horse really doesn't want to go over the fence, and

19   it's -- they often drop their shoulder and deliberately launch

20   the rider over the fence.  So, you know, that would be a

21   reason not to -- to have a decreased value, because it becomes

22   dangerous for the rider to do that.

23          And if a horse is stopping for no reason, that's --

24   and does it all the time, it can -- it can sometimes be the

25   rider's fault, and it can sometimes be the fault that the
```

1    horse doesn't have confidence in the rider.

2           So there's many different things that go into this

3    stopping.

4    Q    Mrs. Redman, did Mr. Syquia ride Vorst on February 6 of

5    2013 at a show?

6    A    Well, I'm sure if your records show that, that's correct.

7    Q    Do you remember looking at a videotape of this when I

8    took your deposition?

9    A    You know, all this kind of fades into a total thing, and

10   I don't remember exactly, but go ahead.

11          MR. CATANESE:  Your Honor, I'd like to ask the

12   Court's permission to play plaintiff's exhibit 12.  It's a

13   video of Mr. Syquia riding Vorst on February 6, 2013.

14          THE COURT:  Is there any objection to plaintiff's

15   exhibit 12?

16          MR. HART:  No objection, Your Honor.

17          MS. LEONARD:  No objection.

18          THE COURT:  Admitted without objection.

19      (Plaintiff's Exhibit No. 12 entered into evidence.)

20          THE COURT:  Mrs. Redman, again, could you try and

21   stay closer to the microphone, please?

22          THE WITNESS:  Oh, yes.

23      (Video played.)

24   BY MR. CATANESE:

25   Q    Mrs. Redman, did you have a chance to watch that video?

```
 1   A     Yes.

 2   Q     Do you recognize that to be Mr. Syquia riding Vorst?

 3   A     Yes.

 4   Q     Okay.  Now, when the horse stopped, did you notice that

 5   Mr. Syquia started whipping the horse?

 6   A     He punished the horse.  Evidently he felt that that was

 7   something he shouldn't have done, so he punished the horse.

 8   Q     Now, you said earlier that when you have horses, you try

 9   to treat them, I think you said, the best way you could,

10   right?

11   A     Yeah.

12   Q     Do you think that was proper for Mr. Syquia to start

13   whipping the back of your horse when the horse stopped?

14   A     Well, he did that twice, and, you know, you spank your

15   children when they do something wrong, and that isn't abusive,

16   it's just to enforce that they did the wrong thing and they

17   should not do that again.

18   Q     In your experience and knowledge working with horses,

19   when Mr. Syquia starts whipping Vorst like that, do you have

20   an opinion as whether the horse starts to associate stopping

21   with pain?

22   A     Well, it is a punishment, and they understand that.

23   Q     Do you believe, then, that Vorst understood that if you

24   come to a jump and you don't go over it, you're going to be

25   whipped and you're gonna have pain?
```

1   A    Well, you're going to be punished if you didn't -- if

2   there was no reason for it, yes, and that's appropriate in the

3   training.

4   Q    Were there any other ways that you're aware of that

5   Mr. Syquia punished Vorst if the horse didn't do what he

6   wanted it do?

7   A    No, Mr. Syquia treats the horses very fairly and with a

8   great deal of care, and he loves his horses, and so do I.

9   Q    Mrs. Redman, so this was a show that happened on

10  February 6, 2013.  I want to draw your attention now to

11  another show on May 15 of 2013.

12          Did you attend that show with Mr. Syquia riding

13  Vorst?

14  A    I believe so.  Where was that?

15  Q    This was at the Kentucky spring event.

16  A    Yes, I'm sure that I did.

17          MR. CATANESE:  Your Honor, I'd like to show the

18  witness our exhibit 13.

19          THE COURT:  Any objection?

20          MR. HART:  No objection.

21          MS. LEONARD:  No objection, Your Honor.

22          THE COURT:  Admitted without objection.

23      (Plaintiff's Exhibit No. 13 entered into evidence.)

24          MR. CATANESE:  Thank you, Your Honor.

25      (Video played.)

```
 1   BY MR. CATANESE:
 2   Q    Okay.  Mrs. Redman, we watched that video.  Do you
 3   recognize that that was Mr. Syquia riding your horse, Vorst,
 4   on May 15, 2013?
 5   A    Yes.
 6   Q    Now, that video was a little longer than the other video.
 7   Did you recognize that there was one round where the horse had
 8   ridden --
 9   A    Uh-huh.
10   Q    -- and then there was a jump-off, and in the jump-off the
11   horse stopped; is that what you recognized?
12   A    Yes.
13   Q    Could you tell the jury what a jump-off is so they can
14   understand that?
15   A    The horse has completed the course with a clear round.
16   He did not pull down any rails on the first time around the 12
17   fences, and that means he qualified, and he didn't have any
18   time faults.  So he didn't -- there's an allowed time, and he
19   went over the course within the allowed time.  So he got to
20   the jump-off, and that means he does a shortened course, not
21   12 fences, but maybe eight, nine, whatever, and that -- and
22   it's on the speed and how many knockdowns you have.
23          Well, he had the one refusal, which is four points.
24   If he had had two refusals, he would have been eliminated, but
25   he only had one.  So he went back and represented the fence.
```

```
 1   And then he did take down a rail.  But if you'll notice on the
 2   end of that video, he's ranked number 1 of all the horses that
 3   went through that in that class.  And, of course, they would
 4   have had to have cleared the first round clear in order to get
 5   to the jump-off, and so -- but he had a clear round, and then
 6   he did have a refusal, which is four points, negative points,
 7   and he pulled down a rail, which is another four points, but
 8   he was still ranked number 1.
 9          So of all the other horses that went in that class,
10   he was still the first.
11   Q    That was before the jump-off?
12   A    No, I think he pulled off the one rail on the jump-off,
13   as well as the refusal.
14   Q    Okay.
15   A    I think, but I could be mistaken.
16   Q    Mrs. Redman, do you recall if you put Vorst in
17   competition on August 25th, 2013, again with Mr. Syquia?
18   A    Probably, since you have a record of it.
19          MR. CATANESE:  Okay.  Your Honor, I'd like to play a
20   video of -- which is plaintiff's exhibit 15.
21          MR. HART:  No objection, Your Honor.
22          MS. LEONARD:  No objection.
23          THE COURT:  Admitted without objection.
24      (Plaintiff's Exhibit No. 15 entered into evidence.)
25          MR. CATANESE:  Thank you, Your Honor.
```

```
 1              (Video played.)

 2   BY MR. CATANESE:

 3   Q    Mrs. Redman, were you present when Mr. Syquia was riding

 4   Vorst on August 25th, 2013, in this video?

 5   A    Probably.  I don't know specifically.

 6   Q    Do you have an understanding that the horse got

 7   eliminated from this event because the horse stopped?

 8   A    Okay.

 9   Q    I'm asking if you have that understanding.

10   A    Well, that's what the scoreboard said.

11   Q    Okay.  Thank you.

12   A    And on that one fence when he refused, Colin did not

13   punish him.  Evidently he got in at the wrong distance, so

14   Colin didn't feel like it was fair to punish the horse.

15   Q    I'm sorry.  Are you saying that you thought that Colin

16   should have punished the horse when he refused?

17   A    No, I'm saying that Colin was very fair to the horse, and

18   when it wasn't the horse's fault -- in other words, the horse

19   made a decision that was an unsafe distance, and he refused,

20   and Colin evidently felt that the horse was right, and

21   therefore he didn't punish him.

22   Q    Okay.  Do you have a knowledge of the height that Vorst

23   had stopped at in our last video?  Do you have knowledge of

24   the height that he refused?

25   A    No.  What do your records say?
```

```
1    Q    I'm not looking at them right now.

2    A    Oh, I see.

3    Q    We'll get to that.  I'm just of the wondering if you

4    knew.

5    A    No, I don't.

6              You know, Colin competed with Vorst in 65 or 68

7    classes, and in all that time, he stopped four times.  You

8    know, Olympic horses stop, too.  And Leslie Howard's Olympic

9    horse, and she's a gold medalist, and Gem Twist stopped a

10   couple of times.  But you don't hold it against him for the

11   rest of his life because he stopped once or twice.

12   Q    Let's talk about this for a minute.

13             Is it your testimony that Vorst, when he did stop,

14   it wasn't an unusual event, and it was just what horses do in

15   competition?

16   A    No, it was an unusual event.

17   Q    That's what I'm saying.

18   A    Oh, I'm sorry.  I misunderstood.

19   Q    That it was unusual.

20   A    And sometimes it was for cause, and sometimes it wasn't.

21             When there was no cause, he got punished.

22   Q    Okay.

23   A    When there was cause, he didn't get punished.

24   Q    Given --

25   A    And you might also notice that when the horse is going
```

```
 1   out his -- around, his ears are forward.  He's enjoying this
 2   challenge.  He's doing what he's good at, and he loves being
 3   good, being seen and, you know, performing.
 4   Q    Given your experience and your testimony to us about
 5   Vorst and his competition, do you believe that Vorst is not a
 6   dirty stopper?
 7   A    Yes, I do.
 8   Q    Do you believe that when Vorst did stop, it was
 9   justified?
10   A    Most of the time, yes.
11   Q    There were times when it wasn't justified?
12   A    Well, then he got punished.
13   Q    With the whip?
14   A    Yeah.
15   Q    But in your mind, in general, it wasn't -- for example,
16   lack of a better term, no big deal if Vorst had stopped,
17   right?
18   A    Well, you know, when you're flesh and blood, you aren't
19   perfect, and people make mistakes and horses make mistakes,
20   and, you know, every now and again it happens.  But that
21   wasn't what -- he was consistently a good horse that jumped
22   very well and was a very good athlete, and four times out of
23   67 -- and that includes all the jump-offs that go into it, not
24   just the original round, but then, you know, in each class,
25   but he was in 67 or 68 classes, and that was one or two rounds
```

1    in each class over three years, four stops isn't -- you know,

2    it's not a big deal.

3    Q    It's not a big deal.

4         Okay.  Now --

5    A    It's to be expected in a flesh and blood athlete.

6    Q    Okay.  Now, at some point in this trial, we're going to

7    hear from Mr. Syquia.  Did you sit through Mr. Syquia's

8    deposition in this case?

9    A    Yes.

10   Q    And that happened here in Florida in December of last

11   year?

12   A    Yes, I believe so.

13   Q    Do you remember Mr. Syquia testifying that he told

14   Mr. Zendejas specifically and Mr. Nizri that Vorst had a

15   history of stopping?

16        Do you remember that testimony?

17   A    No.

18   Q    Do you remember him telling -- testifying he told

19   Mr. Nizri that specifically Vorst has stopped in competition?

20        Do you remember him testifying to that?

21   A    I don't, but he's a very honest man, and he would -- and

22   that means that Mr. Zendejas did know about the stopping.  But

23   I wasn't there.  I don't know.

24   Q    So you don't have any independent knowledge or way to

25   corroborate if what Mr. Syquia claimed is true; is that

```
 1   correct?

 2   A    Whatever the record says is true.

 3   Q    Bear with me.

 4        Did you -- were you ever present when Mr. Syquia had

 5   any communication, personal communication with my client,

 6   Mr. Zendejas, or with Mr. Nizri before my client bought Vorst?

 7   A    No, I told you I wasn't there, and I never met them, and,

 8   you know . . .

 9   Q    Are you aware of any written documents, text, e-mail,

10   even the bill of sale that we'll look at in a little bit, that

11   disclosed what Mr. Syquia claims he said, which is that Vorst

12   is a stopper?

13            MR. HART:  Objection.

14            THE COURT:  Sustained.

15            MR. HART:  Lack of foundation.

16            THE COURT:  Sustained.

17            MS. LEONARD:  I object, as well, mischaracterizes

18   testimony.

19            MR. CATANESE:  I'll rephrase it.

20   BY MR. CATANESE:

21   Q    You said earlier that all the time with Vorst, this whole

22   issue of stopping was like this nonevent.  No big deal, right?

23   A    It happens.

24   Q    Okay.

25   A    You know, to everyone.  Not just me, not just Vorst, not
```

1   just Colin.  But, you know, and Colin's a very good rider, so

2   he has a preponderance of shows and rounds or whatever that

3   it's successful.

4   Q    And do you remember your testimony earlier, which is if

5   they don't ask us something, we don't volunteer an answer if

6   they don't ask, right?  Is that right?

7   A    Yeah.

8   Q    So do you have an understanding as to why Mr. Syquia

9   voluntarily, without a question from Mr. Zendejas or

10  Mr. Nizri, voluntarily says to them, oh, Vorst is a stopper,

11  Vorst has a history of stopping?

12           Do you have any understanding of that?

13           MS. LEONARD:  I object again.  It's

14  mischaracterizing the testimony.

15           THE COURT:  Sustained.

16           MR. CATANESE:  Okay.  I'll rephrase it.

17  BY MR. CATANESE:

18  Q    But do you -- sitting here today to you -- let me ask you

19  this --

20  A    He may have said that it was in the past he might have.

21  Q    Okay.

22  A    And when I owned him, he was not a stopper.

23  Q    Okay.  Sitting here today -- I know this didn't happen.

24  I'm asking this hypothetically.  If you had been talking to

25  Mr. Zendejas person to person before he bought Vorst, knowing

```
 1    what you know about Vorst, would you have said to

 2    Mr. Zendejas, hey, by the way, Vorst stops in competition?

 3    Would you have done that?

 4              MR. HART:  Well, objection; relevancy, Your Honor.

 5              THE COURT:  Sustained.

 6              THE WITNESS:  Would I do that?  He wasn't stopping

 7    on my watch.

 8              THE COURT:  Mrs. Redman, Mrs. Redman, I sustained

 9    the objection, so don't answer.

10              THE WITNESS:  I'm sorry.

11    BY MR. CATANESE:

12    Q    Mrs. Redman, just a side issue here about payment.  I

13    asked you earlier how much money Mr. Zendejas had paid you for

14    Vorst.

15    A    Right.

16    Q    And I think you did acknowledge you received the 10,000,

17    the 40,000 and the 200,000; do you remember that?

18    A    Correct.

19    Q    Isn't it true that Mr. Zendejas actually paid you

20    $260,000 for Vorst?

21    A    No, it is not true.

22    Q    Okay.  And --

23    A    And if you'll pull up the videos of the individual

24    transactions, I'd be happy to show you why I didn't receive,

25    my bank did not receive the other 10,000.
```

```
1    Q    From Mr. Zendejas?

2    A    Right.

3    Q    Are you -- did Mr. Zendejas ever make a request of you to

4    return the extra $10,000 that he paid?

5    A    I never received that.  The bank -- if you'll pull up the

6    transaction records of the individual transfers that were made

7    to my bank, you will see that there's an important number

8    missing from one of them, one $10,000 transfer.  And therefore

9    that transfer never went through.  It came in and it went

10   right back to Mr. Zendejas' bank.

11          It didn't have the right routing number for the -- I

12   think it was the Bank of America.

13   Q    Thank you, Mrs. Redman.

14   A    You're welcome.

15          The other transfers all have two numbers up at the

16   top of those -- of those documents, and that one does not have

17   two numbers; it only has one number.

18   Q    Is there anything else you wanted to say, Mrs. Redman?

19   A    Pardon?

20   Q    Any other part of that question that you want to answer?

21   A    Well, I did, I thought.

22          It must have been my account number that was

23   missing, because it evidently got to Bank of America, but it

24   never got to me.

25          MR. CATANESE:  Your Honor, I'd like to publish
```

```
1    plaintiff's exhibit 16.

2            THE COURT:  Any objection to 16 going into evidence?

3            THE WITNESS:  And do you have all of the --

4            THE COURT:  Ma'am, ma'am, wait.

5            THE WITNESS:  Oh, sorry.

6            MR. HART:  Can I see 16, please, real quickly?

7    Thank you, counsel.

8            We have an objection, Your Honor.

9            MS. CORTVRIEND:  We have several objections, Your

10   Honor, hearsay, authenticity.

11           THE COURT:  Let's go over here and discuss it.

12       (The following proceedings were held at sidebar:)

13           THE COURT:  So what is this?

14           MR. CATANESE:  It's Mrs. Redman's handwriting, Your

15   Honor, and it's just the first page that I want to show the

16   jury and ask questions of Mrs. Redman, just the first page.

17           MR. CHAPMAN:  This was mentioned in deposition?

18           THE COURT:  She's identified this?

19           MS. CORTVRIEND:  She produced it, Your Honor.  This

20   is her handwriting.  But we don't know where this information

21   came from, and there's a lot of information on here that

22   refers to other horses, so we're not certain which belongs to

23   which horse.

24           MR. CATANESE:  I'll just say she testified that it

25   was her handwriting and she made these notes.
```

```
 1              MS. CORTVRIEND:  It is her handwriting, Your Honor.

 2              THE COURT:  Okay.

 3              MR. CATANESE:  I'm only going to ask about Vorst in

 4   the upper right-hand corner.

 5              THE COURT:  Okay.  So why -- what's the objection if

 6   they're only going to discuss Vorst, and if she's saying these

 7   are her notes?  What's the objection?

 8              MR. HART:  I guess she can take a look at it and

 9   determine that was Vorst.  I don't . . .

10              MS. CORTVRIEND:  If she can -- yeah.

11              MR. HART:  Just go ahead, show it to her.  If she

12   identifies it, we're good.

13              THE COURT:  Okay.  Well, let's see with --

14              MR. CATANESE:  Show it to her?

15              THE COURT:  Yes, sure.

16         (Sidebar conference concluded.)

17              MR. CATANESE:  Your Honor, may I approach the

18   witness?

19              THE COURT:  Yes.

20              MR. CATANESE:  The record should reflect that I've

21   just put before the witness plaintiff's exhibit 16, and it's

22   the first page of that exhibit.

23   BY MR. CATANESE:

24   Q   Mrs. Redman, would you look at that page, please.  I'm

25   going to ask you some questions in a minute.
```

```
1    A    Certainly.

2         Yes.

3    Q    Are you ready for me to ask you questions?

4    A    Yes.

5    Q    On that page, is it your handwriting on that page?

6    A    Yes.

7         MR. CATANESE:  Your Honor, we'd ask that we have the

8    opportunity to put this in front of the jury.

9         THE COURT:  First establish whether this relates to

10   a particular horse.

11        MR. CATANESE:  I will.  Thank you, Your Honor.

12   BY MR. CATANESE:

13   Q    Mrs. Redman, in the upper right-hand corner, do you see

14   any reference to the horse Vorst?

15   A    Yes.

16   Q    And do you see the date of your notes there?

17   A    Yes.

18   Q    What date is it?

19   A    Looks like 8/17/13.

20   Q    And those are your handwritten notes?

21   A    Yes.

22   Q    Of and concerning Vorst?

23   A    Yes.

24        MR. CATANESE:  Your Honor, may I publish?

25        THE COURT:  Yes, you may publish the right-hand~--
```

 1   the upper right portion of page 1 of exhibit 16.

 2           MR. HART:  No objection to that at all, Your Honor.

 3   It's just the next pages of the exhibit we'd ask not be

 4   published until properly authenticated and identified.

 5           THE COURT:  Okay.  Well, I just said the upper

 6   right-hand corner is admitted.  That's all that's being

 7   admitted.

 8           MR. CATANESE:  Thank you, Your Honor.

 9           Can I just check to see if we can block out the

10   other portions of the page?

11           THE COURT:  I'm going to tell the jurors just to

12   disregard anything other than the upper right-hand corner of

13   this exhibit.

14       (Plaintiff's Exhibit No. 16, in part, entered into

15   evidence.)

16           THE WITNESS:  Actually, when you put it on the

17   screen, it looks like a nine instead of an eight, but I don't

18   know.

19           MR. CATANESE:  Your Honor, are we okay with the way

20   this is presented?

21           THE COURT:  As I said, it's only being admitted for

22   the upper right-hand corner of the exhibit.  Everything else

23   is excluded and the jury should disregard everything else.

24           MR. CATANESE:  Thank you, Your Honor.

25   BY MR. CATANESE:

```
 1   Q    Mrs. Redman, do you have these -- this page in front of
 2   you?  Again, this is the first page of our exhibit 16.
 3   A    Yes.
 4   Q    In the upper right-hand corner, starting at the top line,
 5   do you recognize that to be your handwriting?
 6   A    Yes.
 7   Q    And below that top line where it says "Vorst" in other
 8   handwriting, do you recognize that to be your handwriting?
 9   A    Yes, I do.
10   Q    Do you recall when you made these handwritten notes?
11   A    On the date that is up at the top when my son Sean was
12   treating my horses.
13   Q    And is it your opinion looking at this today, it's your
14   handwriting, that you made these notes contemporaneously or on
15   September 17 of 2013?
16   A    Yes.
17   Q    Okay.
18   A    I make notes as he is treating the horse.  As you can
19   see, he treated all the horses, all my competition horses and
20   all my retired horses and other horses that I was working on.
21   Q    I just want to ask you about Vorst.  Okay, Mrs. Redman?
22   A    That's fine.
23   Q    You said that these are notes following a meeting you had
24   with your son, Sean Redman?
25   A    Right.
```

```
 1   Q    And is that why we see his name up there in the upper

 2   right-hand corner?

 3   A    That's right.

 4   Q    And he's your son -- I'm assuming Sean is the

 5   veterinarian we talked about earlier?

 6   A    Correct.

 7   Q    In these handwritten notes, there's an entry there that

 8   starts with the word "upper".  Do you see that entry?

 9   A    I do.

10   Q    Could you read that to us, please, because it's your

11   handwriting, just all the way across where it starts with

12   "upper."

13   A    Upper back okay, some issues, but they cleared with

14   treatment.

15   Q    Then below that with the word "pelvis," can you read

16   that, please?

17   A    Okay.

18   Q    And then lower back?

19   A    Good.

20   Q    Okay.  And then there's looks like neck?

21   A    Correct.

22   Q    Okay.  Now, do you have a recollection today as to what

23   you meant when you made the notation on September 17, 2013,

24   about upper back issues with Vorst?

25   A    Well, he had some things that were a little out of place
```

```
 1   or sore, and when he was treated with the chiropracty and the
 2   acupuncture, it cleared up.  It was taken care of and he was
 3   fine after that.
 4   Q    This is consistent with what you told us about earlier,
 5   that Vorst had a sore back and your son was treating him for
 6   that?
 7   A    Well, in his jumping efforts, he has to use his back
 8   quite a lot, and it's quite common that things, you know, are
 9   a little sore here and there.  But then if they're treated
10   properly, if you catch them before they become a real problem,
11   then they aren't a problem.
12   Q    Thank you, Mrs. Redman.
13        Okay.  Mrs. Redman, do you recall whether or not you
14   had prepared a bill of sale regarding Vorst in connection with
15   your sale to Mr. Zendejas?
16   A    No.
17        Now, Colin has a general bill of sale that he uses
18   in the sales of my horses and all of his horses, and we've
19   always used that.
20        MR. CATANESE:  Your Honor, I'd like to, with
21   permission of defense counsel, publish and refer to
22   plaintiff's exhibit 27.
23        MS. CORTVRIEND:  No objection, Your Honor.
24        MS. LEONARD:  No objection.
25        THE COURT:  Admitted without objection.
```

```
 1          (Plaintiff's Exhibit No. 27 entered into evidence.)

 2              MR. CATANESE:   Thank you, Your Honor.

 3   BY MR. CATANESE:

 4   Q    Mrs. Redman, we just looked at some of your handwriting

 5   in a prior exhibit.

 6   A    Correct.

 7   Q    On this exhibit 27, do you recognize any of the

 8   handwriting on this page to be your handwriting?

 9   A    Of course.

10   Q    Okay.  Well, first, there appears to be a signature on

11   this document.

12   A    Right.

13   Q    That says signature of seller authorization.  Do you

14   recognize that signature?

15   A    I do.

16   Q    Whose signature is that?

17   A    Mine.

18   Q    Okay.  You recall signing this document?

19   A    Yes.

20   Q    The original of the document?

21   A    No.  What -- the document that Mr. Zendejas had, and it

22   was signed by Simon Nizri and Colin Syquia, was a different

23   document.  It was the same wording, and everything was the

24   same, except my signature wasn't on there, because I live in

25   Kentucky, and they were in Florida.  And Mr. Zendejas was
```

```
 1   anxious to have Vorst shipped to Mexico, to Xalapa, to compete
 2   in a horse show that was there that Juan Jose wanted to ride
 3   in.
 4   Q    Now, on this document at the bottom, do you see some
 5   handwriting there?
 6   A    Yes.
 7   Q    Is that your handwriting?
 8   A    Yes.  And I added those notes to that sale document later
 9   for the use of my accountant when he figured how much money I
10   had made or not made on the sale of the horse for capital gain
11   purposes.
12   Q    Can you read to the jury, please, your handwriting in
13   that at the bottom part of this document, please?
14   A    Certainly.  Simon Nizri, 25,000; Colin Syquia 33,750;
15   Wendy Douglas 50 -- I mean 500, excuse me.
16   Q    And it's correct that Mr. Zendejas never signed this
17   document, correct?
18   A    Correct.
19   Q    And Mr. Nizri never signed this document?
20   A    No, and neither did Colin Syquia.
21   Q    To your knowledge, was this document ever presented to
22   Mr. Zendejas by Mr. Syquia?
23   A    I doubt it.  I don't think Mr. Syquia even saw it.
24   Q    Did you ever present it to Mr. Zendejas?
25   A    No.  As I said, I never met Mr. Zendejas; I never saw
```

```
 1   him, interacted with him.  I didn't know -- wouldn't have

 2   known who he was if I passed him on the street.

 3   Q    Can you tell us how it came about that you were -- that

 4   you signed this bill of sale?  For example, did you prepare

 5   this bill of sale?

 6   A    No.

 7   Q    Who prepared it?

 8   A    Simon -- I mean Colin, excuse me.

 9   Q    Colin Syquia?

10   A    Yeah.

11   Q    And it's correct that your understanding is that the only

12   person who did prepare this would have been Mr. Syquia, your

13   agent?

14   A    Right.

15        Colin asked me to sign a bill of sale, and I -- this

16   might have been the one that I signed and sent back to him,

17   but the horse was already gone to Mexico.

18   Q    And it's correct that Mr. Zendejas had nothing to do with

19   the preparation of this document we're looking at now that

20   says bill of sale?

21   A    No, that's not how it's done, either.  It's usually --

22   well, I mean if he had had an objection to it and requested

23   changes in it, then he would have had something, but he didn't

24   do that.

25   Q    And also with respect to Mr. Nizri, he didn't participate
```

```
1    in the preparation of the document?

2    A    Not that I know of.

3    Q    Okay.  Do you -- after you signed this document, did you

4    send it back to Mr. Syquia?

5    A    Probably.

6    Q    And did you do that on or about April 24, 2014?

7    A    Probably.

8    Q    Okay.

9    A    Probably faxed it to him or something.

10   Q    Do you have any understanding of whether or not

11   Mr. Syquia ever presented this document to Mr. Nizri?

12   A    I have no idea.

13   Q    Do you know if he ever presented it to Mr. Zendejas?

14   A    Pardon?

15   Q    Do you know if Mr. Syquia ever presented this document to

16   Mr. Zendejas?

17   A    I have no idea.

18   Q    Now, let's talk about the commissions for a moment.

19   A    Okay.

20   Q    You've told us that Mr. Syquia was your agent in this

21   transaction?

22   A    Correct.

23   Q    And you agree that his commission should be $33,750?

24   A    Right.

25   Q    Is that 15 percent of the $250,000 purchase price?
```

1    A    Yes, it is.

2    Q    Was that your standard agreement with Mr. Syquia?

3    A    Yes, it was.  I had a number of horses with Mr. Syquia,

4    and the agreement was that -- and I have a written agreement

5    on that with Mr. Syquia that he would give me a discount on

6    the monthly board and training and showing expenses, and that

7    at the end, whenever I had sold any of the horses that he was

8    training for me and working on, I would pay him 15 percent

9    commission, not the usual 10, although commissions in the

10   industry are from 10 to 20 percent.  So that was right in the

11   middle.

12   Q    And you note in here, too, that Mr. Nizri was paid 25,000

13   by you.

14   A    That's correct, because Colin called and said that

15   Mr. Zendejas had refused to pay the usual 10 percent

16   commission to Mr. Nizri on the purchase of the horse for his

17   efforts in finding the horse and all of that, and that Colin

18   felt that was unfair and that Mr. Nizri had been important in

19   the sale of the horse, and that I should pay Mr. Nizri, which

20   I did.  But it was a surprise, and it was after the fact, and

21   I didn't know that that was coming, but for the horse I did

22   that.

23   Q    And there's -- you are agreeing that when you paid

24   Mr. Nizri the $25,000, that was a commission for his

25   assistance in helping you and Mr. Syquia in selling the horse

1    to Mr. Zendejas?

2    A    Right.  Colin felt that that was fair and that it was

3    unfair that Mr. Nizri should not get paid.  And he felt that

4    since I had gotten the money for Vorst, that it would be fair

5    for me to give Mr. Nizri his 10 percent commission.

6    Q    Was it your understanding from Mr. Syquia that Mr. Nizri

7    had been a facilitator of this transaction?

8    A    Well, yes.  You know, as I said, they both stabled their

9    horses, or they stabled the Zendejas horses and other horses

10   with Mr. Nizri at Palm Beach Equine, and Colin has his stalls

11   for the World Equestrian Games in Wellington, the show at the

12   Palm Beach Equine, as well.  And it's a very convenient

13   location to the show grounds, and the stalls are bigger, and

14   it's nicer, and they have plenty -- lovely rings in which that

15   are safe and good footing to train the horses.

16        So they were both at the same facility, and

17   Mr. Nizri saw Vorst on a regular basis, both in the training

18   grounds, as well as at the show.  So he knew the horse over a

19   long period of time, and he came to Colin and said I have a

20   client that wants a Grand Prix jumping horse for his son, and

21   I think your horse is one of three horses that I would like to

22   show him, is that okay.

23        So Colin called me and said, you know, I have this

24   man that would like to buy your horse, is that all right?  And

25   I asked him some questions and said, well, what kind of rider

```
 1   is the rider and what kind of management will he get when he's

 2   transferred to this other owner, and is this -- are these good

 3   people, will they take good care of him.  And Colin assured me

 4   that he had known Mr. Nizri for a long time and that he was a

 5   good horseman, and Mr. Nizri had said, yes, Juan Jose was a

 6   good rider.

 7            Because this wasn't a horse that was good for a

 8   beginner.  He needed a better rider that would give him

 9   confidence, because he didn't want to get hurt, you know, and

10   he didn't want to be ridden by someone who couldn't tell him

11   the right place to be at the right time.

12            So . . .

13   Q    Mrs. Redman, did you pay Simon Nizri $25,000 because you

14   thought that his efforts benefited you in connection with the

15   sale?

16   A    Well, he had done work and provided services in the sale

17   of the horse, so, yeah.  It wasn't the generally -- something

18   that was generally done, but I felt it was the honorable thing

19   to do, so I did it.

20   Q    Because he helped you sell the horse to Mr. Zendejas?

21   A    Yeah.

22   Q    Thank you.

23   A    But he wasn't my agent.  I had never met him.  I never

24   talked to him.  I don't -- didn't know him.  First time I've

25   seen him, as a matter of fact, is on this video screen today
```

1    -- or yesterday maybe I saw him.  I don't know.

2    Q    Okay.  Now, in connection with the commissions, I want to

3    ask you if you ever disclosed this to Mr. Zendejas.

4         Did you ever disclose to Mr. Zendejas that you were

5    paying Mr. Syquia a commission of $33,500?

6    A    No.  Didn't come up.  He never asked.  I never talked to

7    Mr. Zendejas.

8    Q    Did you ever disclose to Mr. Zendejas that you were

9    paying Mr. Nizri $25,000?

10   A    No, and I didn't know about that until after the fact,

11   and I paid him after the fact.

12   Q    Did you ever submit to Mr. Zendejas anything in writing,

13   for example, a written consent, advising Mr. Zendejas of these

14   commissions and your asking him to sign it consenting to the

15   payment of these commission?  Did you ever do that?

16   A    No.

17        And the thing is that the commissions are paid in

18   the industry on a regular basis.  That is accepted practice.

19   And everyone knows that when they sell a horse, they pay the

20   people that helped them sell the horse.  So, you know, if --

21   he should have known that.  He's been in the business before.

22   He's done many sales and purchases of horses.  That's

23   something that you know is going to happen, and it doesn't

24   change the price that you pay for the horse.

25   Q    Okay.  So just so the record's clear, you knew about the

```
 1   commissions; you paid the commissions; you never told
 2   Mr. Zendejas --
 3   A    And I did not tack on extra charges onto the 250,000
 4   either, so, you know.
 5   Q    And no written consent from Mr. Zendejas that he knew
 6   about it or agreed to?
 7   A    Yeah, he should have known about it.
 8   Q    But you didn't have it --
 9   A    It's an accepted practice.  I didn't talk to
10   Mr. Zendejas.  I didn't see Mr. Zendejas.  I never met
11   Mr. Zendejas.
12   Q    Okay.
13   A    So how could I do any of that?  I wasn't there.
14   Q    Just one more affirmation.
15        No written consent from Mr. Zendejas, right?
16   A    For the third time, no.
17   Q    Okay.  Thank you.
18        MR. CATANESE:  Your Honor, I'd like to publish the
19   next exhibit, 28.
20        THE COURT:  Any objection?
21        MS. CORTVRIEND:  No objection, Your Honor.
22        MS. LEONARD:  No objection.
23        THE COURT:  Be admitted without objection.
24   (Plaintiff's Exhibit No. 154 entered into evidence.)
25        MR. CATANESE:  Thank you, Your Honor.
```

```
 1   BY MR. CATANESE:

 2   Q    Mrs. Redman --

 3          MR. CATANESE:  For the record, we have exhibit 28 of

 4   plaintiff up.

 5   BY MR. CATANESE:

 6   Q    Mrs. Redman, do you recognize this document?

 7   A    I do.

 8   Q    Can you tell us what it is to you?  How do you recognize

 9   it?

10   A    Well, this is the bill of sale that was done so that

11   Mr. Zendejas could ship Vorst from Florida out of the United

12   States to Mexico, and then on to Canada.  It was signed by

13   Colin Syquia and Simon Nizri.  You can read that.

14          THE COURT:  Ma'am, again, get closer to the

15   microphone, please.

16          THE WITNESS:  Oh, I'm sorry.

17          It was signed by Colin Syquia and Simon Nizri so

18   that the horse could be shipped from the United States to

19   Mexico and on to Canada, as Mr. Zendejas wanted.

20   BY MR. CATANESE:

21   Q    Did you see this bill of sale signed by Mr. Syquia --

22   well, strike that.

23          When did you first see this bill of sale, our

24   exhibit 28?

25   A    Sometime after the fact.
```

```
 1   Q    Did you authorize Mr. Syquia to sign this document?

 2   A    Mr. Syquia had my full trust and confidence in all the

 3   dealings.

 4   Q    Okay.

 5   A    And he had my authority to do whatever was necessary for

 6   the welfare of my horse.

 7   Q    Okay.  Did you ever instruct Mr. Syquia to place any

 8   particular language in this bill of sale --

 9   A    No, I did not.

10   Q    -- regarding Vorst's health history?

11   A    No, I did not.  That was -- this was a legal document,

12   and Colin Syquia had used -- always uses this bill of sale on

13   all the sales that I've done with him, and I assume that he

14   used it in all of his other sales, as well.

15        You know, he's the professional here.  He knows what

16   to do, and he does it.

17   Q    Have you had a chance to read this document while we're

18   here in court right now, or have you read it before?

19   A    Not right -- I've read it before.

20   Q    I'm going to ask you a question.  If you need to read

21   this again, let me know, will you, please?

22   A    Okay.  I will.

23   Q    Do you make a contention that this bill of sale in any

24   way discloses Vorst's prior health history to Mr. Zendejas?

25   A    I don't believe that it does.
```

```
1    Q    Okay.

2    A    But that's to be determined by the PPE, the prepurchase

3    exam, and the buyer's vet.

4    Q    Did you ever instruct Mr. Syquia to place in this

5    document any statements about any representations that

6    Mr. Syquia made to Mr. Zendejas or to Mr. Nizri regarding

7    Vorst before this bill of sale was signed?

8    A    I don't instruct Mr. Syquia on matters that I don't

9    really know that much about.

10   Q    Okay.  I'm just asking did you ever instruct him to place

11   any specific statements --

12   A    No.

13   Q    Okay.  Thank you.

14        Mrs. Redman, do you know if a lawyer was involved in

15   connection with the preparation or signature of this bill of

16   sale?

17   A    No, I don't.

18   Q    Okay.  To your knowledge, was there a lawyer involved?

19   A    No.

20   Q    Thank you.

21        Earlier we looked at your banking records, which I'd

22   like to go back to again for a moment.

23   A    Okay.  Be sure you have all of them, all four, please.

24   Q    Mrs. Redman, this would be the exhibit we looked at

25   earlier, exhibit 17.
```

```
 1   A    Can you put that up?

 2   Q    I'm happy to do that.

 3             MR. CATANESE:  Your Honor, may I approach the

 4   witness?

 5             THE COURT:  Yes.

 6             THE WITNESS:  No, I wanted the records that show

 7   that when the transfers came in.

 8   BY MR. CATANESE:

 9   Q    I think --

10   A    The actual money when it was received.  There were four

11   of them.

12   Q    I won't do that with you in the interest of time, but, of

13   course, you can do that with your counsel.

14   A    This isn't correct, then.  That won't show you what you

15   want to know.

16   Q    Mrs. Redman, could you take a look at our exhibit 17, the

17   page that says Redman 0018, please?

18   A    Okay.

19   Q    Let me know when you have that in front of you.

20   A    Yes.

21   Q    Okay.

22   A    You really need the copies of the actual transfers, and I

23   don't see them.

24   Q    Okay.  Mrs. Redman.

25   A    Yes.
```

```
 1   Q    Okay.  I want you to look at the page we have up, which
 2   is Redman 18.  Do you have that in front of you on the screen?
 3   You should have it in the notebook, too.
 4   A    Yes, I have that.
 5            THE COURT:  I thought it was Redman -- I thought it
 6   was 17.
 7            THE WITNESS:  This isn't gonna tell us what we want
 8   to know.
 9            THE COURT:  Hold on, Mrs. Redman.
10            MR. CATANESE:  Your Honor, it is 17.  If I misspoke,
11   I apologize.
12            THE COURT:  You mean page 18 in exhibit 17?  Is that
13   what you're trying to get to?
14            MR. CATANESE:  Well, it's not actually page 18.
15   It's just marked Redman 0018 of exhibit 17.
16            THE COURT:  Okay.  Thank you.
17            MR. CATANESE:  Thank you, Your Honor.
18   BY MR. CATANESE:
19   Q    Mrs. Redman, do you have this in front of you?
20   A    Yes, I do.
21   Q    Okay.  Do you see the entry there of April 25th, the wire
22   transfer?
23   A    Yes, I do.
24   Q    And that was the payment that you made to Mr. Nizri of
25   $25,000?
```

```
 1   A    Oh, wait a minute.  I'm on the wrong page.

 2   Q    It's on the screen in front of you.

 3   A    On 18?  You said that's on 18?  I don't see it on 18.  I

 4   see 40,000, $40 and 200,000.

 5   Q    Do you see the debt column next to it?  Left side?

 6   A    Wire transfers?  You're looking for something else here.

 7             THE COURT:  Could you just point it out for her.

 8             THE WITNESS:  It doesn't have the 25,000.

 9             THE COURT:  Could you just show her where it is,

10   please.

11             MR. CATANESE:  I will.  Thank you, Your Honor.

12             THE COURT:  Mrs. Redman, let him show you what he's

13   referring to, all right?

14             THE WITNESS:  That would be helpful.  Thank you.

15             Oh, okay.

16   BY MR. CATANESE:

17   Q    Do you have that in front of you now, Mrs. Redman?

18   A    Yes, I do.

19   Q    Again, as I said, if you need help, just let us know.

20   Okay?

21   A    Okay.  Thank you.

22   Q    All right.  Do you see that wire transfer there of

23   April 25th for 25,000?

24   A    I do.

25   Q    Okay.  Was that money that you paid to Mr. Nizri?
```

```
 1   A     Yes.

 2   Q     And that was his commission of $25,000 that you wanted to

 3   pay him because he helped you in this matter, correct?

 4   A     Uh-huh.  Yes.

 5   Q     Now, the wire that came in from Mr. Zendejas was

 6   April 23rd, right?

 7   A     Yes.

 8   Q     And that was the final payment for Vorst?

 9   A     Correct.

10   Q     And the bill of sale that we looked at just a moment ago,

11   that was the next day, which was April 24th of 2014, yes?

12   A     Correct.

13   Q     So the very next day you're sending out the money to

14   Mr. Nizri, right?

15   A     Correct.

16   Q     So within two days of you getting the money from

17   Mr. Zendejas, you do the bill of sale and you pay Mr. Nizri

18   his commission?

19   A     Correct.

20   Q     Okay.  Do you remember when you delivered possession of

21   the horse to Mr. Nizri or to anyone from Mr. Zendejas?

22   A     Well, I believe it was on the 24th, but I don't know.

23   You'd have to ask Colin.

24   Q     Okay.  So is it your recollection and testimony that

25   within two or three days after you got the final payment from
```

1    Mr. Zendejas, you get the bill of sale done, you pay Mr. Nizri

2    and you deliver the horse to Mr. Zendejas?

3    A    Right, and I sent a check to Colin.

4    Q    Is it your normal practice to do all those things that

5    quickly once somebody pays you for a horse, or does it

6    normally take, like, two or three weeks for all that to

7    happen?

8    A    Well, maybe, but I -- I pay my bills when I get them as

9    close as I can.

10   Q    So in this case it was your decision and your intent to

11   get this horse off your hands as fast as possible, right?

12   A    No, Mr. Zendejas needed to get that horse to Mexico as

13   fast as possible for his son to ride in the Xalapa show, and

14   that particular competition was important to him and to his

15   son, who was attempting to become a member of the Mexican

16   Olympic team and wanted to show in that show, where these kind

17   of competitors would be chosen.

18   Q    Before you delivered the horse to Mr. Zendejas, did you

19   know these facts; that he wanted to get the horse because he

20   wanted to get it to Mexico and get it into a show?  Did you

21   know that?

22   A    I don't know what I knew when, because Colin was handling

23   things, and I was not present at all of these meetings and

24   showings and other things, so . . .

25   Q    To your knowledge, did Mr. Syquia ever advise

1    Mr. Zendejas that he shouldn't put Vorst in any shows in

2    Mexico?  Did he ever tell him that, to your knowledge?

3    A     Did Colin tell him that?

4    Q     Yes, ma'am.

5    A     In -- I didn't know this at the time, but I understand

6    now that Colin did make Simon Nizri aware of the fact that

7    Vorst had not been in full training since the prepurchase exam

8    on the beginning of, what was that, the end of March,

9    beginning of April, and so he was not fit to compete without

10   being -- having time to be trained and build his muscle tone

11   back, and also for the new rider to get together with the new

12   horse.

13         They have -- to compete at these high levels, both

14   rider and horse have to trust one another.  They have to be

15   able to communicate with one another.  And in this case that

16   didn't happen.  I mean, they took him after this very long

17   trip and changes in water and changes in feed and time -- you

18   know, long distance travel is tough on people who know what's

19   happening.  And the horses don't know, and they're getting put

20   in the belly of an airplane.  I mean, he was used to being

21   trucked around.  But being put in the belly of an airplane

22   with the terrifying sounds, and it's very cold, and it's not

23   nice, and they have to have their head up the entire time,

24   this is not normal.

25   Q     Okay.

```
1    A     And so -- and it's exhausting, and you get -- I get very

2    stiff just sitting here, you know.  And I've done

3    international traveling, and it is taxing, to say the least.

4    It's exhausting.  And, you know, this poor horse, he didn't

5    know what was happening to him.  He didn't know where he was

6    going.  It's terrifying.

7              And this is not fair to put him through all of that

8    stress, not just physical stress, but mental and emotional

9    stress, as well, and then take him off the truck in Xalapa and

10   put him in the show ring the next day?  I mean, no good

11   horseman would do that.

12   Q    Okay.  I understand that.

13   A    Because they would know that they're setting themselves

14   up for failure.  It's just -- just not -- not smart.

15   Q    Okay.  Thank you, Mrs. Redman.

16   A    You're welcome.

17   Q    Do you -- you don't claim that there's any other written

18   agreement between you and Mr. Zendejas regarding the sale of

19   Vorst, do you?

20   A    Absolutely not.

21   Q    Okay.  So the only one, the only document that exists

22   between you and Mr. Zendejas is a bill of sale we looked at

23   previously --

24   A    Correct.

25   Q    -- signed by Mr. --
```

```
1    A      Exactly.

2    Q      -- Syquia and Mr. Nizri, correct?

3    A      Correct.

4    Q      Okay.  Did there ever come a time, Mrs. Redman, after

5    Mr. Zendejas picked up Vorst that you became aware he was

6    dissatisfied with the horse?

7    A      No; I had no communications with Mr. Zendejas.

8    Q      I'm not asking if you had any communications with him.

9    I'm just asking you if you had a general knowledge from any

10   source -- for example, Mr. Syquia -- that after Mr. Zendejas

11   got the horse, he became unhappy with the transaction or with

12   the horse?

13   A      Not in the beginning, no.

14   Q      Did you ever learn that Mr. Zendejas wanted to return

15   Vorst to you in exchange for you repaying him what he paid for

16   the horse?

17   A      Colin had told me when they were in Spruce Meadows, in

18   Canada, that there was a problem, and that there was a

19   proposal to -- if both horses were sound, that we would trade

20   another horse that I had who is very good, and, plus, they

21   would -- at a reduced price, because that horse wasn't as

22   experienced as Vorst.

23          So we would take our horse, Athletic Lady, and if

24   Vorst was sound, then we would train and give him Athletic

25   Lady, and we would take back Vorst.  But when we did -- and
```

```
1    Athletic Lady was found to be sound by a veterinarian, but

2    when Vorst was checked by two different veterinarians, he was

3    found to be quite unsound.

4           He had a right suspensory -- right front suspensory

5    injury and a right hind suspensory injury.  Suspensory

6    injuries are extremely -- that's a problem.  That takes a long

7    time to bring those ligaments and tendons back.

8    Q    Thank you, Mrs. Redman.

9    A    Six months, maybe, or more, or maybe never.

10          So, you know, that's serious.  And he was definitely

11   not sound, so that deal was off the table.

12   Q    I want to make sure I understand what you just said so I

13   can move on.

14   A    Okay.

15   Q    You did find out that Mr. Zendejas was unhappy with

16   Vorst; is that correct?

17   A    Yes.

18   Q    And the two of you, either through Mr. Syquia or through

19   Mr. Nizri agreed -- meaning you and Mr. Zendejas -- that you

20   would take the horseback and refund the money to him, correct?

21   A    Absolutely.

22   Q    Okay.

23   A    No, I wouldn't refund the money to him.  I would give him

24   the other horse, and I would refund the difference in the

25   value of the new horse and Vorst's value, I would refund that.
```

1    I think it was 50,000 or something.

2    Q    Fifty thousand plus a different horse?

3    A    Yeah.

4    Q    Okay.  And the only thing that prevented you from doing

5    that was Vorst got hurt when his son, Juan Jose, rode it at

6    Spruce Meadows --

7    A    Right.

8    Q    -- in June of 2014?

9    A    Correct.

10   Q    Okay.  But otherwise you were willing to give the horse

11   back?

12   A    Oh, absolutely.

13   Q    Okay.

14   A    No, that was a good horse, and I loved him, and I make

15   promises to my horses.  You do for me, I do for you.

16   Q    Okay.  Mrs. Redman, I have one last thing to cover with

17   you, and then we're going to be done.  Okay?

18   A    That will be nice.  Thank you.

19   Q    I'm going to refer you to exhibit 59.

20        MR. CATANESE:  And, Your Honor, see if defense

21   counsel is all right with this.  I'd like to show this to the

22   jury.  It's plaintiff's exhibit 59.

23        THE COURT:  Any objection?

24        MS. CORTVRIEND:  No objection, Your Honor.

25        MS. LEONARD:  No objection.

```
 1            THE COURT:  Admitted without objection.

 2       (Plaintiff's Exhibit No. 59 entered into evidence.)

 3            MR. CATANESE:  Thank you, Your Honor.

 4  BY MR. CATANESE:

 5  Q    Mrs. Redman, in the notebook you have in front of you,

 6  it's exhibit 59, do you need me to help you with that?

 7  A    I think I found it.  Hang on a minute.

 8            I have begun to figure out your system here.  Okay.

 9  Q    Are you ready?

10  A    Yes.

11  Q    I want to refer you to item 5 on the first page of this

12  exhibit.

13  A    Okay.

14  Q    Item 5, underneath where it says "Dear Mrs. Redman."  Do

15  you see that line?

16  A    In number 5 where it says, I rode him only once in

17  Florida?

18  Q    Uh-huh.

19            Would you read that entire line for us, please.

20  A    And I was reading the correct line?

21  Q    Yes, ma'am.

22  A    Okay.  I rode him only once in Florida.  He did not stop

23  at that time, but I jumped no higher than 1.15 meters.  One of

24  Leslie's riders rode him for Leslie.  Not sure of the name.

25  Q    Thank you.
```

```
 1              And do you understand this to be a communication to
 2   you from Colin Syquia on October 7, 2015?
 3   A    Yes, I guess that is.  Up at the top it says from me, but
 4   down below.
 5   Q    Do you see more towards the center of the page --
 6   A    But the sense of it is that Colin wrote it to me.
 7   Q    Is that your understanding?
 8   A    Probably correct.
 9   Q    Do you recall receiving this?
10   A    Yes, I see it says "sincerely Colin" at the bottom, and,
11   yes.
12   Q    Do you recall receiving this e-mail from Mr. Syquia?
13   A    I'm sure.  Not specifically, but, yes, I guess I do,
14   because here it is in black and white.
15   Q    Thank you.
16              And do you recall receiving this e-mail after
17   Mr. Zendejas had started the litigation in this case?
18   A    I guess so.  I don't know.
19   Q    I want to ask you some questions about what Mr. Syquia is
20   telling you and ask you if you have any understanding --
21   A    I don't think you started the lawsuit against me until
22   2015, and this is -- yeah, that's 2015.  Well, hang on.  Yeah,
23   it is 2015.  So that's in the ballpark.
24   Q    Okay.  Thank you, Mrs. Redman.
25              Now, in it, Mr. Syquia says to you that Vorst did
```

1   not stop, but I jumped no higher than 1.15-meter.

2          Do you see that?

3   A    Yes.

4   Q    Is it your understanding that that confirms the horse was

5   stopping with Mr. Syquia at heights above 1.5 meters, and so

6   he kept it at a lower height so the horse wouldn't stop?

7   A    I don't think so.  Would you repeat that?

8          MR. CATANESE:  Your Honor, could I have the court

9   reporter read that back to the witness?  Or I'm happy to

10  rephrase it if the Court wants me to.

11         THE COURT:  It's up to the reporter if he wants to

12  read it back.

13     (The court reporter read back the requested portion of

14  the transcript.)

15         THE WITNESS:  Now, what was . . .

16         I'm not quite sure about this, because I don't know

17  the context of the "I rode him only once in Florida."  Colin

18  obviously rode the horse many times in Florida, and I don't

19  know what this means.  Maybe that was Leslie that was writing

20  that, because he seemed to do well with Leslie.  There was an

21  e-mail with Leslie saying this horse is quality and is really

22  doing quite well, and maybe we can send him back to the shows.

23  But then Leslie had to go out of town, it's my understanding

24  is, and so she turned him over to one of her riders, who is

25  her assistant, who's evidently quite good, but that Vorst

1  didn't know that rider and didn't have confidence in that

2  rider.  And obviously after this really bad injury he

3  sustained, he was gonna be very careful about what he did upon

4  what instructions from whom.

5         So at that point, I think -- I mean, Vorst's

6  confidence has been seriously damaged, and he's physically

7  compromised, as well.  But the damage to his psyche and his

8  mental attitude, he doesn't want to go into these big fences

9  and kill himself and his riders.  I mean, he really suffered a

10  very bad, very bad injuries.  They're career-ending injuries.

11         He might, under very special circumstances, come

12  back to some form of competition, but I don't know.  We don't

13  know at this point.  He's been seriously damaged.  And as I

14  said, it took us four years to develop the confidence and the

15  rapport and the communication and the understanding.  And to

16  have -- get to the one meter 50, and in seven weeks he's a

17  disaster, and my heart bleeds for him.  I just -- I'm so upset

18  that this happened to this wonderful animal, that I just have

19  difficulty dealing with this whole thing.

20         So we don't know what he's going to be able to do in

21  the future.

22  Q    Thank you, Mrs. Redman.

23  A    He may never be able to do any of it.  But if I do get

24  him back, he will have a good retirement at my farm forever if

25  need be.  So whatever.

```
 1   Q     Thank you, Mrs. Redman.

 2               MR. CATANESE:  No further questions, Your Honor.

 3               THE COURT:  Ladies and gentlemen, we're going to

 4   take a recess, and we're going to interrupt Mrs. Redman's

 5   testimony.  We finished the direct, but we're not going to do

 6   the cross.  We're going to take Mr. Syquia's testimony, since

 7   he has to leave by tomorrow evening.  We're going to make sure

 8   we get his testimony completed.  So we're going to interrupt

 9   Mrs. Redman's testimony and take Mr. Syquia, and we'll do that

10   after our break.  All right?

11               So let's take a 15-minute break.  Don't discuss the

12   case, form any opinions, leave your notes, and we'll see you

13   in about 15 minutes.  Thank you.

14       (The jury exits the courtroom.)

15               THE COURT:  You can step down, Mrs. Redman.  And,

16   again, you can't discuss your testimony with anyone until

17   you're completed.  All right?

18               THE WITNESS:  Yes, sir.

19               THE COURT:  Thank you, ma'am.

20               So we'll see you in 15 minutes.

21       (A recess was taken from 2:45 p.m. to 3:03 p.m., after

22   which the following proceedings were had:)

23               THE COURT:  Please be seated, everyone.

24               You ready to proceed?

25               MR. CATANESE:  Yes, Your Honor.
```

```
 1              THE COURT:  Let's bring the jurors in.

 2         (The jury enters the courtroom.)

 3              THE COURT:  Welcome back, everyone.  Please be

 4   seated, ladies and gentlemen.

 5              All right.  Mr. Catanese, who are you going to call

 6   as your next witness?

 7              MR. CATANESE:  Thank you, Your Honor.  Plaintiff,

 8   Alejandro Zendejas, would now like to call to the witness

 9   stand defendant Colin Syquia.

10              THE COURT:  Sir, raise your right hand, please.

11               Colin Syquia, Plaintiff's witness, sworn.

12              THE COURT:  Please be seated, sir.

13              If you can try and speak into that microphone.  Tell

14   us your name, and spell your last name, please.

15              THE WITNESS:  Colin Syquia, C-o-l-i-n S-y-q-u-i-a.

16              THE COURT:  Thank you.

17              You may proceed.

18              MR. CATANESE:  Thank you, Your Honor.

19                         Direct Examination

20   BY MR. CATANESE:

21   Q    Good afternoon, Mr. Syquia.

22   A    Hello.

23   Q    How are you today?

24   A    Good.  How are you?

25   Q    Good.
```

```
 1                I like that tie.
 2   A    Thank you.  My father gave it to me.
 3   Q    It's nice.
 4                Before we get started, I want to ask you, do you
 5   believe that you're able to give your best testimony today?
 6   A    I do.
 7   Q    Is there anything that you feel that would affect your
 8   ability, meaning medication or physical ailment, that would
 9   prevent you from giving your best testimony?
10   A    No, I do not.
11   Q    Okay.  Do you believe you're going to be able to provide
12   testimony today to the best of your ability?
13   A    I do.
14   Q    Have you ever testified in court before?
15   A    No.
16   Q    It's your first time?
17   A    Yes.
18   Q    Okay.  So as I said to Mrs. Redman, if I ask you a
19   question you don't understand, will you let me know?
20   A    Yes.
21   Q    And if I ask you a question that causes you to have to
22   guess or speculate, will you let me know that, too?
23   A    Yes.
24   Q    All right.  Thank you.
25                And if you don't understand a question, likewise,
```

```
 1   you'll inform me?

 2   A    Okay.

 3   Q    Okay.  Again, I'm Mr. Catanese.  I represent

 4   Mr. Zendejas.  I believe the first time we met in person was

 5   last year in December when I took your deposition.

 6           Do you remember?  Actually, it was here in Florida,

 7   right?

 8   A    Yes.

 9   Q    But I think I also met you in California, did I not --

10   A    I'm not sure --

11           THE COURT:  One at a time, please.

12           Finish the question.

13           MR. CATANESE:  Sorry, Your Honor.

14   BY MR. CATANESE:

15   Q    I also I think met you in California when we did the

16   deposition with Mr. Nizri?

17   A    Correct.

18   Q    Okay.  Prior to coming to testify today, did you take a

19   look at your deposition transcript from your deposition?

20   A    I did.

21   Q    Did you have a chance to review the whole document?

22   A    It's enormous, so I did the best that I could.

23   Q    Okay.  When did you look at that document?

24   A    Over the past couple weeks now.

25   Q    Do you believe you have a pretty good recollection of
```

```
 1   what you said in your deposition sitting here today?

 2   A    To the best of my ability, yeah.

 3   Q    Okay.  Very good.

 4          I only ask that because there might be times I might

 5   refer to your deposition, so I just want to know --

 6   A    Okay.

 7   Q    -- if you had read it.

 8          I don't want to ask you any questions that would

 9   require you to disclose attorney/client communication, okay?

10   A    Okay.

11   Q    If I ask you a question right now and it calls for you to

12   disclose attorney/client communications, I do not want you to

13   do that.

14   A    Okay.

15   Q    Okay.  Have you ever had any conversations with

16   Mrs. Redman about this case before today without an attorney

17   being present?

18   A    Only when the case was first started.

19   Q    Do you recall where you met with Mrs. Redman?  Was it in

20   person?  Was it by phone?

21   A    Actually, that exhibit that you just showed Mrs. Redman,

22   it was a reply to -- my reply to her questions about the

23   lawsuit, those facts that you were just referring to, about

24   the riding in Florida at 1/15.

25   Q    Yes.
```

```
 1   A    There was a document before that, and it was an e-mail
 2   from Mrs. Redman asking me all those questions, and that was
 3   me answering them, one through nine or ten.
 4   Q    Okay.  We'll go back, we'll look at that a little later.
 5        So we know you had that e-mail communication with
 6   her.  Did you have any other e-mail communications with her?
 7   A    I believe that was it as far as e-mails with the case.  I
 8   think there were some intermittent ones just asking for random
 9   facts about timelines and stuff like that, but that was it.
10   Q    And did you ever meet with her in person and talk to her,
11   or was it just the e-mail exchange?
12   A    Mainly through e-mail.  We didn't have a specific meeting
13   about the trial or anything.  If she was in Florida and we saw
14   each other when she came to watch the horses briefly.  But,
15   again, the facts were what they were.  So it wasn't . . .
16   Q    Did Mrs. Redman ever express to you -- again, I don't
17   want to have any communication with counsel or when you're
18   with an attorney, so this is just separate from that.  But did
19   she ever tell you she was upset over the fact that she had
20   gotten into this lawsuit with Mr. Zendejas because of the
21   stuff that you did with him?
22   A    She was upset because she felt that the horse was getting
23   mistreated and lost in the shuffle of the lawsuit.
24   Q    So she never said words to the effect how'd you get me
25   into this, I can't believe we're here, why did you do this?
```

```
 1   A     Absolutely not.

 2   Q     Okay.  To your knowledge, did Mrs. Redman know everything

 3   that you were doing in connection with statements you were

 4   making to Mr. Zendejas or to Mr. Nizri before Mr. Zendejas

 5   bought Vorst?

 6   A     Not every statement, which you know, but I was operating

 7   under her authority, but I tried to keep her as much abreast

 8   of everything that was going on.

 9   Q     And to your knowledge, if there was information you

10   didn't disclose to Mr. Zendejas or to Mr. Nizri, likewise she

11   was aware or she agreed that you wouldn't have to disclose

12   that information?

13   A     She wasn't present, so she would not know all of what was

14   being said or not, so I couldn't effectively answer that.

15   Q     When Mrs. Redman -- you were here when she testified

16   today?

17   A     Yes.

18   Q     When she testified that she had trusted you and given you

19   full authority to represent her, do you believe that to be a

20   true statement?

21   A     I do.

22   Q     And sitting here today, is it your understanding that at

23   all times when you were dealing with Mr. Zendejas, Mr. Nizri

24   in connection with Vorst, that you had her full authority and

25   her consent to transact with them as if you were standing in
```

```
 1    her shoes?

 2    A    Not standing in her shoes, but I was representing her and

 3    doing the best that I could.

 4    Q    Okay.  Thank you.

 5              Okay.  I want to ask you some questions now about

 6    Vorst.

 7    A    Okay.

 8    Q    Do you know a horse name Vorst?

 9    A    I do.

10    Q    Okay.  And you were here when your attorney, Colleen, if

11    I can, did her opening statement yesterday for you?

12    A    I do.  I was.

13    Q    Okay.  And you remember the video that Mr. Hart put up

14    for everybody to look at?

15    A    Yes.

16    Q    Was that you riding Vorst?

17    A    It was.

18    Q    Okay.  Do you remember when -- when that video was done?

19    A    That was, like, February -- I believe February of 2014,

20    something like that.

21    Q    Okay.  February 2014?

22    A    No, February 2014, somewhere in that timeframe, between

23    December and February.  I'm not exactly sure.

24    Q    All right.  Now, with Vorst, I just want to establish for

25    the jury your experience and your history before we get into
```

1   some specific questions.

2          You heard Mrs. Redman talk about the fact she got

3   Vorst in July of 2011, and she owned the horse all the way

4   until Mr. Zendejas bought the horse from her in April of 2014.

5   Do you remember that testimony?

6   A    Yes.

7   Q    Okay.  During that time period, did you ever ride Vorst

8   for Mrs. Redman?

9   A    During the whole span, from 2011 to when Mr. Zendejas

10  bought the horse?

11  Q    Yes.

12         What I'm asking is within that time period, was

13  there ever an occasion where you started riding Vorst for

14  Mrs. Redman?

15  A    Yes.

16  Q    When did you first start riding Vorst for Mrs. Redman?

17  A    The late summer of 2012.

18  Q    And once you started riding Vorst in the late summer of

19  2012, did you continue to ride the horse?

20  A    I did.

21  Q    And was it without interruption, meaning that it was --

22  you were the rider of the horse in most instances?

23  A    Within -- I was the rider, but I was only going in and

24  out.  I would fly into Kentucky for a couple of days, ride the

25  horse, leave, go back to New York or some other competitions.

1    Then she would have me come back, and I would ride him for a

2    couple of days.  Then I would go back to my other job and ride

3    my horses.  So this happened for a couple of months.

4    Q    When did you first start riding Vorst for Mrs. Redman?  I

5    think you said --

6    A    Like I said, late summer of 2012.

7    Q    And after that, did you continue to ride Vorst for

8    Mrs. Redman?

9    A    I did, but on an intermitt -- intermediate, you know,

10   basis for a while.

11   Q    During the time that Mrs. Redman owned Vorst, this is

12   from your knowledge, you have identified that you were riding

13   Vorst at least more than once, from what you said, correct?

14   A    (No verbal response.)

15   Q    Was there any other riders of Vorst other than you during

16   the time that Mrs. Redman owned the horse?

17   A    During the time she owned the horse, not from 2012

18   forward, during 2011 forward?

19   Q    Yes, sir.

20   A    Yes, there were.

21   Q    Can you tell me the names of those riders?

22   A    Only the ones that I know of, which were Michael

23   Morrissey and Wendy Douglas.

24   Q    One of the documents we looked at earlier with

25   Mrs. Redman was that first bill of sale.  Do you remember that

```
 1    document?

 2    A      I do.

 3    Q      Do you remember hand writing "said commission 500 Wendy

 4    Douglas"?

 5    A      I do.

 6    Q      Can you tell us your understanding of what Wendy Douglas

 7    does for Mrs. Redman, if anything?

 8    A      Wendy lives locally close to Mrs. Redman's farm in

 9    Kentucky, and she will go and help Mrs. Redman with her horses

10    while they're home.  And she has some older horses, and

11    Mrs. Redman has a couple of her own horses that sometimes need

12    to be worked, because Mrs. Redman can't ride them all the

13    time.  So Wendy assists on that, doing that.

14    Q      Were you aware that Wendy was going to be getting a

15    commission of $500 in connection with Mrs. Redman's sale of

16    Vorst to Mr. Zendejas?

17    A      No, I was not.

18    Q      When did you first learn that Mrs. Redman had paid a

19    commission to Wendy Douglas?

20    A      When I saw that document.

21    Q      In court today?

22    A      No, during the discovery or something, yeah.

23    Q      I want to ask you some questions now about a gentleman

24    named Michael Morrissey.

25    A      Okay.
```

1    Q    Do you know Michael Morrissey?

2    A    I do.

3    Q    When did you first meet Mr. Morrissey?

4    A    A long time ago.  I'd say 20-plus years ago.

5    Q    Was there ever a time when you spoke to Mr. Morrissey

6    about Vorst?

7    A    There was.

8    Q    And when did that happen?

9    A    Late summer of 2012.

10   Q    Did this happen after Mrs. Redman had made a decision to

11   hire you to ride Vorst?

12   A    To be honest, I was contacted by Frank Conway about

13   riding the horses, and he inquired as to my availability about

14   riding the horses, and he told me the situation, and I said,

15   well, let me think about it.  And then my next call was to

16   Michael Morrissey.

17   Q    And Frank Conway was the gentleman that Mrs. Redman

18   described as being I think her longtime trainer and manager?

19   A    Yes.

20   Q    When was the first time you spoke to Mr. Morrissey about

21   Vorst?

22   A    Summer, late summer of 2012.

23   Q    Was that an in-person meeting or a phone call?

24   A    It was on the telephone.

25   Q    And do you remember how long that telephone call lasted?

1   A      Maybe 40 minutes.

2   Q      In this phone call with Mr. Morrissey, can you tell the

3   jury what you and Mr. Morrissey talked about?

4   A      The first thing that -- first issue we discussed or I

5   inquired about was how everything was, the relationship with

6   Mrs. Redman and Mr. Morrissey, why they kind of split up, or

7   was everything copasetic, was it okay if I were to go on and

8   start riding the horses after him.  I wanted to make sure

9   there wasn't any outstanding issues or anything that I needed

10  to be made aware of.

11          Once that was cleared, we went ahead and Mrs. Redman

12  at that time had six horses that were competing with Michael

13  and his riders, so we discussed briefly all six horses, and

14  Vorst was one of those.

15  Q      Now, you said you asked Mr. Morrissey if there were any

16  outstanding issues you needed to be made aware of.  Do you

17  remember that?

18  A      I do.

19  Q      Now, when you asked that of Mr. Morrissey, what did -- as

20  you sit here today, do you recall what your expectation was of

21  how he would react to that type of question?

22  A      No; that's why I asked it.

23  Q      Okay.  And when you asked if there's any outstanding

24  issues that he -- you needed to be aware of, did he respond to

25  you?

```
1   A     He did.

2   Q     And what did he say?

3   A     He said that every -- all things come to an end; that

4   they had -- their relationship was becoming fractured.  He

5   didn't have anything negative to say like she owed him money

6   or anything like that.  It wasn't any of that kind of sense.

7   They just came to a disagreement about their relationship, and

8   they were both moving on collectively, and that if I saw fit,

9   you know, that was up to me to decide whether or not I take

10  the job.

11  Q     When you asked him if there were any outstanding issues

12  regarding Vorst, when you asked him that question, did you

13  intend that question to include, hey, Mr. Morrissey, are there

14  any health issues I need to be aware of regarding this horse?

15              MS. LEONARD:  I object.

16              THE COURT:  Sustained.

17              MS. LEONARD:  That misstates his testimony.

18              THE COURT:  That question is based upon something

19  that he did not answer.

20              MR. CATANESE:  All right.  Thank you, Your Honor.

21  BY MR. CATANESE:

22  Q     Did you have any conversation with Mr. Morrissey about

23  Vorst's health in this initial call?

24  A     The call was just about the horses in general.  So

25  whatever came up amongst each horse came up, yeah.
```

1    Q    It's just a yes or no answer.  Do you recall if you

2    discussed Vorst's health history with Mr. Morrissey in this

3    initial call?

4    A    We did not.

5    Q    Do you recall whether or not you discussed with

6    Mr. Morrissey any videos of Vorst in this initial call?

7    A    No.

8    Q    Do you recall whether you asked Mr. Morrissey if you

9    should interview the prior owners of Vorst in this initial

10   call?

11   A    Prior to Mrs. Redman?

12   Q    Yes, sir.

13   A    No.

14   Q    In this initial call with Mr. Morrissey, did you ask him

15   to provide you information about the horse's show history?

16   A    Not directly.

17   Q    And is the reason why you didn't ask all these questions

18   is because you trusted Mr. Morrissey?

19   A    I had a general knowledge of Vorst and the other horses.

20   We were just, again, talking about overviews.  It wasn't a

21   structured conversation like that.  Like what about this

22   horse, and the facts came out.

23   Q    When you had this call with Mr. Morrissey that you just

24   testified to, did you trust him at that time as a person to

25   give you honest answers and any communication you had with him

```
 1    in this phone call?

 2    A     I expected that.

 3    Q     I'm sorry?

 4    A     I expected that.

 5    Q     And is that true because in the horse business, when

 6    people are working with each other, you expect them to be

 7    truthful and honest, given your experience and time as a

 8    horseman in the jumper industry?

 9    A     He was my friend.  I expected to hear that.

10    Q     You expected him to be truthful with you, yes?

11    A     I did.

12    Q     Would you agree that in the horse industry, it's a rather

13    small community?

14    A     No, it's a very large community, actually.

15    Q     Whether it's small or large, would you agree with me that

16    the expectation is, as a horseman in the industry, is that

17    when you work with people, the expectation is they'll be

18    truthful?

19    A     I think you have to be careful.

20    Q     Would you agree that the expectation is when you speak

21    with someone, you want them to be truthful with you?

22    A     You would like them to, but you can't expect it.

23    Q     Okay.  Do you believe in this case that you were truthful

24    with Mr. Nizri?

25    A     Yes.
```

```
 1   Q    Do you believe you were truthful with Mr. Zendejas?

 2   A    Yes.

 3   Q    Now, with Mr. Morrissey, you indicated you spoke with him

 4   about 40 minutes?

 5   A    Correct.

 6   Q    Did you ever speak with Mr. Morrissey again about Vorst?

 7   A    Just in passing if I saw him at a show.

 8   Q    Okay.  So it was just one 40-minute telephone

 9   conversation?

10   A    Again, that wasn't just about Vorst, though.

11   Q    In that 40 minutes, what would you say was the time

12   allotted to your discussion about Vorst?

13   A    It would be very hard to estimate, but think about I

14   spoke about six horses, some greeting, salutations.  So by

15   math if you were just to break it up after hello, goodbye,

16   five minutes, then five minutes per horse.

17   Q    So is it your testimony you think you talked to

18   Mr. Morrissey for about five minutes?

19   A    Again, I would be almost guessing at that point.

20   Q    Don't want you to guess.  What's your best estimate?

21   A    I had a 40-minute conversation with him.

22   Q    And of that 40 minutes, you can't tell us how long you

23   think it was about Vorst?

24   A    Five minutes maybe.

25   Q    Okay.  Now, in this conversation you had with
```

1   Mr. Morrissey, you're acknowledging he's a rider of Vorst at

2   this time, right?

3   A    I think he wasn't really riding him anymore, but he had

4   been the rider of Vorst.

5   Q    And you were anticipating that you'd be riding Vorst for

6   Mrs. Redman, correct?

7   A    He was offered to me.  I was considering it at that time.

8   Q    Did you ever form an opinion that you wanted to know

9   facts or information to determine whether or not Vorst was a

10  safe animal to ride when you were interviewing Mr. Morrissey?

11  A    No, because if Michael Morrissey was riding him, he was

12  safe.

13  Q    So -- and, again, when you're speaking with him in this

14  40 minutes or so, your belief is that if there was going to be

15  any issues, that Mr. Morrissey would tell you about that,

16  correct?

17  A    About being safe?

18  Q    Yes, sir.

19  A    Yeah.

20  Q    Of course, because you're gonna ride the horse, right?

21  A    Yes.

22  Q    Now, we've been talking about horses stopping in this

23  case.  When a horse stops as a jumper, does that present a

24  dangerous situation to the rider?

25  A    Not necessarily.

```
 1   Q    Okay.  We're gonna get back to that in a minute.
 2             When a horse stops in competition, does it present a
 3   dangerous situation to the horse?
 4   A    It can.  Just depends.
 5   Q    Okay.  So let's talk about the human being first.
 6             You qualified your answer.  Can you tell us why you
 7   can't just say, without qualification, when the horse stops
 8   it's not dangerous to a human being who's riding it?
 9   A    Because there are various issues that are -- or causes
10   that cause a horse to stop.
11   Q    And you think that those various causes justify a
12   qualification as to whether it presents a danger to the rider?
13   A    One hundred percent.
14   Q    Okay.  And when -- when a horse stops, likewise with a
15   horse, are you saying that it does present a dangerous
16   situation, but you want to qualify that, too?
17   A    I'm saying it's not --
18             MS. LEONARD:  I object.  That mischaracterized his
19   testimony.
20             THE COURT:  Rephrase your question.
21   BY MR. CATANESE:
22   Q    Okay.  You said that when -- I'll ask it this way.  When
23   a horse stops, does it present a dangerous situation for the
24   horse?
25   A    It can.
```

```
1    Q    Okay.  Now, in your -- how many years have you been
2    riding horses?
3    A    Thirty years maybe.  Since I was a little kid.
4    Q    And in the jumper industry, how long have you been riding
5    jumper horses?
6    A    Twenty-five.
7    Q    Now, you know the video that we looked at with you riding
8    Vorst?
9    A    Which one?  We saw a few.
10   Q    This is the video that Mr. Hart showed -- and thank you
11   for helping me with that -- that Mr. Hart showed to the jury
12   of you riding Vorst.  Do you remember that?
13   A    I do.
14   Q    Okay.  In your experience, can you describe for us
15   instances that you are aware of, not -- you don't have to do
16   very many, just a couple -- of situations where a horse has
17   been injured, things that you've observed when a horse has
18   stopped in competition?
19   A    If they stop and slide into -- like if they stop at a
20   water jump and it's in the ground, it has -- it's like a
21   concrete pool, they can slip and fall, they can injury their
22   legs.  If a horse stops and slides and twists a leg, it can
23   hurt itself that way; or if a horse stops and something
24   happen -- like a piece of equipment breaks, and then the
25   equipment gets tangled up in the horse's legs, the horse falls
```

1    down.  There's a myriad of scenarios that can happen.

2    Q    Have you ever seen a horse killed in competition when it

3    stopped or when it hit an obstacle?

4    A    No, I have not seen it myself.

5    Q    But you've heard of it?

6    A    Yes.

7    Q    Now, let's switch gears for a minute to -- well, actually

8    let me do this before I get to the human being.

9         Vorst, let's just talk about the size of this horse.

10   Do you -- can you tell us the size of Vorst in terms of from

11   the ground to the back of the horse where you would sit?  How

12   high up is that?

13   A    Well, we don't measure from there, we measure from the

14   wither, and he's between 16 hands and 16-1.  Each hand

15   consists of four inches, so 65 inches high at the wither.  So

16   that is the point where the neck connects to the shoulder, and

17   then the head and neck goes this way.  So this part, not

18   including the peak of his head.

19   Q    So is the horse in that -- the way you just described it,

20   about five feet plus?

21   A    We're getting about five-three maybe, 64 inches.

22   Q    So if I'm sitting on the back of this horse and I fall

23   off, I'm gonna fall five feet three inches?

24   A    Depending, because the horse, if you fall off a horse and

25   the horse is leaning from one side to the other, it could

```
 1   change the height of where you fall.  You couldn't just say
 2   you were going to automatically fall 64 inches.
 3   Q    Have you ever seen somebody fall from a jumper and get
 4   injured when they fell from the horse?
 5   A    Yes.
 6   Q    And what type of injuries have you seen?
 7   A    All different.  They hurt their arm, their shoulder,
 8   their ribs, hit their head.
 9   Q    Have you ever seen someone suffer traumatic injury, like
10   a broken back?
11   A    Thank goodness, no.
12   Q    Have you ever seen anybody suffer an injury where they
13   went unconscious?
14   A    I've seen them hit their head, yeah.
15   Q    Okay.  Now, let's talk about the weight of Vorst.  Do you
16   have an understanding of how much Vorst weighs?
17   A    Generally you say a horse weighs about size-wise a
18   thousand to 1200 pounds.
19   Q    Okay.  So what we do know, again, going back to the video
20   Mr. Hart showed the jury yesterday, that was you riding Vorst,
21   right?
22   A    Correct.
23   Q    Okay.  So you're on the back of a horse, you're about
24   five feet three inches above the ground, and this horse is
25   about 1200 pounds; is that right?
```

```
 1   A    I would say he's a little smaller.  So closer to a

 2   thousand.

 3   Q    Thousand pounds.

 4             Have you ever had a horse roll over on you?

 5   A    I have.

 6   Q    And what happen -- what happened to you when the horse

 7   rolled over on you?

 8   A    What happened to me or what happened in the instance?

 9   Q    What happened to you?

10   A    We fell, and my leg was underneath him, and I got it out,

11   and then I got up and got back on.

12   Q    Okay.  No permanent injury?

13   A    Thank goodness.

14   Q    Okay.  Very good.

15             Okay.  Have you seen horses roll over on people in

16   competition?

17   A    I have.

18   Q    And what happen -- have you seen any injuries occasioned

19   or caused by that?

20   A    I have, yeah.

21   Q    What type of injuries have you seen?

22   A    Like sprained ankle, or I don't know, some sort of leg

23   injury.  Once it happens, I don't see the people anymore,

24   but . . .

25   Q    Okay.
```

```
1    A     Typically.

2    Q     So given what we've just talked about, this is the kind

3    of information you want to know from Mr. Morrissey, who had

4    been riding the horse, so that if you're gonna get on Vorst,

5    you're gonna have a safe ride.

6               MS. LEONARD:  Objection.

7               THE COURT:  Sustained.

8               MS. LEONARD:  This also misstates testimony.

9               MR. CATANESE:  Okay.  All right.

10   BY MR. CATANESE:

11   Q     Did -- during the time that Mr. Zendejas was considering

12   buying Vorst, did Mr. Nizri ever indicate to you why he wanted

13   to buy Vorst?

14   A     Could you say that again?

15   Q     Yes, please.  I'd be happy to.

16               Do you know who Mr. Nizri is?

17   A     Yes, I do.

18   Q     And Mr. Nizri was someone who was working with

19   Mr. Zendejas regarding Vorst?

20   A     Yeah.

21               THE COURT:  Is that a "yes"?

22               THE WITNESS:  Yes, sorry.

23   BY MR. CATANESE:

24   Q     And during the time that you were speaking to Mr. Nizri

25   regarding Mr. Zendejas and his desire to buy Vorst, did you
```

1    ever have an understanding as to why Mr. Zendejas wanted to

2    buy Vorst?

3    A    Our conversation at the beginning was that he had a

4    client looking for a horse -- with a good riding son, a horse

5    to jump, to go forward, to maybe jump in some other

6    competitions.  They didn't have a big budget, and they were

7    looking for a horse that had potential to do something good.

8    Q    Did you ever come to learn the name of Mr. Zendejas' son?

9    A    Not until the first day we met.

10   Q    And what was his name?

11   A    Juan Jose.

12   Q    And when you met him, did you have an understanding of

13   his age?

14   A    That he was a young rider, junior rider.

15   Q    Did you know how old he was?

16   A    I did not know.

17   Q    Can you give us an estimate?  Was he 25?  Twenty?  In

18   between?

19   A    Again, the classification that I understood was that he

20   was a young rider.  So I believe it was -- in the States it's

21   25 and under, so I'm not exactly sure, but somewhere in that

22   range.  He was definitely a young rider.

23   Q    Did you ever come to learn that Mr. Zendejas wanted to

24   purchase Vorst for his son, Juan Jose, to compete with?

25   A    Yes.  That's what we just said, yes.

```
 1   Q    Okay.  And sitting here today, do you have an
 2   understanding or do you have an opinion as to the level or the
 3   type of rider Juan Jose was during the time that you had
 4   spoken to Mr. Juan Jose, the son, regarding Vorst?
 5   A    You're saying now at this moment?
 6   Q    Yes, sir.
 7   A    I came to learn during the time of the horse trial that
 8   that Juan Jose had won some sort of -- I don't know which one,
 9   an international event in Wellington during that weekend,
10   which was why they were there, and he had won some young rider
11   competition.
12         Now, I'm not sure which one it was.  I'm still not
13   sure.  But that he was a young and upcoming rider, and, yeah,
14   that he was -- he was green, but he was -- he had talent, and
15   he had desire to go -- to do bigger things.
16   Q    When -- when Mr. Nizri and Mr. Zendejas -- well, I'll do
17   it this way.
18         Did there ever come a time where Mr. Nizri and
19   Mr. Zendejas and Juan Jose, his son, came to meet you in
20   Wellington, Florida, to take a look at Vorst?
21   A    They came to try him on 3/1/14.
22   Q    March 1st of 2014?
23   A    Yeah.
24   Q    Was that the first time?
25   A    Yes.
```

```
1    Q    Do you remember who was present?

2    A    Yes.

3    Q    Can you tell us?

4    A    Who was present?  I'm sorry.

5    Q    Yes, sir, who was present.

6    A    Simon, Mr. Zendejas, his son, a gentleman named Juan

7    Pablo, I believe it is, JP I knew him as, and then there was a

8    myriad of people there, some other companions with them that I

9    didn't know.

10   Q    Did Juan Jose ride Vorst on March 1 of 2014?

11   A    He did.

12   Q    Did you observe him doing that?

13   A    I did.

14   Q    And where did that take place?

15   A    At the Palm Beach Equine sports complex.

16   Q    Did you have a barn facility there at that time?

17   A    I was renting stalls at the facility.  It's a public

18   boarding facility.

19   Q    Did you have a chance to observe Juan Jose ride Vorst at

20   that time?

21   A    I did.

22   Q    How long was that first test ride?

23   A    About 30 minutes, I'd say.

24   Q    Can you tell us what happened during that first 30

25   minutes when Juan Jose was riding Vorst?
```

1    A    The whole thing?

2    Q    I'm just asking what you observed about him riding the

3    horse.  I'm not inquiring about communication.  Just let me

4    just stress this.

5              What I'm asking about is your observations only of

6    Juan Jose riding Vorst, what you observed and what the horse

7    was doing while he was riding the horse during that time.

8    A    The ride went very well.  Juan Jose was riding

9    aggressive, like he had a good feeling at the moment, and he

10   did a very good job on the horse, and the horse seemed to

11   respond to him, and they actually jumped quite high.  They

12   jumped like 150 that day.

13   Q    Was there anything that you saw that caused you concern

14   that Juan Jose would not be capable of riding Vorst in

15   competition?

16   A    At that time it looked very good, yeah.

17   Q    Meaning you felt that he would be a good match, so to

18   speak?

19   A    I did.

20   Q    During the time that Juan Jose was riding Vorst there at

21   your facility, or the facility you were renting on March 1 of

22   2014, did the horse stop?

23   A    No, he did not.

24   Q    Now, after March 1 of 2014, did there come a time where

25   Mr. Zendejas, Mr. Nizri and Juan Jose came back to visit with

1    you at your barn in Wellington to look at Vorst again?

2    A    They came back the next day, the 2nd.

3    Q    And, again, my questions now are just strictly going to

4    be related to Juan Jose riding Vorst; understood?

5    A    Yes.

6    Q    So on the second day of -- May 2nd, 2014, did Juan Jose

7    ride Vorst again?

8    A    He did.

9    Q    How long did that ride last?

10   A    Again, about 30 minutes, max.

11   Q    Sitting here today, do you have an opinion as to how Juan

12   Jose did with Vorst during that second ride?

13   A    Yes, he did quite well that day, as well.  He was going a

14   little faster that day, but he went well.

15   Q    Did you see anything that Juan Jose did that made you

16   believe that he would be incapable of riding Vorst in

17   competition?

18   A    Incapable, no.

19   Q    Was there anything that caused you any concern about Juan

20   Jose riding the horse at that time?

21   A    No.

22   Q    Did the horse stop during the time that Juan Jose was

23   riding the horse on March 2nd, 2014?

24   A    He did not.

25   Q    So we talked about March 1, 2014, March 2nd, 2014, Juan

1  Jose riding Vorst.  Do you remember that's what we just did,

2  right?

3  A    Yes.

4  Q    Did Juan Jose test ride Vorst again after March 2nd of

5  2000 -- yeah, March 2nd, 2014?

6  A    No, he did not.

7  Q    Now, in the -- how long have you been in the horse

8  industry again, Mr. Syquia?

9  A    Professionally or just in general?

10  Q    Professionally and in general.

11  A    In general 30 years.  Professionally, you know, 20 years,

12  25 years, yeah.

13  Q    And during that time, have you purchased and sold horses?

14  A    I have.

15  Q    Do you have an understanding as to whether or not it's

16  normal to test a jumper in real competition before the

17  purchase occurs?

18  A    It is not normal.

19  Q    So in this case did Vorst get tested by Juan Jose in

20  competition during this time period in March 2014?

21  A    He did not.

22  Q    And that didn't occur at any other time, correct?

23  A    Correct.

24  Q    And that's because you just said in this industry you

25  don't normally place a horse in competition to test it?

```
 1   A     Correct.

 2   Q     Okay.  Thank you.

 3           I want to ask you this question.  I had to ask this

 4   of Mrs. Redman, but I want to ask you, too.

 5           Do you have an opinion as to whether or not a jumper

 6   has less value if it stops in competition?

 7   A     You'd have to decide why the horse stopped in

 8   competition.

 9   Q     So, again, it's depending on facts and circumstances?

10   A     Correct.

11   Q     Okay.  If the horse is stopping for no reason, do you

12   have an opinion as to whether the horse has less value?

13   A     If it's stopping for no reason, yes, it has less value.

14   Q     Okay.  Thank you.

15           Now, we've talked about this term "dirty stopper"

16   earlier.  Do you have an understanding of what that term

17   means?

18   A     I have an interpretation, yes.

19   Q     And what is it?

20   A     It's a horse that stops with intent to dislodge the

21   rider, throw them off, duck the shoulder, spin around, run the

22   other way, a horse that doesn't stay in -- you know, if a

23   horse stops and it stays in one place, in my eyes it's not a

24   dirty stopper.  A dirty stopper is one that tries to maim and

25   hurt the rider and stops with intent I guess is the best way.
```

1    Q     And that would be your opinion?

2    A     That would be.

3    Q     Okay.  Would it include that the horse stops for no

4    reason?

5    A     Dirty stopper, again, I consider it to be -- and what

6    people ask me, like horses that stop with intent to dislodge

7    the rider, to get rid of the rider, yeah.

8    Q     Now, you were in court when we looked at the videos with

9    Mrs. Redman of you riding the horse I think it was in February

10   and May and in August of 2013?  Do you remember those three

11   videos?

12   A     I do.

13   Q     Okay.  And in one of those videos, I think it might have

14   been our first video that we watched, do you remember seeing

15   in the video that when the horse stopped, you began whipping

16   Vorst?

17   A     I do.

18   Q     Okay.  Can you tell the jury why it is that when the

19   horse stopped, you started whipping the horse?

20   A     Well, when I -- hard to do without the video, but I was

21   riding the horse around, and I came to this -- it was a

22   combination.  I don't know if you remember, but there were two

23   jumps in a row.  I jumped in too slow, too far away, the horse

24   landed very shallow.  He was only supposed to take two steps

25   and come out.  But because I came too slow with no power, the

1    second stride he was so far away from the second element he

2    stopped.

3              So I reprimanded him with the stick, which is legal

4    in USEF.  You can't hit a horse more than three times.  And

5    the reason I did is because even though myself, as a

6    professional, didn't do it properly, our job as professionals

7    is to try and train the horse.  They have to learn to fend for

8    themself.  You hope they learn to fend for themselves a little

9    bit.

10             So if the rider is indecisive or not sure, the horse

11   starts to take the bit and go, you know what, come on, we can

12   do it, we can do it.  So if you use the stick to try and teach

13   him to come forward, you hope that they learn that.

14             As you saw, then I came back around, and the horse

15   jumped through and finished the course.  He was not rattled;

16   he was not disheveled; he just came back and did it.

17             You just hope -- it's sort of like -- I don't know

18   if you have pets, but if you come home late from work on a

19   Friday and your dog has gone to the bathroom in the kitchen,

20   you know you were a little bit late, but you still give them a

21   tap on the behind, put their nose in and say, listen, you

22   can't do this.  Help me out a little bit.  I wasn't great, or

23   I was home late, or it's Sunday, I slept in in the morning and

24   he peed in the kitchen.  And you still ask him, don't do this,

25   please, and you take them out and when you bring them back in,

1    you give them a treat and then you go on.

2         But you wanna reprimand them a little bit and try to

3    get them to learn something from it, even though it was your

4    mistake.

5    Q    When you rode Vorst, we just -- we saw the one instance

6    where you were whipping the horse.  Did you whip Vorst at

7    other times during the time that you rode the horse?

8    A    I believe in the other video I did, yes.

9    Q    So at least the two we have, we see you whipping the

10   horse, right?

11   A    Correct.

12   Q    Did you whip this horse as a matter of your custom and

13   practice when the horse didn't jump the way you wanted it to?

14   A    No.  As you saw in the third video, I didn't whip him.

15   Q    We know you did whip him two times.  Do you recall if you

16   ever whipped the horse at other times when you were riding the

17   horse?

18   A    Probably at one instance.  I don't know.  I'd be guessing

19   now.

20   Q    Don't want you to guess.

21        Would it be your normal custom if Vorst was in

22   competition, he's not doing what you want, that if he stops,

23   you're going to whip him to teach him something?

24   A    I thought I answered that.  It depends on the situation.

25   Q    And given your knowledge and experience with horses,

```
 1   would you agree that when you were whipping the horse, the
 2   horse is feeling pain?
 3   A    He feels the whip, yes.
 4   Q    He's feeling pain?
 5   A    Don't know it's necessarily pain, but he feels the whip,
 6   yes.  Yes, he responds a little bit.
 7   Q    You're around horses quite a bit, right?
 8   A    I am.
 9   Q    You make your living from it?
10   A    I do.
11   Q    Do you believe that horses have feelings and that when --
12   that they're able to feel pain?
13   A    They have all feelings I believe, yes.
14   Q    When a horse is feeling pain, do you have an opinion as
15   to how a horse lets you know that it's in pain?  What does the
16   horse do to let you know it's in pain?
17   A    It depends on the horse.  The horse can limp.  I don't
18   know.  It depends -- and also depends on the type of pain.  I
19   don't know.  If it's got an itch or something that's
20   bothering, it can rub its shoulder against the wall.  It will
21   limp if there's a stone in its foot.  I don't know.
22   Q    During the time that you were riding Vorst -- and I think
23   your testimony was you started riding Vorst in summer of 2012,
24   correct?
25   A    Correct.
```

```
 1   Q     And you continued to ride the horse until Mr. Zendejas

 2   bought the horse in April 2014, yes?

 3   A     Yes.

 4   Q     During that time, did Vorst ever show you or exhibit

 5   signs that the horse was in pain?

 6   A     No.

 7   Q     Never?

 8   A     Not that I can say right at this moment, no.

 9   Q     Did the horse ever show you anything that would indicate

10   the horse had a sore back?

11   A     No.

12   Q     Did the horse ever do anything to indicate the horse had

13   a sore back end?

14   A     No.

15   Q     Did the horse ever do anything to indicate that it was

16   having any type of lameness issue?

17   A     No issues.  I mean, there was -- no, no issues.

18   Q     I just want to make sure we're clear on this.

19         So you're telling us that during the time that you

20   rode Vorst -- I think it was a two-year period; isn't that

21   true?

22   A     Correct.

23   Q     So during the two years you rode Vorst, your testimony is

24   that Vorst had no lameness; is that right?

25   A     You were asking me if he had pain.  I mean, he -- at
```

1    times he would show that there was -- I don't know really know

2    how to answer that question.  I mean, he was -- he was never

3    treated -- under my care, he was never treated for something

4    where he could not compete or miss a competition or anything

5    like that.  There -- I mean, it's over two years.  I can't

6    quantitatively say.  But I know that for a fact he never had

7    any time off.  He never, again, missed a competition.  He was

8    a very sound horse during the time I rode him.

9    Q    I just want to ask -- I'm just going to ask you these one

10   at a time, Mr. Syquia.  If you could answer yes or no, it

11   would be helpful.

12        During the time that you rode Vorst, did the horse

13   ever show you signs of lameness?

14   A    He was -- he did -- was off at a time or two, yeah, I can

15   say.

16   Q    So your answer is, yes, the horse did show signs of

17   lameness when you rode the horse?

18   A    Yes.  But then I didn't ride him if he was lame.

19   Q    And the reason you didn't ride him is when they're lame,

20   they can't be ridden in competition, correct?

21   A    But I told you I didn't miss a competition.

22   Q    I'm just asking, do you agree that if a horse is lame it

23   can't compete?

24   A    Yeah, it should not compete if it's lame.

25   Q    Because it's not safe?

```
 1   A     Because it's gonna hurt the horse.

 2   Q     Thank you.

 3              I asked you earlier, I just want to be sure, is it

 4   your testimony that during the time you rode Vorst, the horse

 5   never showed signs of having a sore back?

 6   A     No.

 7              MS. LEONARD:  Objection, asked and answered.

 8              THE COURT:  Overruled.  You can answer.

 9              THE WITNESS:  That he had a sore back?

10   BY MR. CATANESE:

11   Q     Yes, sir.

12   A     No.

13   Q     Now, do you remember my questioning of Mrs. Redman

14   earlier about her son, Sean Redman?

15   A     I do.

16   Q     Okay.  Now, when I took your deposition, I asked you if

17   you knew Sean Redman, and I asked if you were aware of the

18   treatments that he did for Vorst.

19              Do you remember that inquiry?

20   A     I do.

21   Q     Okay.  Because you told me you read your deposition, so

22   my hope is you're aware of that.

23              In your deposition, my understanding was your

24   testimony was that you did know who Sean Redman was and you

25   worked with him.
```

```
 1   A      Correct.

 2   Q      And that you actually met Sean Redman on several

 3   occasions in Kentucky with -- when you were working with

 4   Mrs. Redman, correct?

 5   A      Could you say that again?

 6   Q      That you first met Sean Redman in Kentucky, when you were

 7   there at Mrs. Redman's place?

 8   A      I'm not sure if that was the exact time I met him, but

 9   definitely in that timeframe.  I can't say that it was in

10   Kentucky, but, yes.

11   Q      Did you ever meet him in Florida?

12   A      Yes.

13   Q      Okay.  So you're not sure if you met him in Kentucky, but

14   you know you met him for sure in Florida?

15   A      For sure, for sure.

16   Q      Okay.  Do you have knowledge of Sean Redman treating

17   Vorst in any way?

18   A      I do.

19   Q      And what is your knowledge as to Sean Redman treating

20   Vorst?

21   A      Sean Redman is a licensed veterinarian, but he does a lot

22   of therapeutic work.  He does ultra -- sorry, he does

23   acupuncture, chiropractic and laser therapies.  These are

24   treatments that don't have to be performed by a veterinarian.

25   They're more like therapeutic; that he comes, looks at the
```

1    horse.  I mean, obviously if you say there's a problem, he

2    goes through it, but he'll go over your horse and see if

3    there's a part that's a little sore after his exercise, or

4    whatever, and he'll either put a laser or a chiropractic

5    adjustment or a combination of all of them.

6           It's akin to, I don't know, like if you played a

7    good strong thing of racquetball and you went and got a

8    massage.  Just keeping everything in order.  Mainly his work

9    with Mrs. Redman I believe and the horses is, again,

10   therapeutic.

11   Q    When did you first learn that Mr. Redman, Sean Redman,

12   was treating Vorst for chiropractic, acupuncture and laser?

13   When did you first learn that?

14   A    When I met Mrs. Redman and the horses.

15   Q    And this would have been the summer of 2012?

16   A    Yes.

17   Q    To your knowledge, did Sean Redman continue to treat

18   Vorst in that manner throughout the time you were riding the

19   horse?

20   A    Yes.

21   Q    So it never stopped, did it?

22   A    No.  Whenever -- Mrs. Redman, again, was very, very

23   proactive.  So whenever Sean was available, because his

24   schedule's so busy, he would come and look at the horses.  It

25   was never get over here and look at the horse.  It was, oh,

```
 1   Sean's in Kentucky or Sean is in Wellington when the horses
 2   are there.  So she'd be like, oh, great, Sean's in town; he's
 3   going to come and go over all the horses, as just to go over
 4   them to see if there was anything that he could do to enhance
 5   their performance.
 6   Q    Did you ever have any conversations with Sean Redman
 7   about the treatments he was giving to Vorst?
 8   A    I'm sure I did, yes.
 9   Q    Did those conversations include him explaining to you
10   that he was treating Vorst for a sore back?
11   A    He said that he would -- from what I recall, again, like
12   on all the horses, he would come up with pressure points that
13   he found that he could treat.  And he would say, oh, the
14   gluteals, I felt a little reaction here; I would treat it.  So
15   I can't say that he was just treating a sore back.  He was
16   treating them all over.  But it definitely -- every horse,
17   jaw, neck, poll, anything; there was always something.
18   Q    So your recollection is today before Mr. Zendejas
19   acquired Vorst from Mrs. Redman in April of 2014, you had had
20   conversations with Sean Redman, and you were aware that he was
21   treating Vorst, I think you said, all over with chiropractic,
22   acupuncture and laser techniques, correct?
23   A    Therapeutically, yes.
24   Q    Okay.  You had that knowledge; is that true?
25   A    Therapeutically, yes.
```

```
 1   Q    Now, before Mr. Zendejas purchased Vorst from

 2   Mrs. Redman, did you ever disclose to Mr. Zendejas that

 3   knowledge; that Sean Redman was treating Vorst for the things

 4   you just discussed?  Did you ever disclose that?

 5   A    No, I did not.

 6   Q    Did you ever disclose that to Mr. Nizri?

 7   A    During the prepurchase, I mentioned that Mrs. Redman's

 8   son -- a lot of people know Sean, so -- that we had the added

 9   benefit that Sean was working on the horses, our horses, and

10   he would come at times to do it, and they were very happy

11   about that.

12            Because, again, it's therapeutic.  People think it's

13   a bonus.  It's very common in show jumpers to have horses

14   treated with acupuncture and massage and chiropractic work.

15   It's not outlandish.  It's not some sort of red flag.  People

16   are glad that that's happening.  They think it's a bonus,

17   because their backs are straight; the bones are going well.

18   You feel better when -- I get adjusted all the time at

19   competition.  It feels good.

20   Q    And your testimony is that you disclosed to someone

21   during the prepurchase examination that Sean Redman had been

22   treating Vorst in the manner you testified about?

23   A    Yes, yeah.

24   Q    Who'd you disclose that to?

25   A    There were three of us standing there.  Just came up in
```

```
 1   passing, yeah.

 2   Q    Who were the three people?

 3   A    Dr. Gomez, Simon and myself.

 4   Q    When you say Simon, is that Mr. Nizri?

 5   A    It is.

 6   Q    And yourself?

 7   A    Correct.

 8   Q    Okay.  Do you recall when that conversation took place?

 9   A    I believe it was March 10th, 2014.

10   Q    Do you know what time that conversation took place?

11   A    I couldn't accurately tell you.

12   Q    So you can't tell us today whether or not that

13   conversation took place in the morning, midday, afternoon, at

14   night?  You can't tell us?

15   A    I think if you reference the PPE, I don't know if it has

16   a start time, but that would be when.

17   Q    So your testimony is that if the PPE has a start time,

18   you believe that would confirm when this conversation took

19   place?

20   A    No, I don't know that.  I'm just saying whenever the PPE

21   was, that's whatever time of day that was.  I cannot -- I'm

22   guessing.  Obviously it wasn't at night.

23   Q    Where did this conversation take place?

24   A    Palm Beach Equine sports complex.

25   Q    Was it inside or outside?
```

```
 1    A     Outside.

 2    Q     And where outside?

 3    A     Directly across from the main office where the

 4    prepurchase exam was going on.

 5    Q     Where was the horse when this conversation took place?

 6    A     With us.

 7    Q     When you had this conversation with -- as you say, with

 8    Dr. Gomez, did you offer to give him any records or treatment

 9    records by Sean Redman for Vorst?

10    A     It was -- no, it was just -- I just told him that that's

11    what was going on.

12    Q     Did Dr. Gomez ever say to you, you know what, thanks for

13    telling me, can you get me the records from Sean Redman so I

14    can look at them?  Did he say words to that effect?

15    A     No, he did not.

16    Q     Did Dr. Gomez ever ask you for these records and say,

17    hey, they'll assist me in making a proper determination of

18    whether Vorst is good to go with Mr. Zendejas?  Did he use

19    words to that effect?

20    A     No, he did not.

21    Q     Did you ever offer to give these records to Dr. Gomez?

22    A     No, I did not.

23    Q     When you had this conversation with Dr. Gomez, did you --

24    are you aware of any documents that confirm this conversation

25    actually took place?
```

```
 1   A     No.  And it was in the midst of a conversation.  It
 2   wasn't -- in the midst of the prepurchase.  It wasn't a
 3   conversation specifically about Dr. Redman.
 4   Q     Have you ever looked at the prepurchase exam that
 5   Dr. Gomez did in this case?
 6   A     I have since it was in the evidence for the case, yes.
 7   Q     And are you aware of any mention of Dr. Redman's records
 8   in the prepurchase exam that Dr. Gomez did?
 9   A     I am not.
10   Q     Okay.  When you made this statement, do you know if
11   Mr. Nizri heard what you were saying to Dr. Gomez?
12   A     I'm 99 percent sure he did, yes.
13   Q     You say you might have some doubt.  Why do you have
14   doubt?
15   A     Actually, I don't have doubt.  He heard me.
16   Q     Did you ever confirm with Mr. Nizri that you had brought
17   up the issue of Dr. Redman's treatment of Vorst with
18   Dr. Gomez?
19   A     Could you say that one more time?
20   Q     Yes, sir.
21         Did you -- are you aware of any documents that
22   confirm that you disclosed to Dr. Gomez and Mr. Nizri your
23   knowledge of Sean Redman's treatment of Vorst during the
24   prepurchase exam?
25   A     I am not.
```

```
 1   Q    So you didn't send any texts to Mr. Nizri confirming that

 2   disclosure, did you?

 3   A    I did not.

 4   Q    In fact, there have been texts that have been produced in

 5   this case; and isn't it true that no text produced by you, by

 6   Mr. Nizri, by Mr. Zendejas anywhere discusses a disclosure

 7   that you say happened with Dr. Gomez?

 8               MS. LEONARD:  Objection; lack of foundation.

 9               THE COURT:  Overruled if he knows.

10               THE WITNESS:  I don't believe there is, yeah.

11   BY MR. CATANESE:

12   Q    Thank you.

13               All right.  Now, you heard me question Mrs. Redman

14   earlier about these insurance records for Vorst.

15               Do you remember that questioning?

16   A    I do.

17   Q    Okay.  When you were at the prepurchase examination with

18   Dr. Gomez, were you aware of the insurance records and the

19   exclusions that Mrs. Redman testified about?

20   A    I have no knowledge of the insurance exam -- records

21   except for what I heard today.  That's all I know about

22   insurance.

23   Q    So before today, your testimony is you didn't know about

24   the insurance exclusions that Mrs. Redman testified about

25   Vorst?
```

```
 1    A    I knew nothing about any insurance for Vorst or any of

 2    her horses.

 3    Q    When you -- you buy and sell horses, right?  You talked

 4    about that earlier?

 5    A    Correct.

 6    Q    Do you ever recommend to people to take you out policies

 7    of insurance when they buy horses?

 8    A    I leave that up to them.

 9    Q    Okay.  Have you ever taken out a policy of insurance on

10    any horses that you've owned in the jumping industry?

11    A    I have.

12    Q    And what type of policies have you obtained?

13              MS. LEONARD:  Objection, relevance.

14              THE COURT:  Sustained.

15    BY MR. CATANESE:

16    Q    You know what an exclusion is in an insurance policy?

17              MS. LEONARD:  Objection; relevance.

18              THE COURT:  Overruled.

19              You can answer.

20              THE WITNESS:  Could you repeat the question?

21    BY MR. CATANESE:

22    Q    You know what an exclusion is in an insurance policy?

23    A    Yes.

24    Q    Did Mrs. Redman ever tell you in words before the sale to

25    Mr. Zendejas that there were exclusions with her insurance
```

```
 1   policy for Vorst?

 2   A    I never knew anything about insurance.

 3   Q    So she never told you?

 4   A    I didn't know anything about the insurance, and, no, she

 5   never told me.

 6   Q    Now, in this case, do you know -- strike that -- during

 7   the time that you were riding Vorst and the time that

 8   Mrs. Redman owned Vorst, did there ever come a time where

 9   Mrs. Redman, to your knowledge, made a claim with her

10   insurance company about Vorst because the horse became

11   injured?

12            MS. LEONARD:  Objection; lack of foundation.

13            THE COURT:  He says he doesn't know anything about

14   insurance.  I don't know why he would know that she made a

15   claim if he doesn't know anything about insurance.  But ask

16   the question.

17            Do you know if she ever made a claim against

18   insurance?

19            THE WITNESS:  I know nothing about insurance.

20   BY MR. CATANESE:

21   Q    Do you know if the horse suffered any type of hematoma

22   injury during the time that Mrs. Redman owned the horse while

23   you were riding the horse?

24   A    While I was riding the horse?

25   Q    Yes, sir.
```

```
 1   A    I know nothing about a hematoma injury.

 2   Q    Do you know if the horse ever developed any type of

 3   infection during the time you were riding the horse that

 4   needed to be treated?

 5   A    I do not know of any type of infection.

 6   Q    To your knowledge, had the horse suffered any injury

 7   during the time that you were riding the horse for -- physical

 8   injury, riding the horse for Mrs. Redman?

 9   A    Vorst sustained any physical injury while I was riding

10   him?

11   Q    Yes.

12   A    No.

13   Q    Now, yesterday, counsel for you, again, Colleen, made the

14   point that after Mr. Zendejas made the decision to buy Vorst,

15   that the horse was put in bubble wrap.

16           Do you remember that?

17   A    Yes.

18   Q    Can you tell the jury what bubble wrap is and explain

19   basically what it is on a horse's legs?

20   A    Could you say the last part again?

21   Q    What it is.  Meaning can you explain -- and I'm happy to

22   ask you these specific questions, but let me do it this way.

23           We heard the term "bubble wrap".  Do you understand

24   what that means?

25   A    I do.
```

1   Q    Can you tell us what bubble wrap is?  For example, is it

2   leather wrap?  Is it plastic?  Is it gauze?  What is it?

3   A    It's actually just a term.  We don't actually use bubble

4   wrap.  It's an expression.  We ride the horse.  You just --

5   you're very careful with the horse.  You don't ever put it in

6   any undue situation where it may get anything.  You just work

7   around very gingerly, because you don't want any -- you try

8   and monitor every step of the way.

9   Q    So what you're saying is when you use the term "bubble

10  wrap", basically what it means is you're just reducing

11  whatever you're doing with the horse to a minimum; is that

12  right?

13  A    No, you're not reducing it, but you're just going easy.

14  It's not -- you're just kinda -- again, you're just

15  gingerly -- you're just taking care.  I mean, it's getting

16  work enough to be healthy and fit for travel and that kind of

17  thing, but you're not taxing it, you're not taking any

18  unnecessary risks.

19  Q    Okay.  And I remember in your deposition you said, tell

20  me if I'm wrong, that you were riding Vorst after the

21  prepurchase exam with Mr. Gomez to keep the horse fit.

22            Do you remember that testimony?

23  A    I do.

24  Q    And you're acknowledging that again today?

25  A    I am.

```
 1   Q     Okay.  Now, during the time that you were riding Vorst,
 2   were you riding this horse in April of 2014?
 3   A     I was riding him, yes.
 4   Q     And where were you riding him?
 5   A     Palm Beach Equine sports complex.
 6   Q     And what type of things were you doing with the horse
 7   when you were riding him?
 8   A     Walk, trot, canter, riding him around the track.
 9   Q     Can you -- when you say the horse was walking, is that
10   just the horse just walking?
11   A     With me on his back, and then he would also hand walk,
12   but both.
13   Q     So walking would be you on the back of the horse and you
14   also putting the horse on a halter or just walking with it?
15   A     The groom would take him out for a hand walk.
16   Q     Now, when the horse is trotting, can you tell the jury
17   what trot means?
18   A     It's the gait, for layman terms, the gait before a gallop
19   kind of.  It's like when they're jogging sort of.
20   Q     And were you sitting on the back of Vorst when you trot
21   or jog the horse?
22   A     Yes.
23   Q     Then you said canter?
24   A     Canter, yes.
25   Q     Can you tell us what canter means?
```

```
1    A    It's slower than what you see in the westerns, but when

2    they're running down the road, that kind of stuff, through the

3    fields.

4    Q    So Vorst was getting some level of exercise through

5    walking, trotting and canter, correct?

6    A    Correct.

7    Q    All right.  Now, you were present when Dr. Gomez did the

8    prepurchase exam on Vorst; is that true?

9    A    That is true.

10   Q    And were you present at any time when Dr. Gomez issued an

11   opinion, either verbal or in writing, as to his findings of

12   the prepurchase exam?

13   A    I was.

14   Q    And do you recall what his findings were?

15   A    He thought that -- overall, you mean, in the end?

16   Q    Yes, sir.

17   A    He thought that Vorst -- he liked Vorst very much.  He

18   found him to be sound with an exception.

19   Q    Can you tell -- can you tell the jury what that means, at

20   least to your knowledge, what that means when he says sound

21   with exception?

22   A    He found during all his exams of the horse moving, he

23   found him sound to be in a straight line, sound in going in a

24   circle to the left.  But when he put him in a small circle to

25   the right, he found him to be taking a shorter step with the
```

1    right front foot going to the right.

2    BY MR. CATANESE:

3    Q    Now, when we use the term "sound", tell me what "sound"

4    means to you in relation to a horse.

5    A    Sound, to me -- sound, to me, means that the horse is

6    traveling well, is fit for the job, that type of thing.  We

7    have an expression in the industry called "serviceably sound,"

8    which means that the horse may not be -- a lot of times when

9    you do a veterinary exam, these kind of exams, and you put a

10   horse in a small circle, some sort of degree of unsoundness

11   will come up.  And when you see that, you may not have felt it

12   riding, because those type of maneuvers aren't actually in

13   day-to-day riding, you know, in tight circles on hard ground

14   or something.  So if a horse can deal with -- it looks sound

15   in a straight line, is doing his job, is comfortable, you call

16   that serviceably sound.  It doesn't mean that it's going to be

17   a zero out of five.

18           I find it hard to believe if you go into the horse

19   show and take out 20 horses from one tent, I don't think

20   you're going to find more than one that's a zero out of five

21   on every limb out of every soundness exam.  It's just not

22   possible.

23           Think about yourselves.  If someone were to hold

24   your leg and hold it very tight and then ask you to run off

25   after they've crammed up the leg, which is a flexion test, I'm

```
 1   sure a lot of you are going to come up lame, having soreness
 2   in there.  It's just different.
 3            Sound is serviceably sound to me.  I'm not a
 4   veterinarian, so . . .
 5   Q    In fact, that's what I was going to ask you.  Do you have
 6   any education or college degree or any specialized education
 7   in veterinary science?
 8   A    I do not, just work experience.
 9   Q    You heard that Mr. Zendejas is going to bring Dr. Vlahos
10   in front of the jury to testify in this case?
11   A    I did.
12   Q    Do you believe that Dr. Vlahos, as a licensed
13   veterinarian, that he would have a better grasp of veterinary
14   science than you do?
15   A    I don't know him, so, yeah.  I mean, he's a doctor,
16   so . . .
17   Q    So when you're talking here about physical stuff, it's
18   not based on any veterinary training that you have, correct?
19   A    Correct, just from experience.
20   Q    All right.  Now, we just talked about what Dr. Gomez did
21   during the prepurchase exam, and I think you said he said
22   sound with exception.  Do you remember that?
23   A    I do.
24   Q    Okay.  Now, did you arrange for Vorst to get picked up by
25   Mr. Zendejas in late April of 2014?
```

1    A      To go where?

2    Q      To go to Mexico.

3    A      No.

4    Q      Were you present when Vorst was delivered, or did you

5    hand the horse over to Mr. Nizri in late April of 2014?

6    A      Mr. Nizri was present when the van came to pick him up.

7    And so the shipper, the van driver, took the horse and put him

8    on the truck.

9    Q      Okay.  And you were present when that happened?

10   A      I was.

11   Q      Okay.  So here's the time period.  Time period's gonna be

12   the prepurchase exam.  And do you confirm that that happened

13   on March 10 of 2014?

14   A      I do.

15   Q      And April 25 of 2014?  That'd be correct?

16   A      No, I believe it was the 24th, but I'm not a hundred -- I

17   can't be fully accurate.

18   Q      So the 24th or the 25th?

19   A      And you said the first date was?

20   Q      March 10 of 2014.

21   A      Correct.

22   Q      Okay.  Now, that's our period of time.

23          During that time period, is it correct that you were

24   the person who had possession, custody and control of Vorst?

25   A      Was.  I was.

```
1   Q    And so Mr. Nizri, he doesn't have possession, custody or

2   control of Vorst during this time period, correct?

3   A    Correct.

4   Q    Mr. Zendejas doesn't, correct?

5   A    Correct.

6   Q    Okay.  And nobody else does except you, right?

7   A    Correct.

8   Q    All right.  Now, during this time period, you told us

9   that you were riding Vorst, and you were trying to keep him

10  fit.

11           Do you remember that?

12  A    I do.

13  Q    Okay.  Now, did there come a time in this time period

14  where Vorst suffered an injury that caused the horse to become

15  lame in some fashion?

16  A    One day his -- he came out of the stall with his shoe

17  shifted, pressing on the center of his frog.  So we -- I

18  called the vet, and the vet removed the shoe, we soaked the

19  foot with Epsom salts, we put some poultice on it, had the

20  shoe put back on the next day, and the horse was fine.  But

21  the shoe had shifted and was pushing into the center of the

22  foot.

23  Q    You heard Mrs. Redman talk about Dr. Steele coming in to

24  look at Vorst.  Do you remember that?

25  A    I do.
```

```
 1   Q     Were you present when Dr. Steele came to look at Vorst?
 2   A     I was.
 3   Q     Did that happen on April 9th, 2014?
 4   A     From the sheet that I saw, yes.  I can't accurately say.
 5   Q     And on that date, you heard Mrs. Redman say that the
 6   horse, in his opinion, was 80 percent sound; is that right?
 7   A     From what I recall, yes.
 8   Q     So is it your testimony today in front of this jury and
 9   all of us that as of April 9, 2014, you were aware that
10   Dr. Steele found that Vorst was no longer sound, but now the
11   horse was only 80 percent sound?
12   A     That was on that day, the 9th, yes.
13   Q     Okay.  Now, when that occurred and you knew this
14   information, did you ever contact Mr. Nizri to tell him you
15   became aware of this information?
16   A     Mr. Nizri was aware.
17   Q     How was he aware?
18   A     Mr. Nizri would come by the barn, because we were at the
19   same complex.  So during this time, it was a lot of
20   uncertainty, because the payments were coming sporadically,
21   and there was no structure.  We didn't have any deal in place
22   knowing when the next.  So we were in constant contact.
23         And I believe it was later that afternoon or the
24   next morning I saw Simon, I said, oh, God, the shoe slipped on
25   the horse, you know.  I said, oh, we pulled it, we put
```

 1   poultice, it's fine.  Then that day the shoe went on and I saw

 2   him, and the horse was fine and he watched me ride around.

 3            I mean, it's an unfortunate thing, but it happens

 4   quickly.  And it's like getting a stone in your shoe.  You

 5   gotta remove it, fix it, replace it, and then on you go.

 6   Q    So your testimony is that you saw Simon I think you said

 7   the next day?

 8   A    I'm not exactly sure when, but, again, we saw each other

 9   almost daily, very frequently.

10   Q    Did you ever confirm this with Mr. Nizri in a text?

11   A    No, because we were in person.

12   Q    Did you ever confirm it with him in an e-mail?

13   A    No, because I saw him in person.

14   Q    Okay.  Did -- now, you were at Mr. Nizri's deposition

15   when it was taken in California.  Do you remember that?

16   A    Yes, I do.

17   Q    Do you remember Mr. Nizri ever testifying about this

18   conversation, saying that, oh, yeah, on April 9th, April 10th,

19   2014, I spoke to Mr. --

20   A    I don't remember him being asked.

21   Q    I'm sorry?

22   A    I don't remember him being asked about April 9th.

23   Q    You had your deposition taken in this case by me?

24   A    I did.

25   Q    During your deposition, do you recall if you ever made a

```
 1    statement to me in a deposition that on April 9th of 2014, or

 2    thereafter, you met with Mr. Nizri and you disclosed to

 3    Mr. Nizri what happened with the horse on that date?

 4    A    I don't remember that, no.

 5    Q    You never told me, did you?

 6    A    I don't believe you asked me.

 7    Q    I think -- okay.

 8         But you confirm that that never came out in your

 9    deposition, did it?

10    A    Not that I know of, no.

11    Q    So as we sit here today, the only means we have to verify

12    what you're saying is you; is that true?

13    A    That -- I'm sorry.

14    Q    Well, it didn't come up in Mr. Nizri's deposition,

15    correct?

16    A    Yes, you didn't ask him.

17    Q    Okay.  And is it your understanding that Mr. Nizri's not

18    going to come here to testify in person, is he?

19    A    I'm not sure.  You said maybe he was.

20    Q    Okay.  Are you aware of any documents that confirm what

21    you're saying?

22    A    The Steele record is there, that he was treated for that.

23    Q    But I'm asking about to confirm that you disclosed this

24    to Mr. Nizri.

25    A    I don't believe there is.
```

```
1   Q     So the only thing that you can have or that you do have

2   is just you sitting there telling us you said this, right?

3   A     Correct.

4   Q     Now, when this occurred, did you ever think, you know, I

5   outta contact Mr. Zendejas, and I should tell Mr. Zendejas

6   about this directly?  Did you ever form that opinion?

7   A     I never had any contact with Mr. Zendejas.  Mr. Nizri was

8   my go-through.  So the only person I spoke to during that time

9   was Mr. Nizri.

10  Q     At this time, on April 9 of 2014, did you have

11  Mr. Zendejas' e-mail address?

12  A     No, I did not.

13  Q     Did you have his cellphone number?

14  A     No, I did not.

15  Q     Did you ever contact Mrs. Redman on or about April 9,

16  2014, when these things were happening, to tell her that this

17  had occurred and Dr. Steele came over and treated the horse?

18  A     I believe I did, but I can't verify that or not, yeah.  I

19  would say I did, but I . . .

20  Q     Now, I asked Mrs. Redman if Dr. Steele would send out

21  statements after he performed services.

22            Do you remember that?

23  A     I do.

24  Q     And I believe she said that her recollection was likely

25  those statements went to you?
```

```
1    A    I never received any statements from Dr. Steele through
2    mail or anything like that, no invoices or anything.
3    Q    So is your testimony, then, that Dr. Steele, if he did
4    any work on Vorst, that the statements would not go to you,
5    because you never received them?
6    A    The statements would go to -- like the invoices and
7    everything would go -- yes, would go to Mrs. Redman directly.
8    Q    Do you know where they would be sent?  Would they be sent
9    to her in Florida?  Would they be sent to her in Kentucky?
10   A    To be honest I'm not sure, because I don't know what --
11   she has both addresses, so I don't know what she uses for a
12   billing address for Dr. Steele himself, and I don't know if
13   she switches it seasonally.  I'm not sure.
14   Q    In your dealings with Mrs. Redman, do you believe that
15   she reads her mail?
16   A    She definitely reads her mail.  But she travels a lot, so
17   it can be -- she may not get to it right away, or she'll get
18   to it the next day.  It depends.
19   Q    She testified she really cares about her horses.  Do you
20   remember all that testimony?
21   A    For sure.
22   Q    Do you believe that to her, when she receives information
23   from a veterinarian, that she would put a high priority on
24   that communication?
25   A    If she had it in her possession, yes.
```

```
 1   Q     So she would open that and read that right away, would
 2   she?
 3              MR. HART:  Objection, speculative.
 4              MR. CATANESE:  I'll withdraw it.
 5              THE COURT:  I sustain the objection.
 6              MR. CATANESE:  I'll withdraw it.
 7   BY MR. CATANESE:
 8   Q     Do you believe that Mrs. Redman was aware of what
 9   Dr. Steele had done with Vorst on April 9, 2014, before she
10   got the final payment from Mr. Zendejas in late April of that
11   year?
12   A     I would say most probably, yes.
13   Q     Okay.  Thank you.
14              Now, did Mrs. Redman ever instruct you not to
15   disclose a medical information to Mr. Nizri before
16   Mr. Zendejas bought Vorst?
17   A     Absolutely not.
18   Q     Did she ever instruct you to make any statements about
19   the horse's medical history to Mr. Nizri before Mr. Zendejas
20   bought Vorst?
21   A     No.
22   Q     Did she ever tell you that you were free to make the
23   decision on what to say or not to say to Mr. Nizri or
24   Mr. Zendejas regarding the health history of Vorst?
25   A     Not directly, no.
```

1    Q    Did you have a belief that it was up to -- it was your

2    decision to make as to what health history information would

3    be provided to Mr. Zendejas before he purchased Vorst?

4    A    Can you say that one more time?  Sorry.

5    Q    Okay.  Before Mr. Zendejas acquired Vorst from

6    Mrs. Redman -- and this would be when she received full

7    payment at the end, which would be around April 24, 2014.  Do

8    you understand what I'm saying?

9    A    Yes.

10   Q    Do you agree that prior to that date, Mrs. Redman had

11   authorized you to make the decision on what information to

12   disclose to Mr. Zendejas about Vorst's health or what

13   information not to disclose?

14   A    Yes.

15   Q    Okay.  And you heard her testify that she had full

16   confidence in you.  Do you remember that testimony?

17   A    I do.

18   Q    Do you believe that to be true?

19   A    I believe that.

20   Q    Do you believe that Mrs. Redman authorized you to do all

21   things that occurred in connection with her sale of Vorst to

22   Mr. Zendejas?

23   A    Could you say that one more time?

24   Q    Uh-huh.

25        Do you believe that Mrs. Redman had authorized you

1    to do all things in connection with the sale by her of Vorst

2    to Mr. Zendejas?

3    A    No, I couldn't -- I couldn't accept the terms of the

4    sale.  I had to relay that to her to give the go-ahead.  I

5    don't know the exact term.

6    Q    Other than the terms of the sale, which in this case

7    would the purchase price and the payment in cash; is that

8    right?

9    A    And the terms of the commission and everything, you know,

10   how it was going and what the actual offer was, yeah.

11   Q    So the -- she had control over the price of the horse,

12   yes?

13   A    Yes.

14   Q    And she had control over the commissions that would be

15   paid, yes?

16   A    Yeah.

17   Q    Okay.  Now, she testified that she paid Mr. Nizri a

18   $25,000 commission.  Do you remember that testimony?

19   A    I do.

20   Q    Okay.  And that was one of the areas you just said, hey,

21   that was up to her to decide.  You remember that?

22   A    I didn't say up to her to decide, but I had to give her

23   the parameters that were given to me, and then she had to

24   accept or not accept.

25   Q    Okay.  Did -- you heard her testimony about how -- the

1   circumstances surrounding her paying Mr. Nizri $25,000?

2   A    I do.

3   Q    Did you recommend to Mrs. Redman that she pay Mr. Nizri

4   $25,000 for the help that he had provided to you and to her in

5   the sale of Vorst to Mr. Zendejas?

6   A    No.  The offer was given to me by Mr. Nizri that

7   Mr. Zendejas was going to pay $250,000, no more than that, and

8   that was to include a 10 percent commission for Simon Nizri.

9   He was going to wire the $250,000 to Mrs. Redman, and then

10  Mrs. Redman was to pay him the 10 percent commission.

11  Q    Okay.  Do you -- now, we talked about your history in the

12  horse business again.  Isn't it true that when commissions are

13  paid, if there's gonna be a commission paid to an agent for

14  the buyer, that the buyer pays the agent directly?  You don't

15  have the seller paying the buyer's agent, do you?

16  A    The seller wasn't paying the -- we were instructed that

17  we were going to get $225,000 for the purchase of the horse.

18  The other 25,000 was to be given to Simon Nizri as his

19  commission.  Mr. Zendejas only wanted to do it that way.  This

20  is coming from Simon:  Wire the 250 to Mrs. Redman, and she

21  was to, with Mr. Zendejas' authorization, give him 10 percent

22  of that $250,000, which was $25,000.

23  Q    Did you ever see anything in writing from Mr. Zendejas,

24  for example, a consent to pay commissions or disclosure or

25  acknowledgment of disclosure of commissions from Mr. Zendejas

```
1   in this case?

2   A    The only thing I did see during now, looking at the

3   evidence, is a text message between Simon and Mr. Nizri -- I

4   mean, sorry, Simon and Mr. Zendejas, where Simon states --

5   first thing, Mr. Zendejas asks Simon how he's gonna get paid.

6   Simon then states I'm getting Mrs. Redman to give me

7   5 percent, or something to that effect.  It's in a text

8   message.  It's in one of these books.

9          So I don't -- that's what I -- that's in writing.

10  Q    And that's all that you have; is that true?

11  A    Yes.

12  Q    Okay.  So when you hear -- when you looked at that and

13  you said I'm going to get Mrs. Redman to give me, let's say

14  5 percent, was it your understanding that the deal was that

15  Mrs. Redman was going to pay Mr. Nizri because he was going to

16  help her in this deal?

17  A    I only saw that text message here in this -- during the

18  trial.  Again, I was approached by Mr. Nizri, he told me the

19  details.  I believed what he said.  So he said that

20  Mr. Zendejas was only gonna -- was gonna wire the $250,000,

21  and that 10 percent of that was to be his commission.

22  Q    Okay.  Now, I want to go back to Mr. Nizri.

23         You heard Mrs. Redman say that Mr. Nizri was a

24  facilitator, and he helped in this transaction.

25         Do you remember that testimony?
```

```
1    A    I do.

2    Q    Do you agree with what she said?

3    A    He was a facilitator as Mr. Zendejas' agent.

4    Q    Do you believe that he helped Mrs. Redman in this

5    transaction?

6    A    I believe he helped Mr. Zendejas in this transaction.

7    Q    And only Mr. Zendejas?

8    A    Correct.

9    Q    Okay.  Did you ever have a conversation with Mrs. Redman

10   before she wired the $25,000 to Mr. Nizri and say to her, hey,

11   you should be careful about what you're doing here; you outta

12   send an e-mail out to Mr. Zendejas and confirm that you're

13   paying Mr. Nizri 25,000, but he's Mr. Zendejas' agent?  Did

14   you ever have that conversation with her?

15   A    I did not.

16   Q    In fact, there's no such e-mail from Mrs. Redman, right?

17   A    No.

18   Q    Now, we're going to get to the bill of sales in a little

19   bit.  Do you remember when I had those up?

20        Did you see anything in any of those bill of sales,

21   let's say particularly the one you signed with Mr. Nizri, is

22   there anything in that bill of sale that indicates who was

23   getting paid a commission and how much?

24   A    There is nothing.

25   Q    And so when -- when you told us when Mr. Nizri said this
```

 1  is what Mr. Zendejas wanted, did you ever talk to Mr. Zendejas

 2  directly where he said to you before he bought Vorst that he

 3  wanted to pay Mr. Nizri the 25,000?

 4  A    As I stated earlier, I had no line of communication with

 5  Mr. Zendejas.  Mr. Nizri was the go-through.  I worked through

 6  him.  He was the intermediary.  He was the representative.  He

 7  was the agent.

 8  Q    So no conversation with Mr. Zendejas?

 9  A    No.

10  Q    Okay.  Thank you.

11          Mr. Nizri --

12          MR. CATANESE:  Your Honor, we discussed this before.

13  I'd like to publish exhibit 28.  I believe it's in evidence.

14          THE COURT:  Twenty-eight?

15          MS. LEONARD:  Plaintiff's or defendants?

16          MR. CATANESE:  It's plaintiff's.

17          MS. CORTVRIEND:  It's already in.

18          THE COURT:  Twenty-eight's in evidence, yes.

19          MR. CATANESE:  Is everybody all right with that?

20          THE COURT:  It's in evidence.

21          MR. CATANESE:  Okay.  Thank you.

22  BY MR. CATANESE:

23  Q    Mr. Syquia, I want to show you our exhibit 28, please.

24  A    Yes.

25  Q    You have that in front of you?

1   A     Yes.

2   Q     Now, I had just asked you some questions about this, but

3   do you recognize your signature on this document?

4   A     I do.

5   Q     And where does your signature appear?

6   A     Under -- on top of signature of seller or authorized

7   agent.

8   Q     And there's another signature on this document?

9   A     Yes.

10  Q     Whose signature do you recognize that to be?

11  A     Simon Nizri.

12  Q     Okay.  Now, in this bill of sale, I want to refer you to

13  the purchase -- the purchase price, which is at the very top

14  paragraph.  I want to have you just take a look at that,

15  please.

16  A     Right.

17  Q     You see that?

18  A     Yes.

19  Q     Okay.  That purchase price is indicated $250,000,

20  correct?

21  A     Correct.

22  Q     Okay.  Now, you told us earlier that Mr. Zendejas had

23  agreed that the purchase price would be $225,000.

24         Do you remember that testimony?

25  A     Yes.

```
1    Q    Do you know why it is that this bill of sale that you

2    prepared -- you prepared this, right?

3    A    I did.

4    Q    So why is it that you don't show the purchase price of

5    225,000?

6    A    Because it -- errantly, the $250,000 went to Mrs. Redman.

7    So the full amount.  So I figured I had to put that down.  I

8    didn't think to break down the 25,000, but it was $250,000

9    went through.  If Mr. Zendejas looked at this and it only said

10   225,000, or, you know, he could claim where's the other

11   25,000.  I didn't think.  I just put down that that was the

12   amount of money that was wired to Mrs. Redman.  So I wanted to

13   be clear.

14   Q    But why would you be concerned about what Mr. Zendejas

15   was thinking, when you just told us that Mr. Nizri said this

16   is how he wanted it done?  So why would Mr. Zendejas complain

17   if you had a purchase price of 225,000?

18   A    That's just how I did it, to be honest, sir.

19   Q    And also in this document, there's nowhere here that it

20   says -- like, for example, it would have been easy for you to

21   put 225,000 purchase price, 25,000 to Mr. Nizri, right?

22   Because you prepared the bill of sale.

23   A    In theory, yes, I could have done that.

24   Q    Is there a reason why you didn't?

25   A    I didn't do that.
```

1    Q    I'm asking you if you have an understanding as to why you

2    didn't do it.

3    A    I just put down the money that was sent to her.  I

4    thought that was a clear trail of how it went, since he knew

5    of the breakdown.

6    Q    Mr. Nizri, we're still on this bill of sale.  I asked

7    Mrs. Redman this; I need to ask this of you.

8         To your knowledge, is this the only written document

9    between Mrs. Redman and between Mr. Zendejas regarding her

10   sale of Vorst to Mr. Zendejas?

11   A    There's the other exhibit that you showed with his --

12   with Mrs. Redman's writing on it.

13   Q    That's exhibit 27?

14   A    I don't know the number.

15   Q    So the one that she signed, yes?

16   A    Yes.

17   Q    And we know that Mr. Zendejas never signed that.

18   A    Correct.

19   Q    And we also know that Mr. Nizri never signed it.

20   A    Correct.

21   Q    Okay.  We're gonna get to that one in just a bit.

22        But when we look at this bill of sale, exhibit 28,

23   do you agree that this is the only written document that we --

24   that occurred in this case between Mrs. Redman and

25   Mr. Zendejas for his purchase for Vorst, correct?

```
 1   A     Correct.

 2   Q     No other document?

 3   A     No.

 4   Q     All right.  Now, in this bill of sale, did you ever have

 5   a discussion -- this is before you signed it, Mr. Nizri signed

 6   it.

 7         Did you ever discuss with Mrs. Redman that it would

 8   be important to fully and accurately disclose the health

 9   history of Vorst in this bill of sale?

10   A     No.

11   Q     Did you ever have a discussion with her that it would be

12   important to fully and accurately put in this bill of sale the

13   fact that Vorst had been stopping in competition?

14   A     No.

15   Q     Now, let's talk about that just for a minute just while

16   we're on that.

17         How many times did you ride Vorst during the time

18   that Mrs. Redman owned the horse?

19   A     Ride?

20   Q     Yes, sir.  Meaning -- that was a bad question.  I'll ask

21   it differently.

22         How many times in competition did you ride Vorst

23   during the time that you rode the horse for Mrs. Redman?

24   A     Approximately 65.

25   Q     Sixty-five times?
```

```
 1   A    I believe so, yeah.

 2   Q    Okay.  And yesterday your attorney, Colleen, broke that

 3   down even further, and I think she said there's 12 classes for

 4   each of those 65 events; is that right?

 5   A    No, 12 obstacles in each class.

 6   Q    Twelve obstacles.

 7   A    At least.

 8   Q    Okay.  So -- but the actual ride would be 65?

 9   A    Sixty-five times in competition approximately, yeah.

10   Q    Okay.  And of that 65 times in competition, how many

11   times had Vorst stopped?

12   A    Approximately four times, yeah.

13   Q    And of the four times that he stopped, we got three of

14   those videos that we looked at here in this court, right?

15   A    Correct.

16   Q    Okay.  Now, the four times that the horse stopped, did

17   you consider that to be significant or insignificant?

18   A    I considered it to be a part of the horse's history.

19   Q    But not very significant?

20   A    Something worth noting, but part of that horse, yeah.

21   Q    And would you agree with me that given what your

22   testimony is, Vorst stopped four times, and I think you said

23   he never stopped unreasonably as a dirty stopper, right?

24   A    Correct.

25   Q    And I want to ask you, did you ever make a positive
```

```
 1   representation to Mr. Nizri that Vorst had stopped in
 2   competition during the time that you were riding the horse
 3   before Mr. Zendejas bought Vorst?
 4   A     I did.
 5   Q     Now, you remember Mrs. Redman's testimony if they don't
 6   ask us we don't tell them anything?  Do you remember that?
 7   A     I remember her saying that, yes.
 8   Q     Okay.  Did Mr. Nizri ever ask you if Vorst had stopped in
 9   competition?
10   A     No.
11   Q     So why is it, if he never asked you if the horse stopped
12   in competition, you would volunteer to him, hey, this horse is
13   stopping, when you've told us the horse only stopped four
14   times?  Why would you do that?
15   A     Mr. Zendejas -- I mean, sorry, Mr. Nizri called me about
16   the horse about a week before the Zendejases came to try him,
17   and we shared the same complex, so he got to see the horse all
18   the time, and he really liked the horse.  So he called me and
19   he said what's the story with the very attractive bay horse
20   that you ride?  And I said, oh.  He said, he jumps amazing; I
21   love him.  I said, well, he's a very talented horse, he has a
22   large stride, he's careful, he does a lot of good things, you
23   know, but he's not a horse for everybody.  He requires a
24   certain type of rider from what I think in my opinion, a
25   certain program for him to excel, and that, you know, he had
```

1    stopped before with his previous rider, and he stopped with

2    me.

3             And I thought that was relevant in describing that

4    the horse needed a specific program.  You couldn't just put

5    him anywhere and think that he was going to flourish.  He had

6    immense athletic ability, but it needed to be managed

7    properly.

8             And he was like, oh, okay, that's great.  I really

9    like him.  I watched him show in Florida while we were there.

10   I just love him.  I said, okay.  And I told him also during

11   that conversation that in the last six months, he had been

12   going fantastic, he hadn't had any instance where he even

13   thought about having any problem, and I was really high on

14   him.  I was getting ready to start him in the Grand Prix,

15   jumping in the Grand Prix at Wellington, and then that was the

16   conversation.  So that's how it came up.

17   Q    Okay.  I just want to understand it.  So in that

18   conversation when you're telling Mr. Nizri, hey, I really like

19   this horse, the horse is coming up, right?

20   A    Correct.

21   Q    Horse is looking good for Grand Prix, right?

22   A    In my opinion.

23   Q    Okay.  And so why would you even talk about the horse

24   stopping, when Mrs. Redman's been telling us -- bear with

25   me -- Mrs. Redman's been telling us this horse was fantastic,

```
 1    the horse was jumping so well, you heard the lawyers in the

 2    opening statements say, hey, Mr. Zendejas is buying this horse

 3    because he's doing fantastic in the couple of weeks or five

 4    weeks before he bought it.

 5              So why would you ever believe that this was

 6    something that you needed to say to Mr. Nizri?

 7    A    I thought it was important, because I thought it

 8    highlighted the fact that the horse needed to be in a specific

 9    program, he needed to be ridden a certain way, and it wasn't

10    just for anybody.  Because he didn't designate that he had a

11    client at that time for the horse.  He asked me about the

12    horse, and I said, listen, we don't actively market, because,

13    again, he was a very particular animal.  And I thought that

14    quantified why it was -- why it was that way, that the horse

15    had stopped before.

16              But, you know, it could be managed, and I didn't

17    foresee it to be a problem in the right hands.  So I disclosed

18    that.

19    Q    You were present when Mr. Nizri was deposed in this case?

20    A    I was.

21    Q    Do you remember Mr. Nizri being asked whether or not you

22    ever said to him at any time that Vorst had stopped in

23    competition?  Do you remember that question?

24    A    I don't remember that exact question, but . . .

25    Q    Do you remember what his answer was?
```

```
 1   A     No, I don't remember what his answer was.

 2   Q     He denied that you ever said that.  Isn't that what he

 3   testified to?

 4   A     I don't remember that.  I don't remember that, but with

 5   respect to their settlement agreement Mr. Nizri and

 6   Mr. Zendejas --

 7              MR. CATANESE:  Your Honor, objection.

 8              THE COURT:  Sustained.

 9   BY MR. CATANESE:

10   Q     Okay.  My understanding is you're gonna not be available

11   after Wednesday?

12   A     Yes, sir.

13   Q     Okay.  So you won't -- I'm not sure you'll be here when

14   we play Mr. Nizri's deposition, but thank you for your answer.

15              Now, let's talk about the videos for a minute with

16   this horse.  Okay?

17   A     Okay.

18   Q     And, really, what I'm talking about now is disclosure to

19   Mr. Nizri or to Mr. Zendejas of videos of Vorst.  All right?

20   A     Okay.

21   Q     If I ask you something -- I know we're getting late in

22   the day, if I ask you something or I'm speaking too fast will

23   you let me know?

24   A     Okay.

25   Q     Okay.  Do you recall ever providing a video to Mr. Nizri
```

1   about Vorst before Mr. Zendejas bought Vorst from Mrs. Redman?

2   A   Providing a video for Mr. Nizri to watch?

3   Q   Yes, sir.

4   A   Yes, I did.

5   Q   Okay.  And it was one video, wasn't it?

6   A   I did it twice, actually.  We showed -- after the trial

7   on 3/2/14, when we were leaving the arena, we watched the

8   video on my phone, which I believe I forwarded the link.  We

9   watched those videos.  It was not just one round; it was I

10  think like three rounds, you know, on the link.

11          And then later on they requested additional video,

12  so I sent him e-mails with a video link, saying more video,

13  here's more Vorst video, with another three or four rounds on

14  it, I believe.

15  Q   Okay.  And it's true, is it not, that the videos you sent

16  to Mr. Nizri always showed Vorst successfully getting over the

17  jumps, right?

18  A   They did.

19  Q   None of the videos you provided to Mr. Nizri ever showed

20  the horse stopping, did they?

21  A   They did not.

22  Q   Now, if you told Mr. Nizri this horse was stopping, would

23  it make sense that you'd give him videos of the horse stopping

24  so he could evaluate the horse for safety purposes?

25  A   I had already told him that the horse had stopped.

```
 1   Q    Listen to my question carefully.  Remember I talked about

 2   safety at the beginning?  So just bear with me.  This is the

 3   area I'm in.

 4            Your testimony is I told Mr. Nizri the horse was

 5   stopping.  Do you remember that?

 6   A    I said he had stopped.

 7   Q    Okay.  Now, and we just talked about the videos, yes?

 8   A    Correct.

 9   Q    Did you ever provide Mr. Nizri a video of Vorst stopping?

10   A    I did not.

11   Q    Okay.  Now, isn't it correct that if he's a trainer and

12   he's a rider, and you're a trainer and you're a rider,

13   wouldn't you have offered to give those videos to Mr. Nizri of

14   the horse stopping so he could evaluate the horse was safe for

15   Juan Jose?

16   A    No, I told him that he had stopped.

17   Q    And is it your testimony that you never offered to give

18   him the videos?

19   A    They were readily available.  He never asked where I told

20   him that the horse stopped.  And, again, I didn't consider it

21   to be a danger.  The horse -- I told him it stopped.  If he

22   wanted the video, I would have showed it to him.  I didn't

23   have them in my possession, but they're online, so . . .

24   Q    Isn't it true -- I think you said this -- that when you

25   voluntarily disclosed that Vorst was stopping, Mr. Nizri said,
```

```
 1   oh, can you give me some more information on that?

 2           That's true, right?

 3   A    I never said that.

 4   Q    You didn't provide the video to Mr. Nizri of the horse in

 5   competition?  I thought you said you did.

 6           MS. LEONARD:  I object.  You're misstating his

 7   testimony.

 8           THE COURT:  Ask another question.

 9           MR. CATANESE:  I will.  I'll move on.

10   BY MR. CATANESE:

11   Q    To your knowledge, did Mr. Nizri ever see a video or

12   anything online showing Vorst stopping in competition before

13   Mr. Zendejas bought the horse?

14   A    To my knowledge?  No.

15   Q    In fact, that's what he said in his deposition, right?

16   A    I'm not sure.

17   Q    Okay.  When Mr. Zendejas and Mr. Nizri met with you on

18   March 1st and on March 2nd, were there any conversations that

19   you can recall about the horse's prior health history?

20   A    No.

21   Q    Did Mr. Nizri ever inquire of you whether or not Vorst

22   had any prior health concerns or whether or not the horse was

23   healthy?  Are you saying he never asked about that?

24   A    Not that I can recall, no.

25   Q    And are you saying that he never asked you if the horse
```

```
 1   would be fit to compete, never had asked you questions that,
 2   in effect, were that type of question?
 3   A    Well, fit to compete, he had just competed the day
 4   before.  But, no, he never asked me those questions.
 5   Q    Now, when I asked you about your conversation with
 6   Mr. Morrissey, I think you said that when you were evaluating
 7   Vorst, you had asked him, hey, are there any issues I need to
 8   know about in general; is that right?
 9   A    No, I just asked about Mrs. Redman and their
10   relationship, and then I asked him to tell me about the
11   horses.
12   Q    Okay.  Now, isn't it true that Mr. Nizri did the same
13   thing; that when he was questioning you about Vorst, he said,
14   hey, is there anything I need to know about with this horse?
15   Isn't that what he did?
16   A    Not that I recall, no.
17   Q    Now, I want to talk for a minute about the relationship
18   you had with Mr. Nizri in March of 2014, April 2014.  Okay?
19   A    Okay.
20   Q    Prior to that time, did you know Mr. Nizri?
21   A    I did.
22   Q    How long had you known him?
23   A    Couple of years, I believe.
24   Q    And in that time period, did you see him at different
25   horse shows?
```

```
 1   A    Mainly -- I think only Florida, because he's a west coast
 2   guy, so . . .
 3   Q    So you saw him at the Florida horse show?
 4   A    Yeah, at WEF.
 5   Q    Can you tell us what WEF is?
 6   A    Winter Equestrian Festival.
 7   Q    And that's in Wellington?
 8   A    Correct.
 9   Q    And you're a rider and a trainer?
10   A    I am.
11   Q    And was Mr. Nizri also a rider and a trainer?
12   A    He is.
13   Q    Would you consider Mr. Nizri, in effect, to be a
14   colleague of yours?
15   A    Yes, we work in the same industry.
16   Q    And at the time you were dealing with Mr. Nizri when
17   Mr. Zendejas was making his decision to buy Vorst, would you
18   say that you and Mr. Nizri were friends?
19   A    I'd say we were work friends.  We were friendly, yeah.
20   But as far as working, yeah, we had a nice cordial
21   relationship.  Yeah, we were friendly, yeah.
22   Q    Had you done any business with Mr. Nizri before you did
23   the deal with Vorst?
24   A    I think we had tried to.  I'm not sure that we
25   consummated anything, but I think that there was
```

 1    conversations, oh, I'm looking for this horse, I'm looking for

 2    that horse.  I don't know that any deals actually transpired,

 3    but I know there were conversations about it.

 4    Q    Would you go so far as to say that you felt that you and

 5    Mr. Nizri had a special relationship?

 6    A    Could you define "special"?

 7    Q    Uh-huh.  You knew each other; you worked together; you

 8    were colleagues.  It wasn't just a casual relationship, but it

 9    was more of, hey, I'm seeing him at the show, we're working

10    together, we're colleagues.  That's what I mean.

11    A    I wouldn't call it special.  I mean, he was a very nice

12    guy.  I liked him, but . . .

13    Q    Okay.  Would you say that you trusted Mr. Nizri when you

14    were doing a transaction involving Mr. -- Mrs. Redman and

15    Mr. Zendejas?

16    A    I did.

17    Q    And do you believe he trusted you?

18    A    I believe so, yeah.

19    Q    Is there anything that you're aware of that would have

20    put Mr. Nizri on notice that he couldn't trust anything you

21    were telling him or not disclosing to him?  Anything that

22    would have put him on notice?

23              MS. LEONARD:  Objection; argumentative.

24              THE COURT:  Sustained.

25    BY MR. CATANESE:

```
 1   Q    Okay.  But you believe you guys had a trust relationship?

 2   A    I believe we had a nice relationship, yeah.

 3   Q    You just told me you trusted each other.  So would you

 4   say it's a trust relationship?

 5   A    I believe so.

 6   Q    Okay.  Thank you.

 7            Now, in this industry, you've heard Mrs. Redman say

 8   I trusted Mr. Morrissey.  Do you remember that?

 9   A    Yes, I believe so, yes.

10   Q    I trusted Mr. Conway.  You remember that?

11   A    I do.

12   Q    And you're telling us now that you trusted Mr. Nizri,

13   yes?

14   A    I do, yeah.

15   Q    And Mr. Nizri's trusting you?

16   A    I can't speak for Mr. Nizri.

17   Q    But to your knowledge, your experience, your time with

18   him, that's your belief?

19   A    I would hope so.

20   Q    Okay.  Now, isn't it true that in your industry --

21   really, let me say it this way.  Isn't it true in your

22   industry when people are buying and selling horses, a major

23   factor is whether or not they trust each other?

24   A    I would say it's very helpful, yes.

25   Q    A major factor, yes?
```

```
1   A    I would say it's very helpful, yeah.

2   Q    Would you say that the paramount thing when somebody's

3   looking to buy a horse in your business is whether they trust

4   the person on the other side?

5              MS. LEONARD:  Objection.

6              THE COURT:  Sustained.

7              MS. LEONARD:  Calls for speculation.

8   BY MR. CATANESE:

9   Q    In this case, did you believe that Mr. Nizri was trusting

10  you when he was representing Mr. Zendejas?

11  A    I believe so.

12  Q    Let me ask you this.  Mr. Zendejas paid Mrs. Redman

13  250,000 in cash through wire transfers, right?

14  A    Correct.

15  Q    And in this case, we know from Mrs. Redman he paid

16  $10,000 initially, yes?

17  A    Well, according to her record, 9950.

18  Q    Let's say that's what it is.  Close.

19              Were you aware of when the first $10,000 was paid by

20  Mr. Zendejas to Mrs. Redman?

21  A    I was after the fact, yes.

22  Q    And did you come to know about the $40,000 that

23  Mr. Zendejas paid in April to Mrs. Redman?

24  A    I did.

25  Q    When did you learn about that?  Was it in April 2014?
```

```
 1   A     Yes.
 2   Q     And once that -- so you knew around that time that she's
 3   got $50,000 of money from Mr. Zendejas, right?
 4   A     Correct.
 5   Q     Okay.  Now, do you remember Mrs. Redman earlier talking
 6   about we don't want the deal to be killed?  Do you remember
 7   that testimony?
 8           MR. HART:  Objection, mischaracterizes what she said
 9   with respect to Vorst.
10           THE COURT:  Rephrase the question.
11           MR. CATANESE:  I will.
12   BY MR. CATANESE:
13   Q     I'll just ask it differently.  You knew in April of 2014
14   that Mr. Zendejas had paid Mrs. Redman $50,000, correct?
15   A     After some point of time, yes, yeah.
16   Q     Well, when you say point in time, let's ask -- I want to
17   ask you, was it before April 15th of 2014?
18   A     I -- I'm not exact -- I know that probably I knew about
19   the 10,000 right~-- the 9950 right away.  I'm not exactly sure
20   when I knew the -- I don't even know when it hit, you know
21   what I mean?  I can't tell you.
22   Q     And you told us earlier how much commission were you
23   getting again?  Was it $33,750?
24   A     I got a 15 percent commission because of the services I
25   was providing Mrs. Redman, discounted services and training,
```

```
 1    so . . .

 2    Q    33,750?

 3    A    Correct.

 4    Q    Okay.  Now, it was important to you that this deal

 5    closed, right, because you wanted your commission?

 6    A    I'm sorry, I don't understand.

 7    Q    What I'm asking is you were getting paid a commission,

 8    and that wouldn't be paid to you unless and until Mr. Zendejas

 9    had fully paid Mrs. Redman, correct?

10    A    I would not be paid until the full amount went through,

11    correct.

12    Q    So you had every incentive to make sure that Mr. Zendejas

13    paid Mrs. Redman the full 250,000 so you could get your

14    commission?

15              MS. LEONARD:  Objection; argumentative.

16              THE COURT:  Overruled.

17              THE WITNESS:  I don't really understand the

18    question.

19    BY MR. CATANESE:

20    Q    What I'm asking is you wanted the deal to close, right?

21    A    I would like the deal -- yeah, I would like the deal to

22    close, yeah.

23    Q    Of course, because you're gonna get a lot of money if it

24    closed, right?

25    A    Yeah.  I mean, you want to do the business deal, yeah.
```

```
 1   Q    Okay.  Now, remember we're talking about trust?

 2   A    Correct.

 3   Q    Would you -- did you ever form an opinion that you

 4   trusted Mr. Zendejas to deliver his part of the deal, which is

 5   pay for the horse?  Did you ever form an opinion that you were

 6   trusting him to honor his part of the deal?

 7   A    To be honest, I really wasn't sure what was happening,

 8   because we didn't know how the payments were coming.  So

 9   there's a lot of uncertainty.  We really didn't -- Simon

10   didn't even know.  And then Simon would say money's coming,

11   and it didn't come, and then it came in spirts.  So it was

12   very, very, very uncertain.

13   Q    At the end of the day, though, Mr. Zendejas did pay

14   Mrs. Redman 250,000, correct?

15   A    I believe at the end of the month of April, yeah.  But

16   like I said before, we didn't know how it was coming.  It came

17   in sporadic payments.

18   Q    Would you agree that he honored his part of the deal?

19   A    He did.

20   Q    In this transaction involving Mrs. Redman and

21   Mr. Zendejas, did Mr. Zendejas ever do anything that caused

22   you to believe he wasn't a trustworthy person?

23   A    Could you say that one more time, sir?

24   Q    In this transaction involving you, Mr. Nizri,

25   Mrs. Redman, Mr. Zendejas -- this is for Vorst -- did
```

```
 1    Mr. Zendejas ever do anything that caused you to form an

 2    opinion that you felt he wasn't honest?

 3    A    I didn't form any opinion, no.

 4    Q    And did you -- are you aware of anything that ever caused

 5    you concern he wasn't trustworthy?

 6    A    We weren't concerned about the payments.

 7    Q    Other than that, nothing else?

 8    A    No, not at all.

 9    Q    And you're concerned about the payments because you

10    wanted to get paid, right?

11    A    No, because they were coming in sporadically and we

12    didn't know the timeframe.  So it's a delicate situation when

13    you receive part money and then you have the horse.  You just

14    don't know what's -- you just don't know.

15              MR. CATANESE:  Bear with me, Your Honor.  Just going

16    through my outline.

17              Your Honor, I'd like to publish for the jury

18    exhibit 30 in plaintiff's exhibits, exhibit 30.

19              THE COURT:  Any objection?

20              MS. CORTVRIEND:  No objection, Your Honor.

21              MS. LEONARD:  No objection.

22              THE COURT:  Admitted without objection.

23         (Plaintiff's Exhibit No. 30 entered into evidence.)

24              MR. CATANESE:  Thank you, Your Honor.

25    BY MR. CATANESE:
```

```
1    Q    Mr. Syquia, I'd like you to please take a look at this
2    exhibit.  It's on the screen.
3    A    Yes.
4    Q    Okay.  Is this the -- do you recognize this to be a check
5    from Mrs. Redman to you?
6    A    I do.
7    Q    And it's -- do you recognize that handwriting?
8    A    I do.
9    Q    Whose handwriting is that?
10   A    Mrs. Redman's.
11   Q    And did you receive this check from her on or about
12   April 26 of 2014?
13   A    I would say on or about.  I can't tell you exactly when.
14   Q    Did you receive it by mail, or was it hand delivered to
15   you?
16   A    I'm going to say mail, but I'm not a hundred percent
17   sure.
18   Q    Now, at the bottom, there's some language there, it says
19   "commission on sale of Vorst."
20            Do you see that language?
21   A    I do.
22   Q    Does that indicate to you that she was remitting this
23   check to you for the commission related to helping her to sell
24   Vorst?
25   A    Yes.
```

1    Q      Okay.   Now, she also has in here a reference to a company

2    called Eurasia, Inc.  Do you know anything about that?

3    A      Yes.  That's my business.

4    Q      Okay.  Does anybody else own any part of that?

5    A      No.

6    Q      Do you know why she made out the check to you

7    individually but also to what appears to be your corporation?

8    A      Because part of this check was to pay for the discounted

9    services that I gave her, a prior agreement.  That's why I got

10   paid the 15 percent instead of the 10 percent.  She was giving

11   me an additional 5 percent to compensate my business for

12   giving her the discounted services.

13           It's because she had six horses with me.  If I

14   charged her ala carte for every service, the bills would be

15   exorbitant.  I said let's counteract it, because the horses

16   were for sale, pay me 15 percent on the sale of all the

17   horses, and then I have a chance to recoup these training

18   fees.

19   Q      And I think is it your testimony that your agreement with

20   Mrs. Redman was you would be paid 15 percent commission on the

21   sale of Vorst?

22   A      It was a 15 percent commission, correct, but 5 percent of

23   that was slated towards paying me back for my discounted

24   services, so . . .

25   Q      Are you saying that it really wasn't 15 percent, but it

```
1    was really 10 percent for the sale and then another 5 percent
2    for stuff you did for her earlier?
3    A    Well, that was our agreement.  That's why it was a 15
4    percent payment.  I don't know if you're -- explaining it
5    correctly.
6    Q    Let me break this down, because I want to make sure I
7    understand it.
8             Are you testifying that you and Mrs. Redman agreed
9    you would be paid a 10 percent sales commission regarding the
10   work you did to assist her in the sale of Vorst to
11   Mr. Zendejas?
12   A    No, it was -- this agreement spanned all of our sales.
13   The agreement was that instead of doing 10 percent, we would
14   do 15 percent on a sale of -- or lease of any of her horses,
15   with the additional, you know, the additional 5 percent on top
16   of the 10, making 15 total, was paid to me, because it was
17   compensating me for the discounted training services that I
18   provided.
19   Q    But -- okay.  But you still got 15 percent.
20   A    I got 15 percent, yeah.
21   Q    Okay.  All right.  Okay.  After the prepurchase
22   examination -- I'm just going to shift gears.
23            THE COURT:  Well, if you're going to shift gears --
24            MR. CATANESE:  I am, Your Honor.
25            THE COURT:  -- we're going to need to recess, then.
```

```
 1    We will finish that tomorrow.
 2              MR. CATANESE:  Thank you, Your Honor.
 3              THE COURT:  Ladies and gentlemen, thank you again
 4    for your cooperation.  We're going to recess for the evening.
 5    Don't discuss the case, don't form any opinions, leave your
 6    notes, and we'll see you tomorrow at 9:00 o'clock.
 7              Thank you.  Have a nice evening.
 8         (The jury exits the courtroom.)
 9              THE COURT:  All right.  You can step down, sir.
10    Don't discuss your testimony during the recess, and we'll see
11    you tomorrow at 9:00 o'clock, and we should be able to get you
12    out of here.
13              THE WITNESS:  I appreciate it.  Thank you, sir.
14              THE COURT:  All right.  Anything else we need to
15    talk about?  Where are we on the deposition transcripts,
16    objections?  I presume we're going to finish with this
17    witness, we're going to put Mrs. Redman back on to do her
18    cross-examination, and then sometime tomorrow we're going to
19    get to another witness, I presume.
20              MR. HART:  Hope so.
21              THE COURT:  So is it going to be a deposition?
22              MR. CATANESE:  I mean, I think we're probably going
23    to get to Mr. Nizri's deposition tomorrow, I would think.
24              MR. HART:  By deposition.
25              MR. CATANESE:  By deposition.  And then probably
```

```
 1   somebody after him.
 2              THE COURT:  But I'm worried about the objections to
 3   the deposition and making rulings.  I need to have them so I
 4   can decide.
 5              MR. HART:  Your Honor, we'll try -- when do you need
 6   them by.
 7              THE COURT:  The sooner the better.  I mean, I don't
 8   want to, in the middle of trial tomorrow, have to be going
 9   through a lengthy deposition and figuring out objections.
10              MR. HART:  Your Honor, they were filed, but we need
11   to narrow them down.  There are just too many of them.  I'll
12   get with Mr. Catanese this evening, and hopefully what we'll
13   be able to present to you tomorrow before Mr. Nizri's depo
14   will be a much reduced list of objections.
15              MR. CATANESE:  Also, Your Honor, I think -- because
16   we're moving along -- I may be way faster with Mr. Syquia than
17   I thought.
18              THE COURT:  Can we go off the record on this?
19              MR. HART:  Yes, Your Honor.
20              MR. CATANESE:  Yes, we can.
21              THE COURT:  So we don't have the court reporter
22   having to keep going.  He's been going for quite a while.
23        (The evening recess was taken at 5:03 p.m.)
24                         *  *  *  *  *
25
```

```
 1                        *  *  *  *  *

 2                        I-N-D-E-X

 3    Testimony of Eugenie H. Redman

 4         Direct Examination by Mr. Catanese          7

 5    Testimony of Colin Syquia

 6         Direct Examination by Mr. Catanese        175

 7                        *  *  *  *  *

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                          *  *  *  *  *

 2                       E-X-H-I-B-I-T-S

 3   Plaintiff's Exhibits in Evidence:

 4            Plaintiff's Exhibit 17              66

 5            Plaintiff's Exhibit 12             128

 6            Plaintiff's Exhibit 13             130

 7            Plaintiff's Exhibit 15             132

 8            Plaintiff's Exhibit 16 (In part)   144

 9            Plaintiff's Exhibit 27             148

10            Plaintiff's Exhibit 28             156

11            Plaintiff's Exhibit 59             170

12            Plaintiff's Exhibit 30             262

13                          *  *  *  *  *

14                        CERTIFICATE

15       I, Stephen W. Franklin, Registered Merit Reporter, and

16   Certified Realtime Reporter, certify that the foregoing is a

17   correct transcript from the record of proceedings in the

18   above-entitled matter.

19       Dated this 9th day of AUGUST, 2017.

20

21       /s/Stephen W. Franklin
         _____
22       Stephen W. Franklin, RMR, CRR

23

24

25
```

WITNESS NAME                                    January 15, 2014 BY MR. CATANESE

BY MR. CATANESE:
**[61]** 7/4 15/16 16/2 16/7
17/19 25/21 28/11 28/19
42/1 43/4 43/18 54/13
58/12 68/4 79/2 84/10
87/19 88/12 92/24 95/13
103/25 105/12 120/3
128/23 130/25 133/1
137/19 138/16 139/10
142/22 143/11 144/24
148/2 156/25 157/4
157/19 160/7 161/17
162/15 170/3 175/19
177/13 187/20 192/20
197/9 197/22 211/9
219/10 220/14 220/20
221/19 226/1 235/6
241/21 250/8 253/9
256/24 258/7 259/11
260/18 262/24
COURT REPORTER:
**[1]** 15/25
MR. CATANESE:
**[116]** 3/4 3/18 4/10 4/17
4/25 5/7 5/13 5/15 5/18
5/22 5/24 6/1 6/11 6/23
7/2 16/1 25/20 28/14
28/18 41/14 41/18 41/21
42/19 42/22 43/1 43/14
53/24 54/3 54/6 66/11
66/21 66/24 67/4 67/11
78/16 78/19 78/22 78/25
84/6 84/9 87/10 87/14
87/16 88/6 92/18 92/23
105/6 105/10 117/15
117/20 117/24 118/6
118/20 118/23 119/5
119/10 119/13 119/20
120/2 128/10 130/16
130/23 132/18 132/24
137/18 138/15 140/24
141/13 141/23 142/2
142/13 142/16 142/19
143/6 143/10 143/23
144/7 144/18 144/23
147/19 148/1 156/17
156/24 157/2 160/2
161/9 161/13 161/16
162/10 169/19 170/2
172/7 174/1 174/24
175/6 175/17 177/12
187/19 197/8 235/3
235/5 241/11 241/15
241/18 241/20 250/6
253/8 259/10 262/14
262/23 265/23 266/1
266/21 266/24 267/14
267/19
MR. CHAPMAN: **[3]**
3/11 3/16 141/16
MR. HART: **[26]** 3/25
6/2 28/8 66/15 66/18
78/24 84/2 84/4 88/4
128/15 130/19 132/20
137/12 137/14 139/3

141/5 142/7 142/10
144/1 235/2 259/7
266/19 266/23 267/4
267/9 267/18
MS. CORTVRIEND:
**[9]** 141/8 141/18 141/25
142/9 147/22 156/20
169/23 241/16 262/19
MS. LEONARD: **[28]**
118/7 118/10 118/18
128/16 130/20 132/21
137/16 138/12 147/23
156/21 169/24 187/14
187/16 192/17 197/5
197/7 211/6 219/7
220/12 220/16 221/11
241/14 253/5 256/22
258/4 258/6 260/14
262/20
THE COURT: **[162]**
3/1 3/10 3/14 3/24 4/7
4/13 4/22 5/6 5/9 5/14
5/17 5/21 5/23 5/25 6/3
6/6 6/13 6/16 6/22 7/1
15/12 15/15 16/5 17/2
17/5 25/17 28/10 28/16
41/17 41/20 42/21 42/24
54/1 54/5 58/3 58/8
66/14 66/17 66/19 66/22
66/25 67/6 67/10 67/14
67/19 67/21 67/23 68/3
78/18 78/21 78/23 84/3
84/7 87/12 88/9 92/17
92/19 92/22 95/8 95/11
103/10 105/8 117/13
117/16 117/23 118/1
118/5 118/9 118/16
118/19 118/21 119/2
119/6 119/11 119/14
119/17 119/20 119/22
119/24 128/13 128/17
128/19 130/18 130/21
132/22 137/13 137/15
138/14 139/4 139/7
141/1 141/3 141/10
141/12 141/17 142/1
142/4 142/12 142/14
142/18 143/8 143/24
144/4 144/10 144/20
147/24 156/19 156/22
157/13 160/4 161/4
161/8 161/11 161/15
162/6 162/8 162/11
169/22 169/25 172/10
174/2 174/14 174/18
174/22 174/25 175/2
175/9 175/11 175/15
177/10 187/15 187/17
192/19 197/6 197/20
211/7 219/8 220/13
220/17 221/12 235/4
241/13 241/17 241/19
250/7 253/7 256/23
258/5 259/9 260/15
262/18 262/21 265/22
265/24 266/2 266/8

266/17 266/20 267/1
267/6 267/17 267/20
THE WITNESS: **[48]**
6/20 15/14 17/4 17/6
25/19 28/15 41/24 42/23
43/17 54/9 58/6 58/10
67/9 67/18 67/20 68/2
84/5 87/15 88/8 88/11
92/21 95/10 95/12
103/12 105/9 118/4
119/21 128/21 139/5
139/9 141/2 141/4
144/15 157/15 160/5
161/6 162/7 162/13
172/14 174/17 175/14
197/21 211/8 219/9
220/19 221/18 260/11
266/12

$
**$10,000 [7]** 79/17 79/22
80/6 140/4 140/8 258/16
258/19
**$200,000 [4]** 81/16
101/20 102/2 102/9
**$225,000 [2]** 238/17
242/23
**$25,000 [10]** 152/24
154/13 155/9 161/25
163/2 237/18 238/1
238/4 238/22 240/10
**$250,000 [12]** 66/10
76/2 81/20 82/1 151/25
238/7 238/9 238/22
239/20 242/19 243/6
243/8
**$260,000 [1]** 139/20
**$33,500 [1]** 155/5
**$33,750 [2]** 151/23
259/23
**$40 [2]** 81/21 162/4
**$40,000 [3]** 80/18 80/20
258/22
**$50,000 [3]** 81/6 259/3
259/14
**$500 [1]** 184/15
**$9960 [3]** 79/17 80/9
81/22

'
**'til [2]** 78/5 118/15

-
**-and [4]** 2/4 2/7 2/13
2/19
**-v [1]** 1/5

/
**/s/Stephen [1]** 269/21

0
**0018 [3]** 80/11 160/17
161/15
**0029 [1]** 87/21
**0170 [2]** 106/13 106/13

1
**1.15 meters [1]** 170/23
**1.15-meter [1]** 172/1
**1.25 meters [1]** 126/14
**1.35 [1]** 48/19
**1.40 [1]** 48/20
**1.5 meters [1]** 172/5
**1/15 [1]** 178/24
**10 [7]** 110/22 122/8
152/9 152/10 228/13
228/20 265/16
**10 percent [10]** 152/15
153/5 238/8 238/10
238/21 239/21 264/10
265/1 265/9 265/13
**10,000 [5]** 42/14 80/9
139/16 139/25 259/19
**107 [1]** 2/6
**10:35 [1]** 67/13
**10:52 [1]** 67/13
**10th [2]** 216/9 231/18
**1100 [2]** 2/18 2/21
**11th [1]** 49/16
**12 [13]** 10/21 11/12 13/3
13/11 79/18 128/12
128/15 128/19 131/16
131/21 246/3 246/5
269/5
**1200 [2]** 2/12 2/15
**1200 pounds [2]** 195/18
195/25
**12008 [1]** 2/6
**128 [1]** 269/5
**12:04 [1]** 119/16
**13 [4]** 130/18 130/23
143/19 269/6
**130 [1]** 269/6
**132 [1]** 269/7
**135 [2]** 39/1 47/17
**135,000 [5]** 34/14 34/16
39/4 39/7 42/12
**14 [3]** 99/23 199/21
251/7
**144 [1]** 269/8
**148 [1]** 269/9
**14th [1]** 96/19
**15 [13]** 67/4 67/11
119/10 130/11 131/4
132/20 132/24 174/13
174/20 178/24 265/3
265/16 269/7
**15 percent [11]** 151/25
152/8 259/24 264/10
264/16 264/20 264/22
264/25 265/14 265/19
265/20
**15-81229-CIV-KAM [1]**
1/2
**15-minute [1]** 67/2
174/11
**150 [1]** 201/12
**154 [1]** 156/24
**156 [1]** 269/10
**15th [2]** 97/3 259/17
**16 [9]** 141/1 141/2 141/6
142/21 144/1 144/14

145/2 194/14 269/8
**16-1 [1]** 194/14
**16-year-old [1]** 122/19
**17 [12]** 66/14 66/21
78/16 145/15 146/23
159/25 160/16 161/6
161/10 161/12 161/15
269/4
**170 [1]** 269/11
**175 [1]** 268/6
**18 [7]** 80/10 161/2
161/12 161/14 162/3
162/3 162/3
**1948 [2]** 16/20 17/12
**1951 [2]** 17/12 17/12
**19th [1]** 125/6
**1:15 [1]** 117/19
**1:21 [1]** 119/16
**1st [3]** 48/16 199/22
253/18

2
**20 [4]** 119/9 121/20
203/11 226/19
**20 percent [1]** 152/10
**20' [1]** 22/17
**20-plus [2]** 22/18 185/4
**200,000 [4]** 77/20 83/5
139/17 162/4
**2000 [1]** 203/5
**2011 [13]** 9/23 10/1
11/18 24/25 31/14 34/8
41/25 42/10 95/18
120/22 182/3 182/9
183/18
**2012 [23]** 34/8 34/18
38/2 38/3 38/7 42/1
42/11 42/13 123/17
124/4 124/4 124/11
124/17 124/19 125/7
182/17 182/19 183/6
183/17 185/9 185/22
208/23 213/15
**2013 [20]** 34/19 38/3
38/9 41/7 42/8 42/13
43/10 43/21 109/12
109/12 128/5 128/13
130/10 130/11 131/14
132/17 133/4 145/15
146/23 205/10
**2014 [89]** 9/25 10/1
27/24 31/15 38/9 41/9
42/8 43/10 43/21 48/9
81/5 81/13 81/24 82/4
82/5 82/8 82/8 82/21
83/2 83/4 83/14 84/12
84/16 85/10 86/11 87/9
88/3 88/16 88/21 89/3
89/22 90/6 90/16 91/5
93/11 94/1 94/6 96/14
96/19 97/13 97/17 97/25
99/20 99/24 100/9 101/3
101/19 102/9 109/13
151/6 163/11 169/8
181/19 181/21 181/22
182/4 199/22 200/10

**2**

**2014...** [31] 201/22
201/24 202/6 202/23
202/25 202/25 203/5
203/20 209/2 214/19
216/9 224/2 227/25
228/5 228/13 228/15
228/20 230/3 230/9
231/19 232/1 233/10
233/16 235/9 236/7
254/18 254/18 258/25
259/13 259/17 263/12
**2015** [4] 171/2 171/22
171/22 171/23
**2017** [2] 1/8 269/19
**20s** [1] 22/17
**20th** [2] 49/17 49/17
**21** [1] 22/19
**213** [2] 2/3 2/9
**225,000** [4] 243/5
243/10 243/17 243/21
**23** [1] 83/4
**23rd** [8] 81/13 81/24
82/5 82/8 83/8 86/25
102/9 163/6
**24** [4] 10/1 83/4 151/6
236/7
**24th** [5] 77/21 163/11
163/22 228/16 228/18
**25** [4] 198/17 198/21
203/12 228/15
**25,000** [10] 149/14
152/12 162/8 162/23
238/18 240/13 241/3
243/8 243/11 243/21
**250** [2] 81/22 238/20
**250,000** [9] 39/4 40/15
42/12 42/13 47/17 156/3
258/13 260/13 261/14
**25th** [5] 132/17 133/4
161/21 162/23 228/18
**26** [1] 263/12
**262** [1] 269/12
**27** [5] 147/22 148/1
148/7 244/13 269/9
**28** [7] 156/19 157/3
157/24 241/13 241/23
244/22 269/10
**29** [7] 34/7 34/8 34/18
34/19 42/1 42/10 42/11
**298** [1] 1/10
**29th** [1] 41/25
**2:45** [1] 174/21
**2nd** [8] 48/16 202/2
202/6 202/23 202/25
203/4 203/5 253/18

**3**

**3/1/14** [1] 199/21
**3/2/14** [1] 251/7
**30** [10] 18/3 18/5 200/23
200/24 202/10 203/11
262/18 262/18 262/23
269/12
**301** [2] 42/16 43/3
**302** [2] 42/16 43/4

**31255** [2] 2/3 2/9
**33,750** [2] 149/14 260/2
**33401** [5] 1/19 2/13 2/16
2/19 2/22
**33414** [1] 2/7
**35** [1] 36/4
**3768** [1] 1/18
**3:03** [1] 174/21
**3rd** [6] 80/17 81/5 82/4
82/8 83/1 83/7

**4**

**4/24/2014** [1] 9/25
**40** [11] 48/20 109/14
111/21 111/22 114/20
126/11 186/1 190/4
190/11 190/22 191/14
**40,000** [3] 81/13 139/17
162/4
**40-minute** [2] 190/8
190/21
**42** [1] 11/11

**5**

**5 percent** [6] 239/7
239/14 264/11 264/22
265/1 265/15
**50** [7] 18/1 48/18 48/21
51/16 109/15 149/15
173/16
**50,000** [2] 83/2 169/1
**500** [2] 149/15 184/3
**51** [1] 48/21
**514-3768** [1] 1/18
**525** [4] 2/12 2/15 2/18
2/21
**561** [1] 1/18
**59** [5] 169/19 169/22
170/2 170/6 269/11
**5:00 p.m** [1] 118/13
**5:03** [1] 267/23

**6**

**60** [1] 111/22
**60/40** [2] 111/21 114/20
**64 inches** [2] 194/21
195/2
**65** [5] 134/6 245/24
246/4 246/8 246/10
**65 inches** [1] 194/15
**66** [1] 269/4
**67** [2] 135/23 135/25
**68** [2] 134/6 135/25

**7**

**701** [1] 1/18
**75** [1] 117/11

**8**

**8/17/13** [1] 143/19
**80** [5] 13/5 13/7 13/9
49/14 49/17
**80 percent** [3] 89/18
230/6 230/11

**9**

**91362** [2] 2/4 2/10

**99 percent** [1] 218/12
**9950** [2] 258/17 259/19
**9:00 o'clock** [2] 266/6
266/11
**9th** [16] 83/14 84/12
84/16 85/21 96/2 97/8
98/17 99/20 100/9
102/19 230/3 230/12
231/18 231/22 232/1
269/19

**A**

**a.m** [2] 67/13 67/13
**ability** [7] 27/20 99/21
100/1 176/8 176/12
178/2 248/6
**able** [18] 4/6 7/15 7/19
7/22 8/12 15/21 36/6
46/5 46/20 48/8 165/15
173/20 173/23 176/5
176/11 208/12 266/11
267/13
**above** [5] 26/17 70/13
172/5 195/24 269/18
**above-entitled** [1]
269/18
**abreast** [1] 180/7
**absence** [1] 65/1
**absolutely** [5] 166/20
168/21 169/12 180/1
235/17
**abused** [1] 14/6
**abusive** [1] 129/15
**accept** [6] 37/18 40/10
58/12 237/3 237/24
237/24
**acceptable** [1] 65/3
**accepted** [3] 101/20
155/18 156/9
**according** [2] 84/17
258/17
**account** [3] 79/10 80/14
140/22
**accountant** [1] 149/9
**accurate** [1] 228/17
**accurately** [4] 216/11
230/4 245/8 245/12
**aches** [1] 117/5
**achieve** [2] 36/6 112/18
**acknowledge** [4] 27/19
71/16 81/19 139/16
**acknowledging** [4]
43/20 73/7 191/1 223/24
**acknowledgment** [1]
238/25
**acquire** [1] 9/20
**acquired** [2] 214/19
236/5
**acquisition** [1] 122/5
**across** [2] 146/11 217/3
**act** [2] 46/7 91/7
**acted** [1] 45/24
**actively** [1] 249/12
**activity** [1] 120/19
**actual** [4] 160/10 160/22
237/10 246/8

**actually** [24] 5/1 13/9
19/25 38/7 109/8 110/8
114/1 123/24 139/19
144/16 161/14 177/6
178/21 189/14 194/7
201/11 212/2 217/25
218/15 223/3 223/3
226/12 251/6 256/2
**acupuncture** [14] 22/25
23/5 23/15 24/20 25/5
35/15 48/6 52/14 108/23
147/2 212/23 213/12
214/22 215/14
**added** [2] 149/8 215/8
**additional** [4] 251/11
264/11 265/15 265/15
**address** [2] 233/11
234/12
**addresses** [1] 234/11
**adjusted** [1] 215/18
**adjustment** [1] 213/5
**admit** [1] 78/7
**admitted** [14] 66/20
78/20 78/22 78/24
128/18 130/22 132/23
144/6 144/7 144/21
147/25 156/23 170/1
262/22
**admitting** [2] 43/22
73/25
**admonition** [2] 117/22
117/23
**advise** [2] 56/11 164/25
**advised** [1] 69/13
**advising** [1] 155/13
**affect** [3] 100/1 100/4
176/7
**affected** [1] 99/21
**affirmation** [1] 156/14
**affirming** [2] 25/1 53/3
**after** [73] 14/11 16/20
17/7 22/15 30/24 51/24
53/18 61/3 61/4 66/7
67/13 68/6 71/21 72/3
72/13 72/21 73/8 73/25
74/10 75/8 75/17 76/14
76/19 77/8 78/3 86/4
87/5 87/7 91/10 91/16
93/13 96/4 99/7 99/25
100/25 102/10 118/23
119/16 120/19 120/24
121/3 121/3 147/3 151/3
152/20 155/10 155/11
157/25 163/25 165/16
167/4 167/10 171/16
173/2 174/10 174/21
183/7 185/10 186/8
190/15 201/24 203/4
213/3 222/14 223/20
226/25 233/21 250/11
251/6 258/21 259/15
265/21 267/1
**afternoon** [3] 175/21
216/13 230/23
**afterwards** [1] 92/4
**again** [84] 6/8 15/9

15/24 16/21 21/12 27/13
28/7 28/16 30/6 31/13
35/10 38/2 38/8 40/7
54/22 60/8 61/4 61/6
64/19 71/11 71/15 72/10
78/7 82/7 83/1 93/5 95/9
100/17 102/6 103/11
106/2 107/4 110/13
116/18 118/3 119/8
119/13 128/20 129/17
132/17 135/20 138/13
145/2 157/14 158/21
159/22 162/19 174/16
177/3 179/15 179/16
188/20 190/6 190/10
190/19 191/13 195/19
197/14 198/19 202/1
202/3 202/7 202/10
203/4 203/8 204/9 205/5
210/7 212/5 213/9
213/22 214/11 215/12
222/13 222/22 223/14
223/24 231/8 238/12
239/18 249/13 252/20
259/23 266/3
**against** [5] 49/14 134/10
171/21 208/20 221/17
**age** [1] 198/13
**agent** [19] 31/6 44/10
45/24 46/7 46/22 47/2
47/13 54/12 116/25
150/13 151/20 154/23
238/13 238/14 238/15
240/3 240/13 241/7
242/7
**aggressive** [1] 201/9
**ago** [3] 163/10 185/4
185/4
**agree** [27] 20/13 29/18
29/22 30/2 46/22 53/5
53/9 63/23 64/23 68/20
68/22 69/16 80/6 91/4
115/1 116/25 151/23
189/12 189/15 189/20
208/1 210/22 236/10
240/2 244/23 246/21
261/18
**agreed** [7] 66/11 85/10
156/6 168/19 180/11
242/23 265/8
**agreeing** [3] 25/9 80/25
152/23
**agreement** [23] 3/22
86/17 91/6 103/17
111/20 111/22 112/14
112/14 114/7 114/10
114/20 114/24 115/5
152/2 152/4 152/4
166/18 250/5 264/9
264/19 265/3 265/12
265/13
**agreements** [1] 112/3
**agrees** [1] 4/24
**ahead** [6] 45/22 92/20
128/10 142/11 186/11
237/4

**A**

**ailment [2]** 7/21 176/8
**airplane [2]** 165/20 165/21
**akin [1]** 213/6
**AL [1]** 1/6
**ala [1]** 264/14
**ALEJANDRO [2]** 1/3 175/8
**alerted [1]** 30/15
**allegations [1]** 98/7
**alleged [2]** 71/19 73/5
**allotted [1]** 190/12
**allow [2]** 21/14 118/25
**allowed [3]** 131/18 131/19
**almost [2]** 190/19 231/9
**along [6]** 3/13 17/13 38/12 52/8 94/23 267/16
**already [7]** 20/5 24/24 78/22 81/6 150/17 241/17 251/25
**also [51]** 1/20 8/3 8/6 12/18 12/21 14/5 14/20 15/4 21/12 25/16 26/1 26/21 30/2 32/7 32/8 33/8 36/23 36/24 38/18 48/2 52/20 60/3 62/13 70/14 73/11 74/14 77/8 80/14 81/11 93/2 93/3 102/13 114/7 121/15 124/19 134/25 150/25 165/11 177/9 177/15 197/8 208/18 224/11 224/14 243/19 244/19 248/10 255/11 264/1 264/7 267/15
**alternate [1]** 121/5
**although [1]** 152/9
**always [11]** 21/6 24/9 25/16 52/6 68/8 97/3 104/8 147/19 158/12 214/17 251/16
**am [10]** 58/15 65/14 84/22 116/7 208/8 218/9 218/25 223/25 255/10 265/24
**amazing [1]** 247/20
**ambitions [1]** 111/16
**America [2]** 140/12 140/23
**American [4]** 31/11 31/20 38/11 41/1
**amongst [1]** 187/25
**amount [9]** 34/10 34/11 36/2 40/2 40/19 42/12 243/7 243/12 260/10
**Ana [1]** 1/20
**analysis [1]** 104/6
**and 2 [1]** 109/15
**angry [1]** 116/10
**animal [5]** 10/17 23/8 173/18 191/10 249/13
**animals [6]** 17/16 24/8 46/14 52/4 52/7 52/7
**ankle [2]** 86/20 196/22

**another [16]** 3/8 3/17 37/8 38/3 63/9 103/5 130/11 132/7 165/14 165/15 167/20 242/8 251/13 253/8 265/1 266/19
**answer [26]** 5/12 14/14 15/22 28/18 53/8 55/13 63/14 65/19 75/12 84/8 116/24 138/5 139/9 140/20 180/14 187/19 188/1 192/6 210/2 210/10 210/16 211/8 220/19 249/25 250/1 250/14
**answered [4]** 28/9 70/3 207/24 211/7
**answering [4]** 15/14 58/6 67/18 179/3
**answers [1]** 188/25
**antibiotic [4]** 60/4 70/16 70/18 94/19
**anticipate [2]** 4/18 4/20
**anticipating [1]** 191/5
**anxious [1]** 149/1
**any [196]** 4/6 4/12 7/18 7/21 9/6 12/4 12/23 13/20 14/7 15/4 19/7 19/15 19/19 20/3 20/5 20/6 21/3 21/3 22/10 27/7 30/13 31/23 32/17 34/2 35/4 35/17 36/7 36/8 36/12 40/1 44/20 47/7 49/23 50/14 50/18 53/13 53/20 54/24 55/13 56/6 56/22 57/22 58/19 59/8 59/8 64/21 65/3 66/15 67/3 69/4 69/7 69/17 69/19 69/25 70/2 71/23 71/25 72/7 72/11 72/20 72/24 74/21 75/3 77/4 78/10 78/21 85/24 91/3 93/15 95/3 97/7 97/15 97/19 97/22 98/5 98/20 103/24 105/1 106/22 106/23 106/23 107/3 107/13 107/22 107/22 107/25 107/25 108/1 108/14 108/15 108/17 109/4 117/4 117/18 118/13 120/9 120/11 120/14 120/15 121/10 122/4 123/17 124/3 124/3 128/14 130/4 130/19 131/16 131/17 136/24 137/5 137/9 138/12 140/20 141/2 143/14 148/7 151/10 152/7 156/13 156/20 158/7 158/23 159/5 159/5 159/11 165/1 166/17 167/8 167/9 169/23 171/20 173/23 174/12 178/8 178/15 179/6 179/17 183/15 186/9 186/15

**186 [7]** 186/7 187/11 187/14 187/22 188/6 188/25 191/15 196/18 202/19 203/22 209/16 210/7 212/17 214/6 217/8 217/24 218/7 218/21 219/1 220/1 220/1 220/10 221/21 222/2 222/5 222/6 222/9 223/6 223/7 223/17 225/10 227/6 227/6 227/18 230/21 232/20 233/7 234/1 234/4 235/18 240/20 248/12 248/13 249/22 253/18 253/22 254/7 255/22 256/2 262/3 262/19 264/4 265/14 266/5
**anybody [5]** 21/14 71/20 195/12 249/10 264/4
**anymore [3]** 109/24 191/3 196/23
**anyone [4]** 107/16 118/3 163/21 174/16
**anything [75]** 5/3 6/1 15/4 17/18 37/6 38/21 39/18 45/5 52/7 52/10 52/24 61/10 64/5 65/7 65/11 65/22 66/2 69/5 70/6 73/3 85/19 85/22 86/18 86/22 89/12 98/24 99/2 99/9 99/11 99/14 101/22 108/6 108/15 108/22 109/10 140/18 144/12 155/12 176/7 179/13 184/7 186/9 187/5 187/6 201/13 202/15 202/19 209/9 209/12 209/15 210/4 214/4 214/17 221/2 221/4 221/13 221/15 223/6 234/2 234/2 238/23 240/20 240/22 247/6 253/12 254/14 255/25 256/19 256/20 256/21 261/21 262/1 262/4 264/2 266/14
**anytime [1]** 51/3
**Anyway [3]** 59/22 70/13 124/1
**anywhere [5]** 30/20 30/20 88/23 219/6 248/5
**aol.com [1]** 1/19
**apologies [2]** 79/2 88/7
**apologize [6]** 28/16 57/25 67/19 71/14 92/19 161/11
**apology [1]** 58/12
**appear [1]** 242/5
**Appearances [2]** 1/15 2/1
**appears [4]** 80/8 80/8 148/10 264/7
**application [5]** 33/1 33/8 33/10 34/23 44/21
**applied [1]** 32/19

**appreciate [4]** 21/7 57/23 68/16 266/13
**approach [7]** 6/25 41/20 42/20 54/5 105/7 142/17 160/3
**approached [1]** 239/18
**appropriate [3]** 107/8 113/8 130/2
**approve [3]** 52/25 53/6 53/10
**approximately [4]** 81/6 245/24 246/9 246/12
**April [86]** 10/1 12/14 27/24 31/15 77/21 80/17 81/5 81/13 81/24 82/4 82/5 82/8 82/8 83/1 83/4 83/4 83/7 83/8 83/14 84/12 84/16 85/10 85/21 86/12 86/25 87/9 88/3 88/15 88/20 89/3 89/22 90/6 90/16 91/5 93/10 93/20 94/1 94/6 96/2 96/14 96/19 97/3 97/8 97/13 97/17 97/25 99/20 99/23 99/24 100/9 101/3 101/18 102/9 102/19 115/16 161/21 162/23 163/6 163/11 165/9 182/4 209/2 214/19 224/2 227/25 228/5 228/15 230/3 230/9 231/18 231/21 232/22 232/1 233/10 233/15 235/9 235/10 236/7 254/18 258/23 258/25 259/12 259/17 261/15 263/12
**April 10th [1]** 231/18
**April 14 [1]** 99/23
**April 14th [1]** 96/19
**April 15th [2]** 97/3 259/17
**April 2014 [3]** 209/2 254/18 258/25
**April 23 [1]** 83/4
**April 23rd [7]** 81/13 81/24 82/5 82/8 83/8 102/9 163/6
**April 24 [4]** 10/1 83/4 151/6 236/7
**April 24th [1]** 163/11
**April 25 [1]** 228/15
**April 25th [2]** 161/21 162/23
**April 26 [1]** 263/12
**April 3rd [5]** 80/17 81/5 82/4 82/8 83/1 83/7
**April 9 [25]** 85/10 87/9 88/3 88/15 88/20 89/3 89/22 90/6 90/16 91/5 93/10 93/20 94/1 94/6 96/14 97/13 97/17 97/25 99/24 101/3 101/18 230/9 233/10 233/15 235/9
**April 9th [14]** 83/14

**84/12** 84/16 85/21 96/2 97/8 98/17 99/20 100/9 102/19 230/3 231/18 231/22 232/1
**area [10]** 26/12 27/16 50/1 69/24 70/1 70/15 89/13 101/16 109/4 252/3
**areas [3]** 27/19 108/12 237/20
**aren't [6]** 14/6 62/9 70/24 135/18 147/11 226/12
**arena [1]** 251/7
**argued [1]** 49/6
**argumentative [4]** 28/10 84/5 256/23 260/15
**arm [1]** 195/7
**around [18]** 26/12 40/10 62/15 62/17 79/6 92/3 131/16 135/1 165/21 204/21 205/21 206/14 208/7 223/7 224/8 231/2 236/7 259/2
**arrange [1]** 227/24
**arthritis [2]** 23/24 117/9
**ask [107]** 8/2 8/5 9/9 15/9 15/23 18/22 19/10 20/17 21/3 23/22 28/6 28/7 28/17 31/13 33/12 34/22 35/4 35/11 37/8 39/6 42/6 42/25 47/20 49/20 55/4 55/14 56/2 56/23 61/17 64/18 64/24 68/10 69/19 69/19 69/20 69/25 70/2 75/7 75/24 77/6 82/3 82/6 93/5 98/2 102/6 102/24 106/22 107/7 107/17 108/4 113/8 113/9 120/11 120/18 126/13 128/11 138/5 138/6 138/18 141/16 142/3 142/25 143/3 143/7 144/3 145/21 155/3 158/20 163/23 171/19 171/20 176/4 176/18 176/21 178/4 178/8 178/11 181/5 184/23 188/14 188/17 192/22 204/3 204/3 204/4 205/6 206/24 210/9 210/9 217/16 221/15 222/22 226/24 227/5 232/16 244/7 245/20 246/25 247/6 247/8 250/21 250/22 253/8 258/12 259/13 259/16 259/17
**asked [77]** 3/7 20/22 28/1 28/9 28/14 30/8 30/12 30/17 32/23 33/11 35/9 35/16 35/20 44/3 47/7 48/1 48/2 51/9 51/11 52/7 55/17 64/4 64/4 64/24 66/3 66/4 69/5 69/19 70/3 70/11

**A**

**asked... [47]** 72/2 76/17
77/17 82/23 83/18 91/10
91/16 91/20 97/23 101/1
107/2 110/16 120/13
127/11 139/13 150/15
153/25 155/6 186/15
186/19 186/22 186/23
187/11 187/12 188/8
211/3 211/7 211/16
211/17 231/20 231/22
232/6 233/20 242/2
244/6 247/11 249/11
249/21 252/19 253/23
253/25 254/1 254/4
254/5 254/7 254/9
254/10
**asking [38]** 7/10 7/13
8/18 10/4 15/10 15/18
18/22 30/19 53/8 63/13
65/1 65/16 71/13 76/3
76/10 76/15 80/6 107/1
107/1 127/7 127/14
133/9 138/24 155/14
159/10 167/8 167/9
179/2 179/8 182/12
201/2 201/5 209/25
210/22 232/23 244/1
260/7 260/20
**asks [4]** 16/11 65/6
65/11 239/5
**assist [5]** 104/6 105/4
122/5 217/17 265/10
**assistance [2]** 106/21
152/25
**assistant [1]** 172/25
**assisted [4]** 104/21
104/24 105/20 105/23
**assisting [1]** 44/7
**assists [1]** 184/13
**associate [1]** 129/20
**associated [1]** 106/2
**assume [11]** 21/16 21/20
30/18 33/15 33/20 84/17
93/25 96/23 106/9 107/6
158/13
**assumed [4]** 57/1 77/2
77/5 107/4
**assuming [2]** 4/8 146/4
**assurance [1]** 97/20
**assured [1]** 154/3
**athlete [3]** 27/9 135/22
136/5
**athletes [3]** 27/9 37/14
70/24
**athletic [6]** 10/17 27/12
167/23 167/24 168/1
248/6
**attached [1]** 81/22
**attained [1]** 114/23
**attempting [1]** 164/15
**attend [4]** 125/9 125/10
126/4 130/12
**attention [2]** 124/8
130/10
**attitude [1]** 173/8

**attorney [7]** 86/6 178/9
178/12 178/16 179/18
181/10 246/2
**attorney/client [2]** 178/9
178/12
**attractive [1]** 247/19
**August [6]** 1/8 124/16
132/17 133/4 205/10
269/19
**August 25th [2]** 132/17
133/4
**authenticated [1]** 144/4
**authenticity [1]** 141/10
**authority [9]** 46/21
52/22 91/8 100/24
102/16 158/5 180/7
180/19 180/24
**authorization [2]** 148/13
238/21
**authorize [3]** 50/25
55/13 158/1
**authorized [5]** 21/21
236/11 236/20 236/25
242/6
**automatically [1]** 195/2
**availability [1]** 185/13
**available [7]** 52/1 19/14
97/23 124/25 213/23
250/10 252/19
**Avery [1]** 2/5
**aware [46]** 3/24 7/20
20/6 30/13 41/4 46/15
46/23 63/3 63/17 63/24
69/7 71/25 72/7 85/19
97/7 99/11 99/14 99/25
101/18 130/4 137/9
165/6 167/5 180/11
184/14 186/10 186/16
186/24 187/14 193/15
211/7 211/22 214/20
217/24 218/7 218/21
219/18 230/9 230/15
230/16 230/17 232/20
235/8 256/19 258/19
262/4
**away [9]** 15/1 45/17
100/17 117/7 205/23
206/1 234/17 235/1
259/19

**B**

**back [108]** 6/7 23/17
23/19 23/25 25/12 25/16
25/23 26/2 26/19 26/21
27/2 27/2 27/16 27/16
27/25 28/23 29/18 29/24
30/16 32/2 35/15 36/20
37/11 39/14 39/17 41/10
42/17 43/9 43/23 45/11
48/25 48/25 49/1 58/25
59/19 60/14 60/20 61/12
63/18 67/24 83/1 93/14
102/25 106/13 108/12
109/3 109/4 109/23
110/2 110/7 110/9
110/13 115/6 116/4

119/12 120/5 125/21
129/13 131/25 140/10
146/13 146/18 146/24
147/5 147/7 150/16
151/4 159/22 165/11
167/25 168/7 169/11
172/9 172/12 172/13
172/22 173/12 173/24
175/3 179/4 182/25
183/1 183/2 192/1
194/11 194/22 195/10
195/19 195/23 196/11
201/25 202/2 206/14
206/16 206/25 209/10
209/13 211/5 211/9
214/10 214/15 224/11
224/13 224/20 229/20
239/22 264/23 266/17
**backed [1]** 94/22
**backs [1]** 215/17
**backside [1]** 39/21
**backup [1]** 105/1
**bad [11]** 14/7 45/14
115/2 115/10 115/22
117/10 127/13 173/2
173/10 173/10 245/20
**ballpark [1]** 171/23
**bank [9]** 78/15 79/10
80/14 139/25 140/5
140/7 140/10 140/12
140/23
**banking [2]** 66/13
159/21
**bareback [1]** 16/23
**barn [12]** 62/14 90/7
90/10 90/11 90/20
103/15 103/22 114/17
115/14 200/16 202/1
230/18
**barrel [1]** 110/5
**based [13]** 111/2 187/18
227/18
**basically [2]** 222/19
223/10
**basis [13]** 12/6 25/10
33/4 46/18 46/19 52/18
62/18 95/21 108/22
125/1 153/17 155/18
183/10
**bathroom [1]** 206/19
**bay [1]** 247/19
**Beach [13]** 1/7 1/19 2/13
2/16 2/19 2/22 49/25
90/15 153/10 153/12
200/15 216/24 224/5
**bear [25]** 75/1 84/24
85/2 86/10 90/23 98/14
101/19 137/3 248/24
252/2 262/15
**beautifully [1]** 51/18
**became [7]** 49/2 97/6
99/25 167/5 167/11
221/10 230/15
**because [138]** 14/24
22/7 22/19 22/23 23/8
23/16 24/10 27/11 36/3

37/13 38/18 38/21 38/23
39/14 39/20 45/5 45/20
45/22 47/23 47/24 48/6
54/11 54/25 55/4 55/20
56/8 59/25 60/15 61/15
62/1 62/21 63/19 64/24
69/1 70/2 70/14 74/12
75/22 75/25 83/16 84/17
89/5 89/18 91/25 92/4
92/7 96/9 96/10 97/3
97/14 102/6 103/21
105/2 109/23 111/18
113/18 114/1 114/14
114/18 115/5 115/6
115/23 116/4 116/12
116/20 117/10 122/6
123/4 123/23 126/7
126/12 127/21 133/7
134/11 140/23 146/10
148/24 152/14 154/7
154/9 154/13 154/20
163/3 164/19 164/22
166/13 167/21 171/14
172/16 172/20 178/4
179/20 179/22 184/12
188/18 189/5 191/11
191/20 192/9 194/24
203/24 205/25 206/5
210/25 211/1 211/21
213/23 215/12 215/17
221/10 223/7 226/12
230/18 230/20 231/11
231/13 234/5 234/10
239/15 243/6 243/22
249/3 249/7 249/10
249/12 255/1 259/24
260/5 260/23 261/8
262/9 262/11 264/8
264/13 264/15 265/6
265/16 267/15
**become [8]** 23/11 62/8
100/17 121/14 121/16
147/10 164/15 229/14
**becomes [1]** 127/21
**becoming [1]** 187/4
**bees [1]** 16/25
**before [90]** 1/12 4/5 5/3
5/5 15/14 23/11 24/15
27/23 28/21 29/1 29/9
33/13 39/3 41/3 44/2
48/11 52/3 55/10 58/5
60/6 61/25 62/8 65/9
67/2 67/18 68/18 68/24
69/20 76/1 76/5 78/24
91/17 94/8 94/10 101/17
101/20 102/2 102/8
104/7 106/8 107/14
107/20 112/20 113/23
118/23 122/10 132/11
137/6 138/25 142/21
147/10 155/21 158/18
158/19 159/7 164/18
176/4 176/14 178/16
179/1 180/4 181/25
194/8 203/16 214/18
215/1 219/23 220/24

224/18 235/9 235/15
235/19 236/3 236/5
240/10 241/2 241/12
245/5 247/3 247/16
248/1 249/4 249/15
251/1 253/12 254/4
255/22 259/17 261/16
267/13
**began [5]** 16/20 22/22
41/3 116/15 205/15
**begin [1]** 77/23
**beginner [1]** 154/8
**beginning [10]** 87/4
103/1 118/11 121/23
125/24 165/8 165/9
167/13 198/3 252/2
**begun [1]** 170/8
**behalf [1]** 91/7
**behind [3]** 9/13 11/16
206/21
**being [26]** 6/9 7/22
10/11 11/22 41/1 63/7
76/21 76/22 90/7 135/2
135/3 144/6 144/21
165/10 165/20 165/21
178/17 180/14 185/18
191/17 192/5 192/8
194/8 231/20 231/22
249/21
**beings [1]** 73/17
**belief [7]** 72/2 77/6
78/12 104/23 191/14
236/1 257/18
**believe [95]** 3/10 4/11
7/15 8/8 8/12 9/23 29/20
29/21 33/6 34/17 41/8
46/25 47/15 51/25 54/10
55/12 59/12 62/25 63/1
63/2 63/5 65/2 70/13
72/8 72/15 73/21 76/18
87/22 94/1 96/5 96/24
102/12 102/22 111/1
112/22 129/23 130/14
135/5 135/8 136/12
158/25 163/22 176/5
176/11 177/4 177/25
179/7 179/25 180/19
181/19 189/23 190/1
198/20 200/7 202/16
207/8 208/11 208/13
213/9 216/9 216/18
219/10 226/18 227/12
228/16 230/23 232/6
232/25 233/18 233/24
234/14 234/22 235/8
236/18 236/19 236/20
236/25 240/4 240/6
241/13 246/1 249/5
251/8 251/14 254/23
256/17 256/18 257/1
257/2 257/5 257/9 258/9
258/11 261/15 261/22
**believed [4]** 76/23
114/18 115/4 239/19
**belly [2]** 165/20 165/21
**belong [2]** 13/17 13/18

**B**

**belongs [1]** 141/22
**below [1]** 145/7 146/15 171/4
**benefit [2]** 114/21 215/9
**benefited [1]** 154/14
**benefits [1]** 36/8
**besides [1]** 115/13
**best [20]** 7/16 7/19 28/18 34/25 58/14 85/25 102/8 111/18 112/4 112/16 112/17 129/9 176/5 176/9 176/12 177/22 178/2 181/3 190/20 204/25
**better [18]** 14/24 15/21 17/4 17/5 36/6 45/23 47/25 68/6 102/17 109/11 121/15 121/16 121/25 135/16 154/8 215/18 227/13 267/7
**between [13]** 51/6 82/4 82/7 114/19 166/18 166/22 181/22 194/14 198/18 239/3 244/9 244/9 244/24
**beyond [1]** 116/12
**big [19]** 10/19 27/12 36/5 38/23 60/19 61/1 77/25 86/22 100/16 110/5 123/4 125/23 126/1 135/16 136/2 136/3 137/22 173/8 198/6
**bigger [3]** 12/7 153/13 199/15
**bill [37]** 16/10 18/20 60/10 75/19 114/23 124/9 137/10 147/14 147/17 150/4 150/5 150/15 150/20 157/10 157/21 157/23 158/8 158/12 158/23 159/7 159/15 163/10 163/17 164/1 166/22 183/25 240/18 240/20 240/22 242/12 243/1 243/22 244/6 244/22 245/4 245/9 245/12
**billing [1]** 234/12
**bills [5]** 17/9 31/7 95/24 164/8 264/14
**birds [1]** 16/25
**bit [24]** 32/2 59/14 59/19 59/25 70/4 79/6 92/14 103/6 103/20 103/21 103/23 103/25 113/5 116/15 137/10 206/9 206/11 206/20 206/22 207/2 208/6 208/7 240/19 244/21
**black [2]** 54/8 171/14
**bleeds [1]** 173/17
**block [11]** 59/13 59/24 70/9 70/12 70/18 82/25 83/19 93/23 94/14 94/18

144/9
**blood [4]** 70/24 110/5 135/18 136/5
**blue [1]** 65/18
**Blvd [3]** 2/12 2/15 2/18
**board [1]** 152/6
**boarding [2]** 121/11 200/18
**body [2]** 60/1 108/24
**bone [2]** 100/15 100/18
**bones [1]** 215/17
**bonus [2]** 215/13 215/16
**books [1]** 239/8
**both [16]** 6/19 77/18 83/24 84/21 84/21 84/22 86/2 94/25 153/8 153/16 153/17 165/13 167/19 187/8 224/12 234/11
**bothering [3]** 23/23 62/2 208/20
**bottom [4]** 149/4 149/13 171/10 263/18
**bought [50]** 11/18 14/11 17/11 23/4 28/22 29/2 30/24 31/15 31/16 32/4 32/11 44/2 68/24 91/18 103/2 103/7 103/8 103/19 103/20 103/23 104/2 104/7 105/20 107/14 107/20 111/24 112/20 113/4 113/23 115/8 120/19 120/22 120/24 121/3 121/14 122/10 123/10 137/6 138/25 180/5 182/4 182/10 209/2 235/16 235/20 241/2 247/3 249/4 251/1 253/13
**Boulevard [2]** 2/6 2/21
**Bowen [2]** 2/17 2/20
**box [2]** 5/20 89/12
**boy [1]** 51/20
**brave [1]** 10/17
**break [12]** 67/8 68/7 68/18 78/24 117/15 117/23 118/4 174/10 174/11 190/15 243/8 265/6
**breakdown [1]** 244/5
**breaks [1]** 193/24
**briefly [2]** 179/14 186/13
**bring [7]** 6/4 67/22 119/23 168/7 175/1 206/25 227/9
**bringing [1]** 17/17
**broad [1]** 110/5
**broke [2]** 123/24 246/2
**broken [4]** 100/15 100/18 123/23 195/10
**brought [2]** 52/8 218/16
**bubble [9]** 86/5 86/9 86/14 222/15 222/18 222/23 223/1 223/3 223/9
**budget [1]** 198/6

**build [5]** 116/11 123/3 165/10
**built [1]** 116/13
**Burt [2]** 2/11 2/14
**business [8]** 155/21 189/5 238/12 255/22 258/3 260/25 264/3 264/11
**busy [1]** 213/24
**Bute [1]** 108/21
**butt [1]** 26/12
**buy [22]** 11/18 20/8 20/14 21/5 32/4 40/8 45/12 61/8 76/11 103/5 103/16 103/17 114/11 153/24 197/13 197/25 198/2 220/3 220/7 222/14 255/17 258/3
**buyer [2]** 238/14 238/14
**buyer's [2]** 159/3 238/15
**buying [8]** 32/6 51/12 112/23 120/8 120/16 197/12 249/2 257/22

**C**

**C-o-l-i-n [1]** 175/15
**CA [2]** 2/4 2/10
**caliber [1]** 12/12
**California [3]** 177/9 177/15 231/15
**called [11]** 9/18 13/13 13/23 103/6 152/14 153/23 226/7 229/18 247/15 247/18 264/12
**calls [4]** 28/8 63/13 178/11 258/7
**came [42]** 39/17 40/25 48/23 53/19 57/17 91/10 94/23 103/9 103/14 108/13 124/19 126/1 140/9 141/21 150/3 153/19 160/7 163/5 179/14 187/7 187/25 187/25 188/22 199/7 199/19 199/21 201/25 202/2 205/21 205/25 206/14 206/16 215/25 228/6 229/16 230/1 232/8 233/17 247/16 248/16 261/11 261/16
**can't [38]** 4/16 8/17 15/4 23/22 24/2 24/7 37/22 59/15 59/20 65/19 71/1 72/16 72/18 94/11 102/4 102/12 118/13 174/16 179/25 184/12 189/22 190/22 192/7 206/4 206/22 210/5 210/20 210/23 212/9 214/15 216/12 216/14 228/17 230/4 233/18 257/16 259/21 263/13
**Canada [3]** 157/12 157/19 167/18
**cannot [2]** 13/20 216/21
**canter [6]** 86/21 224/8

224/23 224/24 224/25 225/5
**capable [1]** 201/14
**capital [1]** 149/10
**car [4]** 76/11 76/11 76/12 76/14
**card [1]** 107/20
**care [21]** 13/19 14/5 24/10 24/14 24/14 45/9 45/15 46/13 51/13 52/11 55/18 89/25 90/2 100/5 118/18 124/7 130/8 147/2 154/3 210/3 223/15
**cared [1]** 113/20
**career [3]** 87/4 116/6 173/10
**career-ending [2]** 116/6 173/10
**careful [6]** 10/18 173/3 189/19 223/5 240/11 247/22
**carefully [1]** 252/1
**cares [2]** 52/4 234/19
**caring [1]** 46/13
**Carlton [2]** 2/11 2/14
**Carol [1]** 40/21
**carrier [5]** 37/4 37/9 37/21 40/8 40/9
**carry [1]** 40/19
**carte [1]** 264/14
**case [38]** 1/2 8/23 32/10 49/12 50/7 67/2 72/1 79/8 87/19 95/6 96/19 98/7 117/18 123/2 136/8 164/10 165/15 171/17 174/12 178/16 178/18 179/7 189/23 191/23 203/19 218/5 218/6 219/5 221/6 227/10 231/23 237/6 239/1 244/24 249/19 258/9 258/15 266/5
**cash [3]** 82/1 237/7 258/13
**casual [1]** 256/8
**Catanese [13]** 2/2 2/2 2/8 4/2 6/11 68/4 117/14 120/2 175/5 177/3 267/12 268/4 268/6
**catch [3]** 23/11 62/8 147/10
**cause [7]** 37/16 38/23 59/23 134/20 134/21 134/23 192/10
**caused [10]** 36/15 100/13 109/22 196/19 201/13 202/19 229/14 261/21 262/1 262/4
**causes [4]** 8/5 176/21 192/9 192/11
**causing [2]** 70/4 89/19
**cautionary [1]** 60/5
**Cedar [2]** 2/3 2/9
**cellphone [1]** 233/13
**center [4]** 93/6 171/5

229/17 229/21
**certain [4]** 141/22 247/24 247/25 249/9
**certainly [5]** 56/15 69/5 96/19 143/1 149/14
**certificate [2]** 15/19 269/14
**Certified [1]** 269/16
**certify [1]** 269/16
**cetera [2]** 28/3 39/11
**chair [1]** 117/10
**challenge [2]** 37/2 135/2
**challenging [1]** 48/22
**chance [6]** 13/22 128/25 158/17 177/21 200/19 264/17
**change [3]** 98/23 155/24 195/1
**changed [3]** 35/6 94/2 109/9
**changes [4]** 93/15 150/23 165/17 165/17
**changing [1]** 109/23
**Chapman [2]** 2/5 2/5
**charged [1]** 264/14
**charges [1]** 156/3
**check [10]** 23/21 56/9 104/8 144/9 164/3 263/4 263/11 263/23 264/6 264/8
**checked [2]** 60/7 168/2
**checking [1]** 69/24
**children [5]** 65/12 121/16 121/23 121/23 129/15
**chiropractic [12]** 23/5 23/15 25/2 25/13 35/14 39/10 48/6 212/23 213/4 213/12 214/21 215/14
**chiropracty [5]** 22/25 24/20 52/14 108/23 147/1
**chose [1]** 50/12
**chosen [2]** 63/8 164/17
**Cincinnati [1]** 121/12
**circle [5]** 59/18 59/18 225/24 225/24 226/10
**circles [2]** 59/19 226/13
**circulation [1]** 24/2
**circulation's [1]** 117/10
**circumstances [5]** 123/14 123/19 173/11 204/9 238/1
**CIV [1]** 1/2
**claim [5]** 166/17 221/9 221/15 221/17 243/10
**claimed [1]** 136/25
**claims [1]** 137/11
**clarification [1]** 69/4
**clarify [1]** 27/13
**class [8]** 13/7 125/19 125/20 132/3 132/9 135/24 136/1 246/5
**classes [9]** 13/5 14/20 20/10 48/13 49/15 120/13 134/7 135/25

**C**

**classes... [1]** 246/3
**classification [1]** 198/19
**clean [1]** 60/10
**clear [19]** 10/20 10/22
11/15 11/15 11/17 14/23
39/2 43/20 64/25 65/5
66/1 75/25 131/15 132/4
132/5 155/25 209/18
243/13 244/4
**cleared [7]** 77/19 86/16
86/25 132/4 146/13
147/2 186/11
**Clematis [1]** 1/18
**client [12]** 21/10 28/13
50/10 51/6 52/24 137/5
137/6 153/20 178/9
178/12 198/4 249/11
**climate [2]** 12/15 12/16
**clips [2]** 3/20 5/5
**clock [2]** 11/7 11/23
**close [9]** 70/15 124/23
124/24 126/2 164/9
184/8 258/18 260/20
260/22
**closed [2]** 260/5 260/24
**closer [6]** 17/3 95/10
103/12 128/21 157/14
196/1
**club [1]** 121/24
**coast [1]** 255/1
**coffin [9]** 59/13 72/3
72/13 72/25 73/9 73/16
73/16 75/17 76/22
**Coggins [2]** 19/22 20/12
**cold [1]** 165/22
**colic [1]** 32/15
**COLIN [66]** 1/6 14/24
15/21 28/4 51/21 52/21
54/12 55/20 56/11 56/16
57/1 57/10 62/14 64/16
89/25 90/2 93/17 95/17
95/23 96/6 100/23
101/11 101/22 102/16
108/4 109/8 124/1
125/24 133/12 133/14
133/15 133/17 133/20
134/6 138/1 147/17
148/22 149/14 149/20
150/8 150/9 150/15
152/14 152/17 153/2
153/10 153/19 153/23
154/3 157/13 157/17
158/12 163/23 164/3
164/22 165/3 165/6
167/17 171/2 171/6
171/10 172/17 175/9
175/11 175/15 268/5
**Colin's [2]** 97/20 138/1
**collaborated [1]** 85/21
**colleague [1]** 255/14
**colleagues [2]** 256/8
256/10
**collectively [1]** 187/8
**Colleen [4]** 2/20 181/10
222/13 246/2

**college [2]** 22/19 227/6
**column [1]** 162/5
**combination [3]** 114/18
205/22 213/5
**combinations [1]** 10/19
**comes [5]** 4/7 37/22
40/16 49/5 212/25
**comfort [1]** 91/9
**comfortable [1]** 226/15
**comfortably [1]** 46/20
**coming [15]** 9/3 16/18
51/9 56/22 98/2 152/21
177/18 229/23 230/20
238/20 248/19 261/8
261/10 261/16 262/11
**commission [30]** 151/23
152/9 152/16 152/24
153/5 155/5 155/15
163/2 163/18 184/3
184/15 184/19 237/9
237/18 238/8 238/10
238/13 238/19 239/21
240/23 259/22 259/24
260/5 260/7 260/14
263/19 263/23 264/20
264/22 265/9
**commissions [11]**
151/18 152/9 155/2
155/14 155/17 156/1
156/1 237/14 238/12
238/24 238/25
**common [6]** 27/7 86/14
86/18 92/16 147/8
215/13
**commonly [1]** 108/3
**communicate [1]** 165/15
**communicating [1]**
84/15
**communication [11]**
137/5 137/5 171/1
173/15 178/9 179/5
179/17 188/25 201/3
234/24 241/4
**communications [4]**
167/7 167/8 178/12
179/6
**community [2]** 189/13
189/14
**companions [1]** 200/8
**company [30]** 31/2 31/4
31/5 31/7 31/8 31/9
31/10 31/21 32/21 33/9
33/12 33/24 34/22 35/13
35/23 36/7 36/13 37/1
37/3 38/4 38/16 39/11
40/1 41/4 44/17 44/21
44/22 49/6 221/10 264/1
**compensate [1]** 264/11
**compensating [1]**
265/17
**compete [21]** 10/22 12/2
12/5 13/17 14/19 15/3
29/19 29/22 30/2 48/8
71/1 71/2 149/1 165/9
165/13 198/24 210/4
210/23 210/24 254/1

**254/7**
**competed [3]** 49/14
134/6 254/3
**competent [1]** 71/2
**competing [3]** 23/8
48/10 186/12
**competition [52]** 11/14
11/22 13/21 14/9 20/1
22/8 49/2 87/4 118/12
122/15 124/20 124/22
125/18 126/19 127/2
127/15 132/17 134/15
135/5 136/19 139/2
145/19 164/14 173/12
192/2 193/18 194/2
196/16 199/11 201/15
202/17 203/16 203/20
203/25 204/6 204/8
207/22 210/4 210/7
210/20 210/21 215/19
245/13 245/22 246/9
246/10 247/2 247/9
247/12 249/23 253/5
253/12
**competitions [3]** 126/22
182/25 198/6
**competitors [1]** 164/17
**complain [1]** 243/16
**complete [1]** 27/20
**completed [3]** 131/15
174/8 174/17
**complex [5]** 200/15
216/24 224/5 230/19
247/17
**comprised [1]** 103/25
**compromised [1]** 173/7
**concern [3]** 201/13
202/19 262/5
**concerned [6]** 100/10
101/4 102/20 243/14
262/6 262/9
**concerning [2]** 52/23
143/22
**concerns [1]** 253/22
**concluded [2]** 45/10
142/16
**concrete [1]** 193/21
**condition [5]** 35/6 92/1
94/2 94/2 99/20
**conference [1]** 142/16
**confidence [9]** 122/23
123/4 128/1 154/9 158/2
173/1 173/6 173/14
236/16
**confirm [17]** 74/16
80/20 81/5 81/23 85/19
101/14 216/18 217/24
218/16 218/22 228/12
231/10 231/12 232/8
232/20 232/23 240/12
**confirming [1]** 219/11
**confirms [4]** 72/2 72/8
72/9 172/4
**connection [11]** 8/23
19/25 147/14 154/14
155/2 159/15 180/3

**180/24 184/15 236/21**
237/1
**connects [1]** 194/16
**consent [6]** 91/6 155/13
156/5 156/15 180/25
238/24
**consenting [1]** 155/14
**consider [5]** 21/20 205/5
246/17 252/20 255/13
**considered [1]** 246/18
**considering [3]** 120/16
191/7 197/11
**consistent [2]** 11/21
147/4
**consistently [1]** 135/21
**consists [1]** 194/15
**constant [1]** 230/22
**consummated [1]**
255/25
**contact [10]** 97/11 97/21
97/22 98/21 99/3 230/14
230/22 233/5 233/7
233/15
**contacted [3]** 20/21
56/15 185/12
**contacting [2]** 97/14
97/18
**contemporaneously [1]**
145/14
**contention [1]** 158/23
**context [2]** 62/20 172/17
**continue [7]** 42/3 67/2
68/4 120/2 182/19 183/7
213/17
**continued [1]** 209/1
**continuing [1]** 74/10
**contracting [1]** 44/17
**control [5]** 114/17
228/24 229/2 237/11
237/14
**convenient [1]** 153/12
**conversation [27]** 45/2
71/20 187/22 188/21
190/9 190/21 190/25
198/3 216/8 216/10
216/13 216/18 216/23
217/5 217/7 217/23
217/24 218/1 218/3
231/18 240/9 240/14
241/8 248/11 248/16
248/18 254/5
**conversations [8]** 52/1
178/15 214/6 214/9
214/20 253/18 256/1
256/3
**conversed [1]** 85/21
**Conway [19]** 105/3
107/6 107/11 110/18
111/2 111/9 112/2 113/8
113/18 121/5 121/7
121/8 121/11 121/18
122/4 124/1 185/12
185/17 257/10
**Conway's [1]** 121/9
**cooler [1]** 12/16
**cooperation [1]** 266/4

**180/24 184/15 236/21**
**copasetic [1]** 186/7
**copies [1]** 160/22
**copy [2]** 61/23 105/4
**cordial [1]** 255/20
**corner [9]** 42/16 106/16
142/4 143/13 144/6
144/12 144/22 145/4
146/2
**corporation [1]** 264/7
**correct [144]** 11/24 19/4
19/17 20/1 21/10 21/11
22/4 27/17 30/7 31/16
31/17 36/24 39/5 41/5
41/9 43/12 43/24 45/25
47/18 57/12 66/5 69/3
71/8 71/17 71/18 71/22
71/23 73/9 73/10 73/12
73/13 74/8 76/8 76/20
77/1 78/10 79/8 79/11
79/12 79/25 80/25 81/17
81/18 81/24 81/25 82/2
83/6 90/12 93/3 95/6
96/17 97/1 98/19 102/3
102/14 102/21 111/3
111/10 120/22 124/20
128/6 137/1 139/18
146/6 146/21 148/6
149/16 149/17 149/18
150/11 150/18 151/22
152/14 160/14 163/3
163/9 163/12 163/15
163/19 166/24 167/2
167/3 168/16 168/20
169/9 170/20 171/8
177/17 183/13 190/5
191/6 191/16 195/22
203/22 203/23 204/1
204/10 207/11 208/24
208/25 209/22 210/20
212/1 212/4 214/22
216/7 220/5 225/5 225/6
227/18 227/19 228/15
228/21 228/23 229/2
229/3 229/4 229/5 229/7
232/15 233/3 240/8
242/20 242/21 244/18
244/20 244/25 245/1
246/15 246/24 248/20
252/8 252/11 255/8
258/14 259/4 259/14
260/3 260/9 260/11
261/2 261/14 264/22
269/17
**corrected [1]** 99/5
**correctly [1]** 265/5
**corroborate [1]** 136/25
**Cortvriend [1]** 2/14
**cost [1]** 47/24
**costs [3]** 38/20 39/8
124/9
**couldn't [9]** 126/3
154/10 180/14 195/1
216/11 237/3 237/3
248/4 256/20
**counsel [7]** 86/3 141/7
147/21 160/13 169/21

**C**

**counsel... [2]** 179/17 222/13
**counteract [1]** 264/15
**country [1]** 16/23
**couple [17]** 12/7 60/7 70/19 92/3 96/3 96/16 116/12 121/7 134/10 177/24 182/24 183/2 183/3 184/11 193/16 249/3 254/23
**course [23]** 8/25 9/19 9/21 10/23 11/8 11/10 13/15 15/1 35/20 45/4 55/15 56/8 104/5 116/2 131/15 131/19 131/20 132/3 148/9 160/13 191/20 206/15 260/23
**courses [3]** 12/11 14/9 48/22
**court [20]** 1/1 1/18 3/1 3/7 3/7 3/24 5/8 9/3 54/1 58/9 71/13 158/18 172/8 172/10 172/13 176/14 184/21 205/8 246/14 267/21
**Court's [2]** 4/2 128/12
**courtroom [9]** 6/6 67/6 67/23 72/6 118/1 119/24 174/14 175/2 266/8
**cover [3]** 45/22 55/19 169/16
**coverage [2]** 32/19 37/23
**covering [1]** 32/6
**CPE [1]** 1/17
**crammed [1]** 226/25
**crippled [1]** 117/9
**cross [3]** 118/23 174/6 266/18
**cross-examination [1]** 266/18
**crowd [1]** 46/6
**CRR [2]** 1/17 269/22
**cumulative [1]** 49/1
**curve [1]** 126/2
**custody [2]** 228/24 229/1
**custom [2]** 207/12 207/21
**customary [1]** 104/8

**D**

**daily [4]** 46/18 46/19 62/18 231/9
**damage [1]** 173/7
**damaged [2]** 173/6 173/13
**danger [2]** 192/12 252/21
**dangerous [7]** 126/7 127/22 191/24 192/3 192/8 192/15 192/23
**darn [1]** 49/18
**date [16]** 24/25 36/2 59/10 82/19 84/12 85/10

88/4 94/2 125/4 143/16 143/18 145/11 228/19 230/5 232/3 236/10
**Dated [1]** 269/19
**dates [1]** 82/7
**daughter [1]** 122/2
**David [1]** 2/8
**day-to-day [1]** 226/13
**days [14]** 9/1 48/14 60/7 61/4 70/20 83/23 92/3 94/24 96/3 96/16 163/16 163/25 182/24 183/2
**days' [1]** 117/7
**deal [26]** 85/1 115/18 115/23 116/1 116/21 117/1 130/8 135/16 136/2 136/3 137/22 168/11 226/14 230/21 239/14 239/16 255/23 259/6 260/4 260/20 260/21 260/21 260/25 261/4 261/6 261/18
**dealer [1]** 76/12
**dealing [4]** 21/17 173/19 180/23 255/16
**dealings [2]** 158/3 234/14
**deals [1]** 256/2
**Dear [1]** 170/14
**debt [1]** 162/5
**December [8]** 8/22 48/9 48/14 54/21 109/12 136/10 177/5 181/23
**December 2013 [1]** 109/12
**decide [6]** 40/19 187/9 204/7 237/21 237/22 267/4
**decided [3]** 39/6 47/21 114/11
**decision [17]** 39/23 40/5 40/6 40/14 46/21 61/8 63/10 110/25 111/2 133/19 164/10 185/10 222/14 235/23 236/2 236/11 255/17
**decrease [1]** 127/4
**decreased [2]** 127/9 127/21
**defendant [4]** 2/11 2/17 6/13 175/9
**defendants [2]** 1/7 241/15
**defense [3]** 54/9 147/21 169/20
**define [1]** 256/6
**definitely [5]** 168/10 198/22 212/9 214/16 234/16
**degree [2]** 226/10 227/6
**deliberately [1]** 127/19
**delicate [1]** 262/12
**deliver [2]** 164/2 261/4
**delivered [5]** 24/25 163/20 164/18 228/4 263/14

**delivering [1]** 96/16
**delivers [1]** 76/12
**denial [2]** 79/25 80/1
**denied [1]** 250/2
**depending [2]** 194/24 204/9
**depends [7]** 127/6 192/4 207/24 208/17 208/18 208/18 234/18
**depo [1]** 267/13
**deposed [2]** 50/7 249/19
**deposit [1]** 79/17
**deposition [54]** 3/20 4/10 4/12 4/15 4/17 4/22 5/17 7/1 8/8 8/23 8/25 9/4 9/6 9/10 16/13 50/5 76/17 85/5 85/8 85/12 85/14 110/16 111/1 127/7 127/11 127/14 128/8 136/8 141/17 177/5 177/16 177/19 177/19 178/1 178/5 211/16 211/21 211/23 223/19 231/14 231/23 231/25 232/1 232/9 232/14 250/14 253/15 266/15 266/21 266/23 266/24 266/25 267/3 267/9
**Derbyshire [1]** 121/12
**describe [3]** 12/7 121/8 193/14
**described [3]** 29/3 185/18 194/19
**describing [1]** 248/3
**description [1]** 72/7
**designate [1]** 249/10
**desire [2]** 197/25 199/15
**destroyed [3]** 116/6 116/10 116/11
**detail [1]** 79/18
**details [5]** 57/2 102/5 102/15 124/9 239/19
**detected [1]** 60/12
**deteriorating [1]** 109/11
**deterioration [2]** 108/12 108/15
**determination [2]** 106/22 217/17
**determine [7]** 59/14 59/22 73/4 83/19 94/17 142/9 191/9
**determined [4]** 70/21 77/18 83/24 159/2
**develop [3]** 83/10 123/6 173/14
**developed [3]** 91/11 91/18 222/2
**develops [1]** 5/10
**diagnosis [3]** 69/12 89/10 93/6
**didn't [114]** 3/9 3/10 9/6 37/20 38/15 38/23 44/13 46/2 46/5 49/9 53/5 54/23 55/3 55/7 69/16 69/17 70/2 70/2 74/22

75/4 75/6 77/3 78/2 97/15 97/19 97/19 97/20 100/11 100/12 100/21 100/22 101/22 103/24 107/9 107/15 107/15 107/16 107/17 107/25 108/13 108/14 109/24 109/25 110/24 113/15 113/18 114/12 115/8 122/21 130/1 130/5 131/17 131/18 133/14 133/21 134/23 138/23 139/24 140/11 150/1 150/23 150/25 152/21 154/9 154/10 154/24 155/6 155/10 156/8 156/9 156/10 165/5 165/16 166/4 166/5 173/1 173/1 179/12 180/10 187/5 188/17 198/6 200/9 203/22 206/6 207/13 207/14 210/18 210/19 210/21 219/1 219/23 221/4 230/21 232/14 232/16 237/22 243/8 243/11 243/24 243/25 244/2 249/10 249/16 252/20 252/22 253/4 261/8 261/9 261/10 261/11 261/16 262/3 262/12
**didn't have [1]** 156/8
**died [3]** 32/12 36/2 36/14
**Dietrich [5]** 31/4 31/7 31/10 31/21 40/22
**difference [2]** 120/13 168/24
**different [18]** 4/9 4/19 4/21 4/25 23/18 70/25 80/4 94/1 101/16 109/8 116/17 128/2 148/22 168/2 169/2 195/7 227/2 254/24
**differently [3]** 110/7 245/21 259/13
**difficult [4]** 10/19 12/11 17/25 58/9
**difficulty [1]** 173/19
**digital [10]** 59/12 59/23 70/9 70/12 70/18 82/24 83/19 93/23 94/14 94/18
**diligence [1]** 173/12
**direct [8]** 7/4 118/20 118/23 119/4 174/5 175/19 268/4 268/6
**directly [8]** 124/6 188/16 217/3 233/6 234/7 235/25 238/14 241/2
**dirt [2]** 60/2 70/15
**dirty [8]** 127/17 127/17 135/6 204/15 204/24 204/24 205/5 246/23
**Disability [1]** 32/9
**disagreement [1]** 187/7

**disaster [1]** 173/17
**disbelieve [1]** 34/2
**disclose [28]** 20/6 27/23 28/13 28/21 29/1 44/1 44/4 44/6 47/4 47/9 47/13 64/21 77/7 97/24 155/4 155/8 178/9 178/12 180/10 180/11 215/2 215/4 215/6 215/24 235/15 236/12 236/13 245/8
**disclosed [21]** 44/10 47/16 48/5 56/16 57/7 61/14 76/25 97/8 98/8 98/12 98/16 99/12 99/15 137/11 155/3 215/20 218/22 232/2 232/23 249/17 252/25
**discloses [1]** 158/24
**disclosing [1]** 256/21
**disclosure [11]** 29/9 65/3 97/16 113/6 113/13 114/5 219/2 219/6 238/24 238/25 250/18
**discount [1]** 152/5
**discounted [5]** 259/25 264/8 264/12 264/23 265/17
**discovery [1]** 184/22
**discuss [14]** 52/19 67/2 67/8 100/7 107/18 117/18 118/3 141/11 142/6 174/11 174/16 245/7 266/5 266/10
**discussed [7]** 107/10 186/4 186/13 188/2 188/5 215/4 241/12
**discusses [1]** 219/6
**discussion [4]** 3/23 190/12 245/5 245/11
**disheveled [1]** 206/16
**dislodge [2]** 204/20 205/6
**dispute [3]** 46/9 46/11 80/23
**disregard [2]** 144/12 144/23
**dissatisfied [1]** 167/6
**distance [3]** 133/13 133/19 165/18
**DISTRICT [3]** 1/1 1/1 1/13
**doctor [7]** 21/20 21/22 21/23 21/23 60/24 119/10 227/15
**doctors [2]** 20/17 84/22
**document [45]** 53/24 54/10 72/7 72/11 74/17 79/7 80/11 88/14 92/17 93/5 97/7 106/8 148/11 148/18 148/20 148/21 148/23 149/4 149/8 149/13 149/17 149/19 149/21 150/19 151/1 151/3 151/11 151/11 157/6 158/1 158/11

**D**

**document... [14]** 158/17
159/5 166/21 177/21
177/23 179/1 184/1
184/20 242/3 242/8
243/19 244/8 244/23
245/2

**documentation [2]**
30/13 40/13

**documents [12]** 14/22
20/10 71/25 78/10 84/18
94/12 137/9 140/16
183/24 217/24 218/21
232/20

**does [35]** 12/4 12/24
13/1 55/20 59/6 77/5
89/1 89/14 93/1 96/2
104/20 105/19 108/3
127/4 127/10 127/24
131/20 140/16 158/16
158/25 164/5 184/7
191/23 192/2 192/15
192/23 208/15 212/21
212/22 212/22 229/6
242/5 247/22 263/22
264/4

**doesn't [21]** 25/6 30/5
37/16 37/17 71/1 77/6
100/17 100/17 100/20
110/6 127/18 128/1
155/23 162/8 173/8
204/22 221/13 221/15
226/16 229/1 229/4

**dog [1]** 206/19

**doing [25]** 23/16 27/8
32/21 33/20 64/11 85/4
112/23 119/11 125/20
135/2 169/4 172/22
180/3 181/3 184/13
200/12 201/7 207/22
223/11 224/6 226/15
240/11 249/3 256/14
265/13

**don't [234]** 3/11 8/2
8/18 14/25 15/21 15/24
16/5 16/12 18/6 18/19
18/21 19/9 21/1 21/22
21/24 24/1 24/15 29/11
30/22 31/25 32/18 33/19
35/19 40/12 42/18 44/13
49/10 50/19 50/24 52/15
52/16 53/22 54/10 55/12
55/16 55/18 55/19 56/14
56/19 56/20 57/4 57/6
57/9 57/9 57/10 57/17
57/18 58/2 58/7 59/2
60/13 60/17 60/19 61/13
61/16 62/7 63/22 63/23
64/2 65/17 65/18 66/1
66/4 67/1 67/2 67/8
68/10 68/11 68/11 69/15
69/20 71/23 72/5 74/18
75/21 76/14 77/7 84/8
85/13 85/24 86/18 86/22
88/10 88/25 90/8 91/22

93/18 93/5 96/5 97/22
99/10 99/13 100/18
101/11 102/4 104/25
106/9 106/25 107/21
107/25 108/3 108/16
108/17 108/19 108/20
108/22 109/10 113/15
115/6 116/7 117/18
118/3 118/18 118/21
119/11 119/12 120/10
120/12 120/12 120/13
121/21 124/5 125/17
125/19 126/11 126/16
126/17 128/10 129/24
133/5 134/5 134/10
136/21 136/23 136/24
138/5 138/5 138/6 139/9
141/20 142/9 144/17
149/23 154/24 155/1
158/25 159/8 159/8
159/17 160/23 162/3
163/22 164/22 165/19
166/17 171/18 171/21
172/7 172/16 172/18
173/12 173/12 173/20
174/11 176/19 176/25
178/8 179/16 190/20
193/15 194/13 196/22
196/23 199/8 203/25
205/22 206/17 206/24
207/18 207/20 208/5
208/17 208/19 208/21
210/1 212/24 213/6
216/15 216/20 218/15
219/10 221/14 223/3
223/5 223/7 226/19
227/15 231/20 231/22
232/4 232/6 232/25
234/10 234/11 234/12
237/5 238/14 239/9
243/4 244/14 247/5
247/6 249/12 249/24
250/1 250/4 250/4 256/2
259/6 259/20 260/6
260/17 262/14 262/14
265/4 266/5 266/5
266/10 267/7 267/21

**done [35]** 3/10 46/14
47/8 49/13 50/21 52/8
57/3 57/3 60/3 61/4
76/21 76/22 77/12 77/17
86/24 91/6 107/8 108/22
114/19 129/7 139/3
150/21 154/16 154/18
155/22 157/10 158/13
164/1 166/2 169/17
181/18 235/9 243/16
243/23 255/22

**doubt [4]** 149/23 218/13
218/14 218/15

**Douglas [5]** 149/15
183/23 184/4 184/6
184/19

**down [28]** 7/24 10/24
16/1 59/13 60/1 67/7
68/1 70/15 73/21 109/16

112/6 112/8/2 119/15
131/16 132/1 132/7
171/4 174/15 194/1
225/2 243/7 243/8
243/11 244/3 246/3
265/6 266/9 267/11

**downstairs [1]** 3/9

**Dr [2]** 77/17 105/24

**Dr. [185]** 50/3 50/6 50/9
50/12 50/16 51/1 52/20
53/15 53/18 55/14 56/5
56/12 56/17 56/24 57/7
58/24 59/3 59/9 59/24
60/8 60/11 60/14 60/20
60/24 61/3 61/5 61/6
61/12 61/21 61/23 63/2
63/6 63/7 63/8 63/16
64/7 69/1 69/4 69/8
69/13 69/17 70/14 70/17
70/19 70/20 71/6 71/16
71/19 71/24 72/2 72/3
72/9 72/12 72/13 72/20
72/21 72/24 72/25 73/1
73/1 73/4 73/5 73/6 73/9
73/11 73/14 74/1 74/12
74/13 74/15 74/22 74/24
75/5 75/6 75/8 75/19
76/21 77/16 77/17 78/6
78/6 82/12 82/24 83/13
83/16 83/18 83/22 83/22
83/23 84/15 84/16 84/19
84/20 85/5 85/8 85/9
85/9 85/11 85/20 85/20
87/9 88/3 88/15 89/2
89/21 90/7 90/9 90/21
91/1 91/5 91/11 91/17
91/23 93/8 93/19 93/21
93/23 94/3 94/13 94/13
94/14 94/17 94/18 95/20
96/1 96/10 96/13 97/8
97/12 97/17 97/25 101/3
101/3 101/6 101/10
101/12 101/20 102/10
102/14 102/19 104/17
104/19 106/3 106/21
107/5 107/12 107/19
229/23 230/1 230/10
233/17 233/20 234/1
234/3 234/12 235/9

**Dr. Steele's [4]** 60/24
90/9 104/23 104/25

**Dr. Vlahos [2]** 227/9
227/12

**Dr. Welker [5]** 105/24
107/4 107/12 107/15
107/18

**Dr. Welker/Dr. Steele
[1]** 105/2

**draw [1]** 130/10

**Drive [2]** 2/3 2/9

**driver [1]** 228/7

**drop [3]** 6/25 38/13
127/19

**drug [8]** 107/3 107/13
107/19 107/23 108/1
108/9 108/11 108/19

**drugs [6]** 13/20 14/7
15/4 52/13 106/23
108/20

**duck [1]** 204/21

61/23 63/2 63/6 63/7
63/8 63/16 64/7 69/1
69/4 69/8 69/13 69/17
70/19 70/20 71/6 71/16
71/19 71/24 72/2 72/13
72/12 72/20 72/24 73/1
73/1 73/5 74/13 74/15
74/22 74/24 75/6 75/8
77/16 78/6 78/6 82/12
83/16 83/23 84/15 84/19
85/8 85/20 91/11 91/17
93/19 94/3 94/13 94/13
94/14 216/3 217/8
217/12 217/16 217/21
217/23 218/5 218/8
218/11 218/18 218/22
219/7 219/18 225/7
225/10 227/20

**Dr. Gomez's [2]** 85/5
93/21

**Dr. Redman [1]** 218/3

**Dr. Redman's [2]** 218/7
218/17

**Dr. Steele [77]** 52/20
59/24 60/20 70/11 70/17
72/3 72/13 72/21 72/25
73/4 73/6 73/9 73/11
73/14 74/1 74/12 75/5
75/19 76/21 77/17 82/24
83/13 83/18 83/22 83/22
84/16 84/20 85/9 85/9
85/11 85/20 87/9 88/3
88/15 89/2 89/21 90/7
90/21 91/1 91/5 91/23
93/8 93/23 94/17 94/18
95/20 96/1 96/10 96/13
97/8 97/12 97/17 97/25
101/3 101/6 101/10
101/12 101/20 102/10
102/14 102/19 104/17
104/19 106/3 106/21
107/5 107/12 107/19
229/23 230/1 230/10
233/17 233/20 234/1
234/3 234/12 235/9

**Dr. Gomez [90]** 50/3
50/6 50/9 50/12 50/16
51/1 53/15 53/18 55/14
56/5 56/12 56/17 56/24
57/7 58/24 59/3 59/9
60/8 60/11 60/14 61/3
61/5 61/6 61/12 61/21

due [1] 112/19

**during [67]** 8/17 10/5
13/6 13/7 23/14 24/24
25/9 27/14 31/19 44/24
55/9 56/12 56/17 67/8
83/10 117/23 118/3
182/7 182/9 183/11
183/15 183/17 183/18
184/22 197/11 197/24
199/3 199/7 199/9
200/24 201/7 201/20
202/12 202/22 203/13
203/20 207/7 208/22
209/4 209/19 209/23
210/8 210/12 211/4
215/7 215/21 218/23
221/6 221/22 222/3
222/7 224/1 225/22
227/21 228/23 229/2
229/8 230/19 231/25
233/8 239/2 239/17
245/17 245/23 247/2
248/10 266/10

**duties [1]** 121/9

**E**

**e-mail [19]** 1/19 3/17
61/19 61/23 72/11 98/22
137/9 171/12 171/16
172/21 179/1 179/5
179/6 179/11 179/12
231/12 233/11 240/12
240/16

**e-mails [2]** 179/7 251/12

**E-u-g-e-n-i-e [1]** 6/21

**E-X-H-I-B-I-T-S [1]**
269/2

**each [14]** 42/6 58/4
135/24 136/1 179/14
187/25 189/6 194/14
231/8 246/4 246/5 256/7
257/3 257/23

**earlier [35]** 29/13 29/16
33/19 35/18 49/4 56/18
59/1 61/13 68/10 71/5
73/11 91/10 99/17 101/1
106/5 109/21 129/8
137/21 138/4 139/13
146/5 147/4 159/21
159/25 183/24 204/16
211/3 211/14 219/14
220/4 241/4 242/22
259/5 259/22 265/2

**early [5]** 86/11 123/17
124/4 124/16 126/23

**ears [1]** 135/1

**easier [1]** 74/23

**easily [1]** 100/5

**eastern [2]** 22/8 22/12

**easy [2]** 223/13 243/20

**edge [2]** 89/5 89/16

**education [2]** 227/6
227/7

**effect [10]** 70/20 83/23
109/2 109/5 179/24
217/14 217/19 239/7

**E**

**effect...** [2] 254/2 255/13
**effectively** [1] 180/14
**efforts** [5] 27/12 98/21
  147/7 152/17 154/14
**eight** [10] 16/17 16/22
  18/8 18/17 18/18 18/20
  118/14 131/21 144/17
  241/14
**eight's** [1] 241/18
**eighth** [1] 49/16
**Eighty** [1] 13/9
**either** [12] 15/4 29/9
  55/22 57/10 75/14 90/9
  96/16 150/21 156/4
  168/18 213/4 225/11
**element** [1] 206/1
**eliminated** [2] 131/24
  133/7
**else** [12] 6/1 15/4 17/18
  61/10 140/18 144/22
  144/23 162/6 229/6
  262/7 264/4 266/14
**emotional** [1] 166/8
**end** [20] 12/9 12/10
  12/14 12/15 26/8 26/10
  26/10 77/18 95/25
  120/22 124/25 132/2
  152/7 165/8 187/3
  209/13 225/15 236/7
  261/13 261/15
**ended** [1] 121/4
**ending** [2] 116/6 173/10
**endorsement** [1] 42/11
**enforce** [1] 129/16
**enhance** [1] 214/4
**enjoying** [1] 135/1
**enormous** [1] 177/22
**enough** [1] 223/16
**enter** [1] 125/12
**entered** [11] 20/1 66/21
  124/20 128/19 130/23
  132/24 144/14 148/1
  156/24 170/2 262/23
**enters** [4] 6/6 67/23
  119/24 175/2
**entire** [6] 18/9 25/2
  31/19 86/10 165/23
  170/19
**entitled** [2] 53/21 269/18
**entry** [6] 79/21 80/17
  80/18 146/7 146/8
  161/21
**environment** [1] 17/14
**Epsom** [5] 92/15 94/21
  94/22 117/7 229/19
**equal** [1] 13/22
**Equestre** [1] 13/24
**Equestrian** [8] 13/14
  13/18 14/12 14/17 15/11
  18/13 153/11 255/6
**Equine** [7] 49/25 90/15
  153/10 153/12 200/15
  216/24 224/5
**equipment** [2] 193/24
  193/25

**errantly** [1] 243/6
**eschew** [1] 62/3
**especially** [3] 60/1 63/19
  69/1
**ESQ** [7] 2/2 2/5 2/8 2/11
  2/14 2/17 2/20
**essence** [1] 126/1
**essentially** [1] 51/17
**establish** [3] 4/20 143/9
  181/24
**estimate** [5] 17/24 33/21
  190/13 190/20 198/17
**estimating** [1] 33/3
**et** [3] 1/6 28/3 39/11
**et cetera** [2] 28/3 39/11
**Eugenie** [4] 6/13 6/16
  6/21 268/3
**Eurasia** [1] 264/2
**evaluate** [2] 251/24
  252/14
**evaluates** [1] 40/17
**evaluating** [1] 254/6
**evaluation** [1] 40/25
**even** [15] 23/20 38/18
  56/20 63/22 75/12
  113/15 137/10 149/23
  206/5 207/3 246/3
  248/12 248/23 259/20
  261/10
**evening** [5] 174/7 266/4
  266/7 267/12 267/23
**event** [6] 36/1 130/15
  133/7 134/14 134/16
  199/9
**events** [2] 36/15 246/4
**eventually** [1] 121/24
**ever** [170] 5/3 9/20
  12/23 14/11 22/24 27/23
  28/13 28/21 29/1 29/8
  30/12 37/2 37/3 37/6
  37/8 37/12 44/1 44/4
  44/6 44/10 44/12 44/20
  44/24 45/2 47/4 47/9
  47/11 47/20 50/3 50/6
  53/17 56/11 56/16 56/24
  56/25 57/7 58/23 59/3
  61/14 61/17 61/18 61/23
  69/13 72/20 73/4 74/9
  75/7 75/19 77/11 77/14
  85/8 85/12 95/17 97/11
  97/16 97/24 98/2 98/3
  98/12 98/16 98/24 99/3
  99/6 99/9 99/24 107/18
  109/2 109/4 120/8
  120/11 120/15 122/11
  122/14 122/17 126/24
  137/4 140/3 149/21
  149/24 151/11 151/13
  151/15 155/3 155/4
  155/8 155/12 155/15
  158/7 159/4 159/10
  164/25 165/2 167/4
  167/14 176/14 178/15
  179/10 179/16 179/19
  182/7 182/13 185/5
  190/6 191/8 194/2 195/3

  195/12 195/12 196/4
  197/12 198/1 198/8
  198/23 199/18 207/16
  209/4 209/9 209/12
  209/15 210/13 212/11
  214/6 215/2 215/4 215/6
  217/12 217/16 217/21
  218/4 218/16 220/6
  220/9 220/24 221/8
  221/17 222/2 223/5
  230/14 231/10 231/12
  231/17 231/25 233/4
  233/6 233/15 235/14
  235/18 235/22 238/23
  240/9 240/14 241/1
  245/4 245/7 245/11
  246/25 247/8 249/5
  249/22 250/2 250/25
  251/19 252/9 253/11
  253/21 261/3 261/5
  261/21 262/1 262/4
**every** [18] 25/6 39/19
  48/13 48/14 62/15 70/24
  86/21 117/12 124/9
  135/20 180/6 187/3
  214/16 223/8 226/21
  226/21 260/12 264/14
**everybody** [3] 181/14
  241/19 247/23
**everyone** [10] 3/2 6/7
  13/22 67/15 67/24
  119/25 137/25 155/19
  174/23 175/3
**everything** [23] 8/12
  24/2 28/6 37/18 49/4
  51/6 53/4 54/12 54/17
  60/2 61/1 100/23 112/12
  144/22 144/23 148/23
  180/2 180/8 186/5 186/7
  213/8 234/7 237/9
**evidence** [17] 66/21
  78/19 128/19 130/23
  132/24 141/2 144/15
  148/1 156/24 170/2
  218/6 239/3 241/13
  241/18 241/20 262/23
  269/3
**evidently** [8] 59/18
  77/24 101/11 129/6
  133/13 133/20 140/23
  172/25
**exact** [4] 212/8 237/5
  249/24 259/18
**exactly** [9] 94/11 121/21
  128/10 167/1 181/23
  198/21 231/8 259/19
  263/13
**exam** [37] 50/13 59/11
  61/25 63/21 65/14 66/7
  66/9 71/6 71/17 71/22
  72/14 77/12 82/12 86/4
  86/10 86/11 86/16 91/11
  101/23 102/11 105/5
  111/11 112/9 159/3
  165/7 217/4 218/4 218/8
  218/24 219/20 223/21

  225/8 225/12 226/9
  226/21 227/21 228/12
**examination** [35] 7/4
  49/21 50/10 50/15 50/20
  51/1 53/14 53/17 53/18
  53/21 54/18 55/6 55/24
  56/13 56/17 72/4 72/22
  73/8 73/25 74/11 74/23
  75/9 82/20 90/20 91/17
  104/7 104/24 166/21
  175/19 215/21 219/17
  265/22 266/18 268/4
  268/6
**examined** [2] 94/3 94/13
**examining** [1] 104/21
**example** [13] 19/5 20/4
  20/20 21/9 37/3 50/16
  135/15 150/4 155/13
  167/10 223/1 238/24
  243/20
**exams** [2] 225/22 226/9
**excel** [1] 247/25
**excellent** [1] 64/15
**except** [5] 70/3 101/22
  148/24 219/21 229/6
**exception** [3] 225/18
  225/21 227/22
**exchange** [1] 167/15
  179/11
**exchanged** [1] 72/1
**excited** [1] 64/11
**excluded** [2] 36/15
  144/23
**exclusion** [6] 32/1 37/23
  49/7 61/15 220/16
  220/22
**exclusions** [25] 31/23
  32/17 36/7 36/12 36/18
  36/19 37/1 37/2 37/5
  41/5 43/9 43/23 44/1
  44/11 45/1 45/12 47/11
  47/14 48/2 56/18 63/17
  69/14 219/19 219/24
  220/25
**excuse** [4] 98/15 120/25
  149/15 150/8
**exercise** [3] 112/19
  213/3 225/4
**exercises** [1] 117/12
**exhausting** [2] 166/1
  166/4
**exhibit** [70] 41/15 41/23
  41/24 43/3 54/8 54/8
  54/9 66/14 66/21 78/16
  87/18 87/23 105/12
  105/15 106/13 106/14
  128/12 128/15 128/19
  130/18 130/23 132/20
  132/24 141/1 142/21
  142/22 144/1 144/3
  144/13 144/14 144/22
  145/2 147/22 148/1
  148/5 148/7 156/19
  156/24 157/3 157/24
  159/24 159/25 160/16
  161/12 161/15 169/19

  169/22 170/2 170/6
  170/12 178/21 209/4
  241/13 241/23 244/11
  244/13 244/22 262/18
  262/18 262/23 263/2
  269/4 269/5 269/6 269/7
  269/8 269/9 269/10
  269/11 269/12
**exhibit 12** [2] 128/12
  128/15
**exhibit 13** [1] 130/18
**exhibit 15** [1] 132/20
**exhibit 16** [4] 141/1
  142/21 144/1 145/2
**exhibit 17** [6] 66/14
  78/16 159/25 160/16
  161/12 161/15
**exhibit 2** [1] 105/12
**exhibit 27** [3] 147/22
  148/7 244/13
**exhibit 28** [5] 157/3
  157/24 241/13 241/23
  244/22
**exhibit 30** [2] 262/18
  262/18
**exhibit 59** [3] 169/19
  169/22 170/6
**exhibit 7** [1] 43/3
**exhibit 8** [2] 87/18 87/23
**exhibits** [2] 262/18
  269/3
**existed** [1] 69/17
**existence** [1] 69/10
**exists** [1] 166/21
**exits** [4] 67/6 118/1
  174/14 266/8
**exorbitant** [1] 264/15
**expect** [5] 113/7 114/4
  115/9 189/6 189/22
**expectation** [4] 186/20
  189/16 189/17 189/20
**expected** [8] 115/2 115/5
  115/6 136/5 189/2 189/4
  189/9 189/10
**expense** [2] 115/14
  115/15
**expenses** [2] 38/14 152/6
**experience** [19] 20/24
  21/17 35/1 96/1 96/12
  96/14 100/12 112/22
  114/25 115/1 129/18
  135/4 181/25 189/7
  193/14 207/25 227/8
  227/19 257/17
**experienced** [1] 167/22
**expert** [1] 40/16
**expertise** [1] 87/6
**explain** [2] 222/18
  222/21
**explaining** [2] 214/9
  265/4
**exposed** [1] 15/2
**express** [1] 179/16
**expression** [2] 223/4
  226/7
**extra** [2] 140/4 156/3

**E**

**extremely [1]** 168/6
**eye [1]** 70/7
**eyes [2]** 113/10 204/23

**F**

**fabrication [1]** 84/2
**facilitator [3]** 153/7 239/24 240/3
**facility [7]** 12/10 153/16 200/16 200/17 200/18 201/21 201/21
**fact [24]** 23/2 30/15 40/18 47/16 63/4 77/8 109/11 113/7 152/20 154/25 155/10 155/11 157/25 165/6 179/19 182/2 210/6 219/4 227/5 240/16 245/13 249/8 253/15 258/21
**factor [2]** 257/23 257/25
**facts [9]** 8/23 69/7 164/19 178/23 179/9 179/15 188/22 191/9 204/9
**fades [1]** 128/9
**failure [1]** 166/14
**fair [7]** 13/21 114/9 133/14 133/17 153/2 153/4 166/7
**fairly [4]** 11/4 15/3 121/21 130/7
**fall [12]** 24/3 77/5 123/17 124/4 125/3 193/21 194/22 194/23 194/24 195/1 195/2 195/3
**falls [1]** 193/25
**fame [1]** 60/25
**familiar [8]** 9/18 13/4 13/13 13/23 26/13 104/14 108/9 108/10
**fantastic [3]** 248/12 248/25 249/3
**far [10]** 8/15 48/1 63/11 102/19 108/13 179/7 205/23 206/1 255/20 256/4
**farm [4]** 124/12 124/23 173/24 184/8
**fashion [1]** 229/15
**fast [3]** 164/11 164/13 250/22
**faster [2]** 202/14 267/16
**fastest [1]** 10/23
**fat [1]** 16/22
**father [3]** 17/8 17/15 176/2
**father's [1]** 16/22
**fault [3]** 127/25 127/25 133/18
**faults [4]** 11/13 11/15 11/16 131/18
**faxed [1]** 151/9
**February [12]** 48/9 48/15 54/22 128/4

128/13 130/10 181/19 181/19 181/21 181/22 181/23 205/9
**February -- I [1]** 181/19
**February 2014 [2]** 181/21 181/21
**February 6 [3]** 128/4 128/13 130/10
**Federation [6]** 13/14 13/23 14/12 14/17 15/11 18/13
**feed [1]** 165/17
**feeding [2]** 17/17 124/7
**feel [12]** 8/5 38/15 58/2 63/16 64/20 65/21 66/1 116/4 133/14 176/7 208/12 215/18
**feeling [7]** 23/22 23/23 68/6 201/9 208/2 208/4 208/14
**feelings [2]** 208/11 208/13
**feels [4]** 23/25 208/3 208/5 215/19
**fees [1]** 264/18
**feet [6]** 60/14 60/20 93/22 194/20 194/23 195/24
**FEI [4]** 14/1 14/21 19/19 19/19
**fell [2]** 195/4 196/10
**felt [19]** 47/25 51/3 51/23 57/1 69/4 122/9 124/1 129/6 133/20 152/18 153/2 153/3 154/18 179/22 201/17 214/14 226/11 256/4 262/2
**fence [6]** 126/1 126/2 127/18 127/20 131/25 133/12
**fences [6]** 11/12 86/22 123/5 131/17 131/21 173/8
**fend [2]** 206/7 206/8
**Festival [1]** 255/6
**few [2]** 117/7 193/9
**fewest [1]** 10/24
**fiddling [1]** 77/13
**fields [3]** 2/11 2/14 225/3
**fifth [1]** 70/5
**fifths [3]** 70/5 92/13 93/21
**Fifty [1]** 169/2
**figurative [1]** 86/15
**figure [1]** 170/8
**figured [2]** 149/9 243/7
**figuring [1]** 267/9
**filed [1]** 267/10
**filled [1]** 54/11
**final [6]** 76/1 76/5 77/20 163/8 163/25 235/10
**finding [4]** 89/21 93/8 107/13 152/17
**findings [4]** 93/15 101/2

225/7 225/14
**fine [37]** 4/1 7/9 10/17 37/5 37/10 40/22 51/15 52/20 57/21 57/21 58/1 58/3 58/21 60/24 62/6 62/16 63/7 63/11 63/12 64/11 70/17 84/21 87/10 105/6 105/18 107/5 107/6 109/18 110/23 119/22 122/1 122/7 145/22 147/3 229/20 231/1 231/2
**finish [14]** 13/1 15/13 16/6 25/18 58/5 67/18 71/12 88/6 92/18 92/20 119/4 177/12 266/1 266/16
**finished [3]** 92/21 174/5 206/15
**first [61]** 4/11 6/10 6/11 6/19 10/20 11/10 31/22 32/11 32/16 34/5 34/8 34/15 60/4 71/13 79/4 79/10 100/8 100/11 123/3 123/22 123/22 124/11 124/15 126/18 126/21 126/24 131/16 132/4 132/10 141/15 141/16 142/22 143/9 145/2 148/10 154/24 157/23 170/11 176/16 177/4 178/18 182/16 183/4 183/25 184/18 185/3 185/20 186/4 186/4 192/5 198/9 199/24 200/22 200/24 205/14 212/6 213/11 213/13 228/19 239/5 258/19
**firsthand [1]** 95/3
**fit [12]** 83/25 94/25 101/13 109/25 165/9 187/8 223/16 223/21 226/6 229/10 254/1 254/3
**five [19]** 12/13 93/2 93/2 93/3 93/8 190/16 190/16 190/18 190/24 193/6 194/20 194/21 194/23 195/24 226/17 226/20 245/25 246/9 249/3
**five feet [3]** 194/20 194/23 195/24
**five-three [1]** 194/21
**fix [2]** 62/9 231/5
**fixable [1]** 92/15
**fixed [2]** 27/10 121/25
**fixing [1]** 121/18
**flag [1]** 215/15
**flat [1]** 86/22
**flesh [3]** 70/24 135/18 136/5
**flexion [1]** 226/25
**FLORIDA [28]** 1/1 1/7

1/19 12/4 13/5 22/11 22/22 23/4 84/20 90/4 90/11 136/10 148/25 157/11 170/17 170/22 172/17 172/18 177/6 178/24 179/13 199/20 212/11 212/14 234/9 248/9 255/1 255/3
**flourish [1]** 248/5
**fly [1]** 182/24
**focus [1]** 115/13
**follow [2]** 4/4 101/24
**following [6]** 59/10 67/14 119/17 141/12 145/23 174/22
**food [1]** 52/15
**foot [16]** 25/17 26/15 62/4 63/22 70/7 82/23 83/18 89/4 89/17 92/4 100/15 100/19 208/21 226/1 229/19 229/22
**footing [1]** 153/15
**foregoing [1]** 269/16
**foresee [1]** 249/17
**forever [1]** 173/24
**forgive [1]** 58/11
**forgot [1]** 81/2
**form [15]** 67/3 76/17 77/11 77/14 99/24 117/18 173/12 174/12 191/8 233/6 261/3 261/5 262/1 262/3 266/5
**forthright [1]** 55/16
**forties [1]** 22/16
**Forty [1]** 81/9
**forward [5]** 135/1 183/18 183/18 198/5 206/13
**forwarded [1]** 251/8
**found [23]** 30/21 54/18 60/15 82/13 82/22 83/15 89/2 92/14 94/20 97/12 97/17 98/17 98/20 101/19 168/1 168/3 170/7 214/13 225/18 222/25 225/23 225/25 230/10
**foundation [4]** 13/18 137/15 219/8 221/12
**four [20]** 16/24 22/20 61/4 109/14 131/23 132/6 132/7 134/7 135/22 136/1 159/23 160/10 173/14 194/15 246/12 246/13 246/16 246/22 247/13 251/13
**four inches [1]** 194/15
**four miles [1]** 136/1
**fractured [1]** 187/4
**Frank [9]** 105/2 107/6 107/11 110/18 121/4 121/7 124/1 185/12 185/17
**Franklin [4]** 1/17 269/15 269/21 269/22
**free [1]** 235/22

**frequently [1]** 231/9
**Friday [1]** 206/19
**friend [6]** 16/21 16/25 17/8 17/11 17/11 189/9
**friendly [2]** 255/19 255/21
**friends [3]** 17/1 255/18 255/19
**frog [8]** 62/4 89/6 89/8 89/16 89/19 92/1 94/20 229/17
**front [24]** 19/11 43/3 49/15 54/15 65/6 72/13 73/17 87/25 89/15 106/18 110/9 143/8 145/1 160/19 161/2 161/19 162/2 162/17 168/4 170/5 226/1 227/10 230/8 241/25
**full [29]** 42/11 46/21 51/2 52/22 76/2 76/8 76/19 81/24 86/12 86/24 87/2 89/19 90/17 91/6 91/8 113/6 113/10 113/13 114/5 123/20 158/2 165/7 180/19 180/24 236/6 236/15 243/7 260/10 260/13
**full-time [1]** 113/6
**fully [7]** 51/25 94/24 101/18 228/17 245/8 245/12 260/9
**function [1]** 108/6
**functioning [1]** 37/4
**further [5]** 3/23 82/23 83/16 174/2 246/3
**future [1]** 173/21

**G**

**gain [1]** 149/10
**gait [2]** 224/18 224/18
**gallop [1]** 224/18
**Games [1]** 153/11
**gauze [1]** 223/2
**gave [9]** 5/11 32/23 60/10 75/12 75/14 101/11 121/15 176/2 264/9
**gears [3]** 194/7 265/22 265/23
**Gem [1]** 134/9
**general [11]** 42/11 94/19 135/15 147/17 167/9 187/24 188/19 203/9 203/10 203/11 254/8
**generally [3]** 154/17 154/18 195/17
**gentleman [3]** 184/23 185/17 200/6
**gentlemen [8]** 6/8 67/1 67/25 117/17 120/1 174/3 175/4 266/3
**gets [2]** 31/6 193/25
**getting [20]** 27/5 109/3 109/4 109/11 109/24 163/16 165/19 179/22

WITNESSNAME LSD   Index getting... here

**G**

**getting... [12]** 184/14
194/21 223/15 225/4
231/4 239/6 240/23
248/14 250/21 251/16
259/23 260/7

**gingerly [2]** 223/7
223/15

**girl [2]** 122/19 123/11

**give [36]** 4/23 7/15 7/19
20/18 20/23 32/22 65/3
70/16 88/5 113/6 113/13
114/5 114/13 122/23
152/5 153/5 154/8
167/24 168/23 169/10
176/5 188/25 198/17
206/20 207/1 217/8
217/21 237/4 237/22
238/21 239/6 239/13
251/23 252/13 252/17
253/1

**given [22]** 14/7 15/4
16/21 22/13 35/1 59/9
72/15 91/23 95/4 96/8
96/12 96/14 134/24
135/4 180/18 189/7
197/2 207/25 237/23
238/6 238/18 246/21

**giving [7]** 4/4 46/24
58/25 176/9 214/7
264/10 264/12

**glad [1]** 215/16

**gluteal [8]** 23/10 23/19
26/4 26/6 26/21 27/4
29/3 30/4

**gluteals [1]** 214/14

**go-ahead [1]** 237/4

**go-through [2]** 233/8
241/5

**God [1]** 230/24

**goes [6]** 37/22 49/5
63/11 76/9 194/17 213/2

**going [114]** 4/8 4/23
6/10 7/10 10/4 11/23
21/13 24/2 24/18 24/21
25/15 27/8 28/6 32/24
37/18 40/17 42/6 45/16
45/20 48/12 51/18 52/17
53/23 56/2 59/14 59/17
81/11 82/3 82/6 83/7
85/15 87/13 94/16 95/3
101/15 101/15 102/25
104/11 114/22 117/14
118/17 118/22 119/4
123/4 129/24 130/1
134/25 136/6 141/2
142/3 142/6 142/25
144/11 155/23 158/20
166/6 169/17 169/19
173/20 174/3 174/4
174/5 174/6 174/7 174/8
175/5 176/11 180/8
182/23 184/14 191/14
195/2 195/19 202/3
202/13 207/23 210/9
214/3 215/17 217/4

217/11 223/13 225/23
226/1 226/16 226/20
227/1 227/15 227/9
232/18 237/10 238/7
238/9 238/17 239/13
239/15 239/15 240/18
248/5 248/12 262/15
263/16 265/22 265/23
265/25 266/4 266/16
266/17 266/18 266/21
266/22 267/8 267/22
267/22

**gold [1]** 134/9

**Gomez [94]** 49/24 50/3
50/6 50/9 50/12 50/16
51/1 53/15 53/18 55/14
56/5 56/12 56/17 56/24
57/7 58/24 59/3 59/9
59/12 60/8 60/11 60/14
61/3 61/5 61/6 61/12
61/21 61/23 63/2 63/6
63/7 63/8 63/16 64/7
69/1 69/4 69/8 69/13
69/17 70/19 70/20 71/6
71/16 71/19 71/24 72/2
72/9 72/12 72/20 72/24
73/1 73/1 73/5 74/13
74/15 74/22 74/24 75/6
75/8 77/16 78/6 78/6
82/12 83/16 83/23 84/15
84/19 85/8 85/20 91/11
91/17 93/19 94/3 94/13
94/13 94/14 101/23
216/3 217/8 217/12
217/16 217/21 217/23
218/5 218/8 218/11
218/18 218/22 219/7
219/18 223/21 225/7
225/10 227/20

**Gomez's [2]** 85/5 93/21

**gone [6]** 60/8 62/10 92/3
101/23 150/17 206/19

**gonna [18]** 45/21 129/25
161/7 173/3 191/20
192/1 194/23 197/4
197/5 211/1 228/11
238/13 239/5 239/20
239/20 244/21 250/10
260/23

**good [83]** 3/2 5/19 6/7
7/6 7/7 7/10 16/24 24/12
24/13 37/4 45/7 45/8
45/8 45/9 46/14 48/12
49/19 51/13 51/20 51/22
51/23 51/23 52/6 52/9
55/23 59/6 60/3 61/2
64/16 66/23 84/21 84/22
85/1 87/4 94/19 97/20
103/16 105/22 110/19
110/21 111/15 121/13
121/19 122/9 123/8
123/9 124/2 124/25
135/2 135/3 135/21
135/22 138/1 142/12
146/19 153/15 154/2
154/3 154/5 154/6 154/7

166/9 167/20 169/14
172/25 173/24 175/21
175/24 175/25 177/25
178/3 196/14 198/4
198/7 201/9 201/10
201/16 201/17 213/7
215/19 217/18 247/22
248/21

**goodbye [1]** 190/15

**goodness [2]** 195/11
196/13

**got [39]** 3/14 17/9 32/10
38/23 62/14 66/10 77/12
83/4 102/2 111/21
111/22 111/22 114/10
121/24 126/2 131/19
133/6 133/13 134/21
135/12 140/23 140/24
163/25 167/11 169/5
182/2 196/10 196/11
196/11 208/19 213/7
235/10 246/13 247/17
259/3 259/24 264/9
265/19 265/20

**gotta [1]** 231/5

**gotten [2]** 153/4 179/20

**graduated [1]** 22/15

**Grand [8]** 36/4 48/18
48/19 111/15 153/20
248/14 248/15 248/21

**grasp [1]** 227/13

**great [8]** 31/10 31/20
38/10 41/1 130/8 206/22
214/2 248/8

**green [1]** 199/14

**greeting [1]** 190/14

**grew [1]** 116/14

**groom [1]** 224/15

**ground [4]** 193/20
194/11 195/24 226/13

**grounds [2]** 153/13
153/18

**group [3]** 2/5 103/6
103/25

**guess [17]** 5/10 8/6
26/12 32/10 33/19 68/11
93/7 102/4 123/25 142/8
171/3 171/13 171/18
176/22 190/20 204/25
207/20

**guessing [7]** 21/19 33/3
57/11 57/14 190/19
207/18 216/22

**gun [1]** 32/1

**guy [2]** 255/2 256/12

**guys [1]** 257/1

**H**

**hadn't [2]** 17/9 248/12

**halter [1]** 224/14

**hand [21]** 5/2 6/15 42/15
79/14 89/12 106/16
142/4 143/13 143/25
144/6 144/12 144/22
145/4 146/2 175/10
184/3 194/14 224/11

224/15 228/5 263/14

**handed [1]** 54/7

**handle [1]** 4/7

**handled [2]** 28/3 44/14

**handling [1]** 164/22

**hands [6]** 17/15 46/18
102/17 164/11 194/14
249/17

**hands-on [1]** 102/17

**handwriting [20]** 79/13
79/16 141/14 141/20
141/25 142/1 143/5
145/5 145/8 145/8
145/14 146/11 148/4
148/8 148/8 149/5 149/7
149/12 263/7 263/9

**handwritten [3]** 143/20
145/10 146/7

**hang [2]** 170/7 171/22

**happen [13]** 70/1 70/1
138/23 155/23 164/7
165/16 185/8 185/10
193/24 194/1 196/6
196/18 230/3

**happened [32]** 50/15
51/6 53/14 57/20 57/24
71/17 78/3 82/4 83/21
84/17 90/8 90/9 90/9
93/24 102/16 109/22
115/21 125/15 125/16
130/9 136/10 173/18
183/3 196/6 196/8 196/8
196/9 200/24 219/7
228/9 228/12 232/3

**happening [6]** 8/18
165/19 166/5 215/16
233/16 261/7

**happens [5]** 100/14
135/20 137/23 196/23
231/3

**happy [15]** 5/3 5/5 53/25
64/3 84/25 85/13 88/7
116/1 116/24 139/24
160/2 172/9 197/15
215/10 222/21

**hard [4]** 190/13 205/20
226/13 226/18

**Hart [8]** 2/11 3/21 10/25
11/21 181/13 193/10
193/11 195/20

**having [11]** 19/25 62/4
89/6 108/11 122/17
165/10 209/16 211/5
227/1 248/13 267/22

**he'd [1]** 96/3

**he'll [2]** 213/2 213/4

**he's [59]** 10/17 10/18
10/18 22/16 25/7 27/3
27/9 37/4 37/4 46/14
49/13 49/14 52/3 52/8
52/9 57/9 60/25 61/1
69/1 69/24 93/20 96/15
99/8 103/16 109/18
124/10 125/22 132/2
135/1 135/2 135/2
136/21 146/4 154/1

155/21 155/22 158/15
162/12 173/6 173/13
173/16 173/20 191/1
194/14 196/1 207/22
208/4 214/2 227/15
239/5 240/13 247/21
247/22 247/23 249/3
252/11 252/12 255/1
267/22

**head [5]** 165/23 194/17
194/18 195/8 195/14

**heal [1]** 23/13

**health [31]** 10/5 18/24
18/24 19/8 19/15 19/19
20/22 20/6 35/5 45/21
46/16 54/24 60/10 65/14
65/23 68/19 68/23 69/2
91/9 114/5 158/10
158/24 187/14 187/23
188/2 235/24 236/2
236/12 245/8 253/19
253/22

**healthy [5]** 19/23 38/15
54/23 223/16 253/23

**hear [10]** 6/10 8/12 8/15
8/17 17/4 28/6 68/2
136/7 189/9 259/12

**heard [21]** 73/5 86/3
118/8 118/24 119/8
119/9 182/2 194/5
218/11 218/15 219/13
219/21 222/23 227/9
229/23 230/5 236/15
237/25 239/23 249/1
257/7

**hearing [1]** 8/9

**hearsay [1]** 141/10

**heart [1]** 173/17

**height [5]** 126/9 133/22
133/24 172/6 195/1

**heights [1]** 172/5

**held [1]** 141/12

**hello [2]** 175/22 190/15

**help [20]** 21/7 32/24
42/8 42/15 58/19 69/12
71/13 87/8 89/1 104/20
105/19 121/13 122/4
127/10 162/19 170/6
184/9 206/22 238/4
239/16

**helped [8]** 121/16
121/17 154/20 155/20
163/3 239/24 240/4
240/6

**helpful [9]** 3/18 41/12
68/25 121/14 122/2
162/14 210/11 257/24
258/1

**helping [4]** 121/14
152/25 193/11 263/23

**helps [1]** 68/8

**hematoma [2]** 221/21
222/1

**here [60]** 4/21 5/2 6/9
19/11 39/18 41/12 44/15
51/5 52/11 53/3 55/25

Case 9:15-cv-81229-KAM   Document 288   Entered on FLSD Docket 10/04/2017   Page 281 of
298
WITNESSNAME   Index: here... - indicate

**H**

**here... [49]** 56/5 57/6
65/5 74/17 79/10 80/17
81/19 98/11 108/14
110/3 110/9 110/10
115/21 118/13 136/10
138/18 138/23 139/12
141/11 141/21 147/9
152/12 158/15 158/18
162/6 166/2 170/8
171/14 177/6 178/1
179/25 180/15 180/22
181/10 186/20 199/1
202/11 213/25 214/14
227/17 232/11 232/18
239/17 240/11 243/19
246/14 250/13 264/1
266/12
**here's [3]** 49/13 228/11
251/13
**herself [1]** 40/23
**hey [17]** 37/4 44/25
61/24 98/23 109/2
114/12 139/2 187/13
217/17 237/20 240/10
247/12 248/18 249/2
254/7 254/14 256/9
**Hi [1]** 68/6
**high [25]** 12/9 12/10
12/14 12/15 17/19 23/8
27/3 27/6 37/14 38/14
38/20 39/9 40/23 47/24
48/21 71/1 110/1 124/25
126/11 165/13 194/12
194/15 201/11 234/23
248/13
**high-end [3]** 12/10
12/15 124/25
**higher [13]** 12/12 36/6
48/10 48/12 48/18 49/2
51/16 55/1 110/8 111/16
116/14 170/23 172/1
**highlighted [1]** 249/8
**himself [5]** 74/22 75/4
114/19 173/9 234/12
**hind [13]** 26/13 30/3
30/4 36/24 43/9 43/23
60/12 60/16 61/12 63/4
63/19 108/12 168/5
**hindquarters [1]** 58/25
**hinds [1]** 59/20
**hindsight [1]** 116/2
**hire [2]** 124/3 185/11
**hired [1]** 40/24
**history [31]** 10/5 18/25
33/13 33/16 35/20 56/6
56/8 56/18 64/1 64/9
64/22 65/2 68/19 68/23
69/2 96/13 114/5 136/15
138/11 158/10 158/24
181/25 188/2 188/15
235/19 235/24 236/2
238/11 245/9 246/18
253/19
**hit [6]** 86/20 194/3 195/8
195/14 206/4 259/20

**hock [3]** 23/20 27/2 27/5
**hold [4]** 134/10 161/9
226/23 226/24
**home [6]** 45/8 45/14
64/16 184/10 206/18
206/23
**homework [1]** 55/8
**honest [16]** 10/18 24/13
46/12 52/4 55/15 84/21
113/5 114/4 136/21
185/12 188/25 189/7
234/10 243/18 261/7
262/2
**honestly [1]** 28/5
**honor [107]** 3/5 3/12
3/19 4/1 4/19 5/2 5/14
5/16 5/23 6/3 6/12 6/24
6/25 25/21 28/15 28/19
41/15 41/19 41/20 42/21
42/23 43/15 53/25 54/4
54/5 66/12 66/16 66/19
66/22 66/25 67/5 67/12
78/17 79/1 84/3 84/7
87/11 87/15 88/5 88/8
92/19 92/24 105/7
117/16 117/21 117/22
118/7 118/8 118/24
119/20 120/3 128/11
128/16 130/17 130/21
130/24 132/19 132/21
132/25 139/4 140/25
141/8 141/10 141/15
141/19 142/1 142/17
143/7 143/11 143/24
144/2 144/8 144/19
144/24 147/20 147/23
148/2 156/18 156/21
156/25 160/3 161/10
161/17 162/11 169/20
169/24 170/3 172/8
174/2 174/25 175/7
175/18 177/13 187/20
241/12 250/7 261/6
262/15 262/17 262/20
262/24 265/24 266/2
267/5 267/10 267/15
267/19
**honorable [6]** 1/12
46/12 52/3 55/22 55/22
154/18
**honored [1]** 261/18
**hoof [10]** 26/17 59/14
60/1 70/13 70/13 73/21
73/22 74/5 74/6 94/22
**hope [7]** 7/17 206/8
206/13 206/17 211/22
257/19 266/20
**hopefully [2]** 85/16
267/12
**horrible [1]** 24/7
**horse [535]**
**horse's [27]** 10/5 18/24
19/7 35/5 35/5 40/17
62/4 63/18 63/20 65/2
65/22 73/17 89/13 89/16
99/21 100/1 109/3

109/11 110/1 127/9
133/18 188/15 193/25
222/19 235/19 246/18
253/19
**horseback [1]** 168/20
**horseman [11]** 51/22
52/4 62/17 97/20 99/17
110/20 121/13 154/5
166/11 189/8 189/16
**horses [121]** 10/21 11/7
12/1 12/5 12/11 12/15
13/7 13/8 14/6 15/2 15/6
16/14 16/16 16/18 17/13
17/23 18/11 18/12 18/15
18/20 19/24 21/17 22/9
23/20 23/21 24/10 24/15
25/8 37/13 38/13 38/14
40/25 47/25 49/14 49/18
51/3 52/17 56/9 62/14
70/23 91/8 99/18 108/20
110/1 110/4 116/8 121/2
121/17 121/25 122/2
129/8 129/18 130/7
130/8 132/2 132/9 134/8
134/14 135/19 141/22
145/12 145/19 145/19
145/20 145/20 147/18
147/18 152/3 152/7
153/9 153/9 153/9
153/15 153/21 155/22
165/19 167/19 169/15
179/14 183/3 184/9
184/10 184/11 185/13
185/14 186/8 186/12
186/13 187/24 188/19
190/14 191/22 193/2
193/5 196/15 203/13
205/6 207/25 208/7
208/11 213/9 213/14
213/24 214/1 214/3
214/12 215/9 215/9
215/13 220/2 220/3
220/7 220/10 226/19
234/19 254/11 257/22
264/13 264/15 264/17
265/14
**hospital [4]** 22/21 65/13
65/14 65/15
**hot [1]** 24/1
**hour [1]** 119/2
**hours [2]** 118/14 119/2
**housekeeping [1]** 3/6
**how'd [1]** 179/24
**Howard's [1]** 134/8
**however [3]** 5/8 38/13
116/24
**huh [6]** 34/21 131/9
163/4 170/18 236/24
256/7
**human [6]** 27/9 37/14
73/17 192/5 192/8 194/8
**humans [1]** 70/23
**hundred [8]** 13/5 13/8
13/9 49/14 49/18 192/13
228/16 263/16
**hundred percent [1]**

192/13
**hunter [1]** 108/18
**hunter-jumper [1]**
108/18
**hurt [7]** 23/10 154/9
169/5 193/23 195/7
204/25 211/1
**hypothetically [1]**
138/24

**I**

**I'd [24]** 4/6 39/9 41/10
66/12 78/17 78/20 85/13
128/11 130/17 132/19
139/24 140/25 147/20
156/18 159/21 169/21
185/4 197/15 200/23
207/18 241/13 255/19
262/17 263/1
**I'll [17]** 3/15 9/15 84/7
84/10 119/11 125/6
137/19 138/16 141/24
192/22 199/16 235/4
235/6 245/20 253/9
259/13 267/11
**I'm [173]** 5/3 5/5 7/10
7/13 7/20 7/24 8/18 10/4
15/8 15/10 15/15 15/18
15/24 16/4 16/9 17/5
18/22 21/24 24/3 25/20
26/22 28/6 28/16 29/5
30/19 32/24 35/7 35/9
37/18 42/6 45/20 45/21
52/15 53/8 53/23 53/25
56/2 57/20 58/2 58/11
58/11 59/21 60/17 63/13
65/7 65/10 65/11 65/16
66/3 67/21 68/12 70/5
74/16 76/3 76/10 76/15
80/5 80/6 81/11 82/3
82/6 82/18 83/7 83/20
84/12 84/19 91/20 92/19
93/17 95/2 95/3 95/11
95/22 96/10 101/15
103/13 104/11 107/1
107/1 108/9 111/23
116/10 117/11 117/11
117/12 118/24 119/3
119/5 124/21 125/14
128/6 130/16 133/9
133/15 133/17 134/1
134/3 134/17 134/18
138/24 139/10 142/3
142/24 144/11 146/4
157/16 158/20 159/10
160/2 162/1 167/8 167/9
169/19 171/13 172/9
172/16 173/17 177/3
177/10 181/23 182/12
189/3 192/17 194/22
194/23 198/21 199/12
199/12 200/4 201/2
201/3 201/5 210/9
210/22 212/8 214/8
216/20 216/21 218/12
222/21 223/20 226/25

227/3 228/16 231/8
231/21 232/13 232/19
232/23 234/10 234/13
236/8 239/6 239/13
244/1 250/13 250/18
250/22 252/3 253/16
255/24 256/1 256/1
256/9 259/18 259/19
260/6 260/7 260/20
263/16 263/16 265/22
267/2
**I've [19]** 17/13 43/2 48/1
48/2 54/7 55/8 63/11
75/21 76/14 84/18 94/12
95/17 105/11 142/20
154/24 158/13 158/19
166/2 195/14
**I-N-D-E-X [1]** 268/2
**idea [10]** 47/6 90/22
91/2 94/7 97/10 98/12
98/16 99/16 151/12
151/17
**identified [4]** 87/18
141/18 144/4 183/12
**identifies [1]** 142/12
**identify [6]** 72/7 72/18
82/25 94/15 101/1 101/8
**immediately [1]** 77/22
**immense [1]** 248/6
**impairment [1]** 8/9
**impeaching [1]** 4/5
**impeachment [3]** 3/21
4/3 4/21
**important [28]** 17/2
27/5 27/19 29/18 29/23
39/12 48/4 56/15 56/23
57/2 63/1 64/2 68/19
68/22 77/1 93/17 99/20
100/1 100/3 110/11
118/12 140/7 152/18
164/14 245/8 245/12
249/7 260/4
**in-person [1]** 185/23
**Inc [1]** 264/2
**incapable [2]** 202/16
202/18
**incentive [1]** 260/12
**incentivized [2]** 112/3
112/16
**inches [6]** 194/15 194/15
194/21 194/23 195/2
195/24
**include [8]** 33/1 35/10
35/13 36/12 187/13
205/3 214/9 238/8
**included [2]** 32/8 112/14
**includes [2]** 70/12
135/23
**including [1]** 194/18
**increased [1]** 127/9
**indecisive [1]** 206/10
**independent [5]** 20/22
33/4 33/22 33/23 136/24
**independently [1]** 30/19
**indicate [8]** 61/20 61/24
86/4 197/12 209/9

## I

indicate... [3] 209/12
209/15 263/22
indicated [4] 8/9 107/23
190/3 242/19
indicates [3] 69/22 90/3
240/22
indicating [1] 64/20
individual [2] 139/23
140/6
individually [1] 264/7
industry [17] 86/14
112/24 114/25 152/10
155/18 189/8 189/12
189/16 193/4 203/8
203/24 220/10 226/7
255/15 257/7 257/20
257/22
infect [1] 19/23
infected [1] 70/15
infection [3] 60/5 222/3
222/5
inform [1] 177/1
information [50] 18/24
18/24 19/7 19/13 19/15
19/20 20/5 20/6 21/4
30/12 30/21 32/20 35/12
35/17 44/6 47/1 48/4
48/4 59/5 61/20 61/24
63/3 63/5 63/17 63/24
69/20 77/12 82/24 83/17
94/5 97/2 97/6 97/15
97/23 113/10 141/20
188/15 191/9 197/3
230/14 230/15 234/22
235/15 236/2 236/11
236/13 253/1
informed [1] 51/25
initial [6] 6/22 187/23
188/3 188/6 188/9
188/14
initially [2] 110/25
258/16
inject [1] 60/4
injected [1] 74/1
injecting [2] 59/25 70/14
injection [5] 60/21 70/12
70/18 75/17 94/19
injections [2] 72/3 72/25
injure [1] 55/17
injured [6] 32/10 86/19
86/23 193/17 195/4
221/11
injuries [10] 23/12
38/21 52/10 116/6 168/6
173/10 173/10 195/6
196/18 196/21
injury [17] 24/3 32/14
86/20 168/5 168/5 173/2
193/21 195/9 195/12
196/12 196/23 221/22
222/1 222/6 222/8 222/9
229/14
inoculations [1] 20/11
input [1] 52/12

inquire [1] 253/21
inquired [3] 4/2 185/13
186/5
inquiries [1] 44/20
inquiring [1] 201/3
inquiry [3] 64/7 69/8
211/19
inside [1] 216/25
insignificant [1] 246/17
instance [4] 196/8 207/5
207/18 248/12
instances [2] 182/22
193/15
instead [3] 144/17
264/10 265/13
instruct [13] 47/9 47/11
47/12 47/13 47/20 55/13
59/3 158/7 159/4 159/8
159/10 235/14 235/18
instructed [3] 72/21
72/24 238/16
instructing [1] 20/22
instruction [1] 122/3
instructions [4] 59/9
73/5 121/15 173/4
insurance [79] 31/2 31/5
31/6 31/8 31/9 31/10
31/19 31/23 32/4 32/6
32/19 32/20 33/9 33/12
33/14 33/24 34/22 35/13
35/22 36/7 36/12 36/13
37/1 37/3 37/11 37/21
38/4 38/10 38/16 38/20
39/8 39/11 39/12 40/1
40/8 40/20 41/2 41/4
42/12 43/22 44/11 44/16
44/17 44/21 44/21 45/1
45/11 47/10 47/14 47/22
47/24 48/2 49/6 56/17
57/10 61/15 61/18 63/3
63/18 69/8 69/14 219/14
219/18 219/20 219/22
219/24 220/1 220/7
220/9 220/16 220/22
220/25 221/2 221/4
221/10 221/14 221/15
221/18 221/19
insure [1] 40/14
insured [9] 30/25 34/10
34/16 36/2 38/12 38/17
40/15 41/1 47/17
intend [2] 3/20 187/13
intended [4] 61/8 83/25
95/1 101/13
intent [4] 164/10 204/20
204/25 205/6
intention [1] 11/19
interacted [1] 150/1
interaction [1] 110/14
interactions [1] 53/15
interest [2] 76/7 160/12
interested [2] 51/11
122/20
intermediary [1] 241/6
intermediate [1] 183/9
intermitt [1] 183/9

intermittent [1] 179/8
internally [1] 92/8
international [5] 12/21
14/5 118/12 166/3 199/9
Internationale [1] 13/24
Internet [1] 20/4
interpretation [1]
204/18
Interpreter [2] 1/20
1/21
interrupt [4] 17/21
119/1 174/4 174/8
interrupted [1] 52/10
interruption [1] 182/21
interview [2] 73/4 188/9
interviewed [1] 56/12
interviewing [1] 191/10
introduced [2] 60/6
120/25
invasive [1] 52/13
investigate [1] 107/2
investigation [2] 56/23
106/20
invoices [3] 95/21 234/2
234/6
involved [7] 40/2 44/16
52/21 104/4 111/19
159/14 159/18
involving [3] 256/14
261/20 261/24
isn't [34] 21/15 23/3
23/15 39/13 45/10 62/23
69/23 69/23 74/16 76/5
83/13 90/6 90/19 90/25
91/23 96/1 113/22
115/21 125/18 135/15
136/1 139/19 160/14
161/7 209/20 219/5
238/12 250/2 252/11
252/24 254/12 254/15
257/20 257/21
issue [6] 35/18 137/22
139/12 186/4 209/16
218/17
issued [4] 33/13 41/1
53/18 225/10
issues [14] 30/19 46/16
146/13 146/24 186/9
186/16 186/24 187/11
187/14 191/15 192/9
197/17 209/17 254/7
it'd [1] 115/23
it's [149] 3/10 7/10 14/4
21/8 26/17 29/18 33/21
37/15 37/22 45/23 49/5
52/19 54/8 54/11 55/21
55/21 55/21 55/22 55/25
58/9 58/17 59/25 65/17
65/18 68/19 70/10 72/17
73/21 73/22 74/14 75/18
78/12 78/19 85/15 85/16
87/13 87/22 88/18 92/6
100/14 100/16 104/8
106/13 106/15 110/8
110/11 119/1 125/5
127/19 128/12 129/16

131/21 136/2 136/3
136/5 138/3 138/13
141/14 141/15 142/21
144/3 144/21 145/13
146/10 147/8 149/16
150/11 150/18 150/21
150/21 153/12 153/14
156/9 161/14 161/15
162/2 165/22 165/22
166/1 166/4 166/6
166/14 169/22 170/6
172/11 172/23 176/3
176/16 177/22 188/1
189/12 189/14 189/15
192/8 192/17 193/20
193/20 198/20 200/17
203/15 204/9 204/13
204/20 204/23 206/17
206/23 208/5 208/15
208/16 208/19 210/5
210/24 210/25 211/1
213/6 215/12 215/12
215/13 215/15 215/15
215/16 223/3 223/4
223/14 223/15 224/18
224/19 225/1 226/16
226/21 227/2 227/17
231/1 231/3 231/4 239/7
239/8 241/13 241/16
241/17 241/20 251/15
257/4 257/24 258/1
262/12 263/2 263/7
264/13
itch [1] 50/15
item [2] 170/11 170/14
item 5 [1] 170/11
itself [2] 39/19 193/23

## J

January [4] 12/13 12/14
48/14 54/21
jaw [1] 214/17
jeopardy [1] 116/5
Jersey [1] 22/11
job [12] 46/14 51/15
59/6 63/9 64/11 123/7
183/2 187/10 201/10
206/6 226/6 226/15
jog [7] 15/25 16/4 16/9
32/24 53/23 108/10
224/21
jogging [1] 224/19
John [3] 2/11 95/8 95/15
joint [10] 26/15 27/2
59/13 72/3 72/25 73/22
74/3 74/4 75/17 76/22
joints [6] 72/3 73/9
73/16 73/16 74/1 75/18
joints -- I [1] 75/18
Jorden [2] 2/11 2/14
Jorge [1] 49/23
Jose [34] 28/2 48/17
48/22 51/10 51/15 54/22
109/15 149/2 154/5
169/5 198/11 198/24
199/3 199/4 199/8

199/19 200/10 200/19
200/25 201/6 201/8
201/14 201/20 201/25
202/4 202/6 202/12
202/15 202/20 202/22
203/1 203/4 203/19
252/15
journey [1] 77/24
JP [1] 200/7
Juan [35] 28/2 48/16
48/22 51/10 51/15 54/22
109/15 149/2 154/5
169/5 198/11 198/24
199/3 199/4 199/8
199/19 200/6 200/10
200/19 200/25 201/6
201/8 201/14 201/20
201/25 202/4 202/6
202/11 202/15 202/19
202/22 202/25 203/4
203/19 252/15
judge [2] 1/13 62/20
judgment [1] 87/7
July [24] 9/23 10/1
24/25 31/14 34/7 34/8
34/18 34/19 38/2 38/3
38/3 38/7 38/9 38/9 41/7
41/9 41/25 42/1 42/10
42/11 43/21 43/21
120/22 182/3
July 2011 [1] 10/1
July 2012 [1] 38/3
July 2013 [1] 43/21
July 2014 [2] 41/9 43/21
July 29 [7] 34/7 34/8
34/18 34/19 42/1 42/10
42/11
July 29th [1] 41/25
jump [25] 10/19 10/20
10/21 45/21 86/22 99/21
100/2 109/13 125/21
125/25 126/8 126/10
129/24 131/10 131/10
131/13 131/20 132/5
132/11 132/12 135/23
193/20 198/5 198/5
207/13
jump-off [11] 10/20
10/21 125/21 125/25
131/10 131/10 131/13
131/20 132/5 132/11
132/12
jump-offs [1] 135/23
jumped [9] 32/1 109/15
135/21 170/23 172/1
201/11 201/12 205/23
206/15
jumper [16] 10/11 10/15
11/19 27/20 29/13 29/16
108/18 112/24 114/25
189/8 191/23 193/4
193/5 195/3 203/16
204/5
jumpers [3] 10/18 61/1
215/13
jumping [11] 11/22 27/3

**J**

**jumping... [9]** 27/3 27/8
51/16 126/22 147/7
153/20 220/10 248/15
249/1
**jumps [5]** 10/18 10/20
205/23 247/20 251/17
**June [1]** 169/8
**junior [2]** 110/22 198/14
**jurors [5]** 6/4 67/22
119/23 144/11 175/1
**jury [42]** 1/11 6/6 6/9
10/14 10/25 11/22 14/16
19/11 26/6 26/24 29/21
32/2 32/20 65/6 67/6
67/23 73/7 73/24 86/6
98/11 118/1 119/24
131/13 141/16 143/8
144/23 149/12 169/22
174/14 175/2 181/25
186/3 193/11 195/20
205/18 222/18 224/16
225/19 227/10 230/8
262/17 266/8
**just [214]** 3/23 4/1 4/3
4/7 4/17 9/12 10/9 12/7
15/18 15/24 16/4 16/9
17/23 19/18 26/17 27/9
27/13 27/13 27/14 30/18
30/19 32/2 35/10 36/3
37/13 37/19 39/2 39/3
40/7 42/25 43/2 43/12
45/20 45/21 49/5 53/8
53/23 54/7 55/21 56/2
56/7 57/10 57/20 57/24
58/16 58/19 60/4 60/15
60/23 62/15 62/18 62/20
62/23 63/1 63/13 63/13
64/18 64/23 64/25 65/5
65/10 68/9 71/4 74/6
74/22 74/23 75/4 75/18
75/25 76/15 78/12 80/6
86/10 87/17 88/10 93/2
93/5 93/25 101/14
101/14 101/17 102/6
115/17 116/18 116/18
117/1 125/24 129/16
134/3 134/14 135/24
137/25 137/25 138/1
139/12 141/15 141/16
141/24 142/11 142/21
144/3 144/5 144/9
144/11 145/21 146/11
148/4 155/25 156/14
159/10 161/15 162/7
162/9 162/19 163/10
166/2 166/8 166/14
166/14 167/9 168/12
173/17 173/18 178/5
178/21 178/23 179/8
179/11 179/18 181/24
187/7 187/24 188/1
188/20 188/23 190/7
190/8 190/10 190/15
192/4 192/7 193/16
194/9 194/19 195/1

**K**

**KAM [1]** 1/2
**keep [12]** 15/1 15/7
52/17 54/15 68/9 78/6
84/25 115/13 180/7
223/21 229/9 267/22
**keeping [2]** 39/9 213/8
**KENNETH [1]** 1/12
**Kentucky [17]** 22/11
60/25 124/12 124/20
124/24 125/2 125/11
130/15 148/25 182/24
184/9 212/3 212/6
212/10 212/13 214/1
234/9
**kept [2]** 64/12 172/6
**kid [1]** 193/3
**kill [7]** 32/15 115/12
115/18 115/23 116/21
117/1 173/9
**killed [3]** 116/1 194/2
259/6
**kind [16]** 17/14 24/16
27/13 51/12 65/3 128/9
153/25 154/1 164/16
186/6 187/6 197/2
223/16 224/19 225/2
226/9
**kinda [2]** 73/17 223/14
**kinds [1]** 94/12
**kitchen [2]** 206/19
206/24
**knees [1]** 73/17
**knew [47]** 4/2 46/19
47/1 47/5 54/12 77/2
77/5 89/24 94/11 94/12
97/2 101/25 101/25
102/2 102/10 102/18
110/18 110/23 111/16

197/2 198/25 201/2
201/3 201/4 202/3 203/1
203/9 203/24 206/16
206/17 207/5 209/18
210/9 210/9 210/22
211/3 213/8 214/3
214/15 215/4 215/25
216/20 217/10 217/10
223/3 223/4 223/6
223/10 223/13 223/14
223/14 223/15 224/10
224/10 224/14 226/21
227/2 227/8 227/19
227/20 233/2 237/20
242/2 242/14 243/11
243/15 243/18 244/3
244/21 245/15 245/15
248/4 248/10 248/17
249/10 251/9 252/2
252/7 254/3 254/9 256/8
257/3 259/13 262/13
262/14 262/15 265/22
267/11
**justified [2]** 135/9
135/11
**justify [1]** 192/11

**L**

113/24 113/2 113/18
113/18 113/19 115/2
115/25 122/6 122/6
122/8 123/10 126/2
134/4 153/18 155/25
156/5 164/22 200/7
211/17 220/1 221/2
230/13 244/4 256/7
259/2 259/13 259/18
259/20
**knockdowns [1]** 131/22
**know [348]**
**knowing [4]** 98/1 102/20
138/25 230/22
**knowledge [67]** 13/2
13/10 14/23 19/7 20/3
20/23 21/18 28/1 29/8
33/12 35/1 47/4 49/23
50/14 50/18 50/21 53/13
53/20 59/8 63/11 69/13
69/17 74/9 75/3 75/16
90/6 90/16 90/17 90/19
90/25 91/6 94/5 96/12
96/14 102/13 108/18
112/17 113/24 117/2
129/18 133/22 133/23
136/24 149/21 159/18
164/25 165/2 167/9
180/2 180/9 183/12
188/19 207/25 212/16
212/19 213/17 214/24
215/3 218/23 219/20
221/9 222/6 225/20
244/8 253/11 253/14
257/17
**known [13]** 14/1 51/7
51/21 61/20 63/6 69/2
94/5 97/6 150/2 154/4
155/21 156/7 254/2
**knows [3]** 155/19 158/15
219/9

**lack [5]** 89/13 135/16
137/15 219/8 221/12
**ladies [8]** 6/8 67/1 67/25
117/17 120/1 174/3
175/4 266/3
**Lady [3]** 167/23 167/25
168/1
**lame [20]** 48/12 54/23
83/15 91/24 92/11 92/13
97/12 97/17 98/17 98/20
98/23 99/8 100/25 101/3
210/18 210/19 210/22
210/24 227/1 229/15
**lameness [17]** 54/17
70/4 83/11 89/13 91/12
91/18 93/3 99/19 99/25
100/9 101/18 102/14
102/19 209/16 209/24
210/13 210/17
**landed [1]** 205/24
**language [3]** 158/8
263/18 263/20
**large [3]** 189/14 189/15

247/22
**laser [10]** 22/25 23/5
23/15 35/15 52/14
108/23 212/23 213/4
213/12 214/22
**last [11]** 3/14 6/20 8/22
133/23 136/10 169/16
175/14 177/5 202/9
222/20 248/11
**lasted [1]** 185/25
**lasts [1]** 92/8
**late [17]** 22/17 86/12
123/17 124/3 124/16
182/17 182/18 183/6
185/9 185/22 206/18
206/20 206/23 227/25
228/5 235/10 250/21
**later [12]** 15/23 21/6
55/17 78/5 78/14 101/6
116/14 118/13 149/8
179/4 230/23 251/11
**lateral [2]** 89/5 89/15
**launch [1]** 127/19
**Law [1]** 2/5
**lawsuit [4]** 171/21
178/23 179/20 179/23
**lawyer [2]** 159/14
159/18
**lawyers [3]** 10/10
118/14 249/1
**layman [1]** 224/18
**leaning [1]** 194/25
**learn [14]** 55/8 120/24
167/14 184/18 198/8
198/23 199/7 206/7
206/8 206/13 207/3
213/11 213/13 258/25
**learner [1]** 17/15
**learning [1]** 121/23
**lease [1]** 265/14
**least [7]** 29/20 97/2
166/3 183/13 207/9
225/20 246/7
**leather [1]** 223/2
**leave [8]** 67/3 101/17
117/19 174/7 174/12
182/25 220/8 266/5
**leaving [1]** 251/7
**left [3]** 59/15 162/5
225/24
**leg [6]** 27/2 193/22
196/10 196/22 226/24
226/25 239/7
**legal [2]** 158/11 206/3
**legs [4]** 73/18 193/22
193/25 222/19
**lengthy [1]** 267/9
**Leonard [2]** 2/17 118/17
**Leslie [6]** 134/8 170/24
172/19 172/20 172/21
172/23
**Leslie's [1]** 170/24
**less [4]** 127/16 204/6
204/12 204/13
**let [34]** 7/25 8/3 8/19
9/12 19/15 25/18 28/17

42/7 58/19 61/17 68/11
68/14 71/12 72/10 85/25
92/18 97/12 102/6
138/18 158/21 160/19
162/12 162/19 176/19
176/22 185/15 194/8
201/3 208/16 222/22
250/23 257/21 258/12
265/6
**let's [34]** 6/4 17/12 18/7
20/19 21/9 24/22 30/18
42/10 61/12 67/22 83/1
93/25 100/7 113/4
113/22 117/17 119/23
134/12 141/11 142/13
151/18 174/11 175/1
192/5 194/7 194/9
195/15 239/13 240/21
245/15 250/15 258/18
259/16 264/15
**lets [1]** 208/15
**letter [2]** 37/21 101/10
**level [18]** 13/1 23/9 36/6
37/15 40/23 48/17 48/18
48/19 48/19 49/2 55/1
71/1 71/2 87/6 116/14
126/12 199/2 225/4
**levels [2]** 111/17 165/13
**Lexington [1]** 22/21
**liable [1]** 24/3
**licensed [8]** 22/3 22/6
22/10 22/13 23/3 26/18
212/21 227/12
**licenses [1]** 22/7
**lied [1]** 116/5
**life [3]** 16/14 122/20
134/11
**lifetime [1]** 18/9
**lift [1]** 27/6
**ligaments [1]** 168/7
**liked [3]** 225/17 247/18
256/12
**likely [1]** 233/24
**likewise [5]** 69/1 97/2
176/25 180/10 192/14
**limb [1]** 226/21
**limits [1]** 39/4
**limp [4]** 62/5 92/3
208/17 208/21
**limping [1]** 62/17
**line [12]** 45/20 59/15
59/17 116/25 145/4
145/7 170/15 170/19
170/20 225/23 226/15
241/4
**lines [1]** 5/4
**link [3]** 251/8 251/10
251/12
**list [1]** 267/14
**listen [5]** 37/21 98/23
206/21 249/12 252/1
**litigation [1]** 171/17
**little [11]** 17/3 21/6 32/2
35/18 59/14 59/19 60/20
68/6 70/4 79/6 92/14
95/9 119/1 121/24 126/2

{WITNESSNAME}                                                                                    Index: little..-minute

## L

**little... [16]** 131/6 137/10 146/25 147/9 179/4 193/3 196/1 202/14 206/8 206/20 206/22 207/2 208/6 213/3 214/14 240/18
**live [1]** 148/24
**lived [1]** 16/23
**lives [1]** 184/8
**living [1]** 208/9
**LLP [2]** 2/17 2/20
**locally [1]** 184/8
**located [1]** 50/1
**location [2]** 20/4 153/13
**long [29]** 9/24 22/15 29/20 35/20 52/18 59/17 77/23 87/1 95/15 99/18 100/4 121/21 121/22 125/21 125/22 125/23 153/19 154/4 165/16 165/18 168/6 185/4 185/25 190/22 193/4 200/22 202/9 203/7 254/22
**long's [1]** 22/13
**long-term [3]** 35/20 52/18 100/4
**longer [8]** 11/12 23/13 78/2 85/15 119/1 125/22 131/6 230/10
**longtime [1]** 185/18
**looked [17]** 19/12 19/13 53/19 112/7 148/4 159/21 159/24 163/10 166/22 183/24 193/7 201/16 205/8 218/4 239/12 243/9 246/14
**looking [19]** 30/20 42/6 54/9 62/11 81/12 95/5 120/8 128/7 134/1 145/13 150/19 162/6 198/4 198/7 239/2 248/21 256/1 256/1 258/3
**looks [8]** 11/5 90/8 109/3 143/19 144/17 146/20 212/25 226/14
**lost [1]** 179/23
**lot [21]** 16/20 52/9 52/14 57/5 64/18 80/4 99/18 111/19 113/24 119/7 141/21 147/8 212/21 215/8 226/8 227/1 230/19 234/16 247/22 260/23 261/9
**love [3]** 24/9 247/21 248/10
**loved [3]** 64/12 116/12 169/14
**lovely [1]** 153/14
**loves [2]** 130/8 135/2
**lower [11]** 38/25 39/7 39/23 42/15 47/21 48/19 87/6 89/12 106/15 146/18 172/6

**lowered [3]** 38/24 39/3 39/13
**lunch [2]** 117/15 117/18
**lunge [2]** 59/15 59/17
**Lynch [2]** 79/11 79/20

## M

**M-a-r-q-u-i-s [1]** 107/20
**ma'am [14]** 6/14 6/17 26/5 36/11 38/6 84/8 88/10 105/25 141/4 141/4 157/14 165/4 170/21 174/19
**mail [24]** 1/19 3/17 61/19 61/23 72/11 98/22 137/9 171/12 171/16 172/21 179/1 179/5 179/6 179/11 179/12 231/12 233/11 234/2 234/15 234/16 240/12 240/16 263/14 263/16
**mails [2]** 179/7 251/12
**maim [1]** 204/24
**main [1]** 217/3
**Mainly [3]** 179/12 213/8 255/1
**Mainly -- I [1]** 255/1
**maintain [1]** 114/17
**maintenance [1]** 86/23
**major [4]** 42/13 42/14 257/22 257/25
**making [5]** 180/4 217/17 255/17 265/16 267/3
**man [3]** 103/24 136/21 153/24
**manage [1]** 51/14
**managed [2]** 248/6 249/16
**management [2]** 36/5 154/1
**manager [1]** 185/18
**maneuvers [1]** 226/12
**manner [2]** 213/18 215/22
**March [22]** 27/24 48/16 82/20 86/11 109/14 165/8 199/22 200/10 201/21 201/24 202/23 202/25 202/25 203/4 203/5 203/20 216/9 228/13 228/20 253/18 253/18 254/18
**March 1 [5]** 109/14 200/10 201/21 201/24 202/25
**March 10 [2]** 228/13 228/20
**March 10th [1]** 216/9
**March 1st [2]** 199/22 253/18
**March 2014 [1]** 203/20
**March 2nd [5]** 202/23 202/25 203/4 203/5 253/18
**March-April [1]** 27/24
**marked [2]** 41/24

**161/7**
**market [1]** 249/12
**Marquis [5]** 107/20 107/24 108/1 108/6 108/18
**MARRA [1]** 1/12
**marshals [1]** 3/9
**massage [2]** 213/8 215/14
**match [4]** 45/8 51/23 122/9 201/17
**math [1]** 190/15
**matter [4]** 154/25 163/1 207/12 269/18
**matters [3]** 3/6 45/21 159/8
**max [1]** 202/10
**maximum [1]** 119/2
**May 15 [2]** 130/11 131/4
**May 2nd [1]** 202/6
**maybe [24]** 18/8 21/22 21/23 49/9 59/20 66/23 93/18 100/18 103/20 103/21 119/2 131/21 155/1 164/8 168/9 168/9 172/19 172/22 186/1 190/24 193/3 194/21 198/5 232/19
**me [166]** 6/15 7/24 7/25 8/3 8/6 8/15 8/19 16/25 17/2 20/13 23/22 24/14 31/7 37/10 39/12 40/13 40/16 42/18 46/22 51/8 52/7 53/24 56/15 57/2 57/23 58/11 58/19 61/17 65/6 65/11 68/11 68/14 70/9 71/12 72/10 73/3 75/1 75/14 76/12 76/19 77/6 84/24 85/2 86/11 90/23 95/4 95/24 96/8 97/22 98/14 98/15 99/5 100/3 100/7 101/4 101/6 101/19 101/22 102/6 103/9 103/14 103/17 107/6 108/4 109/17 109/18 110/20 111/8 114/13 115/11 120/25 121/14 121/17 123/24 124/9 127/7 127/14 137/3 137/25 138/18 140/24 143/3 149/15 150/8 150/15 152/5 152/8 153/5 153/23 154/3 158/21 160/19 167/17 169/15 170/6 171/3 171/6 171/21 172/10 176/2 176/19 176/22 177/1 179/2 179/3 179/24 183/1 183/21 185/14 185/15 187/9 189/15 191/7 193/11 194/8 196/8 201/3 205/6 206/22 209/25 211/21 217/13 217/13 217/17 218/15 219/13 221/5 222/22

**223/20 224/11 226/3 226/5 226/5 227/3 231/2 231/23 232/1 232/5 232/6 237/23 238/6 239/6 239/13 239/18 246/21 247/15 247/18 248/2 248/25 249/11 250/23 252/2 253/1 254/4 254/10 257/3 257/21 258/12 262/15 264/11 264/13 264/16 264/23 265/6 265/16 265/17**
**Meadows [2]** 167/17 169/6
**mean [44]** 14/25 26/6 49/18 55/23 56/14 58/7 62/7 71/1 74/22 77/12 85/24 99/4 103/23 105/24 105/24 119/7 119/8 149/15 150/8 150/22 161/12 165/16 165/20 166/10 173/5 173/9 209/17 209/25 210/2 210/5 213/1 223/15 225/15 226/16 227/15 231/3 239/4 247/15 256/10 256/11 259/21 260/25 266/22 267/7
**meaning [10]** 36/13 53/4 104/3 111/5 168/19 176/8 182/21 201/17 222/21 245/20
**means [20]** 26/7 26/14 71/4 86/15 109/25 131/17 131/20 136/22 172/19 204/17 222/24 223/10 224/17 224/25 225/19 225/20 226/4 226/5 226/8 232/11
**meant [2]** 17/17 146/23
**measure [2]** 194/13 194/13
**medalist [1]** 134/9
**medical [19]** 20/15 32/10 32/14 33/13 33/15 33/16 35/5 36/14 36/14 38/13 42/13 42/14 56/6 56/8 64/9 64/21 65/2 235/15 235/19
**medically [2]** 22/24 93/14
**medication [1]** 176/8
**medicine [1]** 23/7
**meet [7]** 11/10 103/24 113/15 179/10 185/3 199/19 212/11
**meeting [3]** 145/23 179/12 185/23
**meetings [1]** 164/23
**Melissa [1]** 104/14
**member [1]** 164/15
**memory [4]** 32/24 53/23 54/3 108/10
**mental [2]** 166/8 173/8

**mention [2]** 108/14 218/7
**mentioned [8]** 26/23 60/11 88/24 104/2 109/19 121/7 141/17 215/7
**mentioning [1]** 86/6
**Merit [1]** 269/15
**Merrill [2]** 79/10 79/20
**message [3]** 239/3 239/8 239/17
**met [33]** 17/1 28/2 30/8 44/3 44/8 46/3 50/3 73/1 75/10 77/8 78/9 85/9 113/15 116/22 121/11 137/7 149/25 154/23 156/10 177/4 177/9 177/15 178/19 198/9 198/12 212/2 212/6 212/8 212/13 212/14 213/14 232/2 253/17
**meter [33]** 36/4 48/10 48/18 48/20 48/20 48/21 48/21 51/15 109/14 109/15 126/11 172/1 173/16
**meters [3]** 126/14 170/23 172/5
**Mexican [1]** 164/15
**Mexico [10]** 77/24 77/25 149/1 150/17 157/12 157/19 164/12 164/20 165/2 228/2
**Michael [22]** 103/4 103/7 103/9 103/14 103/18 103/21 103/23 116/12 116/15 122/6 122/7 123/1 123/2 123/2 123/7 123/24 183/22 184/24 185/1 185/16 186/12 191/11
**microphone [8]** 6/18 17/4 68/1 95/10 103/12 128/21 157/15 175/13
**midday [1]** 216/13
**middle [7]** 4/14 4/16 49/17 89/9 89/17 152/11 267/8
**midst [2]** 218/1 218/2
**might [21]** 8/9 9/9 9/15 12/8 15/2 24/6 32/15 48/19 55/14 75/5 86/19 86/23 103/22 134/25 138/20 150/16 173/11 178/4 178/4 205/13 218/13
**miles [1]** 16/24
**mind [4]** 42/6 68/9 71/12 135/15
**mine [3]** 52/12 52/12 148/17
**minimum [1]** 223/11
**minor [2]** 52/11 117/5
**minute [15]** 17/21 67/2 81/9 134/12 142/25 162/1 170/7 174/11

## M

minute... [7] 190/8
190/21 192/1 194/7
245/15 250/15 254/17
minutes [16] 67/4 67/11
174/13 174/20 186/1
190/4 190/11 190/16
190/16 190/18 190/22
190/24 191/14 200/23
200/25 202/10
mischaracterized [1]
192/18
mischaracterizes [2]
137/17 259/8
mischaracterizing [1]
138/14
miss [2] 210/4 210/21
missed [2] 3/14 210/7
missing [2] 140/8 140/23
misspoke [1] 161/10
misstates [2] 187/17
197/8
misstating [1] 253/6
mistake [1] 207/4
mistaken [1] 132/15
mistakes [2] 135/19
135/19
mistreated [1] 179/23
misunderstood [1]
134/18
mom [1] 109/2
moment [14] 20/19
24/22 30/18 66/16 66/16
101/16 105/14 113/4
151/18 159/22 163/10
199/5 201/9 209/8
monetary [1] 75/5
money [35] 12/24 13/2
13/11 38/15 39/9 39/12
40/3 45/5 47/25 66/8
80/2 80/3 81/3 86/25
111/19 111/20 112/15
114/21 115/6 115/15
139/13 149/9 153/4
160/10 162/25 163/13
163/16 168/20 168/23
187/5 243/12 244/3
259/3 260/23 262/13
money's [1] 261/10
monitor [1] 223/8
month [4] 25/6 95/25
124/9 261/15
monthly [1] 152/6
months [7] 48/15 65/9
109/13 109/14 168/9
183/3 248/11
months' [1] 12/13
morning [9] 3/2 3/17 6/7
6/9 7/6 7/7 206/23
216/13 230/24
Morrissey [71] 103/4
103/5 103/7 103/9
103/14 103/18 103/24
104/2 104/3 110/14
110/17 110/18 110/20
110/22 111/3 111/9

111/14 111/20 111/25
112/3 112/15 113/8
113/11 113/19 113/22
113/23 114/4 114/12
114/12 115/1 115/9
116/12 120/6 121/4
122/6 122/7 122/11
123/1 123/2 123/7
123/24 183/23 184/24
185/1 185/3 185/5
185/16 185/20 186/2
186/3 186/6 186/15
186/19 187/13 187/22
188/2 188/6 188/8
188/14 188/18 188/23
190/3 190/6 190/18
191/1 191/10 191/11
191/15 197/3 254/6
257/8
Morrissey's [2] 103/22
111/16
mortality [2] 32/7 42/12
most [3] 135/10 182/22
235/12
move [6] 12/15 28/15
78/20 101/16 168/13
253/9
moved [1] 22/22
moving [5] 69/23 70/7
187/8 225/22 267/16
Mr [8] 28/13 99/3
139/19 166/25 231/19
256/14 268/4 268/6
Mr. [622]
Mr. Catanese [8] 4/2
6/11 68/4 117/14 120/2
175/5 177/3 267/12
Mr. Conway [10] 111/2
111/9 112/2 113/8
113/18 121/8 121/11
121/18 122/4 257/10
Mr. Conway's [1] 121/9
Mr. Gomez [1] 223/21
Mr. Hart [7] 3/21 10/25
11/21 181/13 193/10
193/11 195/20
Mr. Juan [1] 199/4
Mr. Morrissey [53]
103/5 104/2 104/3
110/14 110/17 110/18
110/20 110/22 111/3
111/9 111/14 111/20
111/25 112/3 112/15
113/8 113/11 113/19
113/22 113/23 114/4
114/12 114/12 115/1
115/9 120/6 121/4
122/11 185/3 185/5
185/20 186/2 186/3
186/6 186/15 186/19
187/13 187/22 188/2
188/6 188/8 188/14
188/18 188/23 190/3
190/6 190/18 191/1
191/10 191/15 197/3
254/6 257/8

Mr. Morrissey's [1]
111/16
Mr. Nizri [142] 28/2
44/6 44/8 44/9 45/24
46/3 46/17 47/5 51/7
52/1 62/13 62/16 64/7
65/1 97/16 97/18 99/15
117/2 120/25 123/15
136/14 136/19 137/6
138/10 149/19 150/25
151/11 152/12 152/16
152/18 152/19 152/24
153/3 153/5 153/6
153/10 153/17 154/4
154/5 155/9 159/6
161/24 162/25 163/14
163/17 163/21 164/1
167/2 168/19 177/16
180/4 180/10 180/23
189/24 197/12 197/16
197/18 197/24 199/16
199/18 201/25 215/6
216/4 218/11 218/16
218/22 219/1 219/6
228/5 228/6 229/1
230/14 230/16 230/18
231/10 231/17 232/2
232/3 232/24 233/7
233/9 235/15 235/19
235/23 237/17 238/1
238/3 238/6 239/3
239/15 239/18 239/22
239/23 240/10 240/13
240/21 240/25 241/3
241/5 241/11 243/15
243/21 244/6 244/19
245/5 247/1 247/8
247/15 248/18 249/6
249/19 249/21 250/5
250/19 250/25 251/2
251/16 251/19 252/1
252/4 252/9 252/13
252/25 253/4 253/11
253/17 253/21 254/12
254/18 254/20 255/11
255/15 255/16 255/18
255/22 256/5 256/13
256/20 257/12 257/16
258/9 261/24
Mr. Nizri's [7] 231/14
232/14 232/17 250/14
257/15 266/23 267/13
Mr. Redman [1] 213/11
Mr. Syqia [128] 1/1
20/14 20/16 29/8 44/10
44/16 44/24 45/2 46/7
46/12 46/15 46/18 46/22
47/4 47/9 47/13 47/20
50/20 50/25 51/2 51/6
51/8 51/11 51/25 52/3
52/24 53/1 53/7 53/14
55/13 56/23 57/7 58/23
59/3 59/9 61/13 61/19
63/25 69/13 71/20 86/4
90/17 91/5 91/7 91/8
93/13 94/6 96/16 96/20

97/3 97/7 97/24 98/16
99/4 99/6 99/12 99/14
102/18 116/25 118/12
118/22 119/4 120/25
121/3 121/5 121/6
123/16 124/3 124/5
124/6 124/11 125/12
126/5 126/13 126/19
126/24 128/4 128/13
129/2 129/5 129/12
129/19 130/5 130/7
130/12 131/3 132/17
133/3 136/7 136/13
136/25 137/4 137/11
138/8 149/22 149/23
150/12 151/4 151/11
151/15 151/20 152/2
152/3 152/5 152/25
153/6 155/5 157/21
158/1 158/2 158/7 159/4
159/6 159/8 164/25
167/10 168/18 171/12
171/19 171/25 172/5
174/9 175/21 203/8
210/10 241/23 263/1
267/16
Mr. Syquia's [4] 90/7
90/11 136/7 174/6
Mr. Zendejas [247] 6/13
7/12 19/5 19/12 20/7
20/13 20/21 20/25 21/22
25/1 27/23 28/1 28/2
28/21 29/1 29/9 29/23
30/3 30/7 30/8 30/14
31/14 39/3 41/3 44/2
44/7 44/11 44/25 45/1
45/5 45/11 45/16 46/17
47/2 47/5 47/10 47/14
47/16 47/21 48/5 50/10
50/12 51/24 52/1 52/24
61/6 61/8 62/11 63/8
64/4 64/6 64/13 64/21
65/1 65/6 65/22 66/8
68/23 74/9 75/7 75/10
75/11 75/12 75/25 76/1
76/7 76/18 77/1 77/3
77/4 77/15 77/20 77/21
79/22 80/7 80/21 81/6
81/16 81/20 81/23 83/2
86/12 88/23 91/17 97/9
97/11 97/14 97/24 98/9
98/17 98/21 99/2 99/7
99/12 101/21 102/3
102/9 115/22 116/20
116/22 116/23 117/2
136/14 136/22 137/16
138/9 138/25 139/2
139/13 140/1 140/3
147/15 148/21 148/25
149/16 149/22 149/24
149/25 150/18 151/13
151/16 152/15 153/1
154/20 155/3 155/4
155/7 155/8 155/12
155/13 156/2 156/5
156/10 156/10 156/11

156/15 157/11 157/19
158/24 159/6 163/5
163/17 163/21 164/1
164/2 164/12 164/18
165/1 166/18 166/22
167/5 167/7 167/10
167/14 168/15 168/19
171/17 174/7 179/20
180/4 180/4 180/10
180/23 182/4 182/9
184/16 190/1 197/11
197/19 197/25 198/1
198/23 199/16 199/19
200/6 201/25 209/1
214/18 215/1 215/2
217/18 219/6 220/25
222/14 227/9 227/25
229/4 233/5 233/5 233/7
235/10 235/16 235/19
235/24 236/3 236/5
236/12 236/22 237/2
238/5 238/7 238/19
238/23 238/25 239/4
239/5 239/20 240/6
240/7 240/12 241/1
241/1 241/5 241/8
242/22 243/9 243/14
243/16 244/9 244/10
244/17 244/25 247/3
247/15 249/2 250/6
250/19 251/1 253/13
253/17 255/17 256/15
258/10 258/12 258/20
258/23 259/3 259/14
260/8 260/12 261/4
261/13 261/21 261/21
261/25 262/1 265/11
Mr. Zendejas' [11]
48/17 61/3 73/14 74/13
77/16 140/10 198/8
233/11 238/21 240/3
240/13
Mrs [3] 16/6 16/9 139/8
Mrs. [212] 3/20 5/17 7/6
8/21 15/13 17/3 17/21
21/7 22/1 25/18 28/5
28/13 28/17 28/21 33/18
37/18 42/3 42/15 42/25
43/6 43/17 49/20 52/23
55/2 57/18 58/4 58/14
62/25 63/13 65/16 66/13
67/7 67/16 67/17 68/1
68/6 71/3 71/12 78/1
78/15 79/4 80/3 80/10
84/1 85/5 87/8 87/21
88/14 93/1 95/9 95/15
99/5 101/14 103/11
103/14 105/4 105/14
106/15 115/17 116/18
118/2 119/21 120/5
120/18 128/4 128/20
128/25 130/9 131/2
132/16 133/3 139/8
139/12 140/13 140/18
141/14 141/16 142/24
143/13 145/1 145/21

**M**

**Mrs.... [131]** 147/12
147/13 148/4 154/13
157/2 157/6 159/14
159/24 160/16 160/24
161/9 161/19 162/12
162/17 166/15 167/4
168/8 169/16 170/5
170/14 171/24 173/22
174/1 174/4 174/9
174/15 176/18 178/16
178/19 178/21 179/2
179/16 180/2 180/15
182/2 182/8 182/14
182/16 183/4 183/8
183/11 183/16 183/25
184/7 184/8 184/9
184/11 184/12 184/15
184/18 185/10 185/17
186/6 186/11 188/11
191/6 204/4 205/9
211/13 212/4 212/7
213/9 213/14 213/22
214/19 215/2 215/7
219/13 219/19 219/24
220/24 221/8 221/9
221/22 222/8 229/23
230/5 233/15 233/20
234/7 234/14 235/8
235/14 236/6 236/10
236/20 236/25 238/3
238/9 238/10 238/20
239/6 239/13 239/15
239/23 240/4 240/9
240/16 243/6 243/12
244/7 244/9 244/12
244/24 245/7 245/18
245/23 247/5 248/24
248/25 251/1 254/9
256/14 257/7 258/12
258/15 258/20 258/23
259/5 259/14 259/25
260/9 260/13 261/14
261/20 261/25 263/5
263/10 264/20 265/8
266/17

**Mrs. Redman [199]**
5/17 7/6 8/21 15/13 17/3
17/21 21/7 22/1 25/18
28/5 28/13 28/17 28/21
33/18 37/18 42/3 42/15
42/25 43/6 43/17 49/20
52/23 55/2 57/18 58/4
58/14 62/25 63/13 65/16
66/13 67/7 67/16 67/17
68/1 68/6 71/3 71/12
78/1 78/15 79/4 80/3
80/10 84/1 85/5 87/8
87/21 88/14 93/1 95/9
95/15 99/5 101/14
103/11 103/14 105/4
105/14 106/15 115/17
116/18 118/2 119/21
120/5 120/18 128/4
128/20 128/25 130/9
131/2 132/16 133/3

139/8 139/12 140/13
140/18 141/16 142/24
143/13 145/1 145/21
147/12 147/13 148/4
154/13 157/2 157/6
159/14 159/24 160/16
160/24 161/9 161/19
162/12 162/17 166/15
167/4 168/8 169/16
170/5 170/14 171/24
173/22 174/1 174/15
176/18 178/16 178/19
178/21 179/2 179/16
180/2 180/15 182/2
182/8 182/14 182/16
183/4 183/8 183/11
183/16 183/25 184/7
184/9 184/11 184/12
184/18 185/10 185/17
186/6 186/11 188/11
191/6 204/4 205/9
211/13 212/4 213/9
213/14 213/22 214/19
215/2 219/13 219/19
219/24 220/24 221/8
221/9 221/22 222/8
229/23 230/5 233/15
233/20 234/7 234/14
235/8 235/14 236/6
236/10 236/20 236/25
238/3 238/9 238/10
238/20 239/6 239/13
239/15 239/23 240/4
240/9 240/16 243/6
243/12 244/7 244/9
244/24 245/7 245/18
245/23 251/1 254/9
256/14 257/7 258/12
258/15 258/20 258/23
259/5 259/14 259/25
260/9 260/13 261/14
261/20 265/8 266/17
**Mrs. Redman's [13]**
3/20 141/14 174/4 174/9
184/8 184/15 212/7
215/7 244/12 247/5
248/24 248/25 263/10
**Ms [1]** 104/16
**Ms. [2]** 104/16 118/17
**Ms. Leonard [1]** 118/17
**Ms. Welker [1]** 104/16
**much [17]** 34/13 36/1
66/7 102/17 103/16
118/20 118/21 125/22
139/13 149/9 159/9
180/7 195/16 225/17
240/23 259/22 267/14
**mucking [1]** 17/17
**muscle [8]** 23/9 23/19
27/8 38/22 62/22 108/11
108/15 165/10
**muscles [8]** 23/10 26/4
26/7 26/21 27/4 87/7
109/3 109/23
**must [2]** 13/17 140/22

**myriad [2]** 194/1 200/8
**myself [5]** 24/2 24/3
194/4 206/5 216/3

**N**

**name [18]** 6/19 31/2
40/21 96/9 96/10 97/19
101/4 104/9 104/11
108/19 124/22 146/1
170/24 175/14 175/14
181/8 198/8 198/10
**named [5]** 22/1 49/23
104/14 184/24 200/6
**names [2]** 6/20 183/21
**narrow [1]** 267/11
**National [1]** 125/2
**near [3]** 42/17 73/22
106/13
**necessarily [5]** 15/12
69/22 127/6 191/25
208/5
**necessary [8]** 5/21 17/18
51/3 51/4 52/19 52/22
90/1 158/5
**neck [5]** 23/24 146/20
194/16 194/17 214/17
**need [25]** 3/8 7/24 9/15
25/18 45/1 77/7 81/8
91/9 103/11 118/16
158/20 160/22 162/19
170/6 173/25 184/11
187/14 244/7 254/7
254/14 265/25 266/14
267/3 267/5 267/10
**needed [22]** 5/18 21/4
69/4 70/3 105/1 113/9
113/10 118/14 121/13
122/23 123/22 154/8
164/12 186/9 186/16
186/24 222/4 248/4
248/6 249/6 249/8 249/9
**needs [5]** 60/2 90/1
108/21 110/6 110/7
**negative [3]** 15/5 132/6
187/5
**negotiating [6]** 20/7
20/14 41/3 44/25 46/16
47/2
**negotiations [2]** 44/14
47/6
**neither [2]** 55/20 149/20
**never [90]** 16/21 28/1
28/1 28/14 30/6 30/8
30/8 30/8 30/10 38/20
44/3 44/3 44/8 44/8 46/3
47/16 49/6 63/11 71/5
71/10 71/16 71/19 71/23
73/1 73/11 74/15 75/10
75/12 75/14 76/25 77/8
77/9 78/7 78/9 78/10
94/8 98/8 100/18 108/13
114/13 114/16 114/19
115/5 116/22 119/9
119/9 137/7 140/5 140/9
140/24 149/16 149/19
149/25 149/25 154/23

154/23 155/6 155/6
156/1 156/10 168/9
173/23 179/24 209/7
210/2 210/3 210/6 210/7
211/5 213/21 213/25
221/2 221/3 221/5 232/5
232/8 233/7 234/1 234/5
244/17 244/19 246/23
247/11 252/17 252/19
253/3 253/23 253/25
254/1 254/4
**new [10]** 12/16 22/11
22/11 55/3 62/6 100/5
165/11 165/11 168/25
182/25
**next [20]** 37/16 42/10
49/8 49/9 77/23 88/11
144/3 156/19 162/5
163/11 163/13 166/10
175/6 185/15 202/2
229/20 230/22 230/24
231/7 234/18
**nice [9]** 77/25 85/15
165/23 169/18 176/3
255/20 256/11 257/2
266/7
**nicer [1]** 153/14
**night [3]** 3/14 216/14
216/22
**nine [3]** 131/21 144/17
179/3
**Nizri [153]** 28/2 44/6
44/8 44/9 45/24 46/3
46/17 47/5 51/7 51/21
52/1 62/13 62/16 64/7
65/1 97/16 97/18 99/15
101/11 117/2 120/25
123/15 136/14 136/19
137/6 138/10 148/22
149/14 149/19 150/25
151/11 152/12 152/16
152/18 152/19 152/24
153/3 153/5 153/6
153/10 153/17 154/4
154/5 154/13 155/9
157/13 157/17 159/6
161/24 162/25 163/14
163/17 163/21 164/1
165/6 167/2 168/19
177/16 180/4 180/10
180/23 189/24 197/12
197/16 197/18 197/24
199/16 199/18 201/25
215/6 216/4 218/11
218/16 218/22 219/1
219/6 228/5 228/6 229/1
230/14 230/16 230/18
231/10 231/17 232/2
232/3 232/24 233/7
233/9 235/15 235/19
235/23 237/17 238/1
238/3 238/6 238/8
238/18 239/3 239/15
239/18 239/22 239/23
240/10 240/13 240/21
240/25 241/3 241/5

241/11 242/11 243/15
243/21 244/6 244/19
245/5 247/1 247/8
247/15 248/18 249/6
249/19 249/21 250/5
250/19 250/25 251/2
251/16 251/19 251/22
252/4 252/9 252/13
252/25 253/4 253/11
253/17 253/21 254/12
254/18 254/20 255/11
255/13 255/16 255/18
255/22 256/5 256/13
256/20 257/12 257/16
256/25
**Nizri's [7]** 231/14
232/14 232/17 250/14
257/15 266/23 267/13
**no [302]**
**nobody [1]** 229/6
**None [1]** 251/19
**nonevent [1]** 137/22
**nonstatements [1]** 53/4
**normal [10]** 86/21 93/13
95/20 96/15 112/23
164/4 165/24 203/16
203/18 207/21
**normally [3]** 106/6
164/6 203/25
**nose [1]** 206/21
**not necessarily [1]**
15/12
**notation [1]** 146/23
**note [1]** 137/22
**notebook [7]** 41/23
43/15 54/8 78/16 87/22
161/3 170/5
**notes [14]** 67/3 117/19
141/25 142/7 143/16
143/20 145/10 145/14
145/18 145/23 146/7
149/8 174/12 266/6
**nothing [12]** 19/14
48/24 74/15 78/12
109/16 115/14 150/18
220/1 221/19 222/1
240/24 262/7
**notice [7]** 69/8 96/8
129/4 132/1 134/25
256/20 256/22
**noticed [1]** 118/25
**noting [1]** 246/20
**notwithstanding [3]**
18/19 49/4 98/7
**nowhere [1]** 243/19
**number [19]** 11/11
17/13 22/7 41/24 42/4
54/9 98/22 106/15
111/25 132/2 132/8
140/7 140/11 140/17
140/22 152/3 170/16
233/13 244/14
**number 1 [2]** 132/2
132/8
**number 2 [1]** 54/9
**number 42 [1]** 11/11

**N**

**number 5 [1]** 170/16
**number 7 [1]** 41/24
**numbers [2]** 140/15 140/17

**O**

**O'Brian [1]** 40/21
**o'clock [2]** 266/6 266/11
**object [5]** 137/17 138/13 187/15 192/18 253/6
**objection [54]** 28/9 66/15 66/19 66/20 78/21 84/3 128/14 128/16 128/17 128/18 130/19 130/20 130/21 130/22 132/21 132/22 132/23 137/13 139/4 139/9 141/2 141/8 142/5 142/7 144/2 147/23 147/24 147/25 150/22 156/20 156/21 156/22 156/23 169/23 169/24 169/25 170/1 197/6 211/7 219/8 220/13 220/17 221/12 235/3 235/5 250/7 256/23 258/5 259/8 260/15 262/19 262/20 262/21 262/22
**objections [5]** 141/9 266/16 267/2 267/9 267/14
**objective [1]** 114/23
**obligation [3]** 64/8 64/21 65/22
**observations [1]** 201/5
**observe [3]** 24/18 200/12 200/19
**observed [3]** 193/17 201/2 201/6
**obstacle [2]** 126/9 194/3
**obstacles [5]** 10/19 27/4 27/6 246/5 246/6
**obstructive [1]** 58/8
**obtained [1]** 220/12
**obvious [1]** 70/6
**obviously [4]** 172/18 173/2 213/1 216/22
**occasion [5]** 38/20 44/5 44/9 57/1 182/13
**occasioned [1]** 196/18
**occasions [2]** 9/9 212/3
**occur [6]** 12/8 12/18 12/18 12/21 12/23 203/22
**occurred [19]** 34/2 35/2 50/16 51/24 71/6 75/18 87/9 90/17 90/20 90/20 91/1 96/2 97/25 125/6 230/13 233/4 233/17 236/21 244/24
**occurs [3]** 37/15 37/15 203/17
**OCD [14]** 26/13 26/15 35/17 36/23 36/24 43/9 43/23 49/1 60/12 60/16

61/12 63/5 63/19 63/20
**October [1]** 171/2
**October 7 [1]** 171/2
**off [37]** 6/25 10/20 10/21 45/12 45/16 48/23 59/14 59/19 60/20 62/6 65/18 92/13 92/14 93/22 94/25 123/23 123/24 125/21 125/25 131/10 131/10 131/13 131/20 132/5 132/11 132/12 132/12 164/11 166/9 168/11 194/23 194/24 204/21 210/7 210/14 226/24 267/18
**offer [6]** 12/23 36/1 217/8 217/21 237/10 238/6
**offered [4]** 35/23 191/7 252/13 252/17
**office [4]** 90/9 104/23 104/25 217/3
**Official [1]** 1/18
**offs [1]** 135/23
**offshoot [1]** 14/4
**often [2]** 25/6 127/19
**oh [34]** 15/1 27/1 31/16 35/25 46/12 51/17 74/4 75/2 81/8 88/12 95/11 103/13 104/5 104/15 107/4 128/22 134/2 134/18 138/10 141/5 157/16 162/1 162/15 169/12 213/25 214/2 214/13 230/24 230/25 231/18 247/20 248/8 253/1 256/1
**Ohio [1]** 121/12
**okay [370]**
**Okeechobee [4]** 2/12 2/15 2/18 2/21
**old [4]** 17/10 117/11 122/19 198/15
**older [1]** 184/10
**Olympic [4]** 61/1 134/8 134/8 164/16
**on-site [1]** 54/12
**once [12]** 96/2 97/6 134/11 164/5 170/16 170/22 172/17 182/18 183/13 186/11 196/23 259/2
**one [102]** 3/17 17/8 17/25 18/7 27/15 30/19 33/18 36/15 36/17 36/19 39/16 41/6 41/7 41/25 43/23 43/23 51/17 56/5 59/18 59/19 60/14 60/20 62/3 62/18 62/19 62/20 62/21 62/23 66/16 66/16 70/5 74/3 74/4 74/5 74/6 75/18 75/24 80/5 81/12 82/23 83/18 89/4 93/22 100/8 101/14 109/15 110/22 111/25 112/17 118/8 122/7 125/19

131/7 131/23 131/25 132/12 133/12 135/25 140/8 140/8 140/16 140/17 150/16 153/21 156/14 165/14 165/15 166/21 169/16 170/23 172/24 173/16 177/11 179/3 183/24 186/14 190/8 192/13 193/9 194/25 199/8 199/12 204/23 204/24 205/13 207/5 207/18 210/9 218/19 226/19 226/20 229/16 236/4 236/23 237/20 239/8 240/21 244/15 244/21 251/5 251/9 261/23
**one-fifth [1]** 70/5
**ones [3]** 80/4 179/8 183/22
**ongoing [11]** 39/17 56/9 60/9 60/22 62/8 62/9 70/22 92/6 94/16 114/15 117/4
**online [2]** 252/23 253/12
**only [44]** 5/18 15/10 20/14 50/6 74/4 74/5 103/18 111/12 114/8 114/8 118/15 127/17 131/25 140/17 142/3 142/6 144/21 150/11 166/21 166/21 169/4 170/16 170/22 172/17 178/4 178/18 182/23 183/22 201/5 205/24 230/11 232/11 233/1 233/8 238/19 239/2 239/17 239/20 240/7 244/8 244/23 247/13 255/1
**open [1]** 235/1
**opening [4]** 10/10 10/25 181/11 249/2
**operating [2]** 108/25 180/6
**opinion [32]** 37/9 48/3 63/1 64/6 72/12 76/6 76/18 77/11 77/14 99/19 99/25 127/5 127/8 127/15 129/20 145/13 191/8 199/2 202/11 204/5 204/12 205/1 208/14 225/11 230/6 233/6 247/24 248/22 261/3 261/5 262/2 262/3
**opinions [4]** 67/3 117/18 174/12 266/5
**opportunity [7]** 4/5 4/24 5/11 75/13 75/14 116/23 143/8
**opposed [1]** 86/24
**order [11]** 3/1 3/8 3/13 13/2 13/17 15/19 29/22 30/2 33/16 132/4 213/8
**ordered [1]** 77/2
**organization [7]** 13/13

13/16 13/23 14/3 14/18 15/20 16/10
**organizations [1]** 14/19
**organized [2]** 12/1 12/4
**orient [1]** 10/9
**original [4]** 5/1 5/17 135/24 148/20
**originally [1]** 32/7
**originals [1]** 9/12
**others [1]** 12/11
**otherwise [4]** 14/1 19/6 52/21 169/10
**our [33]** 3/8 6/10 29/21 30/19 36/5 36/5 38/9 59/24 65/6 70/11 71/13 72/6 78/16 85/15 90/10 98/11 117/14 117/17 130/18 133/23 145/2 157/23 160/16 167/23 174/10 198/3 205/14 206/6 215/9 228/22 241/23 265/3 265/12
**out-performed [1]** 54/25
**outgrew [1]** 17/7
**outlandish [1]** 215/15
**outline [2]** 45/22 262/16
**outperformed [2]** 54/21 122/1
**outperforming [1]** 64/10
**outside [3]** 216/25 217/1 217/2
**outstanding [4]** 186/9 186/16 186/23 187/11
**outta [2]** 233/5 240/11
**over [48]** 8/25 10/22 11/23 13/9 18/1 18/3 18/5 27/6 38/8 48/18 58/4 62/19 66/10 71/11 71/15 72/10 86/22 109/15 119/8 119/8 119/12 119/12 123/4 127/18 127/20 129/24 131/19 136/1 141/11 153/18 172/24 177/24 179/19 196/4 196/7 196/15 210/5 213/2 213/25 214/3 214/3 214/21 228/5 233/17 237/11 237/14 251/16
**overall [1]** 225/15
**overmedicating [1]** 52/16
**overnight [1]** 94/22
**Overruled [5]** 28/11 211/8 219/9 220/18 260/16
**overviews [1]** 188/20
**owed [1]** 187/5
**own [11]** 9/24 49/9 63/10 93/20 111/16 112/19 113/10 114/25 115/1 184/11 264/4
**owned [25]** 10/2 16/14 16/19 17/23 18/9 18/15 24/24 25/9 27/14 31/14

35/24 76/6 76/18 76/23 77/21 109/20 138/22 182/3 183/11 183/16 183/17 220/10 221/8 221/22 245/18
**owner [4]** 78/2 96/11 106/24 154/2
**owners [3]** 114/1 122/10 188/9

**P**

**P.A [2]** 2/11 2/14
**p.m [6]** 118/13 119/16 119/16 174/21 174/21 267/23
**Pablo [1]** 200/7
**pack [1]** 49/17
**packing [1]** 100/6
**pads [1]** 109/8
**page [41]** 1/16 5/4 42/7 42/9 42/10 42/16 42/16 78/18 79/4 79/6 79/10 79/18 80/10 80/12 81/8 81/12 87/22 88/23 89/1 89/9 93/6 106/12 106/15 141/15 141/16 142/22 142/24 143/5 143/5 144/1 144/10 145/1 145/2 148/8 160/17 161/1 161/12 161/14 162/1 170/11 171/5
**page 1 [1]** 144/1
**page 12 [1]** 79/18
**page 18 [3]** 80/10 161/12 161/14
**page 301 [1]** 42/16
**page 302 [1]** 42/16
**pages [7]** 1/10 9/6 42/4 42/4 42/7 43/6 144/10
**paid [46]** 17/9 34/11 36/8 75/5 75/22 75/23 76/2 76/7 76/14 76/19 81/20 81/23 86/12 139/13 139/19 140/4 152/12 152/23 153/3 155/11 155/17 156/1 162/25 167/15 184/18 237/15 237/17 238/13 238/13 239/5 240/23 258/12 258/15 258/19 258/23 259/14 260/7 260/8 260/9 260/10 260/13 262/10 264/10 264/20 265/9 265/16
**pain [14]** 27/11 89/19 129/21 129/25 208/2 208/4 208/5 208/12 208/14 208/15 208/16 208/18 209/5 209/25
**painful [1]** 23/12
**pains [1]** 117/5
**Palm [13]** 1/7 1/19 2/13 2/16 2/19 2/22 49/25 90/15 153/10 153/12 200/15 216/24 224/5
**palmar [11]** 59/12 59/12

**P**

**palmar... [9]** 59/24 70/9 70/12 70/18 82/24 83/19 93/23 94/14 94/18
**pants [1]** 17/15
**papers [4]** 20/2 72/15 77/22 100/11
**paperwork [1]** 74/18 78/14
**paragraph [1]** 242/14
**parameters [1]** 237/23
**paramount [1]** 258/2
**pardon [6]** 18/4 46/10 57/13 80/24 140/19 151/14
**park [3]** 60/25 124/24 125/11
**part-time [1]** 123/21
**partial [1]** 76/1
**participate [2]** 44/20 150/25
**participation [1]** 40/1
**particular [8]** 69/24 69/24 107/13 108/7 143/10 158/8 164/14 249/13
**particularly [3]** 41/24 125/23 240/21
**parties [1]** 72/1
**Partners [6]** 103/6 103/20 103/21 103/23 103/25 116/16
**parts [1]** 12/19
**party [1]** 3/13
**passed [2]** 54/18 150/2
**passing [2]** 190/7 216/1
**past [5]** 64/1 64/9 64/21 138/20 177/24
**Patricia [1]** 2/17
**pay [34]** 34/13 36/1 36/16 36/20 36/24 37/11 39/11 40/3 75/6 75/7 76/11 124/5 124/6 124/8 152/8 152/15 152/19 154/13 155/19 155/24 163/3 163/17 164/1 164/8 238/3 238/7 238/10 238/24 239/15 241/3 261/5 261/13 264/8 264/16
**paying [7]** 155/5 155/9 238/1 238/15 238/16 240/13 264/23
**payment [16]** 75/13 76/1 76/1 76/5 77/20 79/22 80/20 139/12 155/15 161/24 163/8 163/25 235/10 236/7 237/7 265/4
**payments [5]** 230/20 261/8 261/17 262/6 262/9
**pays [3]** 95/24 164/5 238/14
**PE [1]** 65/8
**peak [1]** 194/18

**pebble [5]** 62/4 92/2 92/2 92/3 92/4
**peed [1]** 206/24
**pelvis [1]** 146/15
**penalty [1]** 11/12
**Pennsylvania [1]** 22/11
**people [27]** 12/14 15/5 51/8 51/12 52/17 55/19 58/10 84/22 103/25 113/2 113/20 135/19 154/3 155/20 165/18 189/6 189/17 196/15 196/23 200/8 205/6 215/8 215/12 215/15 216/2 220/6 257/2
**people's [1]** 15/6
**per [3]** 78/23 93/20 190/16
**percent [35]** 89/18 151/25 152/8 152/10 152/15 153/5 192/13 218/12 230/6 230/11 238/8 238/10 238/21 239/7 239/14 239/21 259/24 263/16 264/10 264/20 264/22 264/22 264/25 265/1 265/1 265/4 265/9 265/13 265/14 265/15 265/19 265/20
**perfect [2]** 70/24 135/19
**perfectly [4]** 37/10 65/3 84/25 122/24
**perform [3]** 60/21 82/24 83/19
**performance [2]** 109/12 214/5
**performed [5]** 54/25 123/9 124/10 212/24 233/21
**performing [7]** 37/14 62/18 85/3 109/17 113/11 125/20 135/3
**Perhaps [1]** 3/14
**period [27]** 10/6 10/8 10/9 25/2 31/13 34/19 38/7 38/10 38/11 43/21 62/19 82/10 83/1 83/7 83/10 153/19 182/7 182/12 203/20 209/20 228/11 228/22 228/23 229/2 229/8 229/13 254/24
**period's [1]** 228/11
**periodic [2]** 25/10 95/21
**permanent [1]** 196/12
**permission [3]** 41/16 128/12 147/21
**permit [1]** 54/1
**permitted [1]** 3/23
**person [22]** 40/21 40/24 40/24 46/13 54/12 103/6 117/13 138/25 138/25 150/12 177/4 178/20 179/10 185/23 188/24

228/17 231/11 231/13 232/18 233/8 258/4 261/22
**personal [4]** 47/23 108/17 115/1 137/5
**personally [2]** 45/19 97/11
**pertinent [3]** 56/6 56/15 62/1
**pets [1]** 206/18
**phone [6]** 98/22 178/20 185/23 186/2 189/1 251/8
**photocopy [1]** 61/18
**physical [9]** 7/21 92/7 92/7 108/23 166/8 176/8 222/7 222/9 227/17
**physically [2]** 23/9 173/6
**pick [2]** 46/5 228/6
**picked [2]** 167/5 227/24
**picky [1]** 52/15
**picture [3]** 60/19 62/20 62/23
**piece [1]** 193/24
**pieces [1]** 108/25
**place [18]** 27/12 146/25 154/11 158/7 159/4 159/10 200/14 203/25 204/23 212/7 216/8 216/10 216/13 216/19 216/23 217/5 217/25 230/21
**plaintiff [6]** 1/4 2/2 6/12 105/12 157/4 175/7
**plaintiff's [35]** 6/16 41/23 41/24 43/3 66/14 66/21 128/12 128/14 128/19 130/23 132/20 132/24 141/1 142/21 144/14 147/22 148/1 156/24 169/22 170/2 175/11 241/15 241/16 262/18 262/23 269/3 269/4 269/5 269/6 269/7 269/8 269/9 269/10 269/11 269/12
**plaintiffs [1]** 87/18
**plastic [1]** 223/2
**play [7]** 3/20 5/3 5/5 5/12 128/12 132/19 250/14
**played [4]** 128/23 130/25 133/1 213/6
**PLC [1]** 2/5
**please [71]** 3/2 3/6 6/5 6/8 6/14 6/17 6/19 6/20 8/6 8/19 10/14 16/1 16/7 17/4 25/19 26/25 36/10 42/19 43/6 53/24 54/15 58/11 58/12 64/17 67/15 67/18 67/25 68/14 70/8 75/1 79/5 79/16 80/11 87/21 87/22 87/23 88/5 93/5 95/10 98/14 103/12 105/15 117/19 119/18

119/23 119/25 127/12 128/21 141/6 142/24 146/10 146/16 149/12 149/13 157/15 158/21 159/23 160/17 162/10 170/19 174/23 175/3 175/10 175/12 175/14 177/11 197/15 206/25 241/23 242/15 263/1
**pleased [2]** 49/19 121/6
**plenty [1]** 153/14
**plural [1]** 100/7
**plus [5]** 22/18 167/20 169/2 185/4 194/20
**point [17]** 4/16 7/23 11/12 29/22 72/11 77/19 77/21 111/23 136/6 162/7 173/5 173/13 190/19 194/16 222/14 259/15 259/16
**points [5]** 131/23 132/6 132/6 132/7 214/12
**policies [3]** 36/17 220/6 220/12
**policy [36]** 31/24 32/3 32/5 32/6 32/12 32/16 32/17 32/22 33/13 34/4 34/7 34/8 34/15 35/23 36/8 36/9 36/12 36/19 37/2 38/1 38/2 38/3 38/10 39/2 39/4 43/22 44/11 47/10 47/14 61/19 63/3 63/18 220/9 220/16 220/22 221/1
**polio [1]** 16/20
**politely [1]** 28/7
**poll [1]** 214/17
**pony [5]** 16/21 16/22 16/24 17/8 121/24
**pool [2]** 24/1 193/21
**poor [1]** 166/4
**portion [2]** 26/2 144/1 172/13
**portions [1]** 144/10
**position [2]** 55/21 65/5
**positive [2]** 15/5 246/25
**possession [7]** 96/20 96/25 163/20 228/24 229/1 234/25 252/23
**possible [3]** 164/11 164/13 226/22
**potential [2]** 111/15 198/7
**poultice [2]** 229/19 231/1
**pounds [3]** 195/18 195/25 196/3
**power [1]** 205/25
**PPE [4]** 159/2 216/15 216/17 216/20
**practice [9]** 86/18 93/13 94/19 95/20 96/15 155/18 156/9 164/4 207/13
**practiced [1]** 70/6
**pre [1]** 65/8

**pre-PE [1]** 65/8
**preexisting [1]** 61/14
**preparation [4]** 55/9 150/19 151/1 159/15
**prepare [2]** 150/4 150/12
**prepared [5]** 147/14 150/7 243/2 243/2 243/22
**preponderance [1]** 138/2
**prepurchase [59]** 49/21 50/10 50/12 50/15 50/20 50/25 53/14 53/17 53/20 55/24 56/12 56/17 59/11 61/25 63/21 66/7 66/9 71/6 71/17 71/21 72/4 72/14 72/21 73/8 73/25 74/11 74/23 75/8 77/12 82/12 82/20 86/4 86/10 86/11 86/16 91/11 91/17 99/7 101/23 102/10 105/5 111/11 112/9 159/2 165/7 215/7 215/21 217/4 218/2 218/4 218/8 218/24 219/17 223/21 225/8 225/12 227/21 228/12 265/21
**present [27]** 1/20 20/2 20/10 44/15 90/19 105/21 133/3 137/4 149/24 164/23 178/17 180/13 191/23 192/2 192/15 192/23 200/1 200/4 200/5 225/7 225/10 228/6 228/9 230/1 249/19 267/13
**presented [8]** 39/19 96/9 105/11 144/20 149/21 151/11 151/13 151/15
**presents [1]** 192/12
**pressing [4]** 62/3 91/25 94/20 229/17
**pressure [3]** 89/8 89/20 214/12
**presume [3]** 63/8 266/16 266/19
**pretrial [1]** 78/23
**pretty [2]** 49/18 177/25
**prevent [3]** 7/22 23/12 176/9
**prevented [1]** 169/4
**preventive [2]** 23/7 60/4
**previous [2]** 69/25 248/1
**previously [2]** 5/12 166/23
**price [13]** 79/23 81/7 151/25 155/24 167/21 237/7 237/11 242/13 242/19 242/23 243/4 243/17 243/21
**printed [1]** 95/4
**prior [18]** 9/3 16/18 56/22 96/12 98/2 106/23

{WITNESSNAME}                                                                     Index: prior... records

# P

**prior... [12]** 114/1 114/5 148/5 158/24 177/18 188/9 188/11 236/10 253/19 253/22 254/20 264/9

**priority [1]** 234/23

**privacy [1]** 21/14

**private [1]** 21/21

**privately [1]** 30/14

**Prix [8]** 36/4 48/19 48/19 111/15 153/20 248/14 248/15 248/21

**prize [8]** 12/24 13/2 111/19 111/20 112/15 114/20 115/6 115/15

**proactive [1]** 213/23

**probable [1]** 33/6

**probably [24]** 18/2 33/2 33/7 33/16 34/11 34/24 34/25 39/1 95/7 96/5 107/10 123/18 124/5 132/18 133/5 151/5 151/7 151/9 171/8 207/18 235/12 259/18 266/22 266/25

**problem [49]** 27/1 29/3 30/4 35/19 36/14 36/14 37/16 38/24 39/20 49/3 49/5 60/8 60/9 60/16 60/22 60/22 61/14 62/9 63/4 63/20 65/8 69/24 70/10 70/10 70/21 70/22 77/19 82/25 83/17 83/18 83/20 89/4 92/15 94/15 99/8 100/14 101/7 109/16 114/15 114/15 122/11 122/18 147/10 147/11 167/18 168/6 213/1 248/13 249/17

**problems [12]** 54/24 54/24 69/25 70/2 108/11 109/7 109/19 114/22 116/20 117/3 117/4 123/11

**procedure [2]** 4/3 4/4

**proceed [6]** 3/4 5/9 6/23 105/17 174/24 175/17

**proceedings [6]** 1/11 67/14 119/17 141/12 174/22 269/17

**process [5]** 18/25 21/7 22/15 33/25 44/17

**produce [1]** 47/7

**produced [5]** 79/7 95/5 141/19 219/4 219/5

**professional [6]** 51/22 59/6 60/3 63/9 158/15 206/6

**Professionally [3]** 203/9 203/10 203/11

**professionals [4]** 85/25 85/25 86/2 206/6

**profound [1]** 115/17

**program [3]** 247/25 248/4 249/9

**progress [1]** 52/10

**progressing [2]** 38/19 48/11

**promises [1]** 169/15

**proof [1]** 48/9

**proper [5]** 8/15 20/11 65/17 129/12 217/17

**properly [8]** 51/14 108/25 109/25 117/6 144/4 147/10 206/6 248/7

**proposal [1]** 167/19

**protocol [1]** 112/23

**proven [2]** 62/11 109/12

**provide [11]** 4/6 18/23 33/24 34/22 35/17 64/3 64/5 176/11 188/15 252/9 253/4

**provided [10]** 32/20 35/9 41/23 63/2 105/1 154/16 236/3 238/4 251/19 265/18

**provides [1]** 124/7

**providing [4]** 21/4 250/25 251/2 259/25

**proving [1]** 20/11

**provisional [2]** 89/10 93/6

**psyche [1]** 173/7

**public [3]** 20/3 20/5 200/17

**publicly [1]** 30/14

**publish [10]** 41/16 66/13 78/17 140/25 143/24 143/25 147/21 156/18 241/13 262/17

**published [1]** 144/4

**pull [6]** 6/18 23/10 68/1 131/16 139/23 140/5

**pulled [5]** 62/22 89/7 132/7 132/12 230/25

**punish [3]** 133/13 133/14 133/21

**punished [8]** 129/6 129/7 130/1 130/5 133/16 134/21 134/23 135/12

**punishment [1]** 129/22

**purchase [24]** 9/22 55/6 79/23 80/21 81/7 102/25 104/4 110/13 110/25 120/5 151/25 152/16 198/24 203/17 237/7 238/17 242/13 242/13 242/19 242/23 243/4 243/17 243/21 244/25

**purchased [6]** 29/10 103/1 110/17 203/13 215/1 236/3

**purchaser [1]** 86/17

**purchases [1]** 155/22

**purpose [4]** 4/12 61/8 83/25 95/1

**purposely [2]** 116/19 117/2

**purposes [5]** 3/21 4/20

47/2 89/11 251/24

**pushing [1]** 229/21

**put [47]** 5/20 9/12 25/7 27/4 37/1 43/2 45/16 55/20 62/6 69/7 77/23 81/8 116/5 118/10 118/22 126/19 132/16 142/21 143/8 144/16 160/1 165/1 165/19 165/21 166/7 166/10 181/13 206/21 213/4 222/15 223/5 225/24 226/9 228/7 229/19 229/20 230/25 234/23 243/7 243/11 243/21 244/3 245/12 248/4 256/20 256/22 266/17

**putting [3]** 27/12 89/19 224/14

# Q

**qualification [2]** 192/7 192/12

**qualified [2]** 131/17 192/6

**qualify [2]** 13/2 192/16

**quality [1]** 172/21

**quantified [1]** 249/14

**quantitatively [1]** 116/10

**quarantine [2]** 15/1 15/7

**quarter [1]** 30/4

**question [62]** 5/12 8/2 8/17 15/8 15/14 16/7 18/23 25/19 28/7 28/17 40/11 43/1 53/9 55/24 56/24 58/5 60/14 64/18 65/2 65/17 65/19 69/11 69/21 71/13 76/15 77/6 84/4 84/9 84/22 88/11 91/13 91/19 94/14 101/1 127/8 127/13 138/9 140/20 158/20 176/19 176/21 176/25 177/12 178/11 186/21 187/12 187/13 187/18 192/20 204/3 210/2 219/13 220/20 221/16 245/20 249/23 249/24 252/1 253/8 254/2 259/10 260/18

**questioning [5]** 7/24 45/21 211/13 219/15 254/13

**questions [38]** 7/11 10/4 10/8 35/5 49/20 55/14 56/3 56/5 69/19 80/4 82/3 82/22 101/24 101/25 102/24 107/7 113/9 116/23 119/8 120/18 141/16 142/25 143/3 153/25 171/19 174/2 178/8 178/22 179/2 181/5 182/1 184/23 188/17 202/3 222/22 242/2 254/1 254/4

**quickly [4]** 118/9 141/6 164/5 231/4

**quite [13]** 27/7 38/14 70/7 147/8 147/8 168/3 172/16 172/22 172/25 201/11 202/13 208/7 267/22

# R

**R-e-d-m-a-n [1]** 6/22

**racquetball [1]** 213/7

**rail [4]** 86/20 132/1 132/7 132/12

**rails [4]** 10/24 11/23 109/15 131/16

**raise [2]** 6/14 175/10

**raised [1]** 36/3

**ran [1]** 34/7

**Randolph [1]** 2/2

**random [1]** 179/8

**range [1]** 198/22

**ranked [2]** 132/2 132/8

**rapport [1]** 173/15

**rather [2]** 39/9 189/12

**ratify [1]** 52/25

**rattled [1]** 206/15

**reach [1]** 98/22

**reached [2]** 86/17 99/6

**react [1]** 186/21

**reaction [1]** 214/14

**read [19]** 4/15 4/17 79/16 94/12 146/10 146/15 149/12 157/13 158/17 158/18 158/19 158/20 170/19 172/9 172/12 172/13 178/7 211/21 235/1

**readily [2]** 97/23 252/19

**reading [2]** 88/6 170/20

**reads [2]** 234/15 234/16

**ready [8]** 3/4 105/17 119/19 119/21 143/3 170/9 174/24 248/14

**reaffirm [1]** 116/19

**real [7]** 54/17 62/8 70/10 83/20 141/6 147/10 203/16

**really [31]** 15/5 15/5 16/5 23/12 37/22 51/22 116/7 116/10 122/20 122/21 127/17 127/18 159/9 160/22 172/21 173/2 173/9 191/3 210/1 234/19 247/18 248/8 248/13 248/18 250/18 257/21 260/17 261/7 261/9 264/25 265/1

**Realtime [1]** 269/16

**rear [3]** 26/8 26/10 36/23

**reason [19]** 7/18 18/22 23/16 34/2 37/20 39/13 45/4 96/24 127/2 127/21 127/23 130/2 188/17 204/11 204/13 205/4 206/5 210/19 243/24

**reasons [3]** 21/14 39/16 47/24

**rebuild [2]** 87/5 87/6

**recall [30]** 34/7 53/22 82/13 85/8 103/2 123/19 126/4 127/14 132/16 145/10 147/13 148/18 171/9 171/12 171/16 178/19 186/20 188/1 188/5 188/8 207/15 214/11 216/8 225/14 230/7 231/25 250/25 253/19 253/24 254/16

**receive [11]** 66/8 75/19 80/3 80/9 80/25 100/11 139/24 139/25 262/13 263/11 263/14

**received [17]** 79/22 80/2 80/6 80/8 80/21 81/3 81/6 81/12 81/16 96/5 101/6 139/16 140/5 160/10 234/1 234/5 236/6

**receives [1]** 234/22

**receiving [3]** 171/9 171/12 171/16

**recess [11]** 66/24 67/2 67/13 117/18 119/16 174/4 174/21 265/25 266/4 266/10 267/23

**recognize [20]** 55/5 55/6 88/2 88/4 88/14 106/2 108/19 129/2 131/3 131/7 145/5 145/8 148/7 148/14 157/6 157/8 242/3 242/10 263/4 263/7

**recognized [1]** 131/11

**recollecting [1]** 74/6

**recollection [30]** 16/9 19/2 32/11 32/17 33/22 33/23 34/15 35/22 41/13 41/17 43/8 44/15 81/3 87/12 87/14 89/2 89/14 91/24 93/1 102/8 104/12 104/20 105/19 107/22 127/10 146/22 163/24 177/25 214/18 233/24

**recommend [2]** 220/6 238/3

**recommended [7]** 40/24 71/21 74/13 74/14 93/22 94/21 105/2

**record [29]** 19/20 40/17 41/22 43/2 49/13 54/7 54/21 54/24 54/25 62/12 79/20 87/8 87/17 90/3 96/25 101/12 105/11 111/4 111/5 111/10 112/7 132/18 137/2 142/20 157/3 232/22 258/17 267/18 269/17

**record's [3]** 24/23 43/20 155/25

**records [44]** 20/15 20/18 20/22 20/23 20/24 21/13

# R

**records... [38]** 21/21 30/17 33/9 33/24 35/10 35/13 41/12 47/7 57/23 66/13 69/9 69/14 78/16 80/15 84/18 95/4 95/5 95/23 100/21 101/7 107/22 108/14 114/13 120/15 128/6 133/25 140/6 159/21 160/6 217/8 217/9 217/13 217/16 217/21 218/7 219/14 219/18 219/20
**recoup [1]** 264/17
**recovered [1]** 62/2
**recurring [3]** 35/19 54/17 114/15
**red [1]** 215/15
**REDMAN [251]** 2/11 5/17 6/13 6/16 6/21 6/22 7/6 8/21 15/13 16/6 16/9 17/3 17/21 21/7 22/1 22/1 22/3 22/3 23/3 25/2 25/12 25/18 28/5 28/13 28/17 28/21 28/22 33/18 35/14 37/8 37/18 42/3 42/15 42/16 42/16 42/25 43/3 43/6 43/17 46/23 49/20 52/23 55/2 57/18 58/4 58/14 58/24 62/25 63/13 65/16 66/13 67/7 67/16 67/17 68/1 68/6 71/3 71/12 78/1 78/15 79/4 80/3 80/10 80/11 80/11 84/1 85/5 87/8 87/21 87/21 88/14 88/17 93/1 95/9 95/15 99/5 101/14 103/11 103/14 105/4 105/14 106/12 106/13 106/15 109/1 115/17 116/18 118/2 119/21 120/5 120/18 128/4 128/20 128/25 130/9 131/2 132/16 133/3 139/8 139/8 139/12 140/13 140/18 141/16 142/24 143/13 145/1 145/21 145/24 147/12 147/13 148/4 154/13 157/2 157/6 159/14 159/24 160/16 160/17 160/24 161/2 161/5 161/9 161/15 161/19 162/12 162/17 166/15 167/4 168/8 169/16 170/5 170/14 171/24 173/22 174/1 174/15 176/18 178/16 178/19 178/21 179/2 179/16 180/2 180/15 182/2 182/8 182/14 182/16 183/4 183/8 183/11 183/16 183/25 184/7 184/9 184/11 184/12 184/18 185/10 185/17 186/6 186/11

188/11 191/6 204/4 205/9 211/13 211/14 211/17 211/24 212/2 212/4 212/6 212/16 212/19 212/21 213/9 213/11 213/11 213/14 213/17 213/22 214/6 214/19 214/20 215/2 215/3 215/21 217/9 217/13 218/3 219/13 219/19 219/24 220/24 221/8 221/9 221/22 222/8 229/23 230/5 233/15 233/20 234/7 234/14 235/8 235/14 236/6 236/10 236/20 236/25 238/3 238/9 238/10 238/20 239/6 239/13 239/15 239/23 240/4 240/9 240/16 243/6 243/12 244/7 244/9 244/24 245/7 245/18 245/23 251/1 254/9 256/14 257/7 258/12 258/15 258/20 258/23 259/5 259/14 259/25 260/9 260/13 261/14 261/20 261/25 263/5 264/20 265/8 266/17 268/3
**Redman's [17]** 3/20 48/1 141/14 174/4 174/9 184/8 184/15 212/7 215/7 218/7 218/17 218/23 244/12 247/5 248/24 248/25 263/10
**Redman/Syquia [1]** 88/17
**reduced [3]** 38/18 167/21 267/14
**reducing [3]** 40/2 223/10 223/13
**reexamined [1]** 70/20
**refer [9]** 54/16 78/15 80/10 106/12 147/21 169/19 170/11 178/5 242/12
**reference [4]** 5/4 143/14 216/15 264/1
**referring [2]** 162/13 178/23
**refers [1]** 141/22
**reflect [3]** 41/22 87/17 142/20
**refrain [1]** 119/11
**refresh [12]** 41/13 41/17 43/8 54/2 87/12 87/13 89/1 89/14 93/1 104/20 105/19 127/10
**refreshed [1]** 91/24
**refreshes [1]** 104/11
**refund [4]** 168/20 168/23 168/24 168/25
**refusal [3]** 131/23 132/6 132/13
**refusals [1]** 131/24

**refused [7]** 126/3 126/10 133/12 133/16 133/19 133/24 152/15
**regarding [28]** 3/13 7/11 28/24 35/17 36/8 38/16 45/21 49/21 50/10 52/2 63/17 63/18 85/21 88/3 88/15 88/18 147/14 158/10 159/6 166/18 187/12 187/14 197/19 197/25 199/4 235/24 244/9 265/9
**regime [2]** 86/23 86/24
**register [3]** 14/11 14/18 14/23
**registered [7]** 14/20 15/11 15/19 18/12 18/18 18/19 269/15
**registering [1]** 18/25
**registration [1]** 15/19
**registry [1]** 20/4
**regular [8]** 12/6 25/10 62/18 95/21 108/22 125/1 153/17 155/18
**regulations [1]** 13/21
**rehabilitating [1]** 121/18
**related [4]** 10/8 46/16 202/4 263/23
**relates [2]** 88/20 143/9
**relation [2]** 121/2 226/4
**relations [2]** 21/23 123/23
**relationship [15]** 121/4 121/9 123/3 126/23 186/5 187/4 187/7 254/10 254/17 255/21 256/5 256/8 257/1 257/2 257/4
**relay [1]** 237/4
**release [3]** 20/24 21/13 21/21
**relevance [2]** 220/13 220/17
**relevancy [1]** 139/4
**relevant [2]** 47/23 248/3
**relied [4]** 111/8 111/9 111/9 111/12
**relieve [1]** 89/7
**relieved [1]** 48/7
**remember [111]** 8/10 8/22 8/25 10/12 11/2 18/21 29/14 31/22 34/5 34/10 35/8 36/16 36/17 38/16 45/3 50/24 57/4 57/15 59/15 59/20 60/12 60/13 67/17 72/16 85/12 85/13 86/5 86/7 91/13 91/19 91/22 93/18 102/4 102/12 104/3 104/9 109/10 109/20 110/17 115/19 120/10 120/12 124/15 124/22 125/4 125/17 125/19 126/9 127/7 128/7 128/10 136/13 136/16 136/18

136/20 138/4 139/17 163/20 177/6 181/13 181/18 182/5 183/25 184/3 185/25 186/17 193/12 200/1 203/1 205/10 205/14 205/22 211/13 211/19 219/15 222/16 223/19 223/22 227/22 229/11 229/24 231/15 231/17 231/20 231/22 232/4 233/22 234/20 236/16 237/18 237/21 239/25 240/19 242/24 247/5 247/6 247/7 249/21 249/23 249/24 249/25 250/1 250/4 250/4 252/1 252/5 257/8 257/10 259/5 259/6 261/1
**remembers [1]** 92/4
**remitting [1]** 263/22
**remove [1]** 231/5
**removed [1]** 229/18
**renewal [2]** 34/22 35/4
**renewed [1]** 35/23
**renting [2]** 200/17 201/21
**reorganized [1]** 27/10
**repaying [1]** 167/15
**repeat [9]** 29/15 36/10 38/5 72/23 91/14 119/7 127/12 172/7 220/20
**rephrase [10]** 84/4 84/7 84/9 84/10 99/22 137/19 138/16 172/10 192/20 259/10
**replace [1]** 231/5
**reply [2]** 178/22 178/22
**report [8]** 53/17 55/6 88/2 91/23 93/14 93/21 96/3 96/15
**reporter [10]** 1/17 1/18 58/9 71/13 172/9 172/11 172/13 267/21 269/15 269/16
**reports [1]** 101/6
**represent [3]** 125/6 177/3 180/19
**representation [2]** 52/2 247/1
**representations [1]** 159/5
**representative [2]** 11/4 241/6
**represented [1]** 131/25
**representing [2]** 181/2 258/10
**reprimand [1]** 207/2
**reprimanded [1]** 206/3
**reputation [2]** 63/7 63/12
**request [2]** 19/3 140/3
**requested [7]** 59/12 61/2 83/16 95/7 150/22 172/13 251/11
**require [3]** 14/22 40/16

178/9
**required [4]** 14/17 17/15 65/14 114/7
**requires [5]** 15/11 15/18 18/20 18/23 247/23
**research [1]** 32/21
**respect [6]** 31/24 38/4 45/15 150/25 250/5 259/9
**respected [1]** 84/20
**respond [2]** 186/24 201/11
**responded [2]** 48/23 123/8
**responds [1]** 208/6
**response [2]** 34/6 183/14
**rest [2]** 117/8 134/11
**retired [2]** 23/20 145/20
**retirement [1]** 173/24
**retrained [1]** 121/18
**retraining [1]** 121/18
**return [2]** 140/4 167/14
**review [4]** 9/3 41/16 53/17 177/21
**reviewing [1]** 107/22
**ribs [1]** 195/8
**rid [1]** 205/7
**ridden [6]** 113/23 126/24 131/8 154/10 210/20 249/9
**Riddle [2]** 22/21 36/4
**ride [40]** 51/14 103/18 111/14 111/16 114/8 117/12 121/23 125/12 128/4 149/2 164/13 182/7 182/19 182/24 183/1 183/2 183/7 184/12 185/11 191/10 191/20 197/5 200/10 200/19 200/22 201/8 202/7 202/9 202/12 203/4 209/1 210/18 210/19 223/4 231/2 245/17 245/19 245/22 246/8 247/20
**rider [56]** 14/10 45/7 48/17 51/20 55/3 64/16 121/5 121/15 122/1 122/7 122/17 122/19 122/22 122/23 123/5 123/5 123/21 123/22 124/2 126/7 127/20 127/22 128/1 138/1 153/25 154/1 154/6 154/8 165/11 165/14 173/1 173/2 182/22 182/23 191/1 191/4 191/24 192/12 198/14 198/14 198/20 198/22 199/3 199/10 199/13 204/21 204/25 205/7 205/7 206/10 247/24 248/1 252/12 252/12 255/9 255/11
**rider's [1]** 127/25
**riders [11]** 61/1 110/22

**R**

**riders... [9]** 112/17
121/17 122/8 170/24
172/24 173/9 183/15
183/21 186/13
**rides [2]** 17/1 40/23
**riding [70]** 11/7 46/19
103/22 122/3 122/21
123/11 124/8 126/5
128/13 129/2 130/12
131/3 133/3 178/24
181/16 182/13 182/16
182/18 183/4 183/12
185/13 185/14 186/8
191/3 191/5 191/11
192/8 193/2 193/4 193/7
193/12 195/20 197/4
198/4 200/25 201/2
201/6 201/7 201/8
201/14 201/20 202/4
202/16 202/20 202/23
203/1 205/9 205/21
207/16 208/22 208/23
213/18 221/7 221/23
221/24 222/3 222/7
222/8 222/9 223/20
224/1 224/2 224/3 224/4
224/7 224/8 226/12
226/13 229/9 247/2
**right [231]** 5/7 6/14 9/16
10/3 11/8 11/9 11/25
14/2 15/16 20/2 20/17
23/2 23/7 24/17 24/19
31/16 32/13 32/15 36/21
36/22 36/23 36/24 36/25
39/25 42/15 43/9 43/23
45/6 45/13 45/20 47/3
47/19 49/7 50/14 56/8
57/11 57/14 58/5 58/6
58/22 58/23 59/20 60/12
60/16 61/12 61/15 63/4
63/18 65/7 67/8 67/9
68/18 69/18 71/10 72/6
72/17 72/19 74/21 75/13
76/23 78/9 78/12 78/14
79/7 79/9 79/13 79/14
81/11 83/2 83/5 84/1
85/17 85/18 86/14 88/11
88/19 89/12 89/15 90/4
90/5 90/13 91/24 92/11
92/12 93/9 96/21 97/5
98/18 99/5 101/9 106/7
106/12 106/16 108/3
110/2 110/11 111/4
111/7 111/11 111/12
112/1 112/3 112/6 112/8
112/10 112/11 112/14
112/21 114/2 114/3
114/13 115/11 115/20
115/23 117/3 117/15
118/4 123/12 124/18
124/21 127/13 129/10
133/20 134/1 135/17
137/22 138/6 138/6
139/15 140/2 140/10

140/11 142/4 143/13
143/25 144/1 144/6
144/12 144/22 145/4
145/25 146/2 146/3
148/12 150/14 151/24
152/10 153/2 153/24
154/11 154/11 156/15
158/18 158/19 162/13
162/22 163/6 163/14
164/3 164/11 168/4
168/4 168/5 169/7
169/21 174/10 174/17
175/5 175/10 176/24
177/7 178/11 181/24
187/20 191/2 191/20
195/21 195/25 197/9
203/2 207/10 208/7
209/8 209/24 219/13
220/3 223/12 225/7
225/25 226/1 226/1
227/20 229/6 229/8
230/6 233/2 234/17
235/1 237/8 240/16
241/19 242/16 243/2
243/21 245/4 246/4
246/14 246/23 248/19
248/21 249/17 250/19
251/17 253/2 253/15
254/8 258/13 259/3
259/19 259/19 260/5
260/20 260/24 262/10
265/21 266/9 266/14
**right-hand [12]** 42/15
79/14 89/12 106/16
142/4 143/13 143/25
144/6 144/12 144/22
145/4 146/2
**ring [2]** 123/23 166/10
**rings [1]** 153/14
**risks [1]** 223/18
**RMR [2]** 1/17 269/22
**road [1]** 225/2
**rock [2]** 100/13 100/16
**rode [20]** 16/23 48/22
51/10 54/22 123/1 169/5
170/16 170/22 170/24
172/17 172/18 207/5
207/7 209/20 209/23
210/8 210/12 210/17
211/4 245/23
**roll [2]** 196/14 196/15
**rolled [1]** 196/7
**Rood [2]** 22/21 36/4
**round [7]** 10/20 131/7
131/15 132/4 132/5
135/24 251/9
**rounds [4]** 135/25 138/2
251/10 251/13
**routing [1]** 140/11
**row [1]** 205/23
**rub [1]** 208/20
**ruin [1]** 15/6
**rules [4]** 13/19 13/20
14/5 14/8
**ruling [1]** 5/18
**rulings [1]** 267/3

**run [2]** 204/21 226/24
**running [4]** 11/8 38/2
39/8 225/2

**S**

**S-y-q-u-i-a [1]** 175/15
**saddle [8]** 16/23 109/7
109/9 109/19 109/24
109/25 110/6 110/11
**safe [8]** 14/10 153/15
191/10 191/12 191/17
197/5 210/25 252/14
**safely [1]** 126/3
**safety [2]** 251/24 252/2
**sale [61]** 7/11 16/10
18/20 51/14 52/2 52/23
77/19 114/23 115/12
122/8 137/10 147/14
147/15 147/17 149/8
149/10 150/4 150/5
150/15 150/20 152/19
154/15 154/16 157/10
157/21 157/23 158/8
158/12 158/23 159/7
159/16 163/10 163/17
164/1 166/18 166/22
183/25 184/15 220/24
236/21 237/1 237/4
237/6 238/5 240/22
242/12 243/1 243/22
244/6 244/10 244/22
245/4 245/9 245/12
263/19 264/16 264/16
264/21 265/1 265/10
265/14
**sales [9]** 112/14 147/18
155/22 158/13 158/14
240/18 240/20 265/9
265/12
**salts [5]** 92/15 94/21
94/22 117/7 229/19
**salutations [1]** 190/14
**same [15]** 3/14 38/4
58/10 62/14 63/22 81/12
102/20 115/21 148/23
148/24 153/16 230/19
247/17 254/12 255/15
**Sarah [1]** 2/14
**Save [1]** 5/24
**saw [34]** 11/11 27/3 30/8
54/10 70/7 72/15 74/17
75/21 78/10 78/14
113/10 113/19 126/4
149/23 149/25 153/17
155/1 179/13 184/20
187/8 190/7 193/9
201/13 206/14 207/5
207/14 230/4 230/24
231/1 231/6 231/8
231/13 239/17 255/3
**say [100]** 4/9 4/19 4/21
15/24 21/9 26/3 26/12
28/6 28/7 29/21 32/10
34/25 37/3 37/10 37/21
40/22 51/17 53/5 57/22
64/17 65/6 65/14 65/22

66/4 74/14 75/13 75/14
77/5 84/23 85/14 93/25
99/7 108/14 109/2 109/4
114/12 133/25 140/18
141/24 166/3 185/4
187/2 187/5 190/11
192/7 195/1 195/17
196/1 197/14 200/23
206/21 209/8 210/6
210/15 212/25 212/9
213/1 214/13 214/15
216/4 217/7 217/12
217/14 217/16 218/13
218/19 219/7 222/20
224/9 230/4 230/5
233/19 235/12 235/23
235/23 236/4 236/23
237/22 239/13 239/23
240/10 240/21 249/2
249/6 255/18 255/19
256/4 256/13 257/4
257/7 257/21 257/24
258/1 258/2 258/18
259/16 261/10 261/23
263/13 263/16
**saying [37]** 40/5 45/4
57/6 58/2 65/1 65/21
68/12 74/14 75/18 78/6
85/12 94/25 101/13
102/7 102/18 115/10
126/16 133/15 133/17
134/17 142/6 172/21
192/15 192/17 199/5
216/20 218/11 223/9
231/18 232/12 232/21
236/8 247/7 251/12
253/23 253/25 264/25
**says [25]** 54/11 72/12
79/17 81/1 81/2 88/9
88/10 88/17 89/9 106/12
137/2 138/10 145/7
148/13 150/20 160/17
170/14 170/16 171/3
171/10 171/25 221/13
225/20 243/20 263/18
**scan [1]** 61/19
**scare [1]** 45/12
**scenario [1]** 96/19
**scenarios [1]** 194/1
**schedule's [1]** 213/24
**school [2]** 17/19 22/20
**science [2]** 227/7 227/14
**scoreboard [1]** 133/10
**screen [5]** 144/17 154/25
161/2 162/2 263/2
**Sean [37]** 22/1 22/3 23/3
23/21 25/1 25/12 28/22
35/13 37/8 46/23 48/1
58/24 109/1 145/11
145/24 146/4 211/14
211/17 211/24 212/2
212/6 212/16 212/19
212/21 213/11 213/17
213/23 214/1 214/6
214/20 215/3 215/8
215/9 215/21 217/9

217/13 218/23
**Sean's [2]** 214/1 214/2
**season [2]** 13/6 13/7
**seasonally [1]** 234/13
**seat [1]** 17/15
**seated [10]** 3/3 6/8 6/17
67/15 67/25 119/18
120/1 174/23 175/4
175/12
**second [7]** 34/18 35/23
36/7 202/6 202/12 206/1
206/1
**secondly [1]** 4/13
**section [1]** 53/21
**seeing [2]** 255/24 256/9
**seem [2]** 64/20 102/6
**seemed [2]** 172/20
201/10
**seen [21]** 30/14 50/6
55/7 55/10 62/16 75/21
75/22 84/18 106/8 135/3
154/25 194/2 194/4
195/3 195/6 195/9
195/12 195/14 196/15
196/18 196/21
**selected [1]** 121/5
**sell [9]** 39/3 41/4 46/17
47/2 154/20 155/19
155/20 220/3 263/23
**seller [8]** 54/11 113/13
113/16 113/17 148/13
238/15 238/16 242/6
**seller's [4]** 53/21 54/11
55/5 55/25
**selling [2]** 152/25 257/22
**send [10]** 37/9 61/19
61/23 95/20 96/3 151/4
172/22 219/1 233/20
240/12
**sending [1]** 163/13
**sends [1]** 124/2
**sense [3]** 171/6 187/6
251/23
**sent [13]** 31/7 77/20
94/17 95/23 102/9
150/16 164/3 234/8
234/8 234/9 244/3
251/12 251/15
**separate [2]** 14/19
179/18
**September [7]** 124/16
124/19 125/3 125/5
125/6 145/15 146/23
**September 17 [2]**
145/15 146/23
**September 19th [1]**
125/6
**September 2012 [1]**
124/19
**serious [7]** 23/12 70/22
82/25 114/15 117/4
122/22 168/10
**seriously [2]** 173/6
173/13
**seriousness [1]** 94/15
**serve [1]** 6/9

## S

**service [1]** 264/14
**serviceably [3]** 226/7 226/16 227/3
**services [10]** 124/6 124/10 154/16 233/21 259/24 259/25 264/9 264/12 264/24 265/17
**set [1]** 11/8
**setting [1]** 166/13
**settlement [1]** 250/5
**seven [5]** 18/8 116/10 116/16 118/15 173/16
**seventh [1]** 49/16
**several [5]** 83/23 126/21 126/22 141/9 212/2
**SFranklinUSDC [1]** 1/19
**shake [1]** 92/2
**shallow [1]** 205/24
**share [1]** 115/16
**shared [1]** 247/17
**sharing [1]** 112/15
**Shawna [1]** 40/22
**she'd [1]** 214/2
**she'll [2]** 4/21 234/17
**she's [8]** 4/8 54/9 110/5 110/5 134/9 141/18 142/6 259/2
**sheet [1]** 230/4
**shift [2]** 265/22 265/23
**shifted [2]** 229/17 229/21
**ship [1]** 157/11
**shipped [2]** 149/1 157/18
**shipper [1]** 228/7
**shoe [21]** 62/3 62/5 62/5 62/21 89/5 89/6 89/7 89/16 89/18 91/25 92/2 94/20 100/13 117/5 229/16 229/18 229/20 229/21 230/24 231/1 231/4
**shoes [4]** 62/6 100/5 181/1 181/2
**Shore [1]** 2/6
**shortened [2]** 10/23 131/20
**shorter [1]** 225/25
**should [33]** 5/11 32/22 41/22 48/4 59/10 61/20 61/24 63/2 63/5 63/16 63/24 69/2 77/15 79/17 85/11 87/17 99/8 103/17 129/17 133/14 142/20 144/23 151/23 152/19 153/3 155/21 156/7 161/3 188/9 210/24 233/5 240/11 266/11
**shoulder [5]** 127/19 194/16 195/7 204/21 208/20
**shouldn't [5]** 21/5 100/10 101/4 129/7 165/1

**show [77]** 12/10 12/15 12/24 19/21 19/21 20/10 41/18 42/18 49/13 53/24 62/12 62/15 62/19 77/24 77/25 79/14 87/11 101/7 103/18 111/5 111/10 112/5 112/7 114/8 115/14 123/23 124/8 125/2 125/2 125/4 125/9 125/12 125/13 125/16 125/17 126/4 126/6 126/25 128/5 128/6 130/9 130/11 130/12 130/17 139/24 141/15 142/11 142/14 149/2 153/11 153/13 153/18 153/22 160/6 160/14 162/9 162/12 164/13 164/16 164/16 164/20 166/10 169/21 188/15 190/7 209/4 209/9 210/1 210/13 210/16 215/13 226/19 241/23 243/4 248/9 255/3 256/9
**showed [17]** 10/25 11/21 55/4 57/9 87/8 87/18 105/4 178/21 193/10 193/11 195/20 211/5 244/11 251/6 251/16 251/19 252/22
**showing [9]** 17/14 28/3 57/23 120/19 121/23 124/8 124/25 152/6 253/12
**showings [1]** 164/24
**shows [22]** 12/1 12/5 12/8 12/9 12/13 12/15 12/18 12/21 12/23 13/17 40/23 54/25 111/13 121/24 124/25 125/1 125/10 126/22 138/2 165/1 172/22 254/25
**shuffle [1]** 179/23
**Shutts [2]** 2/17 2/20
**sic [4]** 22/25 24/20 61/5 99/2
**sick [1]** 15/3
**side [5]** 89/15 139/12 162/5 194/25 258/4
**sidebar [2]** 141/12 142/16
**sign [8]** 3/7 3/15 20/9 103/17 114/7 150/15 155/14 158/1
**signature [11]** 148/10 148/13 148/14 148/16 148/24 159/15 242/3 242/5 242/6 242/8 242/10
**signed [21]** 33/1 77/22 94/25 115/5 148/22 149/16 149/19 150/4 150/16 151/3 157/12 157/17 157/21 159/7 166/25 240/21 244/15 244/17 244/19 245/5

245/2
**significant [4]** 37/22 37/15 246/17 246/19
**signing [1]** 148/18
**signs [4]** 209/5 210/13 210/16 211/5
**Simon [24]** 51/21 148/22 149/14 150/8 154/13 157/13 157/17 165/6 200/6 216/3 216/4 230/24 231/6 238/8 238/18 238/20 239/3 239/4 239/4 239/5 239/6 242/11 261/9 261/10
**simple [3]** 65/10 65/19 76/15
**since [15]** 16/17 33/15 43/20 55/7 77/2 94/12 95/17 95/18 132/18 153/4 165/7 174/6 193/3 218/6 244/4
**sincerely [1]** 171/10
**single [2]** 39/19 70/25
**sir [21]** 16/1 87/24 174/18 175/10 175/12 183/19 188/12 191/18 199/6 200/5 211/11 218/20 221/25 225/16 243/18 245/20 250/12 251/3 261/23 266/9 266/13
**sit [8]** 51/5 53/3 57/6 98/11 136/7 186/20 194/11 232/11
**site [3]** 19/12 19/20 54/12
**sits [1]** 110/6
**sitting [19]** 19/11 44/15 65/5 72/6 81/19 89/5 89/16 89/18 117/9 138/18 138/23 166/2 178/1 180/22 194/22 199/1 202/11 224/20 233/2
**situation [11]** 55/16 100/5 122/25 185/14 191/24 192/3 192/16 192/23 207/24 223/6 262/12
**situations [1]** 193/16
**six [12]** 18/8 18/8 22/21 38/13 66/10 116/16 168/9 186/12 186/13 190/14 248/11 264/13
**Sixty [2]** 245/25 246/9
**Sixty-five [2]** 245/25 246/9
**size [4]** 125/22 194/9 194/10 195/17
**size-wise [1]** 195/17
**slated [1]** 264/23
**slept [1]** 206/23
**slide [1]** 193/19
**slides [1]** 193/22
**slip [1]** 193/21
**slipped [1]** 230/24

**slow [4]** 7/24 16/1 205/23 205/25
**slower [1]** 225/1
**small [5]** 83/17 189/13 189/15 225/24 226/10
**smaller [1]** 196/1
**smart [1]** 166/14
**Smeryage [1]** 2/20
**snapshot [1]** 62/23
**soaked [3]** 92/15 94/21 229/18
**soaking [1]** 117/7
**social [1]** 122/20
**sold [6]** 27/24 45/7 45/14 114/16 152/7 203/13
**solid [2]** 48/12 52/9
**somebody [4]** 19/5 164/5 195/3 267/1
**somebody's [2]** 11/7 258/2
**someone [10]** 18/23 23/23 112/23 122/23 154/10 189/21 195/9 197/18 215/20 226/23
**someplace [1]** 65/18
**something [56]** 4/9 4/19 4/21 4/25 8/5 15/2 16/10 19/2 23/10 49/1 57/22 58/2 60/22 68/10 69/22 70/14 77/14 90/1 92/8 96/2 99/21 100/9 101/3 107/9 107/10 108/21 115/2 115/9 115/12 115/17 115/18 129/7 129/15 138/5 150/23 151/9 154/17 155/23 162/6 169/1 181/20 184/22 187/18 193/23 198/7 207/3 207/23 208/19 210/3 214/17 226/14 239/7 246/20 249/6 250/21 250/22
**sometime [2]** 157/25 266/18
**sometimes [23]** 10/19 13/5 15/5 23/18 23/19 23/19 25/25 26/4 26/24 26/22 27/1 49/16 95/23 95/24 100/19 100/19 108/20 108/21 127/24 127/25 134/20 134/20 184/11
**somewhere [3]** 74/17 181/22 198/21
**son [38]** 22/1 22/10 22/13 22/24 23/3 23/14 25/1 26/18 27/15 27/24 28/22 29/2 30/15 35/13 37/8 37/20 46/23 48/17 58/24 64/15 109/1 122/1 145/11 145/24 146/4 147/5 153/20 164/13 164/15 169/5 198/4 198/8 198/24 199/4 199/19 200/6 211/14

215/8
**soon [1]** 3/15
**sooner [1]** 267/7
**sore [32]** 23/16 23/18 23/24 23/25 25/12 25/16 25/16 25/23 26/19 27/16 27/25 29/19 29/24 35/15 36/20 37/11 39/14 39/17 43/23 45/11 58/25 63/18 147/1 147/5 147/9 209/10 209/13 211/5 211/9 213/3 214/10 214/15
**soreness [12]** 23/9 26/2 27/9 28/23 30/4 30/16 37/15 38/22 43/9 48/7 62/23
**sorry [31]** 15/15 17/5 25/20 25/20 28/16 29/5 58/11 58/12 67/21 71/14 75/2 82/18 92/19 95/11 103/13 133/15 134/18 139/10 141/5 157/16 177/13 189/3 197/22 200/4 212/22 231/21 232/13 236/4 239/4 247/15 260/6
**sort [8]** 13/20 19/22 196/22 199/8 206/17 215/15 224/19 226/10
**sound [48]** 14/25 39/10 46/20 46/20 48/23 54/23 60/9 61/5 61/6 61/7 64/11 69/23 70/22 77/18 82/14 82/22 83/24 89/18 93/19 93/20 94/24 94/25 100/17 101/13 114/14 114/21 167/19 167/24 168/1 168/11 210/8 225/18 225/20 225/23 225/23 226/3 226/3 226/5 226/5 226/7 226/14 226/16 227/3 227/3 227/22 230/6 230/10 230/11
**soundness [1]** 226/21
**sounds [2]** 124/18 165/22
**source [1]** 167/10
**South [1]** 2/6
**SOUTHERN [1]** 1/1
**span [1]** 182/9
**Spanish [2]** 1/20 1/21
**spank [1]** 129/14
**spanned [1]** 265/12
**speak [12]** 3/21 56/23 58/4 72/9 73/6 75/10 77/4 175/13 189/20 190/6 201/18 257/16
**speaking [4]** 58/10 191/13 197/24 250/22
**special [5]** 108/21 173/11 256/5 256/6 256/11
**specialist [1]** 40/16
**specialities [1]** 22/23

# S

**specialized [1]** 227/6
**specializes [1]** 23/1
**specific [11]** 11/10 19/2 19/10 21/22 125/17 159/11 179/12 182/1 222/22 248/4 249/8
**specifically [15]** 15/21 26/22 41/10 72/5 72/16 74/6 89/23 100/8 102/12 125/5 133/5 136/14 136/19 171/13 218/3
**specifics [4]** 4/6 47/6 60/13 85/13
**spectacular [1]** 86/19
**speculate [2]** 33/19 176/22
**speculating [1]** 57/12
**speculation [1]** 258/7
**speculative [1]** 235/3
**speed [4]** 10/22 10/23 125/25 131/22
**spell [2]** 6/19 175/14
**spend [2]** 38/15 39/9
**spent [1]** 47/25
**spin [1]** 204/21
**spirts [1]** 261/11
**split [3]** 114/9 115/15 186/6
**splitting [1]** 114/20
**spoke [15]** 44/8 71/10 71/16 71/23 73/1 77/9 116/22 119/9 119/10 185/5 185/20 190/3 190/14 231/19 233/8
**spoken [2]** 71/5 199/4
**sporadic [1]** 261/17
**sporadically [2]** 230/20 262/11
**sports [3]** 200/15 216/24 224/5
**spot [2]** 102/17 103/24
**sprain [2]** 23/10 86/19
**sprained [1]** 196/22
**spring [1]** 130/15
**Spruce [2]** 167/17 169/6
**stabled [2]** 153/8 153/9
**stables [2]** 90/15 121/12
**stabling [2]** 62/13 124/7
**stall [1]** 229/16
**stalls [4]** 17/17 153/10 153/13 200/17
**stand [2]** 72/6 175/9
**standard [2]** 4/4 152/2
**standing [3]** 180/25 181/2 215/25
**Star [7]** 103/6 103/20 103/21 103/23 103/25 113/5 116/15
**Starosta [1]** 1/21
**start [17]** 15/14 38/8 58/6 59/25 67/18 71/11 71/15 72/10 123/16 124/12 129/12 182/16 183/4 186/8 216/16 216/17 248/14

**started [13]** 17/13 123/20 124/11 124/15 129/5 171/17 171/21 176/4 178/18 182/13 182/18 205/19 208/23
**starting [1]** 145/4
**starts [5]** 129/19 129/20 146/8 146/11 206/11
**State [1]** 23/4
**stated [2]** 36/19 241/4
**statement [14]** 10/10 10/25 53/21 55/5 55/25 78/13 78/23 81/1 81/2 180/6 180/20 181/11 218/10 232/1
**statements [11]** 53/4 159/5 159/11 180/3 233/21 233/25 234/1 234/4 234/6 235/18 249/2
**states [19]** 1/1 1/13 12/19 13/14 13/18 14/12 14/17 15/10 18/13 22/6 22/7 22/8 22/10 22/12 157/12 157/18 198/20 239/4 239/6
**status [1]** 3/9
**stay [5]** 101/15 114/16 118/13 128/21 204/22
**stays [1]** 204/23
**Steele [83]** 52/20 59/24 60/20 70/11 70/17 72/3 72/13 72/21 72/25 73/4 73/6 73/9 73/11 73/14 74/1 74/12 75/5 75/19 76/21 77/17 77/17 82/24 83/13 83/18 83/22 83/22 84/16 84/20 85/9 85/9 85/11 85/20 87/9 88/3 88/15 89/2 89/21 90/7 90/21 91/1 91/5 91/23 93/8 93/23 94/17 94/18 95/8 95/15 95/20 96/1 96/10 96/13 97/8 97/12 97/17 97/25 101/3 101/6 101/10 101/12 101/20 101/24 102/10 102/14 102/19 104/17 104/19 105/2 106/3 106/21 107/5 107/12 107/19 229/23 230/1 230/10 232/22 233/17 233/20 234/1 234/3 234/12 235/9
**Steele's [4]** 60/24 90/9 104/23 104/25
**step [7]** 67/7 118/2 119/15 174/15 223/8 225/25 266/9
**Stephen [4]** 1/17 269/15 269/21 269/22
**stepped [2]** 62/22 100/13
**stepping [1]** 100/16
**steps [1]** 205/24
**stick [2]** 206/3 206/12

**stiff [2]** 66/2
**stifle [2]** 23/20 27/1
**stifles [1]** 27/5
**still [14]** 49/14 49/17 76/22 77/13 117/11 117/11 117/12 132/8 132/10 199/12 206/20 206/24 244/6 265/19
**stone [4]** 62/22 89/6 208/21 231/4
**stood [1]** 114/21
**stop [15]** 127/8 127/17 127/17 134/8 134/13 135/8 170/22 172/1 172/6 192/10 193/19 193/19 201/22 202/22 205/6
**stopped [39]** 125/18 126/5 127/6 127/15 129/4 129/13 131/11 133/7 133/23 134/7 134/9 134/11 135/16 136/19 193/18 194/3 204/7 205/15 205/19 206/2 213/21 246/11 246/13 246/16 246/22 246/23 247/1 247/8 247/11 247/13 248/1 248/1 249/15 249/22 251/25 252/6 252/16 252/20 252/21
**stopper [9]** 135/6 137/12 138/10 138/22 204/15 204/24 204/24 205/5 246/23
**stopping [26]** 122/14 122/24 123/11 127/23 128/3 129/20 136/15 136/22 137/22 138/11 139/6 172/5 191/22 204/11 204/13 245/13 247/13 248/24 251/20 251/22 251/23 252/5 252/9 252/14 252/25 253/12
**stops [17]** 126/20 127/2 136/1 139/2 191/23 192/2 192/7 192/14 192/23 193/22 193/23 204/6 204/20 204/23 204/25 205/3 207/22
**story [1]** 247/19
**straight [5]** 109/13 109/14 215/17 225/23 226/15
**strain [1]** 37/15
**strains [1]** 38/22
**street [2]** 1/18 150/2
**stress [4]** 166/8 166/8 166/9 201/4
**stressful [1]** 58/17
**strictly [1]** 202/3
**stride [4]** 125/22 125/23 206/1 247/22
**strike [7]** 28/15 75/16 91/3 99/23 123/15

**strong [1]** 213/7
**structure [1]** 230/21
**structured [1]** 188/21
**stuff [7]** 37/21 115/22 179/9 179/21 225/2 227/17 265/2
**submit [2]** 33/9 155/12
**submitted [3]** 3/11 3/12 35/12
**subpoenas [1]** 3/13
**substance [1]** 112/12
**successful [2]** 48/7 138/3
**successfully [6]** 27/20 29/19 29/23 30/3 48/8 251/16
**such [6]** 12/16 14/7 20/12 32/15 98/5 240/16
**suffer [2]** 195/9 195/12
**suffered [4]** 173/9 221/21 222/6 229/14
**suffering [1]** 7/21
**suggest [1]** 4/6
**suggested [3]** 40/22 59/23 94/14
**Suite [7]** 2/3 2/6 2/9 2/12 2/15 2/18 2/21
**sum [1]** 112/12
**summarize [1]** 27/13
**summer [10]** 123/17 124/4 182/17 182/18 183/6 185/9 185/22 185/22 208/23 213/15
**Sunday [1]** 206/23
**support [2]** 51/2 78/13
**supposed [4]** 16/21 80/9 81/21 205/24
**sure [59]** 13/21 14/6 15/8 19/23 21/25 24/22 26/22 35/7 35/9 59/21 60/5 70/3 70/5 80/5 91/20 93/17 108/24 111/23 124/21 125/14 128/6 130/16 142/15 159/23 168/12 170/24 171/13 172/16 174/7 177/10 181/23 186/8 198/21 199/12 199/13 206/10 209/18 211/3 212/8 212/13 212/14 212/15 212/15 214/8 218/12 227/1 231/8 232/19 234/10 234/13 234/21 250/13 253/16 255/24 259/19 260/12 261/7 263/17 265/16 268/5
**Syquia's [5]** 90/7 90/11 96/8 136/7 174/4
**system [1]** 170/8

# T

**table [1]** 168/11
**tack [1]** 156/3
**take [45]** 23/13 24/13 24/14 45/9 45/15 46/13 49/6 51/13 66/23 67/1 70/8 79/4 87/21 89/25 105/14 117/14 117/17

**157/22 221/6**

**173/3 187/16 197/7 220/14 222/9 250/8 256/24 258/6**
**swim [1]** 117/12
**swimming [1]** 24/1
**switch [1]** 194/7
**switches [1]** 234/13
**sworn [2]** 6/16 175/11
**SYQUIA [151]** 1/6 2/17 11/1 20/14 20/16 28/4 29/8 44/10 44/16 44/24 45/2 46/7 46/12 46/15 46/18 46/22 47/4 47/9 47/13 47/20 50/20 50/25 51/2 51/6 51/8 51/11 51/25 52/3 52/24 53/1 53/7 53/14 55/13 56/11 56/16 56/23 57/7 58/23 59/3 59/9 61/13 61/19 63/25 69/13 71/20 86/4 88/17 90/17 91/5 91/7 91/8 93/13 94/6 95/23 96/9 96/16 96/20 97/3 97/7 97/24 98/16 99/14 99/6 99/12 99/14 100/23 102/18 116/25 118/12 118/22 119/4 120/25 121/3 121/5 121/6 123/16 124/2 124/3 124/5 124/6 124/11 125/12 126/5 126/13 126/19 126/24 128/4 128/13 129/2 129/5 129/12 129/19 130/5 130/7 130/12 131/3 132/17 133/3 136/7 136/13 136/25 137/4 137/11 138/8 148/22 149/14 149/20 149/22 149/23 150/9 150/12 151/4 151/11 151/15 151/20 152/2 152/3 152/5 152/25 153/6 155/5 157/13 157/17 157/21 158/1 158/2 158/7 158/12 159/4 159/6 159/8 164/25 167/2 167/10 168/18 171/2 171/12 171/19 171/25 172/5 174/9 175/9 175/11 175/15 175/21 203/8 210/10 241/23 263/1 267/16 268/5**

**T**

take... [28] 118/18
123/22 132/1 142/8
154/3 160/16 164/6
166/9 167/23 167/25
168/20 174/4 174/6
174/9 174/11 177/18
187/9 199/20 200/14
205/24 206/11 206/25
216/23 220/6 224/15
226/19 242/14 263/1
taken [9] 67/13 100/5
119/16 147/2 174/21
220/9 231/15 231/23
267/23
takes [4] 11/11 90/2
123/6 168/6
taking [4] 119/1 223/15
223/17 225/25
talent [1] 199/14
talented [4] 48/17
103/10 103/15 247/21
talk [30] 19/19 20/19
21/6 24/15 24/22 25/15
26/16 32/1 44/24 77/3
98/24 107/15 113/4
113/22 118/25 134/12
151/18 156/9 179/10
182/2 192/5 194/9
195/15 229/23 241/1
245/15 248/23 250/15
254/17 266/15
talked [28] 10/10 19/18
20/5 24/25 33/18 35/18
56/18 59/1 68/9 73/16
74/15 78/7 85/9 94/8
98/8 146/5 154/24 155/6
186/3 190/17 197/2
202/25 204/15 220/3
227/20 238/11 252/1
252/7
talking [11] 26/15 34/19
84/12 117/11 138/24
188/20 191/22 227/17
250/18 259/5 261/1
talks [2] 42/8 89/13
tangled [1] 193/25
tap [1] 206/21
taxing [2] 166/3 223/17
teach [2] 206/12 207/23
team [2] 123/9 164/16
technical [1] 12/11
techniques [1] 214/22
technology [1] 3/8
telephone [3] 185/24
185/25 190/8
tell [96] 6/19 8/6 10/14
14/16 18/15 23/22 26/6
26/24 32/20 33/4 33/21
42/9 44/25 45/1 45/10
47/20 50/23 52/25 56/24
57/2 59/3 61/10 63/9
64/8 66/1 69/16 70/9
72/20 72/24 73/20 74/9
85/16 85/23 88/10 93/15
94/11 98/22 100/7 101/4
108/4 108/5 113/16
114/4 115/3 115/9
115/11 115/18 115/22
116/20 117/2 122/11
122/14 122/17 125/15
126/18 131/13 144/11
150/3 154/10 157/8
161/7 165/2 165/3
175/13 179/19 183/21
184/6 186/2 190/22
191/15 192/6 194/10
200/3 200/24 205/18
216/11 216/12 216/14
220/24 222/18 223/1
223/19 224/16 224/25
225/19 225/19 226/3
230/14 233/5 233/16
235/22 247/6 254/10
255/5 259/21 263/13
telling [35] 14/24 19/11
29/21 36/13 37/10 40/9
51/5 52/7 53/5 53/9
63/19 65/7 65/11 72/8
73/24 74/16 76/25 84/1
85/20 98/11 108/17
115/8 116/19 119/3
119/5 136/18 171/20
209/19 217/13 233/22
248/18 248/24 248/25
256/21 257/12
tells [3] 97/3 109/17
109/18
temporary [11] 37/15
38/22 60/23 62/7 83/20
92/1 92/9 94/17 100/4
100/14 100/16
ten [4] 18/8 18/11 18/15
179/3
tendons [1] 168/7
tent [1] 226/19
term [15] 26/13 26/14
29/20 35/20 52/18 86/15
100/4 135/16 204/15
204/16 222/23 223/3
223/9 226/3 237/5
terms [8] 10/15 40/9
40/12 194/10 224/18
237/23 237/6 237/9
terrific [1] 123/7
terrifying [2] 165/22
166/6
test [8] 59/16 59/16
59/17 200/22 203/4
203/16 203/25 226/25
tested [2] 61/4 203/19
testified [13] 60/15
61/13 141/24 176/14
180/15 180/18 188/24
215/22 219/19 219/24
234/19 237/17 250/3
testify [9] 7/22 16/18
56/22 57/11 98/2 177/18
227/10 232/18 236/15
testifying [8] 85/8 94/8
94/10 136/13 136/18
136/20 231/17 265/8
testimony [84] 4/15 4/16
7/16 7/19 9/10 10/1
16/13 18/19 19/10 27/14
29/14 30/6 34/5 34/25
43/12 46/15 51/7 57/8
60/11 60/12 65/11 67/8
73/24 76/19 79/21 84/15
86/5 86/6 86/9 93/20
96/13 101/17 104/3
108/5 118/3 118/15
121/8 134/13 135/4
136/16 137/18 138/4
138/14 163/24 174/5
174/6 174/8 174/9
174/16 176/5 176/9
176/12 182/5 187/17
190/17 192/19 197/8
208/23 209/23 211/4
211/24 215/20 216/17
219/23 223/22 230/8
231/6 234/3 234/20
236/16 237/18 237/25
239/25 242/24 246/22
247/5 252/4 252/17
253/7 259/7 264/19
266/10 268/3 268/5
text [7] 72/11 137/9
219/5 231/10 239/3
239/7 239/17
texts [2] 219/1 219/4
thank [116] 5/23 5/25
6/8 6/23 6/24 7/3 8/21
9/14 16/2 25/21 28/19
28/25 29/7 29/12 30/1
30/23 31/12 42/23 42/24
43/14 43/17 43/18 53/12
54/4 55/2 58/14 58/22
66/22 67/4 67/5 67/11
67/12 67/25 68/3 68/13
71/3 78/4 79/1 81/10
87/10 87/15 87/16 88/12
91/21 92/2 92/24 95/12
99/5 102/23 105/10
117/16 117/19 117/21
117/25 118/5 118/6
118/7 118/19 119/15
120/3 123/13 130/24
132/25 133/11 140/13
141/7 143/11 144/8
144/24 147/12 148/2
154/22 156/17 156/25
159/13 159/20 161/16
161/17 162/11 162/14
162/21 166/15 168/8
169/18 170/3 170/25
171/15 171/24 173/22
174/1 174/13 174/19
175/7 175/16 175/18
176/2 176/24 181/4
187/20 193/10 195/11
196/13 204/2 204/14
211/2 219/12 235/13
241/10 241/21 256/16
257/6 262/24 266/2
266/3 266/7 266/13
thanks [1] 217/12
That'd [1] 228/15
that's [117] 4/1 6/2
12/10 14/4 15/16 17/12
17/25 18/9 19/3 19/16
19/25 20/2 23/1 24/12
24/17 24/20 27/7 27/7
27/8 28/8 30/5 30/18
30/23 31/16 33/6 34/19
35/1 38/9 49/18 50/1
55/21 57/21 57/21 58/1
58/3 61/11 62/11 62/23
63/5 63/23 65/18 66/6
70/15 71/10 76/9 76/20
76/22 81/1 81/2 84/17
86/24 87/4 87/7 92/8
93/22 93/23 95/2 98/19
100/7 101/8 101/25
102/20 105/18 110/2
110/5 112/12 116/17
118/15 119/1 119/4
127/23 128/6 130/2
133/10 134/17 144/6
144/6 145/22 146/3
150/21 152/14 155/22
159/2 162/3 168/6
168/10 171/22 171/23
186/22 198/25 203/1
203/24 208/19 213/3
215/16 216/21 217/10
219/21 226/20 227/5
228/22 239/9 239/9
239/10 243/18 244/13
248/8 248/16 253/2
253/15 255/7 256/10
257/18 258/18 264/3
264/25
the 9th [1] 230/12
themself [1] 206/8
themselves [2] 166/13
206/8
theory [1] 243/23
therapeutic [4] 212/22
212/25 213/10 215/12
Therapeutically [2]
214/23 214/25
therapies [1] 212/23
therapy [5] 23/1 23/6
23/15 52/14 108/24
there's [39] 7/18 8/17
11/7 11/8 11/12 12/10
12/12 19/21 42/4 55/24
56/9 57/22 74/17 79/13
79/25 96/24 108/21
124/23 128/2 131/18
140/7 141/21 146/7
146/20 152/23 166/17
186/23 194/1 208/21
213/1 213/3 238/13
240/16 242/8 243/19
244/11 246/3 261/9
263/18
thereabouts [1] 80/7
thereafter [2] 96/17
232/2
therefore [10] 40/24
52/13 60/19 62/5 70/22
77/9 82/23 107/16
133/21 140/8
thereof [1] 89/14
They'd [1] 33/15
they'll [2] 189/17 217/17
they're [23] 5/21 23/22
23/22 24/13 37/14 40/3
40/14 42/17 60/2 84/21
84/21 142/6 147/9
165/19 166/13 173/10
184/10 208/12 210/19
212/25 224/19 225/2
252/23
they've [3] 20/11 116/10
226/25
thing [41] 3/19 24/12
37/13 39/17 56/9 57/10
58/17 60/5 70/6 83/20
92/6 92/9 94/16 94/17
95/22 98/5 100/14
101/15 102/20 109/11
115/21 116/17 118/9
128/9 129/16 154/18
155/17 169/4 169/16
173/19 186/4 201/1
213/7 223/17 226/6
231/3 233/1 239/2 239/25
254/13 258/2
things [49] 14/9 19/22
23/11 23/16 24/16 26/23
26/25 27/10 27/11 29/9
33/18 51/17 52/11 52/12
52/13 52/16 53/4 55/9
55/17 55/19 59/1 60/1
62/1 62/7 62/10 62/20
68/9 70/24 70/25 75/24
111/8 111/12 116/14
117/6 128/2 146/25
147/8 164/4 164/23
164/24 187/3 193/17
199/15 215/3 224/6
233/16 236/21 237/1
247/22
think [133] 8/14 11/11
13/11 18/6 19/9 21/24
26/1 26/2 26/15 26/17
30/22 31/9 31/10 32/7
32/8 32/18 33/5 33/20
34/1 34/9 34/11 36/3
36/17 38/18 39/1 45/23
47/17 49/8 49/18 50/22
56/14 57/17 59/20 60/7
61/11 61/13 61/17 62/3
62/25 63/10 64/2 65/17
65/18 68/18 68/25 69/6
70/4 72/5 72/17 73/11
75/18 81/8 86/3 95/7
96/6 97/22 99/4 99/8
103/16 103/16 105/1
106/11 109/9 111/8
111/22 115/17 116/16
116/18 118/21 119/2
120/12 120/13 121/20
122/5 123/18 125/25
126/12 129/9 129/12
132/12 132/15 139/16

**T**

**think... [51]** 140/12 149/23 153/21 160/9 169/1 170/7 171/21 177/15 179/8 183/5 185/15 185/18 189/19 190/13 190/17 190/23 191/3 192/11 205/9 205/13 208/22 209/20 214/21 215/12 215/16 216/15 226/19 226/23 227/21 231/6 232/7 233/4 243/8 243/11 246/3 246/22 247/24 248/5 251/10 252/24 254/6 255/1 255/24 255/25 264/19 266/22 266/23 267/15
**thinking [1]** 243/15
**thinks [1]** 52/22
**thinner [1]** 110/8
**third [9]** 3/13 22/8 22/12 38/1 38/17 39/2 87/22 156/16 207/14
**third-party [1]** 3/13
**Thirty [1]** 193/3
**thoroughbred [2]** 17/10 110/7
**thoroughbreds [2]** 17/8 17/9
**those [53]** 5/4 9/16 11/12 18/12 20/22 20/23 21/13 21/20 26/24 27/6 29/9 37/1 37/2 43/6 44/1 44/14 46/21 48/21 51/17 59/19 62/1 62/10 69/9 74/1 95/5 101/5 101/25 102/5 111/12 123/4 140/16 140/16 143/20 149/8 164/4 168/7 178/23 179/2 183/21 186/14 192/11 205/10 205/13 214/9 226/12 233/25 240/19 240/20 246/4 246/14 251/9 252/13 254/4
**though [7]** 38/18 73/7 123/10 190/10 206/5 207/3 261/13
**thought [24]** 56/14 60/15 64/16 69/11 78/22 93/17 107/7 114/10 133/15 140/21 154/14 161/5 161/5 207/24 225/15 225/17 244/4 248/3 248/13 249/7 249/7 249/13 253/5 267/17
**thousand [4]** 169/2 195/18 196/2 196/3
**three [28]** 17/10 17/25 18/7 48/14 48/15 61/3 70/8 93/2 93/3 93/8 94/24 109/13 111/8 116/11 136/1 153/21

163/25 164/6 194/21 194/23 195/24 205/10 206/4 215/25 216/2 246/13 251/10 251/13
**three inches [2]** 194/23 195/24
**three-five [3]** 93/2 93/3 93/8
**three-year-old [1]** 17/10
**thrilled [1]** 85/3
**through [40]** 12/14 20/15 31/10 31/20 31/21 40/25 41/9 42/1 42/3 42/10 43/10 43/21 48/9 60/2 105/14 111/24 112/19 114/23 121/22 132/3 136/7 140/9 166/7 168/18 168/18 179/3 179/12 206/15 213/2 225/2 225/4 233/8 234/1 241/5 241/5 243/9 258/13 260/10 262/16 267/9
**throughout [1]** 213/18
**throw [2]** 104/11 204/21
**tie [1]** 176/1
**tight [3]** 59/18 226/13 226/24
**timeframe [1]** 181/22 212/9 262/12
**timelines [1]** 179/9
**timely [1]** 37/13
**times [28]** 119/9 119/10 121/7 134/7 134/10 135/11 135/22 172/18 178/4 180/23 206/4 207/7 207/15 207/16 210/1 215/10 226/8 245/17 245/22 245/25 246/9 246/10 246/11 246/12 246/13 246/16 246/22 247/14
**today [55]** 4/22 7/8 7/11 7/16 7/19 7/22 8/12 9/3 9/9 16/18 19/11 32/11 34/25 44/15 51/5 52/25 53/3 56/20 56/22 57/6 65/5 81/19 85/16 94/8 94/10 98/2 98/11 102/8 106/8 118/16 126/16 138/18 138/23 145/13 146/22 154/25 175/23 176/5 176/12 177/18 178/1 178/16 180/16 180/22 184/21 186/20 199/1 202/11 214/18 216/12 219/21 219/23 223/24 230/8 232/11 255/9 255/11
**together [6]** 85/21 108/25 118/14 165/11 256/7 256/10
**told [58]** 29/13 29/16 30/6 30/10 30/12 35/8 39/23 49/4 51/8 58/23 61/6 63/16 71/5 71/19 73/3 73/11 77/15 99/17

100/3 100/8 100/10 101/2 101/6 101/22 106/5 107/6 110/20 111/8 111/14 136/13 136/18 137/7 147/4 151/20 156/1 167/17 185/14 210/21 211/21 217/10 221/3 221/5 229/8 232/5 239/18 240/25 242/22 243/15 247/13 248/10 251/22 251/25 252/4 252/16 252/19 252/21 257/3 259/22
**tomorrow [9]** 118/15 174/7 266/1 266/6 266/11 266/18 266/23 267/8 267/13
**tone [1]** 165/10
**too [15]** 23/25 47/24 116/13 126/2 134/8 152/12 161/3 176/22 192/16 204/4 205/23 205/23 205/25 250/22 267/11
**took [22]** 8/8 8/22 10/24 16/25 52/11 62/5 68/18 110/16 116/11 127/7 128/8 165/16 173/14 177/5 211/16 216/8 216/10 216/13 216/18 217/5 217/25 228/7
**top [18]** 13/3 13/11 26/10 59/13 73/21 73/22 96/10 110/2 110/22 122/8 140/16 145/4 145/7 145/11 171/3 242/6 242/13 265/15
**total [2]** 128/9 265/16
**totally [1]** 5/3
**touching [2]** 57/6 50/17
**tough [1]** 165/18
**toward [1]** 68/2
**towards [7]** 6/18 10/9 79/23 80/21 81/7 171/5 264/23
**town [4]** 16/24 25/6 172/23 214/2
**track [1]** 224/8
**trade [1]** 167/19
**trail [1]** 244/4
**train [3]** 153/15 167/24 206/7
**trained [2]** 17/10 165/10
**trainer [13]** 28/4 100/23 105/3 107/5 107/11 110/18 123/20 123/21 185/18 252/11 252/12 255/9 255/11
**training [14]** 36/5 86/21 86/24 87/12 103/22 130/3 152/6 152/8 153/17 165/7 227/18 259/25 264/17 265/17
**transact [1]** 180/25
**transaction [12]** 28/3

45/24 140/6 151/21 153/7 167/11 239/24 240/5 240/6 256/14 261/20 261/24
**transactions [1]** 139/24
**transcript [6]** 1/11 4/5 4/12 172/14 177/19 269/17
**transcripts [6]** 4/18 5/2 5/17 5/20 7/1 266/15
**transfer [8]** 80/18 81/13 81/20 101/20 140/8 140/9 161/22 162/22
**transferred [1]** 154/2
**transfers [6]** 140/6 140/15 160/7 160/22 162/6 258/13
**transpired [1]** 256/2
**traumatic [1]** 195/9
**travel [2]** 165/18 223/16
**traveling [3]** 22/23 166/3 226/6
**travels [2]** 22/7 234/16
**treat [14]** 22/24 23/20 24/7 72/13 72/21 72/25 74/10 74/22 75/8 129/9 207/1 213/17 214/13 214/14
**treated [31]** 24/8 30/5 37/16 38/23 54/18 59/10 71/21 83/13 83/14 85/11 88/15 90/3 90/7 91/4 93/14 100/25 102/10 102/19 106/23 107/3 107/19 107/23 145/19 147/1 147/9 210/3 210/3 215/14 222/4 232/22 233/17
**treating [29]** 22/8 23/5 23/14 25/2 25/12 25/23 26/1 26/19 26/24 27/16 27/25 28/23 29/2 30/15 35/14 102/14 109/1 145/12 145/18 147/5 212/16 212/19 213/12 214/10 214/15 214/16 214/21 215/3 215/22
**treatment [16]** 39/11 48/1 58/24 73/9 74/12 74/24 75/20 83/24 85/22 88/20 90/16 97/4 146/14 217/8 218/17 218/23
**treatment's [1]** 76/21
**treatments [5]** 46/23 48/7 211/18 212/24 214/7
**treats [1]** 130/7
**trial [11]** 1/11 4/21 53/19 55/9 85/15 136/6 179/13 199/7 239/18 251/6 267/8
**trials [1]** 48/23
**tricky [1]** 59/25
**tried [3]** 48/17 180/7 255/24
**tries [1]** 204/24

**trip [1]** 165/17
**trot [4]** 86/21 224/8 224/17 224/20
**trotting [3]** 59/17 224/16 225/5
**truck [3]** 77/23 166/9 228/8
**trucked [1]** 165/21
**true [47]** 19/3 19/16 21/12 21/15 23/3 23/6 23/15 27/21 37/18 39/13 45/10 53/6 74/2 74/16 76/5 76/19 78/13 83/13 90/6 90/19 90/25 91/23 93/25 96/1 113/22 125/18 136/25 137/2 139/19 139/21 180/20 189/5 209/21 214/24 219/5 225/8 225/9 232/12 236/18 238/12 239/10 251/15 252/24 253/2 254/12 257/20 257/21
**truly [1]** 52/4
**trust [23]** 28/4 46/13 52/3 52/20 53/7 59/7 86/2 89/25 111/2 111/2 113/4 113/5 123/4 123/5 158/2 165/14 188/24 256/20 257/1 257/4 257/23 258/3 261/1
**trusted [24]** 21/23 61/5 100/22 100/23 110/16 111/18 111/25 112/2 112/16 113/2 113/7 113/11 113/13 113/17 114/11 180/18 188/18 256/13 256/17 257/3 257/8 257/10 257/12 261/4
**trusting [4]** 123/6 257/15 258/9 261/6
**trustworthy [2]** 261/22 262/5
**truth [4]** 64/8 64/10 84/1 113/16
**truthful [7]** 113/17 189/7 189/10 189/18 189/21 189/23 190/1
**try [20]** 6/18 25/7 28/18 32/24 53/23 58/4 59/14 67/17 67/17 97/11 128/20 129/8 175/13 199/21 206/7 206/12 207/2 223/7 247/16 267/5
**trying [13]** 15/24 16/4 16/9 35/10 55/8 57/20 58/14 65/10 89/7 108/10 118/25 161/13 229/9
**tub [1]** 24/1
**turn [1]** 79/6
**turned [1]** 172/24
**turning [2]** 17/17 59/18
**turns [1]** 100/24
**Twelve [1]** 246/6

**T**

twenties [1] 22/17
Twenty [4] 193/6 198/17
241/14 241/18
Twenty-eight [1] 241/14
Twenty-eight's [1]
241/18
Twenty-five [1] 193/6
twice [3] 129/14 134/11
251/6
Twist [1] 134/9
twists [1] 193/22
two [34] 3/6 9/1 14/19
17/25 18/7 20/5 25/7
41/5 48/14 70/5 74/7
85/10 92/13 93/2 93/21
119/2 123/9 131/24
135/25 140/15 140/17
163/16 163/25 164/6
168/2 168/18 205/22
205/24 207/9 207/15
209/20 209/23 210/5
210/14
two-fifths [3] 70/5 92/13
93/21
two-five [1] 93/2
two-year [1] 209/20
type [26] 7/21 10/15
12/4 12/23 14/8 14/22
27/8 32/6 32/22 106/23
107/3 186/21 195/6
196/21 199/3 208/18
209/16 220/12 221/21
222/2 222/5 224/6 226/6
226/12 247/24 254/2
Typically [1] 197/1

**U**

Ugarte [1] 1/20
Uh [6] 34/21 131/9
163/4 170/18 236/24
256/7
Uh-huh [6] 34/21 131/9
163/4 170/18 236/24
256/7
ultra [1] 212/22
um [1] 17/25
unable [3] 15/3 48/13
108/5
uncertain [1] 261/12
uncertainty [2] 230/20
261/9
unconscious [1] 195/13
under [10] 36/9 77/6
93/6 123/14 123/19
173/11 180/7 198/21
210/3 242/6
underneath [2] 170/14
196/10
understand [40] 7/13
8/2 8/18 26/7 27/14 28/5
33/22 40/11 53/8 56/7
57/20 57/24 58/16 62/13
62/16 63/23 68/10 68/12
75/15 76/2 82/6 82/10
92/5 92/10 118/17 119/6

129/22 131/14 165/5
166/12 168/12 171/1
176/19 176/25 222/23
236/8 248/17 260/6
260/17 265/7
understandable [2]
122/24 123/14
understanding [45] 10/5
10/14 10/16 13/16 14/3
16/13 20/20 21/8 21/12
32/5 40/7 40/8 50/9
73/20 74/21 75/3 79/24
83/21 108/1 123/3 133/6
133/9 138/8 138/12
150/11 151/10 153/6
171/7 171/20 172/4
172/23 173/15 180/22
184/6 195/16 198/1
198/12 199/2 203/15
204/16 211/23 232/17
239/14 244/1 250/10
understands [1] 32/2
understood [9] 15/8
34/20 84/13 102/13
113/17 119/14 129/23
198/19 202/4
underwriting [2] 32/21
33/25
undue [1] 223/6
unfair [3] 55/21 152/18
153/3
unfortunate [1] 231/3
unhappy [2] 167/11
168/15
UNITED [13] 1/1 1/13
12/19 13/13 13/18 14/12
14/17 15/10 18/12 22/8
22/12 157/11 157/18
unkind [1] 55/21
unless [7] 21/14 21/21
64/6 64/7 65/6 65/11
260/8
unnecessary [1] 223/18
unreasonably [1] 246/23
unsafe [1] 133/19
unsound [3] 89/3 115/7
168/3
unsoundness [1] 226/10
until [18] 9/25 22/19
24/25 31/14 53/19 76/7
76/14 86/12 86/25 144/4
155/10 171/21 174/16
182/4 198/9 209/1 260/8
260/10
unusual [3] 134/14
134/16 134/19
upcoming [2] 55/15
199/13
upfront [1] 52/6
upon [2] 173/3 187/18
upper [13] 79/13 142/4
143/13 144/1 144/5
144/12 144/22 145/4
146/1 146/8 146/12
146/13 146/24
upset [5] 57/18 116/7

173/19 179/9 179/22
us [85] 3/8 6/19 6/20
7/15 7/19 12/7 18/15
19/12 29/13 29/16 33/4
33/21 39/23 42/7 49/4
51/5 52/25 53/5 53/9
61/10 63/19 70/11 71/5
72/8 73/8 73/11 73/20
76/25 79/16 84/1 85/16
85/20 85/23 88/10 99/17
101/2 106/5 108/5
108/17 115/8 116/11
116/19 121/8 125/15
126/18 135/4 138/5
147/14 147/4 150/3
151/20 157/8 161/7
162/19 170/19 173/14
175/14 184/6 190/22
192/6 193/14 194/10
198/17 200/3 200/24
209/19 215/25 216/12
216/14 217/6 223/1
224/25 229/8 230/9
233/2 240/25 242/22
243/15 247/6 247/13
248/24 248/25 255/5
257/12 259/22
used [12] 13/20 31/3
63/11 105/1 106/6
107/13 108/6 108/18
147/19 158/12 158/14
165/20
USEF [9] 14/4 15/18
18/20 18/23 19/6 19/12
19/18 120/15 206/4
uses [3] 147/17 158/12
234/11
using [4] 4/20 11/19
109/9
usual [2] 152/9 152/15
usually [13] 4/3 10/21
10/22 12/12 12/15 13/3
60/3 60/4 70/16 76/9
100/14 109/25 150/21

**V**

vaccinations [1] 19/22
vaccines [1] 20/11
Valley [2] 2/3 2/9
valuable [1] 127/16
value [17] 38/17 38/18
38/24 39/7 39/13 39/24
40/18 47/17 47/21 127/4
127/9 127/21 168/25
168/25 204/6 204/12
204/13
van [2] 228/6 228/7
various [2] 192/9 192/11
verbal [3] 34/6 183/14
225/11
verify [3] 5/11 232/11
233/18
Vermont [1] 12/16
versa [1] 111/23
very [129] 5/5 5/19
10/17 10/17 12/9 12/10

17/2 17/10 17/14 23/12
24/3 24/13 24/13 27/5
27/7 27/12 38/20 39/8
40/22 46/12 46/12 46/13
46/14 48/12 48/17 48/21
51/10 51/15 51/20 52/6
52/6 52/8 52/9 52/15
52/20 60/3 60/24 61/2
62/16 63/7 63/11 63/12
64/11 64/11 70/5 70/17
77/25 84/19 84/21 85/3
85/3 85/3 88/7 92/1
102/25 103/10 103/15
103/16 105/22 107/6
110/19 110/19 110/21
110/23 111/15 112/4
112/16 121/6 121/6
121/12 121/14 121/19
122/1 122/2 122/7 123/8
123/9 124/24 125/8
125/21 125/23 126/1
126/15 130/7 133/17
135/22 135/22 136/21
138/1 153/12 163/13
165/16 165/22 166/1
167/20 173/3 173/10
173/10 173/11 178/3
189/14 190/13 193/16
196/14 201/8 201/10
201/16 205/24 210/8
213/22 213/22 215/10
215/13 223/5 223/7
225/17 226/24 231/9
242/13 246/19 247/19
247/21 249/13 256/11
257/24 258/1 261/12
261/12 261/12
vet [23] 22/20 22/23
52/20 59/24 60/17 61/2
61/3 63/7 63/11 70/17
74/13 77/2 77/16 83/21
84/19 84/20 84/21 95/2
107/5 114/13 159/3
229/18 229/18
veterinarian [34] 20/21
20/23 20/24 21/9 21/10
22/3 22/14 23/4 26/19
33/9 37/9 49/23 69/2
70/11 73/12 73/14 74/1
74/10 83/13 95/16 100/8
101/12 101/19 104/6
104/21 105/20 106/5
146/5 168/1 212/21
212/24 227/4 227/13
234/23
veterinarian's [2] 21/13
104/9
veterinarians [7] 21/18
23/21 27/15 101/2 101/5
107/2 168/2
veterinary [8] 22/21
33/24 35/12 88/2 226/9
227/7 227/13 227/18
vets [3] 77/18 94/25
100/3
viable [1] 117/13

vice [1] 111/23
video [36] 3/20 128/13
128/23 128/25 130/25
131/2 131/6 131/6 132/2
132/20 133/1 133/4
133/23 154/25 181/13
181/18 193/7 193/10
195/19 205/14 205/15
205/20 207/8 207/14
250/25 251/2 251/5
251/8 251/11 251/12
251/12 251/13 252/9
252/22 253/4 253/11
videos [18] 120/9 120/11
120/14 139/23 188/6
205/8 205/11 205/13
246/14 250/15 250/19
251/9 251/15 251/19
251/23 252/7 252/13
252/18
videotape [2] 11/1 128/7
Village [2] 2/4 2/10
visit [1] 201/25
Vlahos [2] 227/9 227/12
VOLUME [1] 1/10
voluntarily [3] 138/9
138/10 252/25
volunteer [2] 138/5
247/12
Vorst [393]
Vorst -- I [1] 209/20
Vorst's [10] 72/13 73/9
99/25 158/10 158/24
168/25 173/5 187/23
188/2 236/12

**W**

w-i-t-h-e-r-s [1] 110/2
wait [10] 15/13 16/6
42/25 58/5 67/18 81/8
88/11 118/15 141/4
162/1
waited [4] 60/7 70/19
70/19 83/23
walk [7] 16/21 24/3
86/21 89/7 224/8 224/11
224/15
walked [1] 45/17
walking [8] 59/16 60/2
117/11 224/9 224/10
224/13 224/14 225/5
wall [3] 60/25 70/13
208/20
wanna [1] 207/2
want [89] 3/23 4/15 9/12
10/9 15/6 15/6 15/8
17/23 18/22 19/18 23/2
24/22 28/5 31/13 32/2
33/16 33/19 38/7 39/6
45/22 49/20 54/16 55/4
55/16 57/18 57/24 57/24
58/16 61/10 64/18 68/11
75/24 78/15 80/10 98/24
101/14 102/24 106/12
110/13 116/19 120/5
120/18 127/18 130/10

**W**

**want... [45]** 140/20
141/15 145/21 154/9
154/10 155/2 160/15
161/1 161/7 168/12
170/11 171/19 173/8
176/4 178/5 178/8
178/12 179/17 181/5
181/24 184/23 189/21
190/20 192/16 197/3
204/3 204/4 207/20
207/22 209/18 210/9
211/3 223/7 239/22
241/23 242/12 242/14
246/25 248/17 254/17
259/6 259/16 260/25
265/6 267/8
**wanted [38]** 30/23 38/15
45/5 45/7 59/22 59/24
60/20 66/6 69/11 72/12
77/16 114/16 114/17
130/6 140/18 149/2
157/19 160/6 163/2
164/16 164/19 164/20
167/14 186/8 191/8
197/12 198/1 198/23
207/13 238/19 241/1
241/3 243/12 243/16
252/22 260/5 260/20
262/10
**wants [3]** 153/20 172/10
172/11
**warm [1]** 110/5
**wasn't [82]** 4/6 17/10
21/4 25/16 39/16 39/20
44/13 47/23 48/12 48/13
49/1 49/3 50/19 51/22
53/16 60/6 61/16 64/3
64/4 65/4 65/13 70/3
70/5 70/21 70/21 73/14
85/1 85/24 91/2 92/6
92/7 92/8 92/13 93/2
95/2 100/3 100/25 101/7
102/15 106/25 114/14
116/22 122/22 123/2
126/11 126/12 126/21
133/18 134/14 134/20
135/11 135/15 135/21
136/23 137/7 139/6
148/24 154/7 154/17
154/23 156/13 167/21
179/15 180/13 186/9
187/6 188/20 190/10
191/3 206/22 216/22
218/2 218/2 238/16
249/9 251/5 256/8 261/7
261/22 262/2 262/5
264/25
**watch [6]** 24/18 112/5
128/25 139/7 179/14
251/2
**watched [9]** 111/13
111/14 120/12 131/2
205/14 231/2 248/9
251/7 251/9
**water [2]** 165/17 193/20

**ways [1]** 130/4
**we'd [2]** 143/7 144/3
**we'll [17]** 5/10 15/23
67/3 71/11 71/15 117/19
134/3 137/10 174/9
174/12 174/20 179/4
179/4 266/6 266/10
267/5 267/12
**we're [47]** 6/10 25/15
34/19 39/2 65/5 66/1
71/2 75/25 81/12 101/15
102/25 117/14 118/17
118/22 119/4 124/23
136/6 141/22 142/12
150/19 158/17 169/17
174/3 174/4 174/5 174/6
174/7 174/8 179/25
192/1 194/21 209/18
240/18 244/6 244/21
245/16 250/21 256/9
256/10 261/1 265/25
266/4 266/16 266/17
266/18 266/22 267/16
**we've [7]** 118/11 119/8
119/9 147/18 191/22
197/2 204/15
**weaker [3]** 109/3 109/4
109/24
**website [2]** 19/6 19/13
**Wednesday [2]** 118/13
250/11
**week [2]** 66/9 247/16
**weekend [1]** 199/9
**weeks [7]** 66/10 116/11
164/6 173/16 177/24
249/3 249/4
**WEF [2]** 255/4 255/5
**weighs [2]** 195/16
195/17
**weight [1]** 195/15
**welcome [7]** 6/7 21/3
67/24 119/25 140/14
166/16 175/3
**welfare [2]** 91/9 158/6
**Welker [8]** 104/14
104/16 105/2 105/24
107/4 107/12 107/15
107/18
**well [141]** 3/15 4/1 4/11
5/10 10/8 12/9 12/21
12/24 14/4 14/8 14/24
16/17 16/20 17/10 20/17
20/19 21/17 22/15 22/16
24/3 24/13 25/6 26/8
30/5 34/11 38/19 41/10
46/23 48/22 48/23 50/5
51/8 51/9 51/10 51/12
51/14 52/8 55/7 55/15
56/8 60/17 62/15 62/18
65/8 65/12 66/10 69/23
70/7 74/25 75/16 80/11
81/2 84/20 85/3 85/4
90/8 90/15 92/7 92/13
92/13 93/21 95/7 101/7
101/23 102/4 102/15
103/9 104/25 107/4

108/20 110/19 115/11
118/22 121/3 121/6
122/6 122/19 123/2
123/5 123/8 123/9
124/23 125/8 125/19
125/20 126/15 126/21
128/6 129/14 129/22
130/1 131/23 132/13
133/10 135/12 135/18
135/22 137/17 139/4
140/21 142/13 144/5
146/25 147/7 148/10
150/22 153/8 153/12
153/18 153/25 154/16
157/10 157/22 158/14
161/14 163/22 164/8
166/9 171/22 172/20
172/22 173/7 185/15
194/7 194/13 199/16
201/8 202/13 202/13
202/14 205/20 215/17
226/6 232/14 247/21
249/1 254/3 258/17
259/16 265/3 265/23
**well-respected [1]** 84/20
**Wellington [16]** 2/7 12/4
12/8 12/9 50/1 84/20
90/14 112/18 122/20
153/11 199/9 199/20
202/1 214/1 248/15
255/7
**Wells [2]** 2/2 2/8
**Wendy [8]** 149/15
183/23 184/3 184/6
184/8 184/13 184/14
184/19
**went [34]** 10/22 11/15
11/15 11/17 17/19 19/12
47/17 48/13 50/5 51/18
54/20 85/5 96/6 101/24
112/5 112/19 117/7
131/19 131/25 132/3
132/9 140/9 140/9
186/11 195/13 201/8
202/14 213/7 231/1
233/25 243/6 243/9
244/4 260/10
**were -- I [1]** 125/25
**weren't [1]** 262/6
**west [7]** 1/7 1/19 2/13
2/16 2/19 2/22 255/1
**westerns [1]** 225/1
**Westlake [2]** 2/4 2/10
**what'd [1]** 38/25
**what's [12]** 8/18 23/23
24/18 24/21 40/17 85/15
142/5 142/7 165/18
190/20 247/19 262/14
**whatever [23]** 19/13
23/11 32/23 35/9 38/22
40/13 51/2 52/22 62/2
64/4 71/1 91/8 107/7
127/2 131/21 137/2
138/2 158/5 173/25
187/25 213/4 216/21
223/11

**whatever's [1]** 89/25
**whatsoever [1]** 64/8
**wheelchair [1]** 24/6
**whenever [7]** 37/14
59/25 119/3 152/7
213/22 213/23 216/20
**where [64]** 9/9 9/15 15/2
22/10 42/18 45/8 45/14
60/1 60/21 70/9 74/18
81/12 86/19 86/23 88/23
89/9 89/13 89/15 90/8
97/7 99/11 99/14 124/19
124/24 125/25 127/18
130/14 131/7 141/20
145/7 146/11 162/9
164/16 166/5 170/14
170/16 178/19 182/13
193/16 194/11 194/16
195/1 195/12 199/18
200/14 201/24 207/6
210/4 216/23 217/2
217/3 217/5 221/8 223/6
224/4 228/1 229/14
234/8 239/4 241/2 242/5
248/12 252/19 266/15
**where's [1]** 243/10
**whether [49]** 4/2 18/20
31/23 32/17 35/22 40/14
40/19 43/8 44/16 46/19
48/3 50/15 53/20 56/16
57/7 60/21 60/22 82/13
83/19 89/2 94/15 94/16
98/8 98/12 98/16 101/11
106/22 107/2 107/12
129/20 143/9 147/13
151/10 187/9 188/5
188/8 189/15 191/9
192/12 203/15 204/5
204/12 216/12 217/18
249/21 253/21 253/22
257/23 258/3
**while [13]** 51/21 65/13
76/22 158/17 183/10
184/10 201/7 221/22
221/24 222/9 245/15
248/9 267/22
**whip [8]** 135/13 207/6
207/12 207/14 207/15
207/23 208/3 208/5
**whipped [2]** 129/25
207/16
**whipping [8]** 129/5
129/13 129/19 205/15
205/19 207/6 207/9
208/1
**white [1]** 171/14
**Who'd [1]** 215/24
**who's [5]** 48/17 103/10
103/15 172/25 192/8
**whole [18]** 16/14 22/8
22/12 28/2 39/13 45/4
62/20 62/23 68/19 68/23
69/2 115/13 116/17
137/21 173/19 177/21
182/9 201/1
**whom [3]** 28/4 52/20

173/4
**Whose [3]** 148/16
242/10 263/9
**why [57]** 7/18 24/20
30/5 37/5 37/10 37/20
37/22 39/6 39/13 45/4
67/1 70/1 74/21 74/23
75/4 84/6 93/22 108/6
108/18 115/11 115/11
115/18 115/22 119/1
127/6 127/8 138/8
139/24 142/5 146/1
179/25 186/6 186/22
188/17 192/6 197/12
198/1 199/10 204/7
205/18 218/13 221/14
243/1 243/4 243/14
243/16 243/24 244/1
247/11 247/14 248/23
249/5 249/14 249/14
264/6 264/9 265/3
**willing [5]** 6/9 40/3
40/14 75/7 169/10
**win [4]** 15/6 114/22
115/6 115/7
**winning [1]** 38/19
**winnings [1]** 114/9
**wins [1]** 10/24
**Winter [1]** 255/6
**wire [14]** 80/6 80/17
81/13 81/20 101/20
102/9 161/21 162/6
162/22 163/5 238/9
238/20 239/20 258/13
**wired [2]** 240/10 243/12
**wise [1]** 195/17
**wish [1]** 5/8
**wishes [1]** 5/5
**withdraw [2]** 235/4
235/6
**wither [4]** 110/8 110/9
194/14 194/15
**withers [1]** 110/1
**within [7]** 66/8 96/3
131/19 163/16 163/25
182/12 182/23
**without [19]** 3/23 27/6
37/23 52/13 52/13 66/20
128/18 130/22 132/23
138/9 147/25 156/23
165/9 170/1 178/16
182/21 192/7 205/20
262/22
**witness [32]** 4/4 5/20
6/10 6/11 6/16 6/25
41/16 41/20 41/23 42/20
43/3 43/16 54/5 54/8
72/6 87/12 87/18 88/6
105/8 105/12 117/23
118/25 130/18 142/18
142/21 160/4 172/9
175/6 175/8 175/11
266/17 266/19
**witnesses [1]** 4/3
**woman [2]** 40/22 104/14
**won [4]** 36/3 111/19

# W

**won...** [2] 199/8 199/10
**won't** [5] 19/23 37/11
160/12 160/14 250/13
**wonderful** [2] 114/10
173/18
**wondering** [1] 134/3
**woods** [1] 16/25
**wording** [1] 148/23
**words** [10] 11/14 36/5
48/11 109/2 109/4
133/18 179/24 217/14
217/19 220/24
**work** [20] 17/16 86/22
96/14 109/8 109/24
121/20 123/20 154/16
189/17 206/18 212/22
213/8 215/14 223/6
223/16 227/8 234/4
255/15 255/19 265/10
**worked** [8] 20/21 22/20
87/5 114/1 184/12
211/25 241/5 256/7
**working** [16] 21/9 62/15
108/24 123/16 124/11
124/12 124/16 129/18
145/20 152/8 189/6
197/18 212/3 215/9
255/20 256/9
**works** [3] 49/25 100/19
104/17
**World** [1] 153/11
**worried** [1] 267/2
**worry** [1] 118/18
**worse** [2] 24/4 49/2
**worst** [1] 96/19
**worth** [3] 12/13 40/18
246/20
**would I** [1] 84/6
**would've** [1] 62/16
**wouldn't** [21] 7/18 19/7
36/15 36/20 36/24 42/6
45/12 46/5 57/3 71/12
71/22 73/3 74/23 77/9
150/1 168/23 172/6
180/11 252/13 256/11
260/8
**wrap** [10] 86/5 86/10
86/15 222/15 222/18
222/23 223/1 223/2
223/4 223/10
**writing** [16] 72/2 74/15
85/19 85/22 96/15 96/15
97/7 99/11 99/14 155/12
172/19 184/3 225/11
238/23 239/9 244/12
**written** [13] 30/13 71/25
72/12 78/10 96/3 137/9
152/4 155/13 156/5
156/15 166/17 244/8
244/23
**wrong** [10] 26/17 48/24
62/22 64/17 115/4
129/15 129/16 133/13
162/1 223/20
**wrote** [1] 171/6

# X

**Xalapa** [4] 77/24 149/1
164/13 166/9

# Y

**yeah** [71] 17/22 18/10
38/12 56/1 75/2 76/16
88/9 90/15 92/22 95/13
102/4 111/6 113/7 116/3
117/24 125/10 127/3
129/11 135/14 138/7
142/10 150/10 154/17
154/21 156/7 169/3
171/22 171/22 178/2
184/22 187/25 191/19
195/14 196/20 197/20
199/13 199/23 201/16
203/5 203/12 205/7
210/14 210/24 215/23
216/1 219/10 227/15
231/18 233/18 237/10
237/16 246/1 246/9
246/12 246/20 255/4
255/19 255/20 255/21
255/21 256/18 257/2
257/14 258/1 259/15
260/21 260/22 260/25
260/25 261/15 265/20
**year** [28] 8/22 17/10
31/22 32/16 34/5 34/8
34/15 34/18 35/23 36/3
36/8 37/17 38/1 38/17
39/2 41/6 41/7 41/7 42/8
42/8 43/10 49/9 49/9
122/19 136/11 177/5
209/20 235/11
**years** [20] 22/18 22/20
22/22 38/3 116/11
116/12 117/11 121/20
121/22 136/1 173/14
185/4 193/1 193/3
203/11 203/11 203/12
209/23 210/5 254/23
**yes** [341]
**yesterday** [10] 10/10
10/12 10/25 11/22 86/3
155/1 181/11 195/20
222/13 246/2
**yet** [2] 3/10 126/12
**York** [3] 12/16 22/11
182/25
**Yoshida** [1] 2/8
**you'd** [10] 5/22 13/10
26/12 32/10 45/12
126/12 163/23 191/5
204/7 251/23
**you'll** [10] 7/15 8/12
42/16 68/1 96/8 132/1
139/23 140/5 177/1
250/13
**you're** [100] 7/21 19/11
20/5 25/1 26/15 27/12
33/20 40/9 43/20 43/22
45/4 53/5 57/11 58/14
58/21 63/19 64/25 66/4
70/14 72/7 72/8 73/7

73/24 74/25 74/6 75/18
76/25 77/13 80/25 85/20
89/7 95/5 98/11 99/5
102/18 102/20 108/5
108/17 115/10 116/19
118/25 126/16 127/13
129/24 129/25 130/1
130/4 135/18 140/14
161/13 162/6 163/13
166/16 174/17 176/5
176/11 179/17 191/1
191/13 191/20 195/23
195/23 197/4 197/5
199/5 207/23 208/7
209/19 211/22 212/13
223/5 223/9 223/10
223/11 223/13 223/13
223/14 223/14 223/15
223/17 223/17 223/24
226/20 227/17 232/12
232/21 240/11 240/12
248/18 250/10 252/12
252/12 253/6 255/9
256/19 257/12 260/23
262/9 265/4 265/23
**you've** [15] 16/14 17/23
18/9 50/6 95/4 96/8
99/17 99/18 100/18
151/20 193/17 194/5
220/10 247/13 257/7
**young** [8] 121/16 122/19
122/22 198/14 198/20
198/22 199/10 199/13
**yours** [2] 76/6 255/14
**yourself** [1] 216/6
**yourselves** [1] 226/23

# Z

**ZENDEJAS** [251] 1/3
6/13 7/12 19/5 19/12
20/7 20/13 20/21 20/25
21/22 25/1 27/23 28/1
28/2 28/21 29/1 29/9
29/23 30/3 30/7 30/8
30/14 31/14 39/3 41/3
44/2 44/7 44/11 44/25
45/1 45/5 45/11 45/16
46/17 47/2 47/5 47/10
47/14 47/16 47/21 48/5
50/10 50/12 51/24 52/1
52/24 61/6 61/8 62/11
63/8 64/4 64/6 64/13
64/21 65/1 65/6 65/22
66/8 68/23 74/9 75/7
75/10 75/11 75/12 75/25
76/1 76/7 76/18 77/1
77/3 77/4 77/15 77/20
77/21 79/22 80/7 80/21
81/6 81/16 81/20 81/23
83/2 86/12 88/23 91/17
97/9 97/11 97/14 97/24
98/9 98/17 98/21 99/2
99/7 99/12 101/21 102/3
102/9 115/22 116/20
116/22 116/23 117/2
136/14 136/22 137/6

138/9 138/25 139/2
139/13 139/19 140/1
140/3 147/15 148/21
148/25 149/16 149/22
149/24 149/25 150/18
151/13 151/16 152/15
153/1 153/9 154/20
155/3 155/4 155/7 155/8
155/12 155/13 156/2
156/5 156/10 156/10
156/11 156/15 157/11
157/19 158/24 159/6
163/5 163/17 163/21
164/1 164/2 164/12
164/18 165/1 166/18
166/22 167/5 167/7
167/10 167/14 168/15
168/19 171/17 175/8
177/4 179/20 180/4
180/4 180/10 180/23
182/4 182/9 184/16
190/1 197/11 197/19
197/25 198/1 198/23
199/16 199/19 200/6
201/25 209/1 214/18
215/1 215/2 217/18
219/6 220/25 222/14
227/9 227/25 229/4
233/5 233/5 233/7
235/10 235/16 235/19
235/24 236/3 236/5
236/12 236/22 237/2
238/5 238/7 238/19
238/23 238/25 239/4
239/5 239/20 240/6
240/7 240/12 241/1
241/1 241/5 241/8
242/22 243/9 243/14
243/16 244/9 244/10
244/17 244/25 247/3
247/15 249/22 250/6
250/19 251/1 253/13
253/17 255/17 256/15
258/10 258/12 258/20
258/23 259/3 259/14
260/8 260/12 261/4
261/13 261/21 261/21
261/25 262/1 265/11
**Zendejas'** [11] 48/17
61/3 73/14 74/13 77/16
140/10 198/8 233/11
238/21 240/3 240/13
**Zendejases** [1] 247/16
**zero** [3] 64/20 226/17
226/20